1    John W. Dillon (Bar No. 296788)
2    Dillon Law Group APC
     2647 Gateway Road
3    Suite 105, No. 255
4    Carlsbad, California 92009
     Telephone: (760) 642-7150
5    Facsimile: (760) 642-7151
6    E-mail: jdillon@dillonlawgp.com

7    Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10   JOSE CHAVEZ, *et al.,*                    ) Case No.: 3:19-cv-01226-L-AHG
                                               )
11              Plaintiffs,                     ) Hon. M. James Lorenz and Magistrate Judge
                                               ) Allison H. Goddard
12   v.                                        )
                                               ) **APPENDIX IN SUPPORT OF**
13   ROB BONTA, in his official                ) **PLAINTIFFS' MOTION FOR**
14   capacity as Attorney General of the       ) **SUMMARY JUDGMENT**
     State of California, *et al.,*[1]          ) **PART 3**
15                                             ) **(BATES Nos. Pl.0521-Pl.0722)-**
16   Defendants.                               )
                                               )
17                                             ) Date: May 13, 2024
                                               ) Time: 10:30 a.m.
18                                             ) Place: Courtroom 5B (Fifth Floor)
19                                             ) Hon. M. James Lorenz
                                               )
20                                             )
     _____        ) Third Amended Complaint Filed: March 22,
21                                               2023
22
23                                               No oral argument will be heard pursuant to
24                                               local rules unless ordered by the Court
25   _____

26   [1]   Rob Bonta is automatically substituted for his predecessor, Xavier Becerra, as
     California Attorney General, and Allison Mendoza is automatically substituted for her
27   predecessors, former Directors Louis Lopez and Martin Horan, and former Acting
28   Directors Brent E. Orick and Blake Graham. Fed. R. Civ. P. 25(d).

*Militia formed and regulated.*                              **441**

A<small>N</small> ACT for forming and regulating the militia with-
in this State, and for repealing all the laws hereto-
fore made for that purpose.                              Paſſed Dec.
28, 1792.

B<small>E</small> *it enacted by the Senate and Houſe of Repreſenta-*
*tives in General-Court convened,* That the ſeveral   Repealing
laws heretofore made for regulating the militia, be,   clauſe.
and hereby are repealed.

*And be it further enacted,* That each and every free
able-bodied white male citizen of this State, reſident
therein, who is, or ſhall be of the age of eighteen   Militia how
years, and under the age of forty years, except as   and by whom
herein after excepted, ſhall ſeverally and reſpectively   to be enroll-
be enrolled in the militia by the captain or command-   ed.
ing officer of the company, within whoſe bounds ſuch
citizen ſhall reſide, within ſix months after the paſſing
this act.   And it ſhall, at all times hereafter, be the duty
of ſuch captain or commanding officer of the company
to enrol every ſuch citizen, as aforeſaid ; and alſo
thoſe who ſhall from time to time, arrive at the age of
eighteen years, or being of the age of eighteen years
and under the age of forty years (except as hereafter
excepted) ſhall come to reſide within his bounds ; and
ſhall without delay, notify ſuch citizen of ſaid enrol-
ment by a proper non-commiſſioned officer of the
company, by whom ſuch notice may be proved.

*And be it further enacted,* That the vice-preſident of
the United States ; the officers, judicial and executive
of the government of the United States ; the mem-   Executive of-
bers of both houſes of congreſs, and their reſpective   ficers, &c.
officers ; all cuſtom houſe officers, with their clerks ;   exempted.
all poſt officers, and ſtage drivers, who are employed
in the care and conveyance of the mail of the poſt
office of the United States, and of this State ; all ferry-
men employed at any ferry on the poſt road ; all in-
ſpectors of exports ; all pilots ; all mariners actually
employed in the ſea-ſervice of any citizen or merchant
within the United States ; members of the ſenate and
houſe of repreſentatives for the time being ; ſecretary
and deputy ſecretary of the State ; State and county
treaſurers ; recorders of deeds ; all civil officers, ſtu-
dents of colleges and academies ; miniſters of the goſ-
pel ; elders and deacons of churches ; church wardens ;
grammar ſchool-maſters for the time being ; maſters of
                                                      arts

Digitized from Best Copy Available                    **Pl.0521**

arts ; people denominated quakers ; felectmen for the time being ; tutors or preceptors of any college or academy ; all perfons who may have fuftained commiffions of the peace ; all who have, either under the commiffion of the State, or the United States, or any particular State, held the office of a fubaltern or officer of higher rank ; all phyficians and furgeons, who have certificates from the medical fociety or felectmen of the town or place wherein they refide ; one miller to each corn-mill, and one toll-gather to each toll-bridge, fhall be, and they are hereby excufed from militia duty, and alfo one ferryman to each ferry.

*And be it further enacted,* That it fhall be the duty of the captain or commanding officer of each company, twice in every year, exclufively of the battalion meeting, to call forth his company for infpection of arms, and inftruction in military difcipline, viz.——in the months of June and September, annually, and at fuch other times as he fhall think beft ; and that each commanding officer of a battalion, fhall call his battalion together once in every year.

*Each company exclufively, to be muftered twice, and each battalion once a year.*

*And be it further enacted,* That each divifion within this State, fhall be commanded by one major-general, who fhall have two aids-de-camp, with the rank of major ; each brigade by one brigadier-general, who fhall have one brigade-infpector, who is alfo to perform the duty of brigade-major, with the rank of major. To each regiment, one lieutenant colonel commandant ; and to each battalion one major ; to each company one captain, one lieutenant, one enfign, four fergeants, four corporals, one drummer and one fifer. That the regimental ftaff, fhall confift of one adjutant, one quarter-mafter, to rank as lieutenants ; one paymafter ; one furgeon ; one furgeon's mate ; one fergeant-major ; one drum-major and one fife-major.

*Each divifion, brigade and regiment by whom commanded.*

*And be it further enacted,* That there fhall be provided at the expenfe of this State for each regiment, one ftandard and one fuit of regimental colours—the ftandard to bear the device, " the arms of the United States ;" the regimental colours, " the arms of this State ;" that the drums and fifes be furnifhed by the commanding officers of the companies, at the expenfe of the State.

*What colours and at whofe expence to be furnifhed.*

*And*

Digitized from Best Copy Available

Pl.0522

*And be it further enacted,* That the several commanding officers of companies, shall cause accurate returns to be made of their companies to the commanding officer of the regiment to which they belong, before the first day of February annually ; and the commanding officer of each regiment, shall cause to be made to the brigade major, a proper return of his regiment, before the first day of March annually ; and the respective brigade majors, shall make out to the adjutant general, returns of their respective brigades, before the first day of April annually, agreeable to the forms that may be established by the adjutant general, which the adjutant general shall cause attested copies of, to be lodged in the secretary's office, by the first day of May annually.

*By whom returns are to be made.*

*And be it further enacted,* That each commanding officer of a company, who shall neglect to call his company together, as before provided, shall forfeit and pay for each neglect the sum of six pounds ; and each commanding officer of a battalion who shall neglect to call his battalion, as before directed, shall pay a fine of nine pounds.

*Penalty for not calling companies or battalions together.*

*And be it further enacted,* That it shall be accounted sufficient notice to any non-commissioned officer or privates, for appearance on muster days, to be notified of such muster by a non-commissioned officer in person, or by a writing by him signed, to be left at his last, and usual place of abode, four days prior to such day of muster ; and if any non-commissioned officer or private, after such notification, shall unnecessarily neglect to appear equipped, as the law directs, he shall pay a fine of nine shillings, which shall be levied by distress, and sale of the offenders goods and chattels, by warrant under the hand and seal of the captain, or commanding officer of said company, to be directed to the first sergeant of the company, who is to levy the same, by the same rules and regulations, as the laws have pointed out for collecting rates and taxes, and shall have one quarter part thereof for his trouble, and the same fees that are allowed to collectors, on distraining for taxes—and if no goods and chattels of the delinquent are to be found, then to levy the same on the body of such delinquent : *Provided*

*Notice.*

*ded*

*Militia formed and regulated.*

ded *neverthelefs,* That no fuch warrant fhall be iffued until fifteen days after faid mufter days, that the delinquent may have time to make excufe (if any he has) for his non-appearance, which is to be made to the commanding officer of the company.

*And be it further enacted,* That if any non-commiffioned officer or foldier, fhall prove refractory or difobedient on a mufter day, or fhall infult or abufe his officers, or either of them, or treat them with difrefpect or contempt, the commanding officer prefent, may order the offender to be immediately tried by five commiffioned officers, if fo many fhould be prefent; and if not fo many prefent, as many as there are in the field, who are empowered to punifh the offender, by ordering him to pay a fine not exceeding forty fhillings, at the difcretion of the officers, or ride a wooden horfe.

**Difobedience punifhed.**

*And be it further enacted,* That on all mufter days, every officer fhall yield due obedience to his fuperior officer; and every non-commiffioned officer and foldier fhall yield entire and due obedience to the commands of their fuperior officers. And if any officer fhall, on fuch days (or at any other time) refufe and neglect to obey the orders he may receive from his fuperior officers refpecting any matter relating to the government of militia, he fhall be tried by a court-martial, and if convicted thereof, fhall be cafhiered. And the fuperior officer may immediately put fuch offender in arreft, and report him and his offence to the officer commanding the brigade (if the offender is under the rank of a field officer) and the commanding officer of the brigade is hereby impowered to appoint a court-martial for fuch trial, and to approve the fentence; and if faid offender fhall by faid court be cafhiered, and the fentence thereof approved, the faid officer fhall be deemed incapable of holding any military office again in this State; and in cafe the offender is of the rank of a field officer, or of higher rank, his offence fhall be reported to the major-general, or officer commanding the divifion, who is hereby impowered to appoint a court-martial for the trial of fuch offender, to approve the fentence of faid court; and if the offender be found guilty and the fentence fhall be approved, he fhall be difqualified as aforefaid.                    The

**Officers to yield obedience.**

**Superior officer to arreft and report.**

Digitized from Best Copy Available

Pl.0524

The commander in chief fhall at all times, have the right of appointing courts-martial, when he fhall think it neceffary. <span style="float:right">Commander in chief may appoint courts mar-tial.</span>

All courts-martial, when apppointed by the com-mander in chief, fhall confift of thirteen members, the prefident of which fhall be of the rank of major-gene-ral. <span style="float:right">Number of members.</span>

All courts-martial, when appointed by a major-gen-eral, fhall confift of thirteen members, and the prefi-dent fhall be a lieutenant-colonel or officer of higher rank.

All courts-martial, appointed by a brigadier, fhall confift of thirteen members, the prefident of which fhall at leaft, be of the rank of a field officer.

The members of the courts-martial are to be fworn by the prefident, and the prefident fhall be fworn by the next higheft in rank of the members compofing the fame, the prefident of every court-martial, fhall have power to adminifter the oath to every wit-nefs. <span style="float:right">Members, by whom to be fworn.</span>

In order to the trial of offenders, the oath of the prefident and members, fhall be in the words follow-ing, viz.

*YOU fwear, that you will well and truly try, and im-partially determine the charge againft the perfon now to be tried, according to the rules for regulating the militia of this State.*     So help you GOD. <span style="float:right">Oath.</span>

The oath to be adminiftered to witneffes in courts martial, fhall be in the form following, viz.

*YOU fwear, the evidence you fhall give relative to the charge now in hearing, fhall be the truth, the whole truth, and nothing but the truth.* <span style="float:right">Oath of wit-neffes.</span>
<div align="center">So help you GOD.</div>

*And be it further enacted,* That all military officers fhall be amenable to a court-martial for any un-officer, or un-gentleman-like conduct or behaviour while on duty, and at all other times, and to be tried, and fen-tence approved in the fame way and manner as before provided for difobedience of orders. <span style="float:right">Officers a-menable for illiberal be-haviour.</span>

*And be it further enacted,* That all perfons called by fummons from the prefident of any court-martial to give evidence, who fhall unreasonably refufe or ne-glect to appear, or appearing, fhall refufe to give evi-dence, fhall be committed to the common gaol of the <span style="float:right">Witneffes re-fufing,&c. to be commit-ted to gaol.</span>

<div align="center">I i            county</div>

county where such court is sitting, there to remain three months, unless sooner discharged therefrom by the justices of the superior court : And the president of the court is to lodge the accusation against him with the prison-keeper.

*And be it further enacted,* That every person ap-
<span style="float:left">Judge advo-<br>cate to be ap-<br>pointed.</span>
pointing a court-martial, shall appoint some suitable person to act as judge advocate, who shall make a fair record of the whole proceedings and deliver them to the officer appointing said court-martial, who shall cause the same, or a copy thereof, to be lodged in the secretary's office, within three months after such trial.

*And be it further enacted,* That out of the militia
<span style="float:left">Each battal-<br>ion to have<br>one company<br>of grenadiers<br>&c. and one<br>company of<br>artillery.</span>
enrolled as herein directed, there shall be formed for each battalion, at least one company of grenadiers or light infantry ; and to each division there shall be at least one company of artillery, and one troop of horse. There shall be to each company of artillery, one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one
<span style="float:left">Officers how<br>to be armed.</span>
fifer. The officers to be armed with a sword or hanger, a fusee, bayonet and belt, with a cartouch box, to contain twelve cartridges ; and each private matross shall be furnished with the same equipments as privates in the infantry. There shall be to each troop of horse,
<span style="float:left">Troops of<br>horse how<br>officered, &c.</span>
one captain, two lieutenants, one cornet, four sergeants, four corporals, one sadler, one farrier and one trumpeter. The commissioned officers to furnish themselves with good horses of at least fourteen hands and an half high, and to be armed with a sword, and pair of pistols, the holsters of which to be covered with bearskin caps. Each dragoon to furnish himself with a serviceable horse of at least fourteen hands and an half high, a good saddle, bridle, mail-pillion and valise, holsters, a breast-plate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and cartouch box, to contain twelve cartridges for pistols. That each com-
<span style="float:left">Artillery and<br>horse of<br>whom to be<br>formed, and</span>
pany of artillery and troop of horse, shall be formed of volunteers from the brigade, at the discretion of the commander in chief of the State, not exceeding one company of each to a regiment, and shall uniformly be
<span style="float:left">uniformly<br>clad.</span>
cloathed in regimentals, to be furnished at their own expence ; the colour and fashion to be determined by the brigadier commanding the brigade to which they belong. *And*

Digitized from Best Copy Available

Pl.0526

*Militia formed and regulated.*

*And be it further enacted,* That each non-commission-
ed officer and foldier belonging to the regiments of foot, fhall within one year from and after the paffing this act, furnifh himfelf with a good fire-lock, bayonet and belt, a cartouch box that will contain twenty-four cartridges, two good flints, a knapfack and canteen---- and that the commiffioned belonging to companies of foot, fhall be feverally armed with a fword or hanger, and an efpontoon, and that the field officers be armed with a fword or hanger.

*How to be armed and accoutred.*

*And be it further enacted,* That fuch of the infantry as are under the care of parents, mafters or guardians, fhall be furnifhed by them with fuch arms and accou- trements. And fuch as are unable to furnifh themfelves, fhall make application to the felectmen of the town, who are to certify to their captain or commanding of- ficer, that they are unable to equip themfelves, and the faid felectmen fhall, at the expence of the town, provide for, and furnifh fuch perfons with arms and equipments ; which arms and equipments fhall be the property of the town, at whofe expence they were provided : And if any perfon fo furnifhed, fhall em- bezzle or wilfully deftroy the fame, he fhall be punifh- ed by any court proper to try the fame, upon com- plaint made by the felectmen of faid town, by being publicly whipped not exceeding twenty ftripes, or fi- ned not exceeding forty fhillings. And that all fines recovered for embezzling or deftroying of arms and accoutrements as provided in this act, fhall be paid in- to the hands of the felectmen to be appropriated in purchafing arms and accoutrements for fuch foldiers as are unable to purchafe for themfelves.

*Thofe unable &c. to be e- quipped at the expence of the town.*

*Fines how to be appropri- ated.*

*And be it further enacted,* That parents, mafters and guardians fhall be liable for the neglect and non-ap- pearance of fuch perfons as are under their care (and are liable by law to train) and are to be proceeded againft for the penalty in the fame manner, as by this act is provided againft other delinquents.

*Parents, &c. liable to a penalty.*

*And be it further enacted,* That the commander in chief, the officers commanding divifions, brigades or regiments, may appoint military watches or guards when an invafion of the State is apprehended, in fuch place and under fuch regulations as they may judge neceffary ; and all officers and foldiers under their com- mand

*Military watches, by whom to be appointed,*

Digitized from Best Copy Available

**PI.0527**

*Militia formed and regulated.*

mand are to yield ſtrict obedience to their orders and directions.

*And be it further enacted,* That the ſignals for an alarm are to be fixed by the captain general, and may by him be altered, from time to time, and proper notice thereof is to be by him given to the ſeveral officers ; and if any non-commiſſioned officer or ſoldier, ſhall upon the alarm being given, unneceſſarily neglect to appear properly armed and equipped, at ſuch time and place as the commanding officer ſhall appoint, he ſhall pay a fine of twenty ſhillings ; and all perſons ſerving on any military guards, or watches, ſhall be puniſhable for miſconduct while in ſuch ſervice, by a court-martial to be appointed by the commanding officer of ſuch guard or watch, provided he be a field officer, and in caſe he is not, then by the commanding officer of the regiment to which the offender belongs.

*Signals to be fixed.*

*And be it further enacted,* That when any non-commiſſioned officer ſhall refuſe or neglect to notify or warn any of the non-commiſſioned officers or private ſoldiers of the company to which he belongs (being thereto ordered by his ſuperior officer) he ſhall pay a fine of twelve ſhillings, for each non-commiſſioned officer or ſoldier he ſhall neglect to warn, to be recovered in the ſame way and manner as is before provided.

*Penalty for refuſing to warn, &c.*

*And be it further enacted,* That every fine ariſing by any breach of this act, for which no ſpecial mode of recovery has been pointed out, may be recovered by action, bill, plaint or information, in any court proper to try the ſame.

*Mode of recovering fines, and*

*And be it further enacted,* That all fines recovered of any non-commiſſioned officer or ſoldier for neglect of duty, ſhall be paid into the hands of the commanding officer of the company, to which ſuch non-commiſſioned officer or ſoldier may belong, to be expended in defraying the neceſſary expences of ſuch company; as the commiſſioned officers of the ſame may direct. That all fines recovered of the commanding officer of any company, ſhall be paid into the hands of the commanding officer of the battalion, to which ſuch commanding officer of a company may belong ; to be appropriated in inſtructing the muſic in ſuch battalion. That all fines recovered of the commanding officer of any battalion, ſhall be paid into the hands of the commanding

*how to be appropriated*

Pl.0528

*Militia formed and regulated.*

commanding officer of the regiment to which such battalion may belong, to be difpofed of in defraying the neceffary expences in forming and arranging the companies in fuch regiment, as the field officers of the fame may direct.

*And be it further enacted,* That all commiffioned officers fhall take rank according to the date of their commiffions ; and when two of the fame grade, bear equal date, then the rank to be determined by lot, to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment. <span>Officers, how to rank.</span>

*And be it further enacted,* That the rules of difcipline approved and eftablifhed by Congrefs, in their refolution of the twenty-ninth of March, one thoufand, feven hundred and feventy-nine, fhall be the rules of difcipline to be obferved by the militia in this State. <span>Rules of difcipline.</span>

*And be it further enacted,* That it fhall be the duty of the brigade infpector, to attend the regimental and battalion meetings of the militia compofing their feveral brigades, during the time of their being under arms, to infpect their arms, ammunition and accoutrements ; fuperintend their exercife and manœvres, and introduce the fyftem of military difcipline before defcribed. <span>Brigade infpector's duty</span>

*And be it further enacted,* That the cavalry and artillery be fubject to fine or punifhment in the fame manner as thofe who belong to the infantry. <span>Cavalry and artillery liable to the fame fines.</span>

*And be it further enacted,* That all courts-martial may confift of officers of any corps within the limits of the brigade where the perfon accufed may refide. <span>Courts martial of whom to confift.</span>

*And be it further enacted,* That a captain or commanding officer at the head of his company, may direct his non-commiffioned officers and foldiers to meet at any future day, which fhall be legal notice. <span>Legal notice, what confidered as fuch.</span>

*And be it further enacted,* That non-commiffioned officers be reduced to the ranks, for any mifdemeanor, which in the opinion of all the commiffioned officers of the company fhall deferve fuch punifhment. <span>Non-comm. officers liable to be reduced, &c.</span>

*And be it further enacted,* That all commiffioned officers belonging to any company of infantry fhall refide within the limits of fuch company. <span>Commiffioned officers to refide.</span>

*And be it further enacted,* That when it fhall fo happen,

Pl.0529

**Different corps—first in rank to command.** pen, that officers of the different corps, shall be on duty together, the first officer in rank shall command, whether of the infantry, cavalry or artillery.

**Arms, &c. free from distress, &c.** *And be it further enacted,* That every citizen enrolled as directed in this act, and provided with arms and accoutrements, shall hold the same exempted from all suits, distresses, executions, or sales for debt, or for the payment of taxes.

**Militia to be divided.** *And be it further enacted,* That the militia of this State, shall be divided into three divisions, and if convenient, each division shall consist of two brigades, each brigade of four regiments, each regiment of two battalions, each battalion of five companies, and each company of sixty-four privates.

**Cavalry and artillery of whom to be formed.** *And be it further enacted,* That in forming the cavalry and artillery, not more than one eleventh part shall inlist out of any one company of infantry into such corps.

**Field Officers to arrange companies.** *And be it further enacted,* That the field officers of each and every regiment, shall form and arrange the companies in their several regiments, from time to time, as they shall think the public good may require.

**Adjutant-General, his duty.** *And be it further enacted,* That there shall be an adjutant general, whose duty it shall be to distribute all orders from the commander in chief of this State, to the several corps; to attend all public reviews, when the commander in chief of this State shall review the militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of military discipline established by law; to furnish blank forms of different returns that may be required, and to explain the principles on which they shall be made; to receive from the several officers of the different corps throughout the State, returns of the militia, under their command, reporting the actual situation of their arms, accoutrements and ammunition, their delinquencies, and every other thing which relates to the general advancement of good order and discipline.

**Compensation to Adj. and Brigade inspectors.** *And be it further enacted,* That compensation shall be made to the adjutant general, and the brigade inspectors for their services, from time to time, by the legislature, as they shall think just.

*And be it further enacted,* That the colour of the uniform

Digitized from Best Copy Available

uniform of the infantry be determined on by the commander in chief.

*And be it further enacted,* That each and every non-commissioned officer or soldier, who shall inlist into any corps of horse or artillery, shall within six months from and after such inlistment, equip himself as the law directs, and at the expiration of the said six months, should he not be equipped as aforesaid, then to return to the company from which he inlisted, and the commanding officer thereof, is hereby directed to enrol him accordingly.

*And be it further enacted,* That the several companies, which compose the regiments of cavalry, be annexed to the regiments of infantry in manner following:

To each regiment of infantry there shall be, as far as the number of companies of cavalry will admit of it, one troop of horse, or company of cavalry, with the present officers (if they see fit) and men of said companies, who are now uniformly cloathed and equipped, or shall be within four months, said troops of horse shall be under the command of the field officers of the regiments of infantry, and shall be joined to such regiments as shall be the most contiguous and convenient to said companies. Privilege shall be allowed to the non-commissioned officers and privates of cavalry at any time hereafter, of being enrolled as infantry, provided they decline serving as cavalry, and said companies of cavalry may be completed by inlistments, from time to time, from the infantry, as vacancies may be in said companies.

*And be it further enacted,* That this act shall be read at the head of each company in the several regiments in this State, at least once every year.

This act passed December 28, 1792.

*Marginal notes:* Colour of uniform, by whom determined. Cavalry and artillery, if not equipped within six months to be returned. Cavalry to be annexed to infantry. Cavalry to be under command of field officers of infantry. Act to be read, &c.

Digitized from Best Copy Available

PI.0531

**Plaintiffs' Exhibit Y**

Pl.0532

which Sum or Sums of Money, so assessed and collected, shall be paid into the Hands of the County Collector, who is hereby required to pay out the same, when received for the Purpose aforesaid, in such Manner as the Justices and a Majority of the chosen Freeholders shall direct; and if any Assessor or Collector shall neglect or refuse to perform any Duty, Matter or Thing required of him in this Act, he shall be liable to the same Fines and Penalties as is directed in and by an Act, intitled, 'An Act to ascertain the Time and Mode of levy-'ing Taxes, and the better to enforce the Collection of the same,' passed at Burlington the fifth Day of June, Seventeen Hundred and Eighty-seven, and in a Supplement to the same, passed at Perth-Amboy, June the eleventh, Seventeen Hundred and Ninety; and the several Officers in the said Act mentioned are hereby required to perform the several Duties on them enjoined under the same Penalties as in the said recited Act and Supplement are imposed, and shall be allowed such Rewards and Fees as they are entitled to for assessing and collecting Taxes raised for the Use of the County.

**Justices and Freeholders, their Authority.**  4. *And be it further Enacted by the Authority aforesaid,* That the Justices and a Majority of the chosen Freeholders shall be and they are hereby authorized to purchase a Lot or Lots on which to build, and to appoint Managers for conducting the Building of said Court-House and Gaol at the Place appointed, and to take all such Measures for completing the same, in the best Manner for the Good of said County, as to them shall appear most eligible; and that all Persons, by their Order entrusted with any publick Money of the County, shall be accountable to them for the Expenditure thereof, in such Manner and at such Time or Times as they shall direct.

**Courts when to meet at the new Court-House.**  5. *And be it further Enacted by the Authority aforesaid,* That the Judges of the Inferior Court of Common Pleas, and Justices of the General Quarter Sessions of the Peace, in and for the said County, shall hold their respective Courts in the said Court-House, so soon as the same shall be ready and fit; and all Writs, Process and other Proceedings, depending or made returnable thereto, shall be valid in all Respects, any Law or Custom to the contrary notwithstanding.

A       Passed at Trenton, November 30, 1792.

CHAP. CCCCXIII.

An ACT for organizing and training the Militia of this State.

**Infantry and other Companies may be formed.**  Sect. I.  BE IT ENACTED *by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same,* That all such of the Militia in the respective Counties of this State as incline to form themselves into Companies of Light Infantry, Grenadiers, Horse and Artillery, and to dress themselves in uniform Regimentals, shall have full Power to form Companies of Light Infantry and Grenadiers of sixty-four Men each, and of Horse and Artillery of forty-eight Men each, and when so formed to give Notice

to

Pl.0533

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16837   Page 15 of 203

to the Commiffioner herein after directed to be appointed for each
County to attend, and in his Prefence to choofe one Captain, one
Lieutenant and one Enfign for each Company of Infantry and Grena-
diers; one Captain, one Lieutenant and one Cornet for each Troop
of Horfe; and one Captain and two Lieutenants for each Company of
Artillery; upon which Choice being fo made, the faid Commiffion-
er in each County fhall give his Certificate, certifying the Completion
of fuch Company, and the Names of the Officers chofen for the fame
directed to the Commander in Chief of this State, who fhall there-
upon commiffion the faid Officers accordingly.   *Provided always,* Provifo.
That all fuch Companies fhall be completed on or before the firft
Day of January next; *and provided alfo,* that not more than two
Companies of Infantry or Grenadiers be formed in one of the prefent
Regiments, nor more than one Troop of Horfe in one of the prefent
Regiments, nor more than eight Companies of Artillery in this State.

2. *And be it further Enacted by the Authority aforefaid,* That the faid How to be
Companies fo formed fhall be furnifhed and equipped as is directed equipped.
by the Act of Congrefs for regulating the Militia of the United States;
and, befides their voluntary Trainings for Improvement in the mi-
litary Art, fhall be fubject to the fame Duties prefcribed by Law for
the other Militia of the State.

3. *Be it Enacted by the Authority aforefaid,* That, in Order to orga- Commiffion-
nize the Remainder of the Militia, the following Perfons be, and they ers appointe
are hereby appointed Commiffioners, that is to fay,

John Outwater, Efquire, for the County of Bergen.
Benjamin Williamfon, Efquire, for the County of Effex.
Ellis Cook, Efquire, for the County of Morris.
Anthony-Walton White, Efquire, for the County of Middlefex.
John Hardenbergh, Efquire, for the County of Somerfet.
Afher Holmes, Efquire, for the County of Monmouth.
Thomas Reading, Efquire, for the County of Hunterdon.
John Armftrong, Efquire, for the County of Suffex.
Richard Cox, Efquire, for the County of Burlington.
Samuel Flanigan, Efquire, for the County of Gloucefter.
Bateman Loyd, Efquire, for the County of Salem.
Jofeph Buck, Efquire, for the County of Cumberland; and
Eli Townfend, Efquire, for the County of Cape-May.

And in Cafe of Death, Neglect or Refufal, of fuch Commiffioner or
Commiffioners, the Governor for the Time being fhall fill up fuch
Vacancy or Vacancies by Appointment under his Hand and Seal.

4. *And be it further Enacted,* That the faid Commiffioners fhall fe- to appoint
verally appoint one Deputy in each Townfhip in the County in which Deputies:
they are appointed, to take a Lift of all and every free and able-bo-
died white Male Citizen, between the Ages of eighteen and forty-five
Years, refident within their refpective Townfhips, and not before form-
ed into the Companies before mentioned, on or before the twentieth
Day of January next; and in all Cafes of Doubt refpecting the Age
of any Perfon, the faid Perfon fhall prove his Age to the Satisfaction
of the faid Commiffioner or Deputy, or be entered on the faid Lift.

M                                          5. And

Pl.0534

826 · *ACTS of the GENERAL ASSEMBLY*

Their Duty.

5. *And be it further Enacted*, That all such Citizens so enrolled as aforesaid, who shall desire to be exempt from military Duty, may at the Time of taking the Lists aforesaid by the said Deputies, or before the twenty-fifth Day of January next, give Notice thereof to the said Deputy of the Township to which they belong, who shall mark and distinguish the same on the said List, and all others on the said Lists shall be enrolled, deemed and esteemed a Part of the Militia of this State, and the said Deputies shall make Returns thereof to the Commissioner of the County before the first Day of February next. *Provided always*, That said Deputies shall in Person call at the usual Dwelling-House of each Citizen within the Ages aforesaid in their respective Townships, and if any such Citizen shall be absent from Home, so that his Election cannot at that Time be known, such Deputy shall leave at the Dwelling-House of such Citizen a written Notice, signifying that unless he shall inform said Deputy of his Election on or before the aforesaid twenty-fifth Day of January next, he shall be enrolled and considered as one of the Militia of this State.

Books to be procured, and Returns to be entered, &c.

6. *And be it further Enacted*, That the said Commissioners shall procure Books, and shall cause the Returns of the said Deputies to be entered therein, and shall make out Copies of the Names of all Exempts within their County, and shall transmit one of the said Copies to the County Collector, and the other to the Treasurer of this State, and shall also make and transmit a List of the Exempts of each Township to the Township Collectors within the said County, and a List of all the Militia enrolled within their County to the Governor of this State, at or before the first Day of the next Sitting of the Legislature.

Persons exempted, except, &c.

what to pay.

Treasurer's Duty.

7. *And be it further Enacted*, That every Person exempted as aforesaid from personal Service in the Militia (except Ministers of the Gospel, the Vice-President of the United States, the Officers Judicial and Executive of the Government of the United States, the Members of both Houses of Congress and their respective Officers, all Custom-House Officers with their Clerks, all Post Officers and Stage Drivers who are employed in the Care and Conveyance of the Mail of the Post-Office of the United States, all Ferrymen employed at any Ferry on the Post-Road, all Inspectors of Exports, all Pilots, all Mariners actually employed in the Sea Service of any Citizen or Merchant within the United States) shall pay an annual Tax of Three Dollars: And the said Township Collectors shall collect the same at the same Time, and in the same Manner as the Taxes of the same Year ; and shall also in like Manner pay the same when collected to the County Collector, to be by him paid to the Treasurer of the State: And the said Township and County Collectors and Constables shall receive the same Fees, and be subject to the same Pains and Penalties, as they are or shall be entitled unto or subjected to by the Tax-Laws of this State ; and the Treasurer of the State shall cause an annual Return of all the Monies received on the said Tax to be laid before the Legislature at their first Sitting in every Year.

Militia, how be divided.

8. *And be it further Enacted*, That all Citizens enrolled as aforesaid, for military Duty, shall be divided into Companies of, as near as may be, sixty-four Men each, and into Battalions and Regiments, by the
said

Pl.0535

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16839   Page 17 of 203

faid Commiffioners, each Battalion to confift, as near as may be, of five Companies of Foot, of which, Battalions and Regiments the faid Commiffioners fhall make accurate Returns to the Commander in Chief of this State, on or before the fecond Week of the next Sitting of the Legiflature, to be by him laid before the faid Legiflature; and the faid Commiffioner, or the Deputy of the Townfhip if required by the faid Commiffioner, having given due Notice by Advertifements in three of the moft publick Places within the Limits of fuch Company, fhall attend and prefide at the Election for the Choice of Officers; and the faid Company, or fuch of them as fhall attend, fhall proceed by Plurality of Votes to choofe one Captain, one Lieutenant and one Enfign; and the faid Commiffioner fhall certify in Writing the Names and Rank of each Officer fo chofen or elected to the Governor of the State, and the Governor of the State fhall commiffion the faid Officers accordingly under the Seal of the State; and the faid Captains and Subalterns fhall choofe or appoint their Sergeants, Corporals, Drummers, Fifers or Buglers. *Officers, how to be appointed.*

9. *And be it further Enacted,* That the commiffioned Officers of each Company fhall procure Fifes or Bugle-Horns and Drums for their refpective Companies, to be paid for by the County Collector out of any publick Monies in his Hands, upon Orders of the Commiffioner of the County. *Mufick, how procured.*

10. *And be it further Enacted,* That, after the Formation of the Militia fhall have taken Place in Purfuance of this Law, the Militia of this State fhall affemble three Times in every Year at leaft, in fuch Manner, Time and Place as their refpective Captains fhall order, until otherwife directed by Law. *Militia, when to affemble.*

11. *And be it further Enacted,* That every Perfon enrolled in the Militia of this State fhall attend the Company and other Trainings ordered by Law; and if any fuch Perfon fhall neglect or refufe to attend with a Mufquet, Rifle or Firelock, and no fufficient Excufe be made to the Officers of the Company for fuch Neglect or Refufal within ten Days after fuch Default, then the Captain or commanding Officer of fuch Company fhall make a Return of all fuch Defaulters to one of the Juftices of the Peace within the County, who fhall iffue an Execution to the Conftable againft fuch Defaulters for the Sum of Seven Shillings and Six-pence each, together with the Cofts of fuch Execution; and the faid Conftable is hereby directed to pay the faid Money when collected to the faid Juftice, who is to pay the fame to the County Collector and by him to be paid to the Treafurer of the State. *Penalty for not attending Duty.*

12. *And be it further Enacted by the Authority aforefaid,* That the faid Commiffioners fhall feverally be allowed, while employed in performing the Services required by this Act, Twelve Shillings per Day; and the faid Deputies feverally Four-pence per Name for every Name entered on their faid Lift, to be paid to them by the Collectors of the feveral Counties, or Treafurer of the State, on Accounts regularly made out and fworn to by the faid Commiffioners or Deputies; and the faid Accounts and Receipts of fuch Commiffioners and Deputies fhall be fufficient Vouchers to fuch Collectors and Treafurer for fo much of the publick Money as fhall be paid by them for *Commiffioners Fees.*   b   P₀

Pl.0536

**Appeal allowed.**

13. *And be it further Enacted,* That every Person taxed by Virtue of this Act may appeal to the Commissioners of Appeal of the Township in which they reside, in Cases where Doubts arise respecting the Age or Ability of Body of such Person to do military Duty; and the said Commissioners of Appeals are hereby authorized to issue Subpœnas, administer Oaths or Affirmations, and to hear and determine such Appeals; and the said Commissioners shall give a Copy of their Judgment to the Appellant if in his Favour, and the Collector of such Township shall govern himself accordingly; but in Case such Appeal should be determined against the Appellant, then the Costs thereof shall be paid by the said Appellant.

**Penalty on the Commissioners and Deputies for Neglect.**

14. *And be it further Enacted,* That the said Commissioners and Deputies, who shall be appointed by Virtue of this Act, and accept thereof, who shall neglect or refuse to perform the Services and Duties required hereby, shall forfeit and pay the Sum of Twelve Pounds, to be prosecuted for and recovered in an Action of Debt, with Costs of Suit, by the Collector of the County in which such Commissioner or Deputy shall reside, to and for the Use of the State.

**Former Law repealed.**

15. *And be it further Enacted,* That from and after the passing of this Act, the Militia Laws now in Force in this State be, and they are hereby repealed; and all military Commissions heretofore granted by Virtue of the same shall be, and they are hereby declared null and void.

A         Passed at Trenton, November 30, 1792.

## C H A P.  CCCCXIV.

## An ACT for defraying Incidental Charges.

**Enacting Clause.**

BE IT ENACTED by the Council and General Assembly of this State, and it is hereby Enacted by the Authority of the same, That it shall and may be lawful for the Treasurer of this State, and he is hereby required to pay to the several Persons herein after named the following Sums, to wit,

To Abraham Blauvelt, for advertising Court of Errors, publishing a List of Candidates for Representatives in Congress, and publishing a Proclamation, Two Pounds Six Shillings.

To William Harriman, for keeping a Man and Horse for Express six Weeks and four Days, Three Pounds Twelve Shillings.

To his Excellency William Paterson, for Cash paid John Dunham and Peter Nafew for going Express with the List of the Names of Candidates, proposed to be voted for as Representatives in Congress, to the several Sheriffs in this State, Twelve Pounds.

To James Mott, Esquire, for Cash paid for Wrapping Paper, Postage of s, d. Sundries, as per Account, Eight Pounds Fourteen Shillings.
                                                                    To

Pl.0537

**Plaintiffs' Exhibit Z**

Pl.0538



Content downloaded/printed from          *HeinOnline*

Thu Oct  3 17:31:20 2019

Citations:

Bluebook 20th ed.
1792 440 .

ALWD 6th ed.
1792 440 .

Chicago 7th ed.
, "," New York - 16th Legislative Session : 440-450

OSCOLA 4th ed.
, " 1792 440

-- Your use of this HeinOnline PDF indicates your acceptance of HeinOnline's Terms and
    Conditions of the license agreement available at
    *https://heinonline.org/HOL/License*
-- The search text of this PDF is generated from  uncorrected OCR text.
Use QR Code reader to send PDF to your smartphone or tablet device



Pl.0539

# CHAP. 45.

## AN ACT to organize the militia of this State,

PASSED the 9th of March, 1793.

**Preamble.** WHEREAS, by the constitution of the United States, the Congress has power to provide for organizing, arming and disciplining the militia, and for governing such part of them, as may be employed in the service of the United States, reserving to the States respectively, the appointment of the officers, and the authority of training the militia, according to the discipline prescribed by Congress.

**Act of Congress.** *And whereas,* the Congress did on the eighth day of May one thousand seven hundred and ninety two, pass an act entitled "An act more effectually to provide for the national defence by establishing an uniform militia throughout the United States, which act is in the words following, vizt. *Be it enacted by the Senate and House of Representatives of the United States of America, in Congress assembled,* That each and every free, able bodied white male, citizen of the respective States, resident therein, who is or shall be, of the age of eighteen years, and under the age of forty five years (except as is herein after excepted), shall severally and respectively be enrolled, in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, and that within twelve months after the passing of this act. And it shall at all times hereafter be the duty, of every such captain or commanding officer of a company, to enrol every such citizen as aforesaid, and also those who shall, from time to time, arive at the age of eighteen years, or being of the age of eighteen years, and under the age of forty five years, (except as before excepted) shall come to reside within his bounds; and shall without delay, notify such citizen of the said enrolment, by a proper non-commissioned officer of the company, by whom such notice may be proved. That every citizen so enrolled and notified, shall within six months thereafter, provide himself with a good musket or firelock a sufficient bayonet and belt, two spare flints, and a knapsack, a pouch with a box therein, to contain not less than twenty four cartridges, suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball: Or with a good rifle, knapsack, shot pouch and powder horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder, and shall appear so armed, accoutred and provided, when called out to exercise, or into service, except that, when called out on company days to exercise only, he may appear without a knapsack. That the commissioned officers shall severally be armed with a sword, or hanger and espontoon, and that from and after five years from the passing of this act, all muskets for arming the militia as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound. And every citizen so enrolled, and providing himself with the arms, ammunition and accoutraments required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales, for debt or for the payment of taxes. *And be it further enacted,* That the vice president of the United State, the officers judicial and executive of the government of the United States; the members of both houses of Congress, and their respective officers; all custom house officers, with their clerks; all post officers and stage drivers, who are employed in the care and conveyance of the mail of the post office of the United States; all ferrymen employed at any ferry on the post road, all inspec-

Pl.0540

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16844   Page 22 of 203

tors of exports, all pilots, all mariners, actually employed in the sea ser-
vice of any citizen or merchant within the United States; and all per-
sons who now are or may hereafter be exempted by the laws of the
respective States, shall be, and are hereby exempted from militia duty,
notwithstanding their being above the age of eighteen, and under the
age of forty five years.   *And be it further enacted,* That within one
year after the passing of this act, the militia of the respective States
shall be arranged into divisions, brigades, regiments, battallions, and
companies, as the legislature of each State shall direct, and each divi-
sion, brigade and regiment, shall be numbered, at the formation thereof,
and a record made of such numbers, in the adjutant general's office in
the State, and when in the field or in service in the State, each division,
brigade and regiment shall respectively take rank, according to their
numbers, reckoning the first or lowest number, highest in rank.   That
if the same be convenient, each brigade shall consist of four regiments,
each regiment of two battalion, each battalion, of five companies, each
company of sixty four privates; that the said militia shall be officered
by the respective States, as follows; to each division, one major general
and two aids-de-camps, with the rank of major; to each brigade, one
brigadier general with one brigade inspector, to serve also as a brigade
major, with the rank of a major; to each regiment, one lieutenant col-
onel commandant, and to each battallion one major, to each com-
pany one captain, one lieutenant, one ensign, four serjeants, four
corporals, one drummer and one fifer or bugler; that there shall be a
regimental staff to consist of one adjutant and one quarter master to
rank as lieutenants, one pay master, one surgeon and one surgeon's
mate, one sergeant major, one drum-major, and one fife major.   *And be
it further enacted,* That out of the militia enrolled, as is herein directed,
there shall be formed for each battallion, at least one company of gren-
adiers, light infantry or riflemen, and that to each division, there shall
be at least one company of artillery, and one troop of horse; there
shall be to each company of artillery, one captain, two lieutenants, four
sergeants, four corporals six gunners, six boumbardiers, one drummer
and one fifer.   The officers to be armed with a sword or hanger, a fusee,
bayonet and belt, with a cartridge box to contain twelve cartridges, and
each private or matross shall furnish himself, with all the equipments of
a private in the infantry, until proper ordnance and field artillery is
provided.   There shall be to each troop of horses; one captain, two
lieutenants, one cornet, four sergeants, four corporals, one sadler, one
farrier, and one trumpeter; the commissioned officers to furnish them-
selves with good horses, of at least fourteen hands and a half high, and
to be armed with a sword and a pair of pistols, the holsters of which to
be covered with bearskin caps, each dragoon to furnish himself with a
serviceable horse, at least fourteen hands and an half high, a good sad-
dle, bridle, mailpillion and valise, holsters and a breastplate and crup-
per, a pair of boots and spurs, a pair of pistols, a saber and a cartouch
box, to contain twelve cartridges for pistols.   That each company of
artillery and troop of horse, shall be formed of voluntiers from the brig-
ade, at the discretion of the commander in chief of the State, not ex-
ceeding one company of each to a regiment, nor more in number, than
one eleventh part of the infantry, and shall be uniformly cloathed in
regimentals, to be furnished at their own expence, the colour and fash-
ion to be determined by the brigadier commanding the brigade to which
they belong.   *And be it further enacted,* That each battallion and regi-
ment shall be provided with the State and regimental colours by the
field officers, and each company with a drum and fife or bugle horn by

Pl.0541

the commissioned officers of the company, in such manner, as the legislature of the respective States shall direct. *And be it further enacted,* That there shall be an adjutant general appointed in each State, whose duty it shall be to distribute all orders from the commander in chief of the State, to the several corps, to attend all public reviews, when the commander in chief of the State shall review the militia or any part thereof, to obey all orders from him, relative to carrying into execution and perfecting the system of military discipline established by this act, to furnish blank forms of different returns, that may be required, and to explain the principles on which they should be made, to receive from the several officers of the different corps throughout the State, returns of the militia under their command, reporting the actual situation of their arms, accoutraments and ammunition, their delinquencies, and every other thing, which relates to the general advancement of good order and discipline: All which the several officers of the divisions, brigades, regiments and battalions are hereby required to make in the usual manner, so that the said adjutant general, may be duly furnished therewith; from all which returns, he shall make proper abstracts, and lay the same annually before the commander in chief of the State. *And be it further enacted,* That the rules of discipline approved and established by Congress, in their resolution of the twenty ninth of March one thousand seven hundred and seventy nine, shall be the rules of discipline, to be observed by the militia throughout the United States, except such deviations from the said rules, as may be rendered necessary by the requisitions of this act, or by some other unavoidable circumstances; it shall be the duty of the commanding officer of every muster, whether by battallion, regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline. *And be it further enacted,* That all commissioned officers shall take rank, according to the date of their commissions, and when two of the same grade, bear an equal date, then their rank to be determined by lot, to be drawn by them, before the commanding officer of the brigade, regiment, batallion, company or detachment. *And be it further enacted,* That if any person, whether officer or soldier, belonging to the militia of any State, and called out into the service of the United States, be wounded or disabled while in actual service he shall be taken care of, and provided for at the public expence. *And be it further enacted,* That it shall be the duty of the brigade inspector to attend the regimental and battallion meetings of the militia, composing their several brigades during the time of their being under arms to inspect their arms, ammunition and accoutraments, superintend their exercise and manœuvre, and introduce the system of military discipline before described throughout the brigage, agreeable to law, and such orders as they shall from time to time receive, from the commander in chief of the State, to make returns to the adjutant general of the State, at least once in every year, of the militia, of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutraments and ammunition of the several corps, and ev y other thing, which in his judgment, may relate to their government and the general advancement of good order and military discipline, and the adjutant general shall make a return of all the militia of the State, to the commander in chief of the said State and a duplicate of the same, to the President of the United States. *And whereas,* sundry corps of artillery, cavalry and infantry, now exist in several of the said States which, by the laws, customs or usages thereof, have not been incorporated with, or subjected to the general regulations of the militia. *Be it further enacted,* That such corps retain their accustomed

Pl.0542

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16846   Page 24 of 203

privileges, subject nevertheless, to all other duties required by this act, in like manner with the other militia."

*And whereas,* the reservations contained in the said constitution, relative to the militia of the States respectively, render it necessary, that provision should be made in the premises by the legislature of this State, Therefore,

*Be it enacted by the People of the State of New York represented in* Arrangement of the State militia. *Senate and Assembly,* That the militia of this State, shall be arranged into four divisions, and that each division shall comprehend one of the great districts of this State, in each of which districts, a major general shall be appointed, and each division shall be formed into as many brigades, and each brigade into as many regiments, and each regiment, into as many companies, as the commander in chief of the militia of this State for the time being, shall in his discretion, from time to time deem meet and proper, and shall also order, that at least one company of artillery, and one troop of horse, be formed from every brigade, or from such of them, as he shall direct and require; and all returns from the militia corps respectively, shall be made out and transmitted, in such manner, and at such time, as the said commander in chief, shall from time to time direct and require.

*And be it further enacted,* That the militia of this State, shall rendez-vous three times in every year, for the purpose of training, disciplining vous. and improving in martial exercise, twice by companies within their respective beats, and once by regiments, except as is herein after excepted. And that each brigadier general shall appoint the regimental parades, at such time and place as he may think proper, as nearly central as may be, within each of the respective regiments; that the time and place of the rendezvous for the companies shall be appointed by the colonel or commanding officer of the regiment, and arranged on different days, that the field and staff officers may have an opportunity of attending the several companies exercised in detail, in order to introduce uniformity in the manœuvres and discipline of the regiment. That the artillery company and troop of horse, belonging to each division or brigade, shall meet at such times and places as shall be appointed for that purpose by the major general or commanding officer of the division.

*And be it further enacted,* That a court martial shall consist of thir- Courts-teen commissioned officers, who shall appoint their own judge advocate, martial. which judge advocate shall tender to each member, and each member is hereby required to take the following oath; "You do swear, that you will well and truly, try and determine, according to evidence, the matter now depending between the people of the State of New York and the person and persons to be tried, and you do further swear that you will not divulge the sentence of the court, until the same shall be approved or disapproved, pursuant to the act entitled "An act to organize the militia of this State, neither will you upon any account, at any time whatsoever, disclose or discover, the vote or opinion of any particular member of the court martial, unless required to give evidence thereof, by a court of justice in a due course of law, so help you *God.*" And the president is hereby authorized to tender to the judge advocate, who is hereby enjoined to take the following oath. You do swear swear, that you will not upon any account, or at any time whatsoever, disclose or discover, the vote or opinion of any particular member of the court martial, unless required to give evidence thereof, as a witness by a court of justice in a due course of law, and that you will not divulge the sentence of this court until the same shall be approved or

Pl.0543

disapproved, pursuant to the act entitled "An act to organize the militia of this State" so help you *God;* and it shall and may be lawful, for the president of any such court, after he shall have received notice of his appointment, and he is hereby required on application to issue his precept directed to any witness or witnesses to be summoned, commanding his, her or their attendance, at the time and place appointed for such court to set, to give evidence in behalf of the people of this State or for the person or persons to be tried (as the case may be) and such witness or witnesses being summoned, and making default shall incur the like fines and forfeitures as are inflicted on witnesses for their default, by the ninth section of the act for the more speedy recovery of debts to the value of ten pounds, passed the seventeenth day of April one thousand seven hundred and eighty seven; and the president of any such court martial shall be, and he is hereby impowered to administer the usual oath to such witnesses as shall come to give evidence to such court, during the time he shall be president thereof, and that if any officer shall be arrested by virtue of this act, the charge shall particularly be set forth in writing and signed by the arresting officer, a copy whereof shall be delivered to such officer, so arrested or left at his usual place of abode within three days after such arrest, and the person so · arrested shall not be held to answer to any matter whatever, not set forth in such charge, that every commissioned officer who shall be convicted by a general court martial, of having refused or neglected to perform any of the duties of his office, shall be punished according to the nature and degree of his offence, at the discretion of the said court, either by fine or removal from office.

Proviso as to fines.  *Provided,* no fine shall exceed ten pounds for the first offence or fifty pounds for any subsequent offence, and every such fine shall be levied and collected by warrant under the hand and seal of the officer having instituted the court martial or in his absence by the commanding officer of the division, if such court martial was formed from the division or by the commanding officer of the brigade, if such court martial was formed from the brigade, directed to any one adjutant of the brigade or person acting as such to which such officer, on whom such fine is imposed may belong, in like manner, as the fines hereinafter mentioned, to be recovered of the non commissioned officers and privates for neglect or refusal of duty. That the proceedings and sentence of every court martial, by which any officer shall be removed from office, shall be in writing, signed by the president thereof, and shall by him be delivered to the commanding officer of the division or brigade, as the one or the other may have instituted the court martial, to be by him transmitted to the commander in chief of this State, who shall approve or disapprove of the same in orders, and that all other proceedings and sentences of courts martial, shall also be in writing signed by the president thereof, and by him be delivered to the commanding officer of the division or brigade, (as the case may be) who shall approve or disapprove of the same in orders;

Proviso as to general officers.  *Provided,* That no sentence of a court martial on a general officer, shall go farther than removal from office.  That all sentences of courts martial by which any officer shall be removed, and which shall be approved by the commander in chief of this State, shall by him from time to time be laid before the council of appointment, to the end, that the person administering the government of this State for the time being, by and with their advice and consent may appoint others instead of the officers so removed from office.

Pl.0544

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16848   Page 26 of 203

*And be it further enacted,* That courts martial for the trial of general officers, shall be ordered by the commander in chief of this State, and shall consist of general and field officers taken from a roaster to be kept by the adjutant general for that purpose; that courts marshal for the trial of field officers shall be ordered by the commanding officer of the division, and shall consist of commanding officers of brigades, field officers, and if requisite of captains. That courts martial for the trial of officers below the rank of field officers, shall be ordered by the commanding officer of the brigade, and shall consist of field officers and others of inferior rank. That courts martial for the trial of non commissioned officers and privates, shall be ordered by the commanding officer of the regiment, and shall consist of officers not of the rank of field officers. That roasters shall be kept by the proper officers from which such courts martial shall be formed. That the sentence of every court martial shall be approved or disapproved by the officer having instituted the same, saving to the party tried, an appeal to the commander in chief to whom the sentence of every general court martial shall be reported without delay. *Courts-martial, how ordered.*

*And be it further enacted,* That every non commissioned officer, who shall neglect to warn the men to appear at any rendezvous mentioned in this act, when thereunto required by his captain or commanding officer without sufficient excuse, shall forfeit the sum of two pounds. That every non commissioned officer or private, who shall neglect to appear when warned, in pursuance of this act without sufficient excuse, shall for every day he neglects to appear at the regimental or battalion rendezvous, forfeit the sum of sixteen shillings; and for every day he neglects to appear at the company parade, forfeit the sum of eight shillings, and if he shall not be armed and equipped according to the directions of this act, when so appearing, without sufficient excuse, he shall for every deficiency, forfeit the sum of one shilling and appearing without a musket the sum of four shillings. *Penalties for failure to appear when warned.*

*Provided always,* That none of the fines aforesaid, or any other other * arising from offences in a regiment or company thereof, any company of artillery or troop of horse, other than for disobedience of orders under arms, shall be levied on any delinquent, until he shall have been summoned to appear before a board of officers, to be instituted as herein after directed, that he may shew cause why such fine should not be levied, and all fines which such board shall determine as proper to be exacted, shall be levied by warrant from the president of such board, to one or more sergeants or corporals of the regiment or company, to which the offender belongs, whose duty it is hereby made to collect the same, by distress and sale of the goods and chattels of the offenders respectively. And in case any such defaulter shall live with his father or mother, or shall be then an apprentice or indented servant, the master or mistress, or father or mother, (as the case may be) shall be liable to pay the said fine, with costs, and in default of payment the said sergeant or corporal shall levy the same upon the goods and chattels of such father or mother, or master or mistress, and all fines arising from any offences within any brigade, shall when recovered be paid to such person, as the commanding officer of the brigade shall appoint for the purpose, and as much thereof shall be appropriated by the order of the said commanding officer, as he shall think proper for the purchase of such colours, drums and fifes, for the different corps in the brigade, as may be requisite, and the residue, if any there be, for the purpose *Proviso as to collection of penalties.*

* So in original.

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16849   Page 27 of 203

of purchasing such arms, as are designated in the first section of the act herein before recited, to be deposited as the said commanding officer shall direct, to be delivered in case of invasion or insurrection, to such of the militia of the brigade, as may be destitude of arms, to be returned whenever thereupon required, by the commanding officer of the brigade, regiment or company, and in case any or either of the said sergeants or corporals to whom such warrants shall be directed as aforesaid, shall neglect his duty in the premises, he shall for every such neglect, forfeit the sum of twenty four shillings, to be levied and collected in manner aforesaid, by a like warrant, which monies, when collected, shall be paid and apropriated in manner aforesaid, and that it shall be the duty of the person receiving such fines, once in every year to render an account to the brigadier or officer commanding the brigade, of all his receipts and expenditures in pursuance of this act.

**Boards to levy fines on delinquents.** *And be it further enacted,* That the commanding officer of a brigade shall institute, as many boards of officers, each to consist of not less than three, nor more than five, as there are rigiments in his brigade, who shall, from time to time, convene at such place, and at such times as the commanding officer of the brigade shall direct. To the president of each of which boards, all returns of delinquents from the corps designated in the brigade orders shall be made, which president shall direct the delinquents on a day, and at a place certain, to be summoned to appear before the said board, and to shew cause why the fines incurred by them should not be levied, and it shall be in the discretion of such board, to cause the fines to be levied in manner aforesaid, either in the whole or mitigated in their discretion or remitted, and for such as the board shall direct to be levied, warrants shall issue in manner herein before directed.

**Commander-in-chief may order out militia in case of invasion, etc.** *And be it further enacted,* That the commander in chief of this State for the time being, may in case of invasion or other emergency, when he shall judge it necessary, order out any proportion of the militia of this State, to march to any part thereof, and continue as long as he may think necessary, and likewise may, in consequence of an application from the executive of any of the United States, on an invasion or insurrection, or an apprehension of an invasion of such State at his discretion, order any number of the militia not exceeding one third part thereof to such State.

*Provided,* That they be not compelled to continue on duty out of this State, more than forty days at any one time; that while in actual service in consequence of being so called out, they shall receive the same pay and rations, and be subject to the same rules and regulations, as the troops of the United States of America.

**Exemptions from militia duty.** *And be it further enacted,* That in addition to persons exempted from militia duty by the law of the United States herein before recited, there shall be and hereby are exempted by this act from such duty as aforesaid, the following persons vizt. the lieutenant governor of this State, members of both houses of the legislature of this State, and their respective officers, the chancellor, the chief justice, and other justices of the supreme court, judge of the court of probates and all other judicial officers of this State, secretary, treasurer, attorney general and auditor for this State, surveyor general, register and clerks of courts sheriffs, coroners, constables and gaolars, two ferry men employed to each boat, the surrogates in the several counties, all ministers and preachers of the gospel, physicians and surgeons, except in their several professions and callings, the professors, teachers and students in all colleges and academies within this State, all schoolmasters engaged for

Pl.0546

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16850   Page 28 of 203

at least three months, all post riders, the actual attendant of every grist mill, and all firemen belonging to companies now established, or which hereafter may be established by law within this State, and also all persons actually employed as overseers, manufacturers and labourers at any furnace, forge, or bloomery for making iron, all such persons so employed at any furnace for making iron castings; all such persons so employed at any glass house, for making glass, during the time they are so actually employed notwithstanding their being above eighteen and under forty five years of age.

*And be it further enacted,* That all persons being of the people called Quakers, who would otherwise be subject to military duty, by virtue of this act, and who shall refuse personal military service, shall be exempted therefrom, on paying annually the sum of twenty four shillings each, for such exemption, such sum to be assessed on each of them respectively, by the assessors, and collected by the collectors of the districts wherein they respectively reside, with the contingent charges of the county, and paid to the county treasurer, who shall pay the same into the treasury of this State, to be applied towards the support of the government; and it is hereby made the duty of every captain of infantry, within three months, after he shall have received his commission, and yearly and every year thereafter on the first Tuesday in May in every year, to make a list of the names of all and every person and persons within his beat, who being of the people called Quakers, shall neglect or refuse personally to perform military service, and deliver such list in the city of New York to the clerk of the said city, and in each of the other counties of this State, to the supervisors of the town, where such person or persons so neglecting or refusing to perform military service shall respectively reside; and the clerk of the said city of New York shall forthwith after receiving such lists, deliver the same to the mayor, aldermen and commonalty of the said city, in common council convened; and the mayor, recorder and aldermen of the city of New York, or any three of them, in the said city, and the supervisors or a major part of them, of each of the other counties of the State respectively, shall at their first meeting, after the delivery of such lists, cause tax lists to be made out, according to such lists so delivered, with warrants thereon, under their hands and seals, directed to the collector of the ward or town in which such persons named in such lists, respectively reside, for levying the sum of twenty four shillings of the goods and chattels of each of the persons named in the same lists, and the said collectors are hereby respectively authorized and required, to demand and receive of each of the persons named in such tax list; the said sum of twenty four shillings, and in default of payment, such collector shall levy the said sum of twenty four shillings, by distress and sale of the goods and chattels of the person so neglecting or refusing to pay the same, and in case any person named in such tax list, shall be under age and live with his father or mother, shall be then an apprentice or servant, the master or mistress, or father or mother, as the case may be, shall be liable to pay the said sum of twenty four shillings, for such person so under age; and in default of payment, the collector shall levy the same by distress, and the sale of the goods and chattels of such father or mother, master or mistress, and the said respective collectors, shall respectively pay the said monies, to the city or county treasurer, deducting their fees for collecting, on or before the first Monday in January in every year; and the county treasurers shall respectively pay the same to the treasurer of this State, deducting his fees for receiving the same, on or before the first Monday in March in every year.  And

Pl.0547

the collectors and county treasurers, shall have the like fees for collecting and receiving the said monies, as they are respectively entitled to, for collecting and receiving the monies, raised for defraying the necessary and contingent charges of the said city or counties.

*And whereas*, from the dispersed situation of the inhabitants residing within the counties of Otsego, Tioga, Herkemer, Ontario and Clinton they would be subject to great expence and difficulty, if they were obliged to attend regimental parades. Therefore,

**Militia of certain counties, rendezvous of.** *Be it further enacted*, That it shall and may be lawful for the militia of the said counties of Otsego, Tioga, Herkemer, Ontario and Clinton to rendezvous by regiments or battalions, as the major general or commanding officer of the division may direct.

**Ordering out of militia by commanding officers** *And be it further enacted*, That it shall and may be lawful to and for any major general of a division or commanding officer of a brigade, or commanding officer of a regiment, when and as often as, any invasion may happen, to order out the militia or any part thereof, under their respective commands for the defence of this State, giving notice of such invasion and every circumstance attending the same, as early as possible to their immediate commanding officer, by whom such information shall be transmitted with the utmost expedition to the commander in chief of this State. And that in cases of insurrections, the commanding officer of the regiment within the limits of which any such insurrection may happen, shall immediately assemble his regiment under arms, and having transmitted information thereof, to the commanding officer of the brigade, and to the commander in chief of this State, shall proceed to take such measures to suppress such insurrection, as to any three of the judges or justices of the county, in which such insurrection shall happen, shall appear most proper and effectual. And if any person be wounded or disabled while in actual service of this State, in opposing any invasion or insurrection or in suppressing the same, he shall be taken care of and provided for at the expence of this State.

*Provided always*, that if such judges or justices, shall deem a greater number of militia requisite to quell such insurrection, they shall and are hereby required to apply for the same, to the commanding officer of the division or any brigade thereof, who are hereby severally required to obey such requisition.

**Penalties for certain neglects; collection of.** *And be it further enacted*, That every non commissioned officer and private, who shall neglect or refuse to obey the orders of his superior officer while under arms, shall forfeit twenty shillings for every such offence, and if any such non commissioned officer or private. enrolled to serve in either of the companies mentioned in this act, shall refuse or neglect to perform such military duty or exercise, as he shall be required to perform, or shall depart from his colours or guard, without the permission of his superior officer as aforesaid, he shall forfeit the sum of twenty shillings, and for the non payment thereof the offender shall be committed to gaol, by warrant from the captain or commanding officer to the troop or company then present, to which such offender doth belong, there to be confined until the fines as aforesaid, together with the gaolers fees are paid; and the respective sheriffs of the respective cities and counties of the State, are hereby empowered and required to receive the body or bodies of any offender or offenders, as shall be brought to them by virtue of a warrant or warrants under the hand and seal of any officer by virtue of this act, and him or them to keep in safe custody, until such fines as are mentioned in such warrant, together. with the gaolers fees as aforesaid, shall be paid or until the said offender or offenders shall be discharged by due course of law; and the sheriffs

Pl.0548

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16852   Page 30 of 203

and gaolers respectively shall be allowed the same fees as are allowed in other cases.

*Provided,* that in case of a military guard, where a captain doth not command in person a warrant granted by an inferior officer, who shall have the command of such guard, shall be of the same authority against all offenders, as if such warrant had been issued by such captain.

*And be it further enacted,* That from and after the first day of January next, the military uniforms of this State shall be as follows, that is to say, general officers; dark blue coats, with buff facings, linings, collars and cuffs and yellow buttons, with buff under cloaths. Regimental and staff officers; dark blue coats, with white linings, scarlet facings, collars and cuffs, and yellow buttons with white under cloaths. Non commissioned officers and privates of the granadier and light infantry companies; dark blue coats, with white linings, scarlet facings, collars and cuffs, yellow buttons and white under cloaths. *(margin: Uniforms, of what to consist.)*

*And be it further enacted,* That it shall and may be lawful, in and for the major general or commanding officer of any division respectively, in the counties of Montgomery, Otsego, Tioga, Herkemer, Ontario and Clinton, if he shall deem it expedient, to direct the light infantry and riflemen of such division, to uniform themselves in rifle frocks and over alls. *(margin: Id., in certain counties.)*

*And be it further enacted,* That every commissioned officer, who shall from time to time be appointed, shall report his acceptance of the office within ten days after having received notice thereof, to such officer or officers, as the commander in chief shall from time to time direct. *(margin: Acceptance of commissions.)*

*And be it further enacted,* That all persons who have heretofore been commissioned officers in the line of the army of the United States, and all officers who have served in the militia or levies of this State, or in the militia or levies of any of the United States, or in the militia or levies of the late colony of New York, shall be, and hereby are exempted from serving in the militia of this State, any thing in this act to the contrary notwithstanding. *(margin: Certain former officers, exemptions of.)*

*Provided nevertheless,* That if any such officer shall be commissioned in the militia, to a rank equal to that which he held in the said army, militia or levies, and shall refuse to accept such commission, such officer so refusing, without giving satisfactory reasons to the council of appointment for such refusal, shall be liable to serve in the militia.

*And provided also,* that this exception shall not extend to any such persons being officers, who have gone over to, and joined the enemy in the late war.

*Provided also,* that no commissioned officer shall resign his commission without first making application to the major general or commanding officer of the division to which he belongs, and stating his reasons in writing for the same, which resignation and reasons shall be transmitted by the said commanding officer, to the commander in chief of the militia of this State, together with his opinion thereon, and in case any officer sends in his resignation to the commander in chief, and the same be accepted by the council of appointment, without having pursued the mode herein prescribed, such officer shall be liable to do duty in the militia as a private. *(margin: Proviso as to resignations.)*

*And be it further enacted,* That the officers of the militia under the existing militia laws of this State, shall be, and hereby are continued in their respective offices under this act, until the person administering the government of this State for the time being, and council of appointment shall otherwise determine. *(margin: Present officers continued.)*

Pl.0549

**450**     LAWS OF NEW YORK.     [CHAP. 46.

Acts
repealed.

*And be it further enacted,* That from and after the seventh day of October next, the act entitled "An act to regulate the militia" passed the fourth day of April one thousand seven hundred and eighty six, and the act entitled "An act to amend an act entitled "An act to regulate the militia" passed the eighteenth day of April one thousand seven hundred and eighty seven, and the thirty first section of an act entitled "An act directing the settlement of public accounts, and for other purposes therein mentioned" passed the twenty second day of March one thousand seven hundred and eighty eight, be and hereby are repealed.

---

# CHAP. 46.

AN ACT concerning the settlement of lands, and for prolonging the time for payment of quit rents.

PASSED the 9th of March, 1793.

Inquisi-
tions
to deter-
mine what
patented
lands are
forfeited
to the State
by non-
compliance
of con-
ditions of
settlement.

*Be it enacted by the People of the State of New York, represented in Senate and Assembly, and it is hereby enacted by the authority of the same,* That the secretary of this State for the time being, shall, and he is hereby enjoined, as soon as conveniently may be, after the first day of January one thousand eight hundred and one, to make out an abstract of all lands granted by letters patent under the great seal of this State, which contains a condition of actual settlement specifying the time limited, in and by such letters patent for such actual settlement, and shall deliver such abstract to the surveyor general for the time being, who shall, and he is hereby enjoined without delay, after the day above mentioned, to make enquiry, and if he shall find that any such lands granted on the condition aforesaid, shall not then be so actually settled, he shall give notice thereof to the attorney general of this State for the time being, who shall without delay cause a writ to be issued out of the court of chancery and directed to the sheriff of the county in which the same land shall be situated, in the form following, The people of the State of New York, to the sheriff of _____ greeting; whereas by our letters patent under our great seal bearing date (reciting the same letters patent) and because we are informed that such settlement (or settlements as the case may be) as the law requires hath not (or have not, as the case may be) been made thereon by reason whereof the same lands ought to revert to us; therefore we command you, that by the oath of twelve, good and lawful men of your bailiwic, you diligently enquire whether such settlement (or settlements as the case may be) hath (or have as the case may be) been made on the said lands or on any and what part thereof as the law requires, and the inquisition which you shall take thereof, do you send under your seal and the seals of those by whose oath you take the same inquisition before us in our court of chancery without delay, wheresoever the said court shall then be, together with this writ; and the sheriff shall upon receiving such writ, affix a copy thereof upon the front door of the court house or place where the courts of common pleas and sessions of the peace in his county were then last held, with a notice of the time when, and place where, the same writ is to be executed, which time shall not be less than sixty days from the time of fixing the same notice in the manner aforesaid, and upon the return of the same writ any person aggrieved by the inquisition thereupon taken may traverse the same; and when any issue shall be joined thereupon, the record thereof shall be sent into the supreme court of judicature of this State, there to be tried and determined

Pl.0550

**Plaintiffs' Exhibit AA**

Pl.0551

DOCUMENTING
the American South   Colonial and State Records of North Carolina

Collections >> Colonial and State Records (CSR) >> Documents >> Volume 24 >> Document

## Acts of the North Carolina General Assembly, 1786 - 1787
### North Carolina. General Assembly
### 1786
### Volume 24, Pages 783-884

-------------------- page 783 --------------------

LAWS OF NORTH CAROLINA, 1786.

At a General Assembly, begun and held at Fayetteville on the eighteenth day of November, in the year of our Lord One Thousand Seven Hundred and Eighty-Six, and in the Eleventh Year of the Independence of the said State, being the first session of the said Assembly. *Richard Caswell, Esq.,* Governor.

CHAPTER I.
An Act for Raising Troops for the Protection of the Inhabitants of Davidson County.

Whereas the frequent acts of hostility committed by the Indians on the inhabitants of Davidson county for a considerable time past, renders it necessary that some measures should be taken for their protection:

I. Be it therefore Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the authority of the same, That two hundred and one men shall be enlisted and formed into a military body, for the protection of the inhabitants of Davidson county, in such manner and form, and under such regulations and rules as are herein after mentioned; which troops shall continue for two years, commencing from the day of their first general rendezvous at the lower end of Clinch mountain, unless sooner disbanded by the General Assembly.

II. And be it further Enacted, That the said troops, when raised and embodied, shall be formed into three companies, each company consisting of sixty-seven men, and officered by one captain, one lieutenant, one ensign and four serjeants; the whole to be under the immediate command of one major: The major, captains, lieutenants and ensigns to be elected by joint ballot of both Houses of the General Assembly, and commissioned by his Excellency the Governor for the time being: The serjeants to be chosen and appointed by the commissioned officers, or a majority of them, being assembled for that purpose by the commanding officer.

III. And be it further Enacted, That each captain, lieutenant and ensign to be commissioned by virtue of this Act, shall upon the receipt of his commission, without delay, repair to such place as shall be directed by his commanding officer for the purpose of enlisting troops, and use the utmost diligence in so doing; and shall from time to time, as oft as he shall discover, that a sufficient number of troops have been raised, shall give intelligence thereof to his Excellency the Governor for the time being, who with the advice of the council of State, shall give orders for the marching the said troops from time to time, to the Cumberland settlements; and the present field officers of Davidson county are hereby authorised and required to give directions for the disposition of the said troops, into such proportions and at such places, as may be deemed most likely to intimidate the Indians, and prevent their incursions into the Cumberland settlements: But nevertheless the commanding officer of the said troops in cases of emergency, or when the situation of affairs or alteration of circumstances shall make it immediately necessary, may take such other measures, and make such other dispositions of the said troops, although not directed thereto

-------------------- page 784 --------------------

as aforesaid, as may be deemed most conducive to the safety of the inhabitants aforesaid.

IV. And be it further Enacted, That the said troops, when raised and entered upon service, shall be trained and disciplined according to such modes as the commanding officer shall judge most proper, to enable them to oppose the Indians in their manner of fighting with success; but shall be subject to the same rules with respect to their government, as were established in the time of the late war by the Congress of the United States, for the government of the continental army.

V. And be it further Enacted, That every able bodied man who shall be enlisted into the said service, and shall furnish himself with one good rifled or smooth bored gun fit for service, one good picker, shot-bag and powder horn, twelve good flints, one pound of good powder, and two pounds of good leaden bullets or buck-shot, suitable to his gun, shall be entitled to receive from this State on the first day of October, in each year of his service, one blanket, two pair of shoes, two shirts, two leather stocks, one good hunting shirt, one good woollen or fur hat of a middle size, one pair of buckskin breeches, and one waistcoat lined, to be provided and furnished by a clothier to be appointed by his Excellency the Governor for the time being; who shall be furnished in convenient time by the commanding officer of the said troops, with a certificate sworn to before some three or more justices of some county within this State, with the amount of the number of troops under his command, entitled to draw clothes according to this Act; which the said clothier shall present to the Governor for the time being, together with the whole amount of each article wanted for the use of the said troops; and thereupon his Excellency shall grant him a warrant on the treasury for a sum sufficient to purchase the said articles at a moderate rate, and to defray the expence of making them into suits, and removing them to the troops: And the said clothier shall purchase the said articles and cause them to be made up into suits, and delivered to the troops at the times aforesaid, taking a receipt from each soldier, attested by the captain of the company to which he may belong; for all which services, the said clothier shall be allowed by the General Assembly, on the settlement of his accounts, a sum not less than the amount of the yearly pay hereby appointed for a captain in the said troops.

VI. And be it further Enacted by the authority aforesaid, That the justices of the peace for the county of Davidson, or the major part of them, for that purpose assembled, shall be, and they are hereby authorised and required from time to time, so long as the said troops shall continue in service, to impose a tax on the inhabitants of Davidson, leviable in corn, pork, beef or other species of provision for the support of the said troops, to be collected at such times and places, by such ways and means, under such regulations, by such persons, and in such proportions as the said justices, or the major part of them, shall appoint and direct: And also, the said justices, or the major part of them, shall be empowered to appropriate the public money tax, leviable on the inhabitants aforesaid, (if need should be) to the purpose of defraying the expence of removing the provisions from the place or places of collection to the several stations of the troops; and the said justices, or the major part of them, shall appoint an officer to superintend the collection and removal of the provisions to the troops, who shall be entirely subject to the directions of the commanding officer, with respect to the place, time and quantity of provisions to be delivered, but to be accountable for his receipts, to and to be paid by the said justices, or the majority of them, out of the money tax aforesaid, and to be removable by

-------------------- page 785 --------------------

them at pleasure. And the collector or collectors of the several species of provisions before mentioned, shall give receipts to the several persons of whom they shall receive any of the before mentioned provisions, which receipts shall be received by the collectors of the public taxes, at such rates as shall be settled by the justices of the said county of Davidson or a majority of them, and they shall be proper vouchers for the said collector in the settlement of his accounts with the county treasurer, and also for the said county treasurer in the settlement of his accounts with the public treasurer, any law to the contrary notwithstanding.

VII. And be it further Enacted, That the officers of the said troops shall be allowed the same cloathing herein allowed to the soldiery, to be furnished by the cloathier of the troops, for which he shall be entitled to a warrant on the treasury.

VIII. And be it further Enacted, That the officers and privates of the said troops shall be allowed the same pay and rations (spiritous liquors excepted) as are allowed to the militia officers and privates (regard being had to the ranks of officers) when in the actual service of this State: The payments to be made on the last day of each year's service, or within sixty days after their being disbanded.

IX. And be it further Enacted, That the same person who shall be appointed cloathier to the said troops, shall also act as paymaster to them, and shall at a convenient distance before each day of payment exhibit to his Excellency the Governor, a list signed by the commanding officer, countersigned by the captain or commanding officer of each company, and sworn to before some justice of the peace, specifying the number of troops then in service entitled to draw pay, and the day from which each man's pay commenced, and all such as shall have died in the service, with the amount of the sums due at their death, and the total sum due the troops. And the said paymaster shall thereupon obtain a draft on the treasury for such total sum, and shall proceed to the distribution thereof, taking a receipt from each man of the sum paid, attested by the captain of the company.

X. And be it further Enacted, That the captain or commanding officer of each company shall monthly make out a pay-roll of his company, which he shall swear to and sign, and the same be countersigned by the commanding officer of the troops, which shall be transmitted to the treasurer of this State in order to make settlement with the paymaster of the said troops.

XI. And be it further Enacted, That the said cloathier and paymaster, before entering on the exercise of his office, shall give bond with sufficient security, in such sum as his Excellency the Governor for the time being shall direct, for the due application of all monies to be received by him according to the directions of this Act, and for the faithful accounting for the same before each General Assembly that shall happen in this State during the continuance of the said troops in service, and also before the General Assembly that shall happen next after the determination of the said service, unless his accounts should be then fully settled and balanced.

XII. And be it further Enacted, That the person to be appointed cloathier and paymaster by virtue of this Act, shall provide and furnish the said troops from time to time with such quantities of lead and gun-powder, as shall be required by the commanding officer of the troops; and to that end shall be enabled to draw on the sheriff of Davidson county for all such sums of money belonging to the public that shall happen to be in his hands, as shall be necessary for that purpose.

-------------------- page 786 --------------------

XIII. And be it further Enacted, That every private to be raised by virtue of this Act, shall be allowed four hundred acres of land to be laid off and alloted in some part of this State west of the Cumberland mountain, in full satisfaction of the half of the first year's pay that shall be due; and in the same proportion for the time that he shall serve over and above one year, in full satisfaction of one half of the pay that shall be due him for such further service. And also the commanding officer of the troops shall be allowed two thousand acres of land, to be allotted as aforesaid, in full satisfaction of half the pay that shall be due him for the first year's service, and in the same proportion for any service over and above the term of one year that he shall perform; and the other officers belonging to the said troops, in like manner shall receive satisfaction for the one half of the pay that shall be due them, in lands in proportion to the quantum of pay that each officer shall be entitled to for the first half year's pay, whenever a proper board shall be appointed for the adjustment of their accounts.

XIV. And be it further Enacted, That if any twenty-five of the said troops shall furnish themselves, each man with a good horse fit for service, four feet eight inches high at the least, and not exceeding nine years of age, with a good saddle and bridle, and one good rifled or smooth bored gun, they shall be formed into a company of cavalry, to be commanded by such officers as a majority of the commissioned officers belonging to the said troops assembled for that purpose shall direct and appoint, and be allowed the same pay and rations (spiritous liquors excepted) as other militia light-horse when in actual service.

XV. And be it further Enacted, That the said troops, when assembled at the lower end of Clinch mountain as aforesaid, shall cut and clear a road from thence the nearest, most direct and convenient way to the town of Nashville on Cumberland river, making the same ten feet wide at the least, and fit for the passage of waggons and carts.

XVI. And be it further Enacted, That his Excellency the Governor shall appoint a commissary or contractor, whose duty it shall be to furnish the troops with the necessary rations on their march to the Cumberland settlement, and with fifteen axes for each company, and grant him a warrant on the treasury for such a sum of money as will enable him to comply with the same; who before he enters on the execution of his appointment shall enter into bond with sufficient security to the Governor for the time being, for the faithful accounting for all such money as he may have received.

PI.0552

IV. And it is further Enacted, That all offences committed or done against the purview of the aforesaid recited Act, shall hereafter be prosecuted by indictment in any court having cognizance thereof; and all forfeitures shall be recovered by action of debt, bill, plaint or information; one half to the use of the prosecutor, the other half to the use of the State, unless the same have been otherwise provided for by the said Act.

V. And be it further Enacted by the authority aforesaid, That when any person appointed as an overseer of the roads in any county in this State, he shall be deemed and held liable for any neglect in working on the roads, until he shall have made return to the court of his county, and shall make it appear to their satisfaction he has done the duties of an overseer by law. (Passed Jan. 6, 1787.)

## CHAPTER XIX.

An Act to Empower the Several County Courts Therein Mentioned to Lay a Tax Annually, Not Exceeding Three Years, for the Purpose of Erecting or Repairing the Court House, Prison and Stocks in Each County When Necessary, and for Defraying the Contingent Charges of the County.

Whereas the taxes heretofore levied in the counties of Sampson, Richmond, Johnston, Randolph, Hyde, Anson, Wayne, Martin Cambden, Guilford, Cumberland, Moore, Bladen, Davidson, Surry, Sullivan and Greene for the purposes above mentioned, have been found insufficient for the same: For remedy whereof,

I. Be it Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the authority of the same, That the courts of the several counties herein before named, shall, and they are hereby authorised and empowered from and after the passing of this Act, to lay a tax annually,

-------------------- page 811 --------------------

not exceeding the sum of three shillings current money on every poll, and one shilling on every hundred acres of land, and on each hundred pounds value of town lots with their improvements in their counties respectively, for the purpose of erecting, finishing or repairing such court house, prison or stocks, in any of the counties aforesaid, when the same may be found by the said court to be absolutely necessary, and for the purpose of defraying the contingent charges; which said tax shall be collected and accounted for in the same manner, at the same time, and by the same persons who are appointed to collect the public tax in each county, and the same so collected, shall be paid into the hands of such person or persons for the purposes aforesaid, as the several county courts shall from time to time direct; which person or persons so nominated and appointed, shall be accountable to the courts of their respective counties for all such monies as he or they may receive in virtue of this Act.

II. And be it further Enacted by the authority aforesaid, That all and every Act and Acts, so far as they come within the purview or meaning of this Act, be, and they are hereby repealed and made void.

## CHAPTER XX.

An Act to Prevent the Obtaining of Grants for Lands Lying in the Western Parts of this State to the Prejudice of the First Enterers, and Entered in the Office Lately Established for Receiving Entries of Claims of Such Lands, by an Act, Entitled, "An Act for Opening the Land Office for the Redemption of Specie and Other Certificates, and Dicharging the Arrears Due to the State."

Whereas it is the intent and meaning of the said Act and of the Act, hereby revived and put in force, that the first enterers of the vacant and unappropriated lands, if specially located, therein described, shall have preference to all others in surveying and obtaining grants for the same, when such entries have been made: And whereas divers persons have repaired to the lands lying out of the inhabited part of this State, and have caused the same to be surveyed in virtue of entries made subsequent to the entries for the same lands and plats of such surveys to be returned to the secretary's office, have or are about to obtain grants for the same, to the prejudice of the first enterers: For remedy whereof,

I. Be it Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the authority of the same, That every first enterer of any tract of land specially located, lying in the western parts of this State, out of the inhabited parts thereof, shall be entitled for the term of two years from the last day of the present session of Assembly to cause the same to be surveyed and to obtain grants thereon; and that all grants and surveys of land lying in the parts aforesaid heretofore or hereafter to be made or obtained within the said two years by any person upon lands previously or first entered by any other person, shall be, and the same are hereby declared to be void and utterly of no effect. And whereas it hath been found impracticable for the surveyors in the different districts and counties west of the Apalachian mountain, to make their surveys within the time limited by law:

II. Be it Enacted, and it is Enacted by the authority of the same, That a further time of two years from and after the expiration of the limitation by law now existing be allowed, in order that the surveyors may complete the surveys as by warrant to them directed.

III. And be it further Enacted, That it shall not be lawful for the secretary

-------------------- page 812 --------------------

of State, and lie is hereby directed, not to issue any grants for lands lying west of the Cumberland mountain until the end of the next session of Assembly, grants allowed for military services, pre-emption and guard rights excepted.

IV. And be it further Enacted by the authority aforesaid, That the farther time of twelve months shall be allowed to the officers and soldiers of the late continental line of this State, to locate and survey the lands allowed them by law.

V. And be it further Enacted by the authority aforesaid, That the further time of two years shall be given for the registering military grants in this State.

VI. And be it further Enacted, That all deeds, grants and mesne conveyances not issued from the late Granville's office, shall be allowed a further time of two years for probate and registration; all which deeds, grants and mesne conveyances not issued from the late Granville's office, although the time in which they ought to have been proved and registered may have elapsed, shall be as valid when proved and registered in pursuance hereof, as if the same had been done in due time according to any former law.

VII. And be it further Enacted, That all surveys already made for removed warrants for lands actually entered in the land office at Hillsborough, and removed on account of the lands entered being previously entered as the law directs, shall be good in law, provided such lands were at the time of such survey actually vacant, and that such survey on removed warrants shall not effect or injure the right of any lands entered and specially located in the office aforesaid, previous to such survey.

## CHAPTER XXI.

An Act to Amend an Act, Entitled, "An Act for Emitting One Hundred Thousand Pounds Paper Currency for the Purposes Therein Mentioned," for Appropriating the Tobacco Lately Purchased by Virtue of Said Act Towards Discharging the Interest of the Foreign Debt Due by the United States, and for Making Provision for the Future Discharge of the Principal and Interest of the Said Debt.

Whereas the provision made by the Act, entitled, "An Act for emitting one hundred thousand pounds paper currency for the purposes therein mentioned," was intended to discharge the proportion of this State of the interest of the foreign debt due by the United States, but the said Act is expressed in terms altogether uncertain and insufficient to answer the purpose thereby intended: For remedy whereof,

I. Be it Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the authority of the same, That the delegates from this State in Congress, be and they are hereby authorised to sell and dispose of the said tobacco purchased by the State under the said Act, for the highest price that can be had for the same, and the proceeds of such sale shall be subject to the orders of the board of treasury of the United States, and shall be carried to the credit of this State in account with the United States, in discharge of so much of the interest of the foreign debt due by the United States for which this State is or may be liable; and on such sale being made as aforesaid, they shall without delay advise the Governor thereof, who shall be and is hereby directed and authorised to give the necessary orders to the several commissioners to have the said tobacco respectively by them purchased, carefully reviewed and put in good order and readiness

-------------------- page 813 --------------------

to be delivered, at the usual place of lading at or near Edenton, Washington or Wilmington, to such person or persons to whom the same have been sold as aforesaid.

II. And be it further Enacted, That proper persons shall be chosen by joint ballot of both Houses of the General Assembly, for the purpose of purchasing tobacco deliverable at the towns of Halifax, Tarborough and Fayetteville, to whom the treasurer shall pay the monies arising from the revenues and sources of revenues appropriated to the discharge of this State's estimated quota of the interest and principal of the foreign loans, by an Act, entitled, "An Act for the support of government, and for appropriating the revenues of the State;" whereof the monies arising and collected from such revenues in the district of Edenton, Halifax and New Bern, shall be paid as aforesaid to the commissioners of Halifax and Tarborough, that is to say, the one half to each commissioner; and the monies arising from such revenues in the remaining districts in this State, shall be paid to the commissioner purchasing at Fayetteville for the purposes aforesaid; and the commissioners so appointed shall be entitled to the same commissions for such service, take the same oath and give the same security for the faithful performance of the trust reposed in them, while was required of the commissioners appointed for similar purposes under an Act passed at New Bern in 1785, entitled, "An Act for emitting one hundred thousand pounds paper currency for the purposes therein expressed."

III. And be it further Enacted, That the said commissioners shall not on any pretence give more than the current cash price of the day for each hundred weight of merchantable tobacco, which tobacco shall be disposed of for the purposes aforesaid, as the next General Assembly shall direct, and the said commissioners shall settle their accounts with the comptroller of this State on or before the first day of March, 1788. (Passed Jan. 6, 1787.)

## CHAPTER XXII.

An Act for Establishing a Militia in this State.

Whereas in all republican governments a well regulated militia is highly necessary for the defence and safety thereof:

I. Be it therefore Enacted by the General Assembly of the State of North Carolina, and it is hereby Enacted by the authority of the same, That all freemen and indented servants within this State, from eighteen to fifty years of age, shall compose the militia thereof; judges of the superior court of law, delegates, secretary, councillor of State, treasurer, attorney general, ministers of the gospel of every denomination having the cure of souls, ferrymen, branch pilots, inspectors of public warehouses, justices of the peace, and continental officers who have served with reputation three years or to the end of the war, unless sooner deranged by a reform of the army, excepted. Provided, That nothing herein contained shall be construed so as to exempt any person from performing duty in case of insurrection or invasion in this State: organized in the following manner, to wit: The militia of each district shall compose a brigade, the infantry of each county shall form a regiment consisting of one or more battalions, with eight regiments of cavalry and two battalions of artillery, formed as hereinafter directed. Provided, That no part shall be enrolled in any troop of horse until approved of by the field officers of the regiment of his county, but shall until then do his duty in the infantry.

II. And be it further Enacted by the authority aforesaid, That each and

-------------------- page 814 --------------------

every company of infantry shall consist of one captain, one lieutenant, one ensign, three serjeants, three corporals, one drummer, one fifer and not less than fifty privates; all of whom shall reside in the district: And one troop of horse shall be formed in each county, consisting of one captain, one lieutenant, one cornet, three serjeants, three corporals, one trumpeter and thirty-two privates, and the cavalry in each district shall compose one regiment: And there shall also be one company of artillery in each borough town in this State, consisting of one captain-lieutenant, and one lieutenant, three serjeants, three corporals, two drummers, two fifers and fifty-two privates, which shall be formed into two battalions, composing one regiment.

III. And be it further Enacted by the authority aforesaid, That each brigade shall be commanded by a brigadier-general, each regiment of infantry by a lieutenant-colonel Commandant, a lieutenant-colonel and two majors, except where there may be two or more battalions in one county. There shall be a joint ballot of both houses of the General Assembly in all cases of vacancy: And the brigadier-general of each district is hereby authorised to appoint the brigade-major, aid-de-camp and inspector to the brigade; the adjutant, the surgeon, and the drum and fife-major shall be appointed by the commanding officer of each regiment; and the non-commissioned officers, drummers, fifers and trumpeters shall depend on the appointment...

Pl.0553

https://docsouth.unc.edu/csr/index.php/document/csr24-0017

**Plaintiffs' Exhibit AB**

Pl.0554

**The statutes at large of Pennsylvania from 1682-1801. ... Compiled under the authority of the act of May 19, 1887 by James T. Mitchell and Henry Flanders, commissioners. ...**

Pennsylvania.
Harrisburg, Pa., State Printer, 1896 - 1909

http://hdl.handle.net/2027/mdp.39015050623514





www.hathitrust.org

**Public Domain**
http://www.hathitrust.org/access_use#pd

We have determined this work to be in the public domain, meaning that it is not subject to copyright. Users are free to copy, use, and redistribute the work in part or in whole. It is possible that current copyright holders, heirs or the estate of the authors of individual portions of the work, such as illustrations or photographs, assert copyrights over these portions. Depending on the nature of subsequent use that is made, additional rights may need to be obtained independently of anything we can address.

Pl.0555

Pl.0556



LIBRARY OF THE
UNIVERSITY OF MICHIGAN

THE GIFT OF

Pa. State Lib.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0557

# THE

# 𝕾𝖙𝖆𝖙𝖚𝖙𝖊𝖘 𝖆𝖙 𝕷𝖆𝖗𝖌𝖊

OF

# PENNSYLVANIA

FROM

## 1682 to 1801

COMPILED UNDER THE
AUTHORITY OF THE ACT OF MAY 19, 1887, BY
JAMES T. MITCHELL AND HENRY FLANDERS
COMMISSIONERS

VOLUME XIV

1791–1793

HARRISBURG, PA.:
HARRISBURG PUBLISHING CO., STATE PRINTER.
1909.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0558

of their capital expended in the prosecution of the said work, and of the income and profits arising from the said toll, for and during the said respective periods, together with an exact account of the costs and charges of keeping the said bridge in repair, and all other contingent costs and charges, to the end that the clear annual income and profits thereof may be ascertained and known, and if at the end of two years after the said bridge shall be completed, it shall appear from the average profits of the said two years, that the said clear income and profits thereof will not bear a dividend of six per centum per annum on the whole capital stock of the said company so expended, then it shall and may be lawful for the president, managers and company to increase the tolls hereinabove allowed, so much upon each and every allowance thereof as will raise the dividends to six per centum per annum, and at the end of every ten years after the said bridge shall be completed, they shall render to the general assembly a like abstract of their accounts for three preceding years, and if at the end of any such decennial period, it shall appear from such abstract that the clear profits and income of the said company will bear a dividend of more than twenty-five per centum per annum, then the said tolls shall be so reduced, as will reduce the said dividend to twenty-five per centum per annum.

Passed April 11, 1793. Recorded L. B. —, p. —. (not given.)

---

## CHAPTER MDCXCVI.

AN ACT FOR THE REGULATION OF THE MILITIA OF THE COMMON-WEALTH OF PENNSYLVANIA.

Whereas a well regulated militia is the only safe and constitutional method of defending a free state, and whereas, the

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0559

several laws enacted by the legislature of this commonwealth for the regulation of the militia thereof, have been found to require material alterations, in order to which it has been thought more advisable to revise the whole system, than to amend it by supplementary statutes: Therefore:

[Section I.]  (Section I, P. L.)  Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania, in General Assembly met, and it is hereby enacted by the authority of the same, That each and every free, able-bodied, white, male citizen of this or any other of the United States, residing in this commonwealth, who is or shall be of the age of eighteen years and under the age of forty-five years, except as hereinafter excepted, shall severally and respectively be enrolled in the militia, by the captain or commanding officer of the company within whose bounds such citizen shall reside, within three months after the passing of this act, and that it shall be at all times hereafter the duty of every such captain or commanding officer of a company, to enroll every such citizen as aforesaid, and also those who shall from time to time arrive at the age of eighteen years, or being of the age of eighteen years and under the age of forty-five years, and not excepted by this act, shall come to reside within his bounds, and shall without delay notify such citizen of the said enrollment by a proper non-commissioned officer of the company, by whom such notice may be proved; and all cases of doubt respecting the age of any person enrolled or intended to be enrolled, the party questioned shall prove his age to the satisfaction of the officers of the company within whose bounds he may reside, or a majority of them.

[Section II.]  (Section II, P. L.)  And be it further enacted by the authority aforesaid, That the vice president of the United States, officers, judicial and executive, of the government of the United States, the members of both houses of congress and their respective officers, judges of the supreme court, judges of the court of common pleas, attorney general, secretary and treasurer of the state, sheriffs, gaolers and keepers of workhouses, all post-officers and stage-drivers who are employed in the care and conveyance of the mail of the post

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0560

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16864   Page 42 of 203

office of the United States, all ferrymen employed at any ferry on the post roads, all inspectors of exports, all pilots, all mariners actually employed in the sea service of any citizen or merchant within the United States, ministers of religion of every denomination, professors and teachers in the university, colleges, academies and schools, the librarian of the library company of Philadelphia and of the Loganian library, and menial servants of ambassadors or ministers and consuls from foreign states, and no other person or persons, shall be, and are hereby, excepted from military duty, notwithstanding their being above the age of eighteen and under the age of forty-five years. And also all young men under the age of twenty-one years, and all servants purchased bona fide and for a valuable consideration, though enrolled agreeably to the first section of this law, shall be exempted from furnishing the necessary arms, ammunition and accoutrements, as are required by the fifth section thereof, and shall be excepted from militia duties and fines during such minority or servitude, except in cases of rebellion, or an actual or threatened invasion of this or any of the neighboring states.

[Section III.] (Section III, P. L.) And be it further enacted by the authority aforesaid, That the militia of this commonwealth shall, within the respective bounds hereinafter mentioned, be arranged into divisions, brigades, regiments, battalions and companies; that each brigade so to be formed shall consist of not less than two nor more than eight regiments; each regiment into two battalions; and each battalion into four companies, in such manner that no company shall consist of more than eighty or less than forty individuals, or as near as may be, having regard to their local situations; there shall be to each battalion at least one company of grenadiers, light infantry or riflemen, and to each division there shall be at least one company of artillery and one troop of horse, which shall be formed of volunteers from the respective brigades at the discretion of the governor, not exceeding one company of each to a regiment, nor more in number than one-eleventh part of the infantry.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0561

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16865   Page 43 of 203

Provided always, That the several volunteer corps of artillery, cavalry and infantry, which have hitherto existed in this commonwealth and have not been included in the general formation of the militia, shall continue to exist as heretofore, and retain the privileges which they have hitherto enjoyed.

[Section IV.] (Section IV, P. L.) And be it further enacted by the authority aforesaid, That the territory of this commonwealth, for the purpose of making the arrangement in the preceding section mentioned, be and is hereby divided into division bounds as follows, to wit.: The city and county of Philadelphia shall form one division; the counties of Bucks and Montgomery one other division; the counties of Chester and Delaware one other division; the counties of Lancaster and York one other division; the counties of Berks and Dauphin one other division; the counties of Cumberland and Franklin one other division; the counties of Northampton, Northumberland and Luzerne one other division; the counties of Bedford, Huntingdon and Mifflin one other division, and the counties of Westmoreland, Washington, Fayette and Allegheny one other division. The city of Philadelphia shall form a brigade, and each county shall form a brigade; provided that it shall be lawful for the governor to divide any county into two brigades, when the number of men enrolled in the militia of such county shall exceed four thousand.

[Section V.] (Section V, P. L.) And be it further enacted by the authority aforesaid, That in order that the militia may be properly armed, equipped and accoutred, every citizen enrolled and notified of this enrollment in manner aforesaid, except as is hereinbefore excepted, shall, within six months after receiving such notice, provide himself with the arms, ammunition and accoutrement hereinafter mentioned, viz.: Every non-commissioned officer and private of the infantry (including grenadiers and light infantry and of the artillery) shall have a good musket or firelock, a sufficient bayonet and belt, two spare flints and a knapsack, a pouch with a box therein, to contain not less than twenty-four cartridges suited to the bore of his musket or firelock, each cartridge to contain a proper quantity of powder and ball, or with a good rifle, knapsack,

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0562

shot-pouch and powder horn, twenty balls suited to the bore of his rifle and a quarter of a pound of powder; the commissioned officers of infantry shall be armed with a sword or hanger and an espontoon, and those of artillery with a sword or hanger, a fuzee, bayonet and belt, and a cartridge box to contain twelve cartridges. The commissioned officers of the several troops of horse shall furnish themselves with good horses, of at least fourteen hands and an half high, and shall be armed with a sword and a pair of pistols, the holsters of which shall be covered with bearskin caps; each light-horseman or dragoon shall furnish himself with a serviceable horse, of at least fourteen hands and an half high, a good saddle, bridle, mail pillion and valise holsters, and a breast plate and cupper, a pair of boots and spurs, a pair of pistols, a sabre and a cartouch box, to contain twelve cartridges for pistols; the artillery and horse shall be uniformly clothed in regimentals, to be furnished at their own expense, the color and fashion to be determined by the brigadier commanding the brigade to which they belong; every militiaman shall appear so armed, accoutred and provided when called out to exercise or into service (except that when called out on company days to exercise only he may appear without a knapsack) and every man so enrolled as aforesaid, and providing himself with the arms, ammunition and accoutrements required as aforesaid, shall hold the same exempted from all suits, distresses, executions, or sales for debt or the payment of taxes. Each battalion and regiment shall be provided with the state and regimental colors by the field officers, and each company with a drum and fife or bugle horn by the commissioned officers of the company; the expenses of such colors, drums, fifes or bugle horns to be repaid to the officers out of the fines incurred by this act.

Provided always, That whenever the field officers of any regiment shall judge any person enrolled therein, unable to arm and equip himself as aforesaid, such person shall not be subject to any fine for not arming, anything herein contained to the contrary notwithstanding.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0563

[Section VI.] (Section VI, P. L.) And be it further enacted by the authority aforesaid, That the militia shall be officered as follows: To each division one major-general and two aides-de-camp, with rank of major; to each brigade one brigadier general, with one brigade inspector to serve also as brigade-major, with rank of major; to each regiment one lieutenant-colonel commandant; and to each battalion one major; to each company of infantry, (including light infantry and grenadiers) one captain, one lieutenant, one ensign, four sergeants, four corporals, one clerk, one drummer and one fifer or bugler; that there shall be a regimental staff, to consist of one adjutant and one quarter-master, to rank as lieutenants; one paymaster, one surgeon and one surgeon's mate, one sergeant major, one drum major and one fife major; there shall be to each company of artillery one captain, two lieutenants, four sergeants, four corporals, six gunners, six bombardiers, one drummer and one fifer; and to each troop of horse there shall be one captain, two lieutenants, one cornet, four sergeants, four corporals, one saddler, one farrier and one trumpeter; there shall be an adjutant-general appointed for the whole militia.

[Section VII.] (Section VII, P. L.) And be it further enacted by the authority aforesaid, That the adjutant-general, major-general, brigadier-general and brigade inspectors, shall be appointed and commissioned by the governor; the division and brigade officers to be residing within their respective divisions and brigade bounds; that the majors-general shall apoint their own aides-de-camp out of the line of captains or subalterns; that the field officers of each regiment shall appoint their respective regimental staffs; that the lieutenant-colonels, majors, captains, lieutenants and ensigns, shall be elected in form and manner hereinafter mentioned and provided for; that all commissioned officers shall be commissioned for seven years, and shall take rank according to the date of their commissions, and when two of the same grade bear an equal date, then their rank shall be determined by lot to be drawn by them before the commanding officer of the brigade, regiment, battalion, company or detachment.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0564

[Section VIII.] (Section VIII, P. L.) And be it further enacted by the authority aforesaid, That the duty of the adjutant-general shall be to distribute all orders from the governor, as commander-in-chief of the militia of the state, to the several corps; to attend all public reviews when the governor shall review the militia; to obey all orders from him relating to the carrying into execution and perfecting the system of military discipline established by this act; to furnish blank forms of the different returns that may be required, and to explain the principles on which they should be made; to receive may be furnished therewith; from all which returns he shall make a general return of all the militia of the state, and lay the same before the governor and a duplicate thereof before the president of the United States; that the said adjutant-general, before he enters upon the exercise of the duties of his office, shall give bond with two or more sufficient sureties in the penalty of five thousand dollars, conditioned for the due and faithful performance of the said duties, and shall in full compensation for his services receive a yearly salary of eight hundred dollars.

[Section IX.] (Section IX, P. L.) And be it further enacted by the authority aforesaid, That it shall be the duty of the brigade inspectors to attend the regimental and battalion meetings of the militia composing their several brigades during the time of their being under arms; to inspect their arms, ammunition and accoutrements, superintend their exercise and manoeuvres, and introduce throughout the state the system of military discipline established by this act, as well as such orders as they shall from time to time receive from the governor, as commander-in-chief of the militia, to make returns to the adjutant-general at least once in every year, and at such stated time or times as the governor shall direct, of the militia of the brigade to which he belongs, reporting therein the actual situation of the arms, accoutrements and ammunition of the several corps and every other thing which in his judgment may relate to their government and the general advancement of good order and military discipline; that it shall

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0565

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16869   Page 47 of 203

moreover be the duty of the said brigade inspectors to super-
intend the elections of the field officers, to procure and furnish
arms, accoutrements, ammunition, drums, fifes, bugle horns,
carriages for the transportation of baggage and other articles
that may be wanted for the use of their respective brigades,
and to do all and every such other duties as are enjoined upon
them by this act, in form and manner therein prescribed; and
in full compensation for all their services each of the said
brigade inspectors shall receive the yearly salary of two hun-
dred dollars; and each of the said inspectors before he enters
upon the duties of his office shall give bond with one or more
sufficient sureties in the penal sum of one thousand dollars,
conditioned for the due and faithful performance of the said
duties and for the faithful accounting for, according to law,
and paying of all the moneys which shall come to his hands
by virtue of this act, when thereunto lawfully required; and
each of the said inspectors shall, once in every twelve months,
make out complete accounts of all the moneys received by him,
and of his expenditures, and return the same to the adjutant-
general, and on failure of accounting as aforesaid, each in-
spector shall forfeit and pay for every such neglect the sum
of fifty dollars, to be applied as other fines are directed to be
applied by this act; and on the death, removal, or resignation
of any of the said inspectors, such inspector, his executors or ad-
ministrators, shall, on the reasonable demand in writing of his
successor in office, or of any other person who shall be ap-
pointed by the governor to receive the same, deliver up to the
said successor, or other person as aforesaid, all and singular the
books, duplicates, returns and other papers belonging to or in
use in the said office, and on refusal thereof, he or they so
offending, shall forfeit the sum of one thousand dollars and the
necessary cost of prosecution, to be recovered by the said suc-
cessor in office, or other person duly authorized as aforesaid,
upon indictment, bill, plaint or information, or by action of
debt, in any court of record within this state, to be applied as
other militia fines are directed to be applied by this act, and in
case of a second refusal, such person or persons so refusing

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0566

shall suffer as well the said penalty as the further punishment of six months' imprisonment, without bail or mainprise, and the judges of the court where such penalty shall be recovered shall order the said commitment accordingly.

[Section X.] (Section X, P. L.) And be it further enacted by the authority aforesaid, That each of the said inspectors shall, on or before the first Monday in May next, and some time between the first day and last day of March in every succeeding year, issue his warrant, directed to the captain or commanding officer for the time being of each company of the several battalions, or some other fit person in his brigade, commanding him in the name of the commonwealth to deliver to him, the said inspector, within ten days from and after the date of the said warrant (on oath or affirmation, which the said inspectors are hereby severally empowered to administer), a true and exact list of the names and surnames of each and every free, able-bodied, white, male citizen of this or any other of the United States, residing within the bounds of his company, between the ages of eighteen and forty-five years, not being such as are above declared excepted from militia duty, and lay such lists, within three days after he shall have received the same, before the brigadier general of his brigade, who shall thereupon divide his said brigade into regimental battalions and companies, in manner hereinbefore directed, to each of which he shall appoint proper districts or local subdivisions, paying due regard to the conveniency of the inhabitants, and taking care that each person be annexed to the numercial class to which he formerly belonged.

[Section XI.] (Section XI, P. L.) And be it further enacted by the authority aforesaid, That the elections of such officers as are by this act declared to be elective, shall be made as follows: The several brigade inspectors shall, on or before the first Tuesday of June next, give notice, by advertisement at eight or more of the most public places of each regiment bounds or district, appointing a certain day for each district, not less than ten days after the said notice, and requiring all the citizens enrolled in the said regiment and residing within the bounds thereof, except as is hereinbefore excepted, to meet at a cer-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0567

tain place as near the centre of the said district as may be, and then and there, between the hours of ten in the morning and six in the afternoon of the said day, to elect by ballot one lieutenant colonel; and the enrolled inhabitants of each battalion bounds, respectively, shall elect by ballot as aforesaid, on the same or some other day and at such place or places as shall be most convenient, but with the least possible delay, one major; and the enrolled inhabitants of each company bounds, respectively, shall elect by ballot as aforesaid, on the same or some other day and at such place or places as shall be most convenient, but with the least possible delay, one captain, one lieutenant and one ensign; previous to which said election or elections, respectively, the said enrolled inhabitants shall elect two respectable citizens to preside as judges thereof, who shall certify to the inspector the names of the persons so elected, and each captain shall appoint a suitable person for a clerk in his company, and the said inspector shall attend and superintend each and every of the said battalion elections, and after the officers are elected shall give notice thereof to the brigadier, who shall cause the lieutenant colonels of his brigade to assemble together, as soon as may be, to cast lots for rank of the regiments, and the said lieutenant colonels shall afterwards call together the majors and captains of their respective regiments, to cast lots in like manner for their respective ranks, and the ranks of the lieutenants and ensigns shall be determined by the ranks of the captains, respectively, and the said inspectors shall, as soon as may be after the officers shall have been elected and their ranks ascertained, transmit proper certificates to the governor, of the names of the persons so as aforesaid elected and their ranks, in order that commissions may be granted to them according to the said certificates; and elections for officers in the light-horse shall be made in like manner as elections for officers in the infantry and artillery, and in every case of future vacancy, whether by death, resignation or absence, as hereinafter provided, the brigadier, in whose brigade such vacancy or vacancies shall happen, shall immediately, upon receiving notice thereof, cause one or more regiment, battalion or com-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0568

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16872   Page 50 of 203

pany elections to be held in manner and form aforesaid, in order
to supply the same, and shall, when there shall be occasion,
cause the ranks to be ascertained, and make return to the gov-
ernor in manner hereinbefore provided; and whenever any
vacancy or vacancies shall happen, as aforesaid, in any regi-
ment, battalion or company, the commanding officer of such
regiment, battalion or company, for the time being, shall give
immediate notice thereof to the inspector of his brigade, that
the same may be filled up without loss of time; and if any
regiment, battalion, troop or company, being duly noticed and
required as aforesaid, shall neglect or refuse to elect their
officers as aforesaid, then it shall and may be lawful for the
inspector of the brigade to which such regiment, battalion,
troop or company shall belong, to nominate, with the appro-
bation of the brigadier-general, one suitable person to the gov-
ernor, in the room of each officer so neglected to be chosen,
and the said governor, approving thereof, shall commission the
said person, which shall be as effectual to all intents and pur-
poses as if the said officers had been elected as before directed;
and the said inspector shall, as soon as may be, acquaint the
parties so neglecting or refusing with the appointments that
shall have been made as aforesaid.

[Section XII.] (Section XII, P. L.) And be it further
enacted by the authority aforesaid, That if any commissioned
officer shall remove out of the bounds of his proper division,
brigade, battalion or company, except within the city of Phila-
delphia (as the case may be), or shall be absent therefrom
(otherwise than on militia duty) for more than six months, his
office shall be thereby vacated; and if a light-horseman shall
remove or be absent in like manner from the bounds of his
troop, or be appointed or elected a commissioned officer in any
other part of the militia, his place in the said light-horse shall
likewise be vacated.

[Section XIII.] (Section XIII, P. L.) And be it further
enacted by the authority aforesaid, That every militia-man
migrating or removing out of the bounds of one battalion or
company to another, shall apply to the commanding officer of
the company to which he did belong, who shall give him a

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0569

discharge, certifying the class to which he belongs, and whether
he has served his tour of duty or not, and the time and date of
said service, which certificate the said militia-man shall pro-
duce to the captain or commanding officer of the company in
whose bounds he next settles, within ten days after his settle-
ment, and the said captain or commanding officer is hereby re-
quired to enroll him in the class specified in the said certi-
ficate.

[Section XIV.] (Section XIV, P. L.) And be it further
enacted by the authority aforesaid, That the whole of the
militia of this state shall be subject to be mustered and exer-
cised in regiments and in companies, by their respective officers,
in the autumn or fall season of every year, on the days herein-
after stated, to wit: In regiments, as follow: the first regiments
of each and every brigade in the commonwealth, shall be exer-
cised on the third Monday in the month of October; the second
regiments, on the Tuesday following; the third regiments, on
the Wednesday; and so on, according to their numerical rank,
on every day in the week (Saturdays and Sundays excepted)
until the whole number of regiments shall have mustered and
exercised in the aforesaid manner; and the several regiments
shall meet and exercise in companies on the first Monday in
the month of October; and the militia shall be and is hereby
indemnified and excused from mustering and exercising on any
other days than those enumerated in this act.

[Section XV.] (Section XV, P. L.) And be it further
enacted by the authority aforesaid, That if any commissioned
officer shall, without a lawful excuse, neglect or refuse to at-
tend on any of the days hereinbefore appointed for exercise, if
a field officer, he shall forfeit and pay the sum of four dollars;
and every other commissioned officer shall forfeit and pay the
sum of two dollars; and every non-commissioned officer or
private, so neglecting or refusing to attend, shall forfeit and
pay the sum of one dollar for every such neglect or refusal;
except such commissioned officer, non-commissioned officer and
privates, who shall be summoned and actually attending, on
any of the days of exercise, aforesaid, as a juror or witness in

    30—XIV

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0570

any court within this commonwealth, and the same fines shall be respectively paid by every officer, non-commissioned officer or private who shall leave the parade on a day of exercise before the regiment or company is discharged, without leave first had and obtained of the officer commanding.

[Section XVI.] (Section XVI, P. L.) And be it further enacted by the authority aforesaid, In order to ascertain those persons who by their absence on the days of exercise shall have incurred the fines above mentioned, a sergeant or the clerk of each company shall, on every such day, in the presence of the captain or commanding officer of the company, at the end of one hour after the time appointed for the meeting of the company or regiment, and also after the exercise is over and before the men are discharged, call over a muster-roll of the company, noting those who are absent, and a return shall be made on the same or following day of such absentees, which shall be signed by the sergeant or clerk and by the captain or commanding officer of the company, and shall, within ten days thereafter if a regimental meeting, or if a company meeting, within ten days after the next regimental meeting, be returned by the said captain or commanding officer of the company, upon his oath or affirmation, to the inspector of the brigade, under the penalty of fifty dollars for every time he shall refuse or neglect to make such return, and if any of the said absentees shall have been unable to attend from sickness or unavoidable necessity, and shall within the space of eight days next after the day of exercise, state his case by himself or his friend to the said captain or commanding officer of the company, and satisfy him of the truth thereof, then the said captain or commanding officer of the company, shall mention in his said return the particular reasons of excuse which each absentee shall have made appear to his satisfaction, and the inspector, on sight of the said return, shall admit every such excuse as shall appear to him reasonable, without favor or partiality, and remit the fines accordingly, but no excuse shall be received at any other time or in any other manner, than as is above prescribed.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0571

[Section XVII.] (Section XVII, P. L.) And be it further enacted by the authority aforesaid, That whenever it may be necessary to call into actual service any part of the militia in case of rebellion, or of an actual or threatened invasion of this or any of the neighboring states, then it shall and may be lawful for the governor to order into actual service, such part of the militia, by classes, as the exigency may require;

Provided, That the part so called doth not exceed four classes of the militia of the brigade or brigades so called out.

And provided also, That such brigade or brigades shall not be again called out to furnish any more militia, until an equal number of classes of the militia of the other brigade or brigades, respectively, be first called, unless the danger of an invasion from Indians or others should make it necessary to keep in reserve the militia of such brigade or brigades for their own immediate defence.

[Section XVIII.] (Section XVIII, P. L.) And be it further enacted by the authority aforesaid, That to the end that the militia, when called by classes, shall be properly officered, the following order is hereby directed and enjoined; that is to say, for the first draft, the captain of the first company, the lieutenant of the second and the ensign of the fourth; second draft, the captain of the second company, the lieutenant of the first and the ensign of the third; third draft, the captain of the third company, the lieutenant of the fourth and the ensign of the second; fourth draft, the fourth captain, the lieutenant of the third company and the ensign of the first; fifth draft, the fifth captain, the lieutenant of the sixth company and the ensign of the eighth; sixth draft, the sixth captain, the lieutenant of the fifth company and the ensign of the seventh; seventh draft, the captain of the seventh company, the lieutenant of the eighth and the ensign of the sixth; eighth draft, the captain of the eighth company, the lieutenant of the seventh and the ensign of the fifth; non-commissioned officers to take tour of duty with the commissioned officers, and the field officers of regiments, in every division and brigade in the state, shall be divided in like manner, and each class to be considered as a detachment from different corps liable to serve two months and no longer, and to

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0572

be relieved by the class next in numerical order, the relief to arrive at least two days before the expiration of the term of the class to be relieved, but nothing herein contained shall prevent the governor from employing and calling out part of any class, or any company or companies, regiment or regiments, without respect to this rule, whenever the exigency is too sudden to allow the assemblying of the scattered militia which compose the particular classes, and the services of the persons so called out shall be accounted as part of their tour of duty, and the pay of the militia in actual service shall commence two days before marching, and they shall receive pay and rations at the rate of fifteen miles per day on their return home.

[Section XIX.] (Section XIX, P. L.) And be it further enacted by the authority aforesaid, That it shall and may be lawful for any person called to do a tour of duty to find a sufficient substitute, such substitute being approved of by the captain or commanding officer of the company which he shall be offered to serve in.

Provided always, That persons serving by substitute as aforesaid, if said substitute shall be called in his own turn into actual service before the term expires which he was to serve for his employer, that then the person procuring such substitute shall march in his said substitutes' turn, or be liable to pay his fine for neglect, which fine is to be recovered as other fines for neglect of serving are by this act directed to be recovered, and that sons who are not subject to the militia law may be admitted as substitutes for their fathers.

[Section XX.] (Section XX, P. L.) And be it further enacted by the authority aforesaid, That when the militia, or any detachment thereof, are called out on duty, the pay of each major-general shall be sixty dollars per month; of each brigadier-general, fifty dollars per month; of each lieutenant-colonel, forty dollars per month; of each major, thirty dollars per month; of each captain, twenty-five dollars per month; of each lieutenant, twenty dollars per month; of each ensign, fifteen dollars per month; of each sergeant, eight dollars per month; of each corporal, seven dollars per month; and of each private and musician, six dollars per month; and that every person

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0573

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16877   Page 55 of 203

refusing or neglecting to perform his tour of duty, in person
or by substitute, shall pay the sum of twelve dollars for every
such neglect or refusal, if the tour was to be for a term not ex-
ceeding one month and in proportion if the tour was to be for
any longer term.

[Section XXI.] (Section XXI, P. L.) And be it further
enacted by the authority aforesaid, That when any class or
classes of the militia shall be called to perform any tour of duty,
the brigade inspector shall cause each and every person so
called to be notified of such call, by a written or printed notice
being delivered to him personally, or left at his house or usual
place of abode, by some officer or other fit person employed for
that purpose by the commanding officer of said company, at
least three days before the time of assemblying the said militia,
unless the governor, on a sudden exigency, shall think proper
to order any part of the militia into immediate and actual ser-
vice, and then the notice mentioning such special order shall
be given for immediate attendance; and any person refusing or
neglecting to perform such tour of duty, shall pay a fine of six-
teen dollars per month for every such offence.

[Section XXII.] (Section XXII, P. L.) And be it further
enacted by the authority aforesaid, That the inspector shall,
forthwith after the marching of any part of the militia, call
to his assistance two reputable citizens, one of whom shall be
a justice of the peace, to sit at the most convenient place for the
inhabitants of their respective districts, notice having been
given of such place in the written or printed summons of every
militia-man so called out, and shall there hear and determine
all appeals that may be made by the persons thinking them-
selves aggrieved by anything done in pursuance of this act;
and they are hereby authorized and required to grant such re-
lief to such appellant as to them shall appear just and reason-
able (in consideration of such inability of body as in the opinion
of the court renders him incapable of performing military
duty) or of unavoidable absence from the brigade in which he
shall reside; and each of the said reputable citizens, before
they shall sit on the said appeal, shall take the following oath
or affirmation, viz.: That he will hear and impartially deter-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0574

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16878   Page 56 of 203

mine on the cases of appeal that may be laid before him, agreeably to law and according to the best of his knowledge; which oath or affirmation the inspector is hereby empowered to administer, and the said justice and citizen shall have and receive from the said inspector the sum of one dollar each, for every day they sit on the appeals; and the said inspector and justice of the peace shall keep a separate record of the proceedings of such court of appeals, and if any delinquent, whose appeal shall have been determined against him, shall not pay his fine within five days after such determination, the inspector shall and may proceed to levy the said fine in manner hereinafter mentioned.

[Section XXIII.] (Section XXIII, P. L.) And be it further enacted by the authority aforesaid, That the commanding officers of the several regiments shall attend at the place of rendezvous of the marching class or classes, and the commanding officers of the marching class or classes are hereby required, then and there to deliver, to the commanding officer of the regiment, a muster-role of all those who attend and proceed to perform their then required tour of duty, under the penalty of fifty dollars, which return or muster-roll shall be transmitted by the said commanding officer of the regiment, within five days after marching, under the penalty of fifty dollars, to the inspector of the brigade to which they respectively belong.

[Section XXIV.] (Section XXIV, P. L.) And be it further enacted by the authority aforesaid, That the following articles, rules and regulations shall be those by which the militia shall be governed.

Article 1. If any field or other commissioned officer at any regimental review, or on any other occasion when the regiment or company to which he may belong, or in which he holds a command, is paraded in arms, shall appear, misbehave or demean himself in an unofficerlike manner, he shall, for such offence, be cashiered or punished by fine at the discretion of a general court martial, as the case may require, in any sum not exceeding sixty dollars, and if any non-commissioned

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0575

officer or private shall, on any ocasion of parading the company to which he belongs, appear with his arms and accoutrements in an unfit condition, or be drunk, or shall disobey orders, or use any reproachful or abusive language to his officers, or any of them, or shall quarrel himself or promote any quarrel among his fellow soldiers, he shall be disarmed and put under guard, by order of the commanding officer present, until the company is dismissed, and shall be fined, at the discretion of a regimental court martial, in any sum not exceeding four dollars, nor less than one dollar.

Article 2. If the lieutenant colonel or commanding officer of any regiment shall neglect or refuse to give orders for assemblying his regiment at the times appointed by this law, or at the direction of the inspector of the brigade to which he belongs, when the said inspector is thereto commanded by the governor, or in case of an invasion of the city or county to which such regiment belongs, he shall be cashiered and punished by fine not exceeding two hundred dollars, at the discretion of a general court martial; and if a commissioned officer of any company shall, on any occasion, neglect or refuse to give orders for assemblying the company to which he belongs, or any part thereof, at the direction of the lieutenant colonel or commanding officer of the regiment to which such company belongs, he shall be cashiered and punished by fine not exceeding sixty dollars, at the discretion of a regimental court martial, and a non-commissioned officer offending in such case shall be fined, at the discretion of a regimental court martial, in any sum not exceeding twenty dollars.

Article 3. If any captain or commanding officer of a company shall refuse or neglect to make out a list of the persons noticed to perform any tour of duty, and send or convey the same to the lieutenant-colonel or commanding officer of the regiment to which such company may belong, for such neglect or refusal he shall be cashiered or fined, at the discretion of a regimental court martial, in any sum not exceeding forty dollars.

Article 4. If any militia-man shall desert while he is on a tour of duty, he shall be fined twenty-four dollars for every such

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0576

offence; if a non-commissioned officer, he shall be degraded and placed in the ranks.

Article 5. Every general court martial shall consist of thirteen members, all of whom shall be commissioned officers and of such rank as the case may require, and these thirteen shall choose a president out of their number, who shall be a field officer.

Article 6. Every regimental court martial shall be composed of five members, all commissioned officers, who are to choose one of their members a president, not under the rank of captain.

Article 7. In any court martial, not less than two-thirds of the members must agree in every sentence for inflicting any punishment, otherwise the person charged shall be acquitted.

Article 8. The president of each and every court martial, whether general or regimental, shall require all witnesses, in order to the trial of offenders, to declare on oath or affirmation that the evidence they shall give is the truth, the whole truth and nothing but the truth, and the members of all such courts shall take an oath or affirmation, which the president is required to administer to them, that they will give judgment with impartiality.

Article 9. All members of any militia called as witnesses in any case before a court martial, who shall refuse to attend and give evidence, shall be censured or fined, at the discretion of the court.

Article 10. No officer or private man being charged with transgressing these rules, shall be suffered to do duty in the regiment, company or troop to which he belongs, until he has his trial by a court martial, and every person so charged shall be tried as soon as a court martial can conveniently be assembled.

Article 11. If any officer or private man shall think himself injured by his lieutenant colonel or the commanding officer of the regiment, and shall, upon due application made to him, be refused redress, he may complain to the brigadier general, who shall direct the inspector of the brigade to summon a general court martial, that justice may be done.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0577

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16881   Page 59 of 203

Article 12. If any inferior officer or private man shall think himself injured by his captain or other superior in the regiment, troop or company to which he belongs, he may complain to the commanding officer of the regiment, who shall summon a regimental court martial, for doing justice, according to the nature of the case.

Article 13. No penalty shall be inflicted at the discretion of court martial other than degrading, cashiering or fining.

Article 15.* The commanding officer of the militia, for the time being, shall have full power of pardoning or mitigating anycensures or penalties ordered to be inflicted on any private or non-commissioned officer, for the breach of any of these articles, by a general court martial; and every offender convicted, as aforesaid, by any regimental court martial, may be pardoned, or have the penalty mitigated by the lieutenant colonel or commanding officer of the regiment, excepting only where such censures or penalties are directed as satisfaction for injuries received by one officer or private man from another; but in case of officers, such sentence to be approved by the commander-in-chief, or the nearest general officer of the militia, who are respectively empowered to pardon or mitigate such sentence, or disapprove of the same.

Article 16. The militia, on the days of exercise, may be detained under arms on duty in the field, any time not exceeding six hours, provided they are not kept above three hours under arms at any one time, without allowing them a proper time to refresh themselves.

Article 17. No company or regiment shall meet at a tavern on any of the days of exercise, nor shall march to any tavern before they are discharged, and any person who shall bring any kind of spirituous liquors to such place of training, shall forfeit such liquors, so brought, for the use of the poor belonging to the ward, district or township where such offender lives.

Article 18. All fines that shall be incurred by any breach of these rules, shall be paid into the hands of the inspectors of the brigades to which the offenders belong, or to such person

---

*This mistake in numbering occurs in the original.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0578

or persons as he shall appoint and make known in general or brigade orders as his agents or attorneys to receive the same, within three weeks after they become due, but in case of neglect or refusal to pay any of the said fines, the said inspector shall cause the same to be collected and levied in manner hereinafter mentioned.

Article 19. The rules of discipline approved and established by congress in their resolution of the 29th of March, one thousand seven hundred and seventy-nine, shall be the rules of discipline to be observed by the militia throughout this state, except such deviations from said rules as may be rendered necessary by the requisitions of this act or some other unavoidable circumstances. It shall be the duty of the commanding officer at every muster, whether by regiment or single company, to cause the militia to be exercised and trained agreeably to the said rules of discipline.

Article 20. The militia of this state, whilst in the actual service of the United States, shall be subject to the same rules and regulations as the federal army; provided that upon any transgression or offence of a militia-man, whether officer or private, against the rules and regulations of the federal army, the cause shall be tried and determined by a court martial of the militia of this state, and that it shall be in the power of the governor, or in case of his absence, of the commanding officer of the militia, to mitigate, suspend, or pardon any punishment to which any militia-man may be sentenced by a general court martial.

[Section XXV.] (Section XXV, P. L.) And be it further enacted by the authority aforesaid, That no civil process shall be served on any commissioned, non-commissioned officer or private, at any regimental review or training of any company, or while going to or returning from the place of such review or training.

[Section XXVI.] (Section XXVI, P. L.) And be it further enacted by the authority aforesaid, That for the purpose of collecting and levying the fines that shall be incurred, as well for non-attendance on days of exercise as for neglect of performing tours of duty, and also all such fines as shall be im-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0579

posed by court martial on persons belonging to their respective brigades, it shall and may be lawful for the several brigade inspectors to appoint one or more proper persons, by warrant under their respective hands and seals, to be collectors of the said fines; and the said collectors, by virtue of the said warrants, shall be authorized and empowered to call on every delinquent that shall be named in the lists to be furnished to them by the said inspectors, and demand payment of the said fines, and of five per centum on the amount thereof for their trouble in collecting the same, and on neglect or refusal of such payment, then the said collectors shall proceed to levy the said fines, with costs equal to those received by constables or sheriffs in similar cases, by distress, irreplevisable and sale of the offender's goods and chattels, lands and tenements, in like manner and with like effect as the collectors of taxes may or can do by virtue of any law or laws of this commonwealth.

Provided, That in the case of seizure of lands or tenements, the same notice shall be given previous to the sale thereof as is required in case of land sold by a sheriff, by virtue of a writ of venditioni exponas, and no process shall issue to stay the execution of such warrant, unless in the case of the seizure of real estate.

Provided always, That if any person shall think himself aggrieved in the seizure of his lands and tenements, he may enter an appeal before the judges of the next court of common pleas for the proper county, and on the parties giving sufficient security, within fifteen days next after any lands or tenements shall be seized or distrained, as aforesaid, to prosecute such appeal with effect, the judges shall receive the same and stay further process, and the said judges shall return every such appeal on the first day of the next term, and the court shall direct a trial by jury of the county, as in cases of debt, whose verdict shall be final and conclusive, and except in extraordinary cases, of which the court shall judge, all such appeals shall be tried at the term to which such returns shall be made.

Provided also, That in case real estates be sold as aforesaid, such sale shall be made by the sheriff of the county, who shall make a sufficient deed for the same, and if any collector, ap-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0580

pointed by any brigade inspector, as aforesaid, and having accepted of his appointment, shall refuse or neglect to perform his duty, he shall, for every such offence, forfeit and pay, at the discretion of the courts of quarter sessions of the peace within this commonwealth, any sum not exceeding forty dollars.

[Section XXVII.] (Section XXVII, P. L.) And be it further enacted by the authority aforesaid, That any person who shall or may be appointed by any brigade inspector within this state to collect the militia fines, shall be bound to account with and pay over to the inspector of the brigade, by whom he shall have been so appointed, all the moneys received by him for fines, within ten days after demand thereof shall be made; and all and every such persons refusing to render or settle his account in manner aforesaid, shall be liable to have his goods, chattels, lands and tenements within this state seized and secured by warrant, under the hand and seal of the inspector of the brigade in which such delinquent collector hath or may have acted, directed to the sheriff or coroner of the proper county, who shall make report of his proceedings to the said inspectors, and if there are no such goods, chattels, lands or tenements, or they being seized, he shall continue to withhold or refuse to settle his account of fines received, then, and in that case, the said inspector shall issue his warrant, under his hand and seal, directing the sheriff or the coroner of the county in which the delinquent may be, to seize and take his body and commit the same to the common gaol of the county, there to continue without bail or mainprise until he shall exhibit and settle his account, as aforesaid, and discharge the costs of prosecution, and all and every collector appointed as aforesaid, who hath or shall upon settlement of his account, be found to have a balance due by him of the fines collected, and shall not, within ten days after demand made by the inspector, discharge and pay the full amount thereof, then and in such case it shall and may be lawful for the said inspector immediately to issue his warrant to the sheriff or coroner, to levy the sum due by such delinquent collector, by distress and sale of the offender's goods and chattels, lands and tenements, together with costs and charges, which distress and sale shall be made in manner be-

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0581

fore directed for tour and muster fines and fines imposed by
courts martial, but if no such goods and chattels, lands or tene-
ments can be found, then to seize and take the body of such
offender and commit him to the common gaol, there to remain
for the space of six months, unless he shall sooner discharge
the debt, or procure such security that the same shall be dis-
charged within a reasonable time, as may secure and satisfy the
said inspector.

[Section XXVIII.] (Section XXVIII, P. L.) And be it
further enacted by the authority aforesaid, That all and every
of the fines and forfeitures by this act made payable, and the
mode of recovery not hereinbefore particularly pointed out,
shall be recovered by the inspectors of the several brigades in
the name and for the use of the commonwealth, by action of
debt before a justice of the peace, or in any court of record
within this commonwealth, as from the amount thereof they
shall be more properly cognizable, and the said inspector shall
account for and pay yearly to the treasurer of the common-
wealth all such fines as he shall receive by virtue of this act.

[Section XXIX.] (Section XXIX, P. L.) And be it further
enacted by the authority aforesaid, That all moneys passing
into the treasury by virtue of the directions of this act, shall
be appropriated as a fund for the purpose of supporting the
necessary officers for carrying this law into effect, and of
equipping and furnishing the militia with every necessary
apparatus for the defence and security of the state, the sur-
plus, if any, to be appropriated in such manner and to such
uses as the general assembly shall from time to time direct and
appoint; and the treasurer of the commonwealth shall keep
all the moneys arising from fines by the militia law separate
from all other moneys, and keep separate books of the same, and
the expenditures thereof, pursuant to the directions of this act.

[Section XXX.] (Section XXX, P. L.) And be it enacted
by the authority aforesaid, That the brigade inspector and two
reputable citizens, shall appraise the horse of each person serv-
ing as a light-horseman, immediately before every time of going
into actual service, and enter the same in a book, and in case
such horse shall be killed or die in actual service, or be taken

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

by the enemy otherwise than by neglect, he shall be paid the full value of his horse, according to the said appraisement, by an order to be drawn by the inspector on the militia fund in the hands of the treasurer for that purpose.

[Section XXXI]. (Section XXXI, P. L.) And be it further enacted by the authority aforesaid, That if any officer, non-commissioned officer, or private militia-man, or volunteer acting with the militia, residing in this state, having a family, shall be killed or shall die of his wounds received in the service of this state, his widow, child or children shall be entitled to similar relief, and under the same regulations and restrictions as were provided by the act, entitled "An act to provide for the more effectual relief of the widows and children of the officers and privates of the militia who have lost their lives in the service of their country,"[1] passed on the twenty-seventh day of March, one thousand seven hundred and ninety, and if any officer, non-commissioned officer, or private militia-man, or volunteer acting with the militia, residing in this state, shall be wounded or otherwise disabled in the service of this state, he shall be entitled to similar relief, and under the same regulations and restrictions as had been provided by an act, entitled "An act to alter and amend the act, entitled 'An act for the relief of officers, soldiers and seamen, who in the course of the late war have been wounded or otherwise disabled in the service of this state or of the United States,' "[2] passed the tenth day of March, one thousand seven hundred and eighty-seven.

[Section XXXII.] (Section XXXII, P. L.) And be it further enacted by the authority aforesaid, That if any person or persons shall knowingly sell, buy, take or exchange, conceal or otherwise fraudulently receive any arms, accoutrements, colors or drums belonging to this state or the United States, or on any account or pretence whatsoever, the person so offending, being convicted thereof before one or more justice or justices of the peace of the city or county where such offence shall be committed, shall forfeit and pay for every such offence treble

[1] Chapter 1493.
[2] Chapter 1271.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0583

the value of such arms or accoutrements, to be ascertained by the said justice or justices, and levied by distress and sale of the offenders' goods and chattels, by the justice or justices before whom such offender shall be convicted, returning the overplus, if any, on demand, to such offender, and for want of such distress, shall commit such offender to the common gaol of the county, there to remain without bail or mainprise, for any term not exceeding three months, unless such money shall be sooner paid, and in every such case the proof of the [property] shall be made by the possessor of such arms and accoutrements.

[Section XXXIII.] (Section XXXIII, P. L.) And be it further enacted by the authority aforesaid, That if any suit or suits shall be brought or commenced against any person or persons for anything done in pursuance of this act, the action shall be laid in the county where the cause of such action did arise, and not elsewhere, and the defendant or defendants in such action or actions to be brought, may plead the general issue, and give this act and the special matter in evidence, and if the jury shall find for the defendant or defendants in such action or actions, or if the plaintiff or plaintiffs shall be nonsuited or discontinue his or her action or actions after the defendant or defendants shall have appeared, or if upon demurrer judgment shall be given against the plaintiff or plaintiffs, the defendants shall have treble costs, and have the like remedy for the same, as any defendant or defendants hath or have in other cases to recover costs by law.

[Section XXXIV.] (Section XXXIV, P. L.) And be it further enacted by the authority aforesaid, That an act, entitled "An act for the regulation of the militia of the commonwealth of Pennsylvania,"[3] passed on the twentieth day of March, in the year of our Lord one thousand seven hundred and eighty, also a supplement to the said act passed the twenty-second day of September one thousand seven hundred and eighty,[4] also the supplement to the said act passed on the twenty-first day of March, in the year of our Lord one thousand

---

[3] Chapter 902.
[4] Chapter 916.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0584

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16888   Page 66 of 203

seven hundred and eighty-three,[5] also a further supplement
thereto passed on the twenty-second day of September, in the
year of our Lord one thousand seven hundred and eighty-three,[6]
also so much of an act passed on the ninth day of December, in
the year of our Lord one thousand seven hundred and eighty-
three, entitled "An act for the more effectually securing and re-
covering for the uses of the commonwealth the moneys due for
excise and militia fines and for other purposes therein men-
tioned"[7] as comes within the intent, meaning and purview of
this act, also a further supplement to the said recited acts
passed on the twenty-second day of March, in the year of our
Lord one thousand seven hundred and eighty-eight,[8] be, and the
same are hereby, repealed and made null and void.

Provided always, That nothing herein contained shall be
construed so as to revive any former law or part of a law which
in and by any of the said recited acts is repealed and made
void.

Provided also, That nothing in this act contained shall be
deemed to repeal, alter and dispense with the powers, authori-
ties or duties of the [present] lieutenants of the city of Phila-
delphia and of the several counties in this commonwealth, or of
any other officer or person under the militia laws that have
been enforced in this state immediately before the passing of
this act, until by new appointments under this act their re-
spective functions and duties shall have devolved on other per-
sons, and that the said present lieutenants and other proper
officers are hereby authorized, required and enjoined to col-
lect, or cause to be collected, all such fines and forfeitures as
have been or shall be incurred during the continuance of their
respective commissions, and pay in the same agreeably to this
law, or the late laws aforesaid, on or before the first day of
January next.

[Section XXXV.] (Section XXXV, P. L.) And be it further
enacted by the authority aforesaid, That the governor shall

---

[5] Chapter 1022.
[6] Chapter 1038.
[7] Chapter 1061.
[8] Chapter 1339.

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0585

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16889   Page 67 of 203

cause a sufficient number of copies of this law, and of the rules of discipline approved and established by congress in their resolution of the twenty-ninth day of March, one thousand seven hundred and seventy-nine, to be printed in the English and German languages and distributed throughout the state, so that every general and field officer, every brigade inspector and every captain be furnished with one copy, and it shall be the duty of every captain at every company meeting to read, or cause to be read, to the company, the same, or such part thereof as he may think necessary.

Passed April 11, 1793.   Recorded L. B. No. —, p. —.   (not given).
Repealed by act of April 9, 1799; Chapter 2068.

### CHAPTER MDCXCVII.

AN ACT FOR ERECTING A LOAN-OFFICE FOR THE SUM OF FIVE HUN-
DRED THOUSAND DOLLARS.

Whereas the institution of a loan office, upon just and proper principles, will be greatly beneficial to agriculture and promote in general the welfare of the people of this commonwealth. And whereas the legislature in and by the act, entitled "An act to incorporate the subscribers to the Bank of Pennsylvania,"[1] did reserve, for the purpose of instituting such loan office, a power to borrow from the said bank an adequate sum of money.   In order, therefore, to carry the same into effect:

[Section I.] (Section I, P. L.) Be it enacted by the Senate and House of Representatives of the Commonwealth of Pennsylvania, in General Assembly met, and it is hereby enacted by the authority of the same, That a sum not exceeding five hundred thousand dollars, shall be borrowed of the Bank of Pennsylvania, and appropriated for the sole and exclusive purpose of being lent to the citizens of this state, upon mortgages upon real estate, under restrictions, limitations and regulations, and in the respective proportions hereinafter directed.

[1] Passed March 30, 1793;   Chapter 1667.
31—XIV

Digitized by
UNIVERSITY OF MICHIGAN

Original from
UNIVERSITY OF MICHIGAN

Pl.0586

**Plaintiffs' Exhibit AC**

Pl.0587

This is a reproduction of a library book that was digitized by Google as part of an ongoing effort to preserve the information in books and make it universally accessible.

 

https://books.google.com

Pl.0588



PL.0589

US 10518.1.40



**Harvard College Library**

FROM THE BEQUEST OF

CHARLES SUMNER

CLASS OF 1830

SENATOR FROM MASSACHUSETTS

FOR BOOKS RELATING TO
POLITICS AND FINE ARTS



Digitized by Google

Pl.0590

THE

# STATUTES AT LARGE

OF

# SOUTH CAROLINA;

EDITED, UNDER AUTHORITY OF THE LEGISLATURE,

BY

DAVID J. McCORD.

VOLUME EIGHTH,

CONTAINING THE ACTS RELATING TO CORPORATIONS AND THE MILITIA.

COLUMBIA, S. C.
PRINTED BY A. S. JOHNSTON.
1840.

Digitized by Google

Pl.0591

# Table of Contents.

---

### ACTS RELATING TO CORPORATIONS.—BANKS.

| A. D. 1801. | No. 1759. | An Act to incorporate the South Carolina and State Bank.....................1 |
|---|---|---|
| A. D. 1802. | 1791. | An Act to incorporate the State Bank, and imposing certain restrictions on the directors, officers and servants of Banks in this State.................6 |
| A. D. 1810. | 1964. | An Act to incorporate the Union Bank of South Carolina....................14 |
| | 1975. | An Act to incorporate the Planters's and Mechanics's Bank of South Carolina................................................................18 |
| A. D. 1811. | 1986. | An Act for amending the charter of the Planters's and Mechanics's Bank of South Carolina; and for other purposes therein mentioned.............22 |
| A. D. 1812. | 2021. | An Act to establish a Bank, on behalf of and for the benefit of the State......24 |
| A. D. 1813. | 2027. | An Act to explain and amend an Act entitled "An Act to establish a Bank, on behalf of and for the benefit of the State.".........................31 |
| A. D. 1814. | 2047. | An Act to alter and amend the charter of the Bank of the State of South Carolina, so far as relates to the issuing of bills of a less denomination than one dollar; and for other purposes therein mentioned...................33 |
| A. D. 1815. | 2082. | An Act to amend the charter of the Bank of South Carolina.................34 |
| | 2083. | An Act to alter and amend the charter of the State Bank....................34 |
| A. D. 1816. | 2102. | An Act to authorize the President and Directors of the Bank of the State of South Carolina to call in the paper medium loan office bonds; and to establish a branch Bank in Georgetown....................................35 |
| A. D. 1817. | 2134. | An Act to alter and amend an Act entitled "An Act to establish a Bank, on behalf of and for the benefit of the State.".............................36 |
| | 2140. | An Act to amend the several Acts incorporating the Banks of the State of South Carolina..............................................................36 |
| A. D. 1818. | 2176. | An Act to alter and amend the charter of the Bank of the State of South Carolina..................................................................37 |
| | 2184. | An Act to alter and amend the charter of the Bank of the State of South Carolina..........................................................37 |
| | 2199. | An Act to excuse the officers of the several branches of the Bank of the State of South Carolina, from the performance of ordinary Militia duty, and serving on Juries...................................................38 |
| | 2200. | An Act to authorize the President and Directors of the Bank of the State of South Carolina, to establish a branch of the said Bank in Camden.......38 |
| A. D. 1822. | 2282. | An Act to protect Banks, and the holders of bills and notes, from fraud.......39 |
| | 2290. | An Act to renew the charter of the State Bank, and the Bank of South Carolina; and for other purposes therein mentioned.......................39 |
| | 2296. | An Act to establish a Bank in the town of Hamburg, and to incorporate the same..............................................................40 |

Digitized by Google

Pl.0592

VIII

## TABLE OF CONTENTS.

ACTS RELATING TO THE MILITIA.

| A. D. 1794. | No. 1582. | An Act to organize the Militia throughout the State of South Carolina, in conformity with the Act of Congress ................................485 |
| | 1602. | An additional Act to the Act entitled "Act Act to organize the Militia throughout the State of South Carolina, in conformity with the Act of Congress." ...............................................498 |
| A. D. 1795. | 1622. | An additional Act to the Act entitled "An Act to organize the Militia throughout the State of South Carolina, in conformity with the Act of Congress;" and for other purposes therein mentioned....................501 |
| A. D. 1796. | 1657. | An Act to prolong the time for certain officers of the militia to take the oath or affirmation prescribed by law...............................503 |
| A. D. 1797. | 1662. | An Act concerning the Cavalry and Artillery of this State; and for other purposes therein mentioned...............................503 |
| A. D. 1800. | 1748. | An Act in addition to the Militia Laws of this State. ........506 |
| A. D. 1807. | 1892. | An Act to alter and amend an Act entitled "An Act concerning the Cavalry and Artillery of this State, and for other purposes therein mentioned;" passed the sixteenth December, seventeen hundred and ninety-seven....509 |
| | 1893. | An Act to give the militia officers of this State, who have not taken the oath required by the Act of the General Assembly, passed the nineteenth day of December, one thousand seven hundred and ninety-four, in the manner directed by said Act, further time to take the said oath.............510 |
| | 1898. | An Act explanatory of former Acts relative to the mode of determining the seniority of officers in the militia of this State; and for other purposes therein mentioned...........................................510 |
| A. D. 1808. | 1916. | An Act requiring the Major Generals of the Militia of this State to cause one uniform system of evolutions to be adopted by the Cavalry, within their respective divisions; for perfecting the several officers of the militia throughout this State, in their military duties; and for other purposes therein mentioned...........................................511 |
| A. D. 1809. | 1940. | An Act to amend and explain the militia laws of this State .......515 |
| A. D. 1812. | 2010. | An Act to exempt the officers, non-commissioned officers and privates, of the City Guard of Charleston, from militia duty......................518 |
| A. D. 1813. | 2026. | An Act to alter and amend the militia laws of this State................518 |
| A. D. 1814. | 2046. | An Act to prolong the time for certain militia officers to take the oath or affirmation prescribed by law......................................522 |
| | 2054. | An Act to divide the State into five Divisions and ten Brigades...........523 |
| | 2055. | An Act to raise a Brigade of State Troops................................524 |
| A. D. 1815. | 2069. | An Act for the organization of the Staff of the Militia of South Carolina; and for other purposes therein mentioned..........................528 |
| | 2071. | An Act to alter and amend the militia laws of this State....................529 |
| A. D. 1816. | 2099. | An Act to make all the officers of the militia of this State elective.........533 |
| A. D. 1818. | 2187. | An Act to increase the number of places of elections, now limited by law, for the elections of Colonels and Majors in each regiment or battalion throughout the State; and for other purposes therein mentioned........535 |
| | 2199. | An Act to excuse the officers of the several Branches of the Bank of the State of South Carolina from the performance of ordinary militia duty, and serving on juries.................................................537 |
| A. D. 1819. | 2220. | An Act to provide for the more effectual performance of patrol duty.......538 |
| A. D. 1820. | 2232. | An Act to give the same compliment of officers to companies of Artillery in this State, as are required by the laws now of force in the United States service; and for other purposes therein mentioned....................541 |
| | 2244. | An Act authorizing another regiment of militia to be raised and organized in the District of Pendleton; and for other purposes.....................542 |
| A. D. 1821. | 2271. | An Act authorizing another regiment of militia to be raised and organized in the District of Barnwell; and for other purposes.....................543 |
| A. D. 1822. | 2294. | An Act to consolidate and equalize certain militia companies; to authorize the sale of small arms; and the inspection of muskets made by Adam Carruth, preparatory to their being purchased by the State............544 |
| A. D. 1823. | 2317. | An Act to regulate the performance of patrol duty on Charleston Neck......545 |
| | 2318. | An Act to require the officers of each brigade of militia to assemble in Brigade Encampments; and for other purpose..........................549 |

Digitized by Google

Pl.0593

TABLE OF CONTENTS.    ix

A.D. 1824.   No. 2341. An Act to repeal the first section of an Act entitled "An Act to require the officers of each brigade of militia to assemble in Brigade Encampments, and for other purposes;" passed the 20th day of December, 1823; and for other purposes...................................................550

A.D. 1827.   2406. An Act to alter and define the Line between the thirty-fourth and thirty-fifth Regiments of the South Carolina Militia; and for other purpose....552

2410. An Act to enlarge the recruiting limits of the Winnsborough Light Infantry Volunteer Company..............................................552

A.D. 1828.   2450. An Act to regulate the elections of Cavalry and Artillery Officers throughout this State...................................................553

A.D. 1829.   2479. An Act to regulate the collection of Military Fines; and for other purposes..........................................................553

2487. An Act to provide for the division of Beat Company number seven, of the 15th Regiment of South Carolina Militia...........................554

2488. An Act to consolidate the two Beat Companies of Georgetown............555

A.D. 1830.   2504. An Act to change the place of Company Muster in Saint James Santee.....555

2506. An Act to establish the Dividing Line between the 26th and 27th Regiments of Militia; and to lay off a new Beat Company at and around Sumterville..............................................................556

2510. An Act to conform the Military with the Judicial Divisions of Pendleton District; and for other purposes.....................................557

2511. An Act to form a Squadron of Cavalry in the Eighth Brigade...........559

A.D. 1831.   2523. An Act to authorize the formation of a Mounted Corps in Charleston.......560

2525. An Act to define the Recruiting Limits of the Fairfield Grenadier Company.560

2529. An Act to lay off and establish a new Beat Company in the seventh Regiment of South Carolina Militia..................................561

2541. An Act to enable officers of the militia to reside, in certain cases, out of their commands...........................................561

A.D. 1832.   2560. An Act further to alter and amend the Militia Laws of this State..........562

2561. An Act to regulate the militia of the parishes of St. Philip and St. Michael; and for other purposes...........................................565

2565. An Act to empower the Commissioners of Cross Roads, for Charleston Neck, to appoint a collector of patrol fines.............................566

2567. An Act to transfer Captain Cleckley's Company to the 14th Regiment of South Carolina Militia; and for other purposes.....................567

2570. An Act prescribing the mode of altering the boundaries of the several Militia Beats, Battalions and Regiments, within this State..................567

A.D. 1833.   2612. An Act to provide for the Military organization of this State...............568

A.D. 1834.   2624. An Act to amend an Act entitled "An Act to provide for the Military organization of this State," passed on the 19th day of December, 1833; and for other purposes.......................................................578

A.D. 1835.   2650. An Act further to provide for the military organization of this State........581

2656. An Act to alter and amend the fourteenth section of an Act entitled "An Act to provide for the more effectual performance of patrol duty," passed on the eighteenth day of December, in the year of our Lord one thousand eight hundred and nineteen.....................................587

A.D. 1836.   2660. An Act to consolidate the First Company of the Charleston Ancient Battalion of Artillery, and the Jefferson Artillery, into one company, and to incorporate the same; and for other purposes......................588

2686. An Act further to provide for the military organization of this State........589

A.D. 1837.   2714. An Act further to provide for the military organization of this State; and for other purposes.......................................................592

2734. An Act to amend an Act entitled "An Act to regulate the performance of patrol duty on Charleston Neck;" and for other purposes..............597

Digitized by Google

Pl.0594

## ACTS RELATING TO THE MILITIA.

AN ACT TO ORGANIZE THE MILITIA THROUGHOUT THE STATE OF SOUTH   No. 1582.
CAROLINA, IN CONFORMITY WITH THE ACT OF CONGRESS.

WHEREAS, it is necessary to organize the militia of this State, in conformity with the Act of Congress, in that case made and provided:

I. *Be it therefore enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and immediately after the passing of this Act, the whole of this State shall be divided into two divisions, and to each division there shall be a major-general; one of which divisions shall comprehend the districts of Charleston, Georgetown, Beaufort, Cheraw, Camden, and Orangeburg, except the Dutch Fork, between Saluda and Broad rivers; and the other shall comprehend and include the districts of Ninety-six, including the Dutch Fork between Saluda and Broad rivers, Washington and Pinckney; and in the first division there shall be five brigades; one for Charleston district, except Colleton county regiment; one for Beaufort and Orangeburg, including Colleton county regiment; one for Georgetown; and one for Cheraws, and one for Camden district. In the second division there shall be four brigades, one for Abbeville and Edgefield counties, one for Laurens and Newberry counties, including the Dutch Fork, one for Washington district, and one for Pinckney district. And that as soon as the Governor or Commander-in-chief of this State shall be informed of the organization and arrangement of the militia regiments of this State, agreeable to the provisions made by this Act, he be, and is hereby, authorized and required to issue his proclamation, notifying the same, from and immediately after which the militia commissions of all such persons as shall not be re-elected and confirmed in the rank and grade they may hold under the laws of this State, shall be vacated; but that every person who shall be re-elected and confirmed in such commission as he holds in the militia of this State, shall retain such commission, and take rank from the date thereof.

II. *And be it further enacted* by the authority aforesaid, That the Legislature, on the first organization of the militia of this State, under this Act, shall choose, by ballot, the major-generals, brigadier generals, and adjutant-general; which adjutant-general shall be of the rank of lieutenant-colonel.

*State divided into divisions and brigades.*

*Major-generals, &c.*

Digitized by Google

Pl.0595

486                          STATUTES AT LARGE

A.D.1794.                      *Acts relating to the Militia.*

Brigades to be
divided into re-
giments, bat-
talions and
companies.

III. *And be it further enacted* by the authority aforesaid, That as soon as the several brigadier-generals are notified by the Governor of their election, they shall proceed to divide their respective brigades into regiments; and that after they have made such division, they shall appoint five fit and proper persons in each regiment, whose duty it shall be to divide the respective regiments into battalions and companies, as nearly as conveniently may be, conformably to the Act of Congress.

Lieutenant-co-
lonel and two
majors to be
elected.

IV. *And be it further enacted* by the authority aforesaid, That as soon as the respective regiments, battalions and companies, are marked off and designated, the brigadier-general of each district, respectively, shall direct a regimental muster, as well of those men liable to do duty in time of alarm as at common musters, to be held (giving at least fifteen days notice thereof,) at the most central part of the regimental district, for the election of a lieutenant-colonel and two majors, and shall appoint proper persons to open and hold a poll from the hours of nine o'clock in the morning to five o'clock in the afternoon, for the election of the said officers, respectively; and that the persons having the greatest number of votes for lieutenant-colonel shall be commissioned as lieutenant-colonels, and the persons having the greatest number of votes as majors shall be commissioned as majors, of the respective regiments and battalions; and that the said brigadier-general shall appoint proper persons in each company, who shall, within five days after the said election of field officers, hold an election for a captain, lieutenant and ensign, in each company, in manner aforesaid; and the persons having the greatest number of votes in each company, shall be commissioned as officers thereof, or retain their former commissions, as the case may be, according to the grade to which they shall be severally elected. *Provided, always, nevertheless,* that wherever there shall be any company of artillery, cavalry or infantry, associated, uniformed and in commission, which, on the twentieth day of June next, shall consist of at least forty effective rank and file, it shall be lawful for such company to meet and vote for their officers; and the persons duly elected by a majority of votes, shall retain their commissions, or be commissioned by the Governor, as the case may be, to such grades as they shall be, respectively, elected to. And that all other officers of the Charleston regiment, as well field as battalion officers, shall be elected by the regiment at large; and no person shall be considered as elected, who shall not have a majority of the votes of the persons voting. *Provided, also,* that the men composing the uniform companies shall not be entitled to vote for the captains, lieutenants and ensigns of the other companies, to be elected by virtue of this Act.

Contested
elections.

V. *And be it further enacted* by the authority aforesaid, That in case of any contested election, the validity of the same, (in the election of field officers,) shall be referred to the brigadier-general of the brigade, who shall call to his assistance two field officers of some other regiments of his brigade; and in the election of captains, lieutenants and ensigns, shall be referred to the field officers of the regiment to which they belong; and all elections of officers, made in pursuance of this Act, shall be returned, on oath, by the managers, to the Governor.

How to pro-
ceed where the
brigadier-gene-
ral resides out
of the State.

VI. *And be it further enacted* by the authority aforesaid, That if any person who shall be elected a brigadier-general, by virtue of this Act, shall be without the limits of the State, it shall be the duty of the major-general of the division to do and perform the duties enjoined on the said brigadier-general; and in case of his sickness or inability to attend, it shall be lawful for the Governor or Commander-in-chief for the time being to commission,

Digitized by Google

Pl.0596

OF SOUTH CAROLINA.       487

*Acts relating to the Militia.*     A. D. 1794.

under his hand and seal, some fit and proper person to execute the duties imposed by this Act, so far as regards the division of the brigades and election of officers.

VII. *And be it further enacted* by the authority aforesaid, That all the officers who shall be appointed by virtue of this Act, shall reside within their respective commands, and on their removal therefrom their commissions shall be vacated; *provided*, that the restrictions, as to residence, shall not extend to the officers of the Charleston regiment or regiments, but that a residence within the city shall be sufficient. That the major-generals shall have the right to appoint their respective aids-de-camp, and that the brigadier-generals shall have the right to appoint their respective aids-de-camp, who shall have the rank of captain; and they shall also have the right to appoint their respective brigade-inspectors, who shall be approved of by the major-general of the division; that the regimental staff shall be appointed by the lieutenant-colonels, respectively, and be approved of by the brigadier; and that all officers so to be nominated and appointed, as aforesaid, shall be commissioned by the Governor, who shall be authorized to appoint all other officers; and that in case of vacancy by death, resignation, or otherwise, the brigadiers shall rise in their respective divisions, the lieutenant-colonels commandant in their respective brigades, the majors in their respective regiments, the captains in their respective battalions, and the subalterns in their respective companies, by seniority of commission.

VIII. *And be it further enacted* by the authority aforesaid, That each brigade-inspector shall receive for his pay fifty pounds per annum, exclusive of the pay he may be entitled to receive when called into actual service.

IX. *And be it further enacted* by the authority aforesaid, That all sergeants and corporals shall be appointed by the captains of the different companies; and that each and every company, created by virtue of this Act, shall have a place of rendezvous, at which they shall, respectively, assemble once in every two months, except in Charleston, Georgetown and Camden, where they shall assemble once a month, by companies, for the purpose of training, disciplining and improving in martial exercise, and shall not be kept at the place of exercise more than one day at a time; and that each battalion shall be obliged to rendezvous in like manner for the same purpose, not oftener than twice a year, either in battalion or regiment, in such place as the brigadier shall think proper, and shall not be kept at the place of exercise more than one day at a time.

X. *And be it further enacted* by the authority aforesaid, That every captain or commanding officer of a company shall also enrol every citizen who shall, from time to time, arrive at the age of eighteen years, or come to reside within his beat, and without delay notify such enrolment to such citizen so enrolled, by some non-commissioned officer of the company, who shall be a competent witness to prove such notice; that all disputes that may happen with respect to the age or ability of any person to bear arms, shall be determined by the captain or commanding officer of the company, with a right of appeal by the person who may conceive himself aggrieved, or by any other person belonging to the company, to the lieutenant-colonel or commanding officer of the regiment.

XI. *And be it further enacted* by the authority aforesaid, That the Commander-in-chief for the time being may, in case of invasion or other emergency, when he shall judge it necessary, order out any proportion of the militia of the State, to march to any part thereof, and continue as long as

*Marginal notes:*
All officers to reside within their commands.
Companies, places of rendezvous &c.
Persons to be enrolled at the age of 18.

Pl.0597

488 STATUTES AT LARGE

*Acts relating to the Militia.*

A. D. 1794.

Mrching out of the State in cases of emergency.

he may think it necessary; and likewise may, in consequence of an application from the executive of any of the United States, on an invasion, or an apprehension of an invasion, of such State, at his discretion, order any number of the militia, not exceeding one third part thereof, to such State; *provided,* that they be not compelled to continue on duty out of this State more than two months at any one time; that whilst in actual service, in consequence of being so called out, they shall receive the same pay and rations, and be subject to the same rules and regulations, as the troops of the United States of America. *Provided,* that upon any transgression or offence of a militia man, whether officer or private, against the rules and regulations of the federal army, the cause shall be tried and determined by a court martial of the militia of this State; and that it shall be in the power of the Governor, or, in case of his absence, of the commanding officer of the militia of this State, to mitigate, suspend or pardon, any punishment to which any militia man be sentenced by a general court martial.

In cases of invasion.

XII. *And be it further enacted* by the authority aforesaid, That it shall and may be lawful to and for any major-general, or brigadier-general, or commanding officer of a brigade, or lieutenant-colonel commandant, or commanding officer of a regiment, when and as often as any invasion may happen, to order out the militia under their respective commands, for the defence of this State, giving notice of such invasion, and every circumstance attending the same, as early as possible, to their immediate commanding officer, by whom such information shall be transmitted to the Governor or Commander-in-chief, by express, the expense of which shall be immediately paid. And that in cases of insurrection, the commanding officer of the regiment or battalion within the limits of which any such insurrection may happen, shall immediately assemble his regiment or battalion under arms, and having transmitted information thereof to the commanding officer of the brigade, and to the major-general of the division, and to the Governor or Commander-in-chief, shall proceed to take such measures to suppress such insurrection as to any three of the judges or justices of the county or district in which such insurrection shall happen, shall appear most proper and effectual; and if any person be wounded or disabled while in actual service in opposing any invasion or insurrection, or in suppressing the same, he shall be taken care of and provided for at the public expense, without regard to the rank such person may hold.

Pay of militia.

XIII. And *whereas,* it is proper to ascertain the compensation which shall be allowed to the militia when they may hereafter be called out into actual service, by order of the executive authority of this State. *Be it further enacted* by the authority aforesaid, That in future, when the militia of this State, or any part thereof, shall be called out into service within this State, by the authority of the laws thereof, each commissioned officer shall be entitled to and shall receive the same pay and rations as are allowed to the officers of the same rank of the federal army by the laws of the United States; that the pay of a sergeant, drum-major, and fife-major, in lieu of all other demands, shall be eight dollars per month; and the pay of a corporal, bugler, trumpeter, drummer and fifer, in lieu of all other demands, shall be seven dollars per month; and the pay of a private, in lieu of all other demands, shall be six dollars and a half per month, besides rations; to be provided for in the tax bill of the year in which the service shall be performed.

XIV. *And be it further enacted* by the authority aforesaid, That the

Digitized by Google

Pl.0598

OF SOUTH CAROLINA. 480

*Acts relating to the Militia.*

A. D. 1704.

brigade inspectors, whenever required by the brigadier-general of the bri- Returns to be gade, shall make a return of the militia to which he belongs, to the said made. brigadier-general; and the brigadier-general shall, whenever required by the major-general of the division to which he belongs, make a return of the militia of their respective brigades, to the said major-general; and the major-generals shall, whenever required by the Governor or Commander-in-chief, make a return of the militia of their respective divisions, to the said Governor or Commander-in-chief.

XV. *And be it further enacted* by the authority aforesaid, That every White appren-master or other person who hath the power over, government or command tices to attend of, any white apprentice or man servant, shall, at his or their own proper musters. costs and charges, furnish and provide every such apprentice or man servant liable to do militia duty, during his servitude, with the arms and accoutrements directed by the aforesaid Act of Congress; and every master or other person, as aforesaid, shall constantly keep such arms and accoutrements, as aforesaid, for every such apprentice or servant, and shall compel him or them, so completely armed and accoutred as aforesaid, to attend all musters, trainings and exercises directed by this Act; and in case such apprentice or servant shall not appear, or his arms and accoutrements shall be found deficient, the master or other person, as aforesaid, having the government of such apprentice or servant, shall, on default made in any of the premises, be subject to the same forfeitures and penalties as are inflicted on other persons made liable by this Act to appear and bear arms at exercises, musters and trainings. *Provided, always,* that if any such servant, as aforesaid, who shall be duly furnished and provided as is before directed, and shall be sent to muster, by the master or other person under whose government such servant shall be, shall, of his own accord, and contrary to the will, and without the consent of the master, or such other person as aforesaid, neglect to appear at any muster, training or exercise appointed by this Act, the master or other person under whose government such servant may be, shall be liable to the penalties by this Act inflicted for the default of such servant; and every such servant so offending shall be obliged to serve his master two weeks for every penalty so paid by his said master or other person; and if any person shall embezzle, sell or make away with the arms so to be provided for him, he shall be liable to make his master, or other person under whose government he may be, full satisfaction.

XVI. *And be it further enacted* by the authority aforesaid, That no civil For No civil pro-officer whatsoever shall, on any pretence, execute any process, (unless for cess to be exe-treason, felony or breach of the peace,) on any person whatsoever, at any cuted on any muster, or other time when such person shall be obliged to bear arms, in person attend-pursuance of the directions of this Act, nor in going to or returning from ing musters. any muster or place of rendezvous, or within twenty-four hours after such person shall be discharged from appearing in the regiment, company or troop, to which he shall belong, under the penalty of five pounds sterling; and the service of any such process shall be void, to all intents and purposes whatsoever; and all arms and accoutrements which, by this Act, are required to be provided, also the troop horse of each trooper, duly entered and registered with the captain of the troop, so long as said trooper shall continue in the troop, shall not be liable to be seized, destrained or taken in execution for any cause, matter or thing whatsoever. And in case any person shall seize, levy or destrain upon any such arms, accoutrements or horse, every such person shall forfeit the sum of ten pounds, sterling money, to be recovered in any court of record in this State.

VOL. VIII.—62.

Digitized by Google

Pl.0599

490 STATUTES AT LARGE

*Acts relating to the Militia.*

Fine for not
attending mus-
ters.

XVII. *And be it further enacted* by the authority aforesaid, That every lieutenant-colonel who shall wilfully neglect to turn out at a regimental muster, shall be fined in a sum not exceeding ten pounds, and also a sum not exceeding five per cent. on the amount of his last general tax; and that every major who shall wilfully neglect to turn out at a regimental or battalion muster, shall be fined in a sum not exceeding eight pounds, and also a sum not exceeding five per cent. on the amount of his last general tax; that every captain who shall wilfully neglect to turn out at a regimental or battalion muster, shall be fined in a sum not exceeding six pounds, and also a sum not exceeding five per cent. on the amount of his last general tax; that every subaltern officer who shall wilfully neglect to turn out at a regimental or battalion muster, shall be fined in a sum not exceeding four pounds, and also a sum not exceeding five per cent. on the amount of his last general tax; and that every non-commissioned officer and private, who shall wilfully neglect to turn out at a regimental or battalion muster, shall be fined in a sum not exceeding fourteen shillings, and also a sum not exceeding five per cent. on the amount of his last general tax; that every captain who shall wilfully neglect to turn out at an ordinary muster, shall be fined in a sum not exceeding thirty shillings, and also a sum not exceeding two and one half per cent. on the amount of his last general tax; that every subaltern officer who shall wilfully neglect to turn out at an ordinary muster, shall be fined in any sum not exceeding one pound, and also a sum not exceeding two and one half per cent. on the amount of his last general tax; and that every non-commissioned officer and private, who shall wilfully neglect to turn out at an ordinary muster, shall be fined in any sum not exceeding seven shillings, and also a sum not exceeding two and one half per cent. on the amount of his last general tax.

Fines for dis-
obedience.

XVIII. *And be it further enacted* by the authority aforesaid, That every non-commissioned officer and private, who shall neglect or refuse to obey the order of his superior officer, while under arms, shall forfeit a sum not exceeding one pound for every such offence; and if any such non-commissioned officer or private, enrolled to serve in either of the companies of artillery, infantry or cavalry, shall refuse or neglect to perform such military duty or exercise as he shall be required to perform, or shall depart from his colors or guard, without the permission of his superior officer, as aforesaid, he shall forfeit a sum not exceeding one pound; and for the non-payment thereof the offender shall be committed, by warrant from the captain or commanding officer of the troop or company then present, to which such offender doth belong, or under whose command he may be, to the next gaol, there to be confined until the fines as aforesaid, together with the gaoler's fees, are paid; and the respective sheriffs of the city and respective districts and counties of this State, are hereby empowered and required to receive the body or bodies of such offender or offenders as shall be brought to them by virtue of a warrant or warrants under the hand and seal of such officer, as aforesaid, and him or them to keep in safe custody until such fines as are mentioned in such warrant, together with the gaoler's fees, as aforesaid, shall be paid; and the sheriffs and gaolers, respectively, shall be allowed the same fees as are allowed in other cases. *Provided, always,* that the persons so confined shall, at the end of five days, or any shorter time for which they may have been committed, be released, on their swearing that they are unable to pay the fines and fees hereinbefore directed to be paid.

Digitized by Google

Pl.0600

*Acts relating to the Militia.*

XIX. *And be it further enacted* by the authority aforesaid, That the military uniform of this State shall be as follows, that is to say: general officers, dark blue coats with buff colored facings, linings, collars and cuffs, gold epaulets and yellow buttons, with buff colored under-clothes; regimental officers of infantry, dark blue coats, with such colored linings, facings, collars and cuffs, epaulets and buttons, as shall be determined on by the major-general of each division. *Military uniform.*

XX. *And be it further enacted* by the authority aforesaid, That all fines which shall be imposed in any regiment, corps, company or troop, shall be paid into the hands of the pay-master, or person acting as such, of such regiment, corps, company or troop, and be paid and appropriated, by warrant under the hands of a major part of the field officers, or commanding officer of the corps, or captain or commanding officer of the company or troop, as the case may be, for the purposes of providing colors, drums, bugles, fifes and trumpets, for their respective battalions, corps, companies and troops, and carrying expresses relative to military matters, and for the purchasing and providing arms and accoutrements for such of the men of the respective battalions, corps, companies and troops, as are or shall be unable to furnish and provide themselves therewith; and that it shall be the duty of the pay-master, or person acting as such, of each respective battalion, corps, company or troop, once in every year, to render an account to the brigadier, or the officer commanding the brigade, of all his receipts and expenditures in pursuance of this Act. *Appropriation of fines.*

XXI. *And be it further enacted* by the authority aforesaid, That every free white man of this State, liable to bear arms in any of the regiments, corps, companies or troops in this State, who shall appear at any regimental or battalion musters, or at any company muster, ordered in pursuance of this Act, not provided, accoutred and armed, according to the Act of Congress, entitled "An Act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States," passed the 24th October, 1791, shall forfeit and pay, for each and every such offence, a sum not exceeding five shillings, or the sum of two shillings and four pence, for each article of arms or accoutrements required by the last mentioned Act; that all fines shall be inflicted on non-commissioned officers and privates by the judgment of the majority of the commissioned officers of the company in which the offender is enrolled; and four brigadier-generals shall be tried by a major-general to preside, and four brigadier-generals; but if the attendance of a major-general cannot conveniently be procured, then by five brigadier-generals; and, in such case, the eldest of such brigadiers to preside; that a brigadier-general shall be tried by one or more brigadier-generals, and four field officers; that a lieutenant-colonel shall be tried by an officer not under the rank of a lieutenant-colonel, and four field officers; that a major shall be tried by an officer not under the rank of a field officer, and four officers not under the rank of captain; that a captain shall be tried by an officer not under the rank of a field officer, and by four officers not under the rank of captain; and a lieutenant or ensign shall be tried by an officer not under the rank of a field officer, and four other commissioned officers; that all non-commissioned officers and privates be tried by not less than three commissioned officers. Each member of a court martial is hereby enjoined to take the following oath or affirmation: *Arms and accoutrements.* *Courts martial.*

"I do swear, (or affirm, as the case may be,) that I will not divulge the

Pl.0601

492

A. D. 1794.

Oath,

sentence of the court, until the same shall be aproved of or disapproved; neither will I, upon any account, or at any time whatsoever, disclose or discover the vote or opinion of any particular member of the court martial, unless required to give evidence thereof by a court of justice, in a due course of law. So help me God."

And any member of the above court is authorized to tender the above oath to the other members. The Governor or Commander-in-chief shall appoint courts martial on general officers; the major-generals shall appoint division courts martial in their respective divisions; the brigadier-generals shall appoint brigade courts martial in their respective brigades; the lieutenant-colonels shall appoint regimental courts martial in their respective regiments; and the majors battalion courts martial in their respective battalions; and no sentence of a court martial shall be put in force without the same be approved by the officers appointing the same, or by the commanding officers, respectively, for the time being.

Court of enquiry.

XXII. *And be it further enacted* by the authority aforesaid, That if the conduct of any officer shall be represented to the Governor or Commander-in-chief, or to either the major-general of the division, brigadier-general of the brigade, or commanding officer of the detachment, to be so unmilitary and unbecoming an officer, as to deserve being cashiered, it shall be lawful for the Governor or Commander-in-chief, major-general of the division, brigadier-general of the brigade, or commanding officer of the detachment, as the case may be, to order a court of enquiry; and if, on such court of enquiry, it shall appear that there is foundation for the charge, to have a court martial held, who shall make such order in the business as they shall think consistent with military rule. *Provided, nevertheless,* that such court of enquiry shall never consist of less than three officers, one of whom, at least, to be of the rank of the person accused.

Persons exempt.

XXIII. *And be it further enacted* by the authority aforesaid, That persons of the following professions and descriptions shall be excused from militia duty, except in times of invasion or alarm, to wit; the lieutenant-governor for the time being; the members of both branches of the Legislature, and their officers; the judges, commissioners, registers and clerks of the several superior courts of law and equity, and county courts; the commissioners of the treasury and their clerks; the secretary of this State, and his deputies; the attorney-general; the three circuit solicitors; the surveyor-general and his deputy, residing either in Charleston or Columbia; the ordinaries and registers of the several districts; the sheriffs and gaol-keepers in the several counties and districts; all continental officers who were deranged, or who served to the end of the war; all regular clergymen of any sect or denomination; all persons holding any office or commission under the United States; all acting magistrates; all regular bred practising physicians and surgeons; all school-masters who shall have under their tuition not less than fifteen scholars; all students at school or at college; the intendant and wardens of Charleston and Camden, their treasurers and the officers of their courts; all branch pilots for the several ports; one white man to each established ferry or toll-bridge; one white man to each water grist-mill, wind-mill, fulling-mill or oil-mill; three white men to each forge, and five to each furnace erected or to be erected at any iron mine or mines in this State, who shall constantly work and reside at the same; and all persons under the age of eighteen, and above the age of forty-five years; and all militia officers who have held their commissions for seven years.

Digitized by Google

Pl.0602

493

*Acts relating to the Militia.*

A.D. 1794.

XXIV. *Whereas*, a doubt has arisen, whether aliens and other transient persons who have resided, or may reside, in this State for a considerable length of time, and enjoy the benefit and advantage resulting from the organization of the militia of this State, are liable to perform militia duty. And *whereas*, it is but just and reasonable that those whose property is secured by the care and watchfulness of the community in which they reside, should contribute to its protection : *Be it enacted* by the authority aforesaid, That all free white aliens or transient persons, above the age of eighteen and under the age of forty-five years, who have resided, or hereafter shall or may reside, in this State, for the term of six months, shall immediately thereafter be, and are hereby declared to be, subject and liable to do and perform all patrol and militia duty which shall or may be required by the commanding officer of the beat or district in which such alien or transient person shall reside, and be subject to all pains and penalties inflicted by this Act; any law, usage or custom to the contrary thereof, in any wise, notwithstanding. *Provided, always*, That nothing contained in this Act shall be construed to extend or effect in any way or manner the natural born citizen of any State or potentate who shall be actually engaged in war with the United States, or to compel such alien or transient person to serve on patrol or militia duty out of the particular district of the regiment to which he shall or may be attached, nor to natural born and bona fide French citizens, (not being citizens of the United States,) who are, by treaty, exempt from all personal service.

Aliens or transient persons liable to do duty.

XXV. *And be it further enacted* by the authority aforesaid, That if the Governor or Commander-in-chief for the time being, receive advice from any person or persons in authority in this State, or other credible person or persons in foreign parts, or if he shall receive any information, upon oath, from any credible person or persons within this State, that any foreign enemy or armed force, intend suddenly to invade the State, or if any dangerous insurrection or rebellion be actually raised within this State, which cannot be suppressed by one single company, the Governor or Commander-in-chief for the time being may raise and assemble such and as many of the divisions, brigades, battalions, regiments, troops and companies, by this Act directed to be formed, as he shall think sufficient and able to suppress and repel such invasion, rebellion or insurrection, as may happen; and for the more effectual execution thereof, he may make and publish, or cause to be made and published, an alarm, throughout the whole State, by firing six guns, two at a time, at three minutes distance; or by sending orders and expresses to the general officers, field officers, and other officers of the militia, to raise their several and respective divisions, brigades, regiments, troops and companies, or such part of them as shall be ordered and directed to march and rendezvous at such proper times and places within the State, as the Governor or Commander-in-chief for the time being, shall think fit; and the said alarms shall be carried on throughout the whole State, by all the commissioned officers of the militia, by firing three small arms at convenient intervals, from place to place, and by speedily raising their several corps, and taking all other proper and effectual measures to give notice of the motion of the enemy, and forwarding with the utmost expedition all necessary information to the Governor or Commander-in-chief, and by putting in execution all such orders as they shall receive from their superior officers.

Militia to be called out in case of invasion.

XXVI. *And be it further enacted* by the authority aforesaid, That on

Digitized by Google

Pl.0603

STATUTES AT LARGE

*Acts relating to the Militia.*

**Alarm to be made with small arms.**

sight of an enemy, or on information of an enemy appearing, or mischief done by an enemy, from any white man of credit, who hath seen the same, of the credit of which informer, the officer to which information is given, shall be a judge, an alarm shall be made by any commissioned officer, by firing three small arms; and every alarm shall be carried on by all persons hearing or having knowledge of the same, by firing the small arms distinctly, as usual; and the said officer who fired the alarm shall assemble the corps of which he is an officer, by beat of drum, or by ordering them to warn their next neighbors, or otherwise, till the corps can be got together; and the commanding officer of said corps shall, with all convenient speed, despatch two expresses, one to the Governor or Commander-in-chief, and the other to the next field officer of the regiment to which the said corps belongs, with an account of the cause of the alarm so made; upon which notice, the said field officer shall despatch two expresses with an account of the same, one to the Brigadier of the brigade, and the other to the Major-general of the division; the field officer who shall receive the information as aforesaid, shall have power to assemble any number of men of the battalion or regiment, as the case may be, to which he belongs, to march to the assistance of any of the inhabitants of the State who are in danger.

**Penalty for neglecting to give information of alarm or notice of the approach of an enemy.**

XXVII. *And be it further enacted* by the authority aforesaid, That if any person liable to bear arms shall, in time of such alarm, neglect or refuse to use his utmost endeavors to convey and communicate the said alarm or notice of the enemy's approach, every such person shall forfeit and pay a sum not exceeding fifty pounds sterling; and in case any such person, after he hath notice of an alarm, does not forthwith repair, completely armed and accoutred as aforesaid, with all convenient speed, to the place where the regiment, troop or company, to which he shall belong, shall be appointed to rendezvous, every such person shall forfeit a sum not exceeding twenty pounds sterling money; and in case the company or troop to which such person shall belong, shall actually engage and fight with the enemy, before such person shall appear in the said regiment, troop or company, in every such case, the person not appearing as aforesaid, shall forfeit a sum not exceeding forty pounds sterling money.

**Officers to assemble any number of their corps.**

XXVIII. *And be it further enacted* by the authority aforesaid, That every commissioned officer in the militia has power, when occasion shall require, to assemble, arm and raise, any number of men belonging to their respective corps; and if need be, to give notice and call to their aid the officers and men of any adjacent corps, to disperse, suppress, kill, destroy, apprehend, take or subdue, any pirate, sea rover, Indian, or other enemy, who shall, in a hostile manner, hurt, or attempt to hurt, any of the inhabitants of this State, in their person or persons; or any number of slaves who shall be met together, or who shall be lurking in any suspected place where they may do mischief; or who shall have absented themselves from the service of their owners; and in case any person liable to bear arms, shall, on such occasion, neglect or refuse to appear, upon notice given, by any commissioned officer of the troop or corps to which such person belongs, or appearing, shall not attend and obey the said officer, he shall, for every such neglect or refusal, forfeit the sum of two pounds sterling.

XXIX. *And be it further enacted* by the authority aforesaid, That in times of invasion or insurrection, when it shall be found necessary to march the several regiments, troops or companies, or any of them, out of

Digitized by Google

Pl.0604

OF SOUTH CAROLINA. 495

*Acts relating to the Militia.* A. D. 1794

their proper parishes, counties or districts, one fourth part at least, of every company in this State, shall stay and remain in their respective parishes and divisions to which they belong, and shall be formed into patrols, under the command of such officer as the commissioned officers of the companies shall direct and appoint, under whose command, respectively, they shall continue, until the rest of the company shall return to their habitations, and shall be discharged from bearing arms; and the patrol so formed shall be obliged to be on constant duty, and to ride and patrol, and guard the plantations, and keep the slaves within their several parishes and divisions in good order, and shall place proper guards, watches and centinels, at proper and convenient places, to give notice of danger, or for the more speedy conveying advice and intelligence to the Governor or Commander-in-chief, or any army raised and assembled by his command; and in case any person or persons obliged to serve in such patrols, shall refuse or neglect to ride patrol, or to watch, stand centinel, or to keep guard, or shall refuse to obey the lawful commands of any person appointed to command such patrol, every person so offending shall forfeit any sum not exceeding fifteen pounds sterling money. *[margin: In times of invasion, part of the militia to remain on guard at home.]*

XXX. *And be it further enacted* by the authority aforesaid, That in times of invasion, rebellion, or insurrection, when any person shall receive orders to march out of their parish, county, district or division, the captain, or other commanding officer, who shall be present, shall cause the names of all the persons who are entered, enlisted and enrolled in the muster roll of such company, officers excepted, to be written down on small scrolls of paper, which shall be folded up and put into a hat, and shall be shaken together, and the clerk or sergeant of the said company shall draw out of the hat the names of so many persons as will not exceed three fourth parts of the said company; and the persons whose names shall be so drawn, shall be obliged to march according to such orders as shall be given by the Governor or Commander-in-chief, and the rest whose names shall be left in the hat, shall stay in their respective parishes and divisions, and shall do the duty of the patrol, as before directed; but no officer of any company shall be excused from marching with the company for which he is appointed, unless by particular orders from the Governor or Commander-in-chief; and, in that case, such officer so directed to stay shall be commanding officer of that part of the company left for the patrol duty. If any person whose name is drawn, as aforesaid, and is thereby obliged to march out of his parish or division, can provide an able bodied man, (to be approved by the majority of the officers of the company to which such person belongs,) completely armed and furnished, according to the directions of this Act, every such person shall be permitted and at liberty so to do; and upon producing and sending out such able bodied man in his stead, he shall be excused from going out or marching in person; but, nevertheless, he shall be obliged to do patrol duty in his district; and in case of disobedience, neglect or refusal to ride in such patrol, he shall be liable to all the pains, penalties and forfeitures inflicted by this Act. *[margin: Manner of ascertaining those men who shall leave their parishes.]*

XXXI. *And be it enacted* by the authority aforesaid, That in time of an alarm, occasioned by any insurrection, rebellion or invasion, all field officers, and captains of every company, are empowered, by themselves or their warrants to any inferior officer or soldier, to impress any arms, ammunition, provisions, horses, wagons, carts, boats, canoes, pettiaugers and vessels, with their furniture, or whatever other thing they shall want or have need of, for the service of this State. *Provided,* all such things *[margin: Arms, &c., to be impressed.]*

Digitized by Google

Pl.0605

STATUTES AT LARGE

*Acts relating to the Militia.*

so impressed be by the said officers brought before three or more indifferent persons, being freeholders, to be appraised and valued, before they be disposed of for the public service ; and such valuation and appraisement being made, the officer shall give a receipt for the same, if he conveniently can ; and the officer is to cause his clerk to enter the same in a book, to be kept for that purpose ; and the said appraisers shall ascertain any loss or damage that may happen to the things so impressed, or allow a competent hire for the same when returned to the owner, as the case shall require, and shall give such appraisement, under their hands, to the owner, directed to the public treasurers, who are to lay the same before the Legislature. And the commanding officer or captain of each company, after such alarm shall be over, and before such company shall be discharged, is to order so many men as he shall think fit, to carry the several things by him impressed to the several owners, who, upon re-delivery of the same, shall give a receipt. The officer is likewise empowered to draw on the public treasury for so much money as he shall think the carriage of the said several things deserves.

**Things impressed to be kept an account of.**

XXXII. *And be it further enacted* by the authority aforesaid, That the commanding officer or commander of each company, shall lodge in some convenient and secure place, for the public use, all the provisions and ammunition impressed by him, or by virtue of his warrant, that shall remain unexpended after an alarm, and must keep a particular account thereof.

**Free persons of color, &c.**

XXXIII. *And be it further enacted* by the authority aforesaid, That all free negroes and Indians, (nations of Indians in amity with the State excepted,) Moors, mulattoes and mestizoes, between the ages of eighteen and forty-five, shall be obliged to serve in the said militia as fatigue-men and pioneers, in the several regimental beats in which they reside ; and upon neglect or refusal to attend when summoned on duty, they, and every one of them, shall be liable to the like penalties and forfeitures as privates in the same regiment or company are made liable by law.

**Members of uniform companies.**

XXXIV. *And be it further enacted* by the authority aforesaid, That the officers and privates in any company of artillery, infantry or cavalry, raised and uniformed in any militia regiment of this State, by permission of his Excellency the Governor, or any lieutenant-colonel or commanding officer of any regiment, or to be hereafter raised, shall be, respectively, liable to all the fines and forfeitures imposed by law on the officers or privates in any regimental or company beat ; and that when any person now actually enrolled, or that shall hereafter be enrolled, in any such company, shall be desirous to quit the same, he shall be obliged to give at least thirty days notice of such intention ; and shall be obliged, also, to enrol himself in the company beat in which he resides, or in some other company of artillery, infantry or cavalry, of the regiment to which he belongs, and produce a certificate thereof from the captain or officer commanding such beat or company, before he shall be permitted to leave the uniform company or corps to which he belonged, or be excused from duty therein.

**Companies may be summoned to mount guard in Charleston.**

XXXV. And *whereas*, the safety of the city of Charleston requires the calling forth, at certain times and seasons, one or more companies of the militia of the said city : *Be it therefore enacted* by the authority aforesaid, That it shall and may be lawful for the Governor or Commander-in-chief for the time being, or the major-general of the division, or brigadier of the brigade, in which Charleston is comprehended, or the commanding officer of the Charleston regiment for the time being, to call forth, when necessary, such and so many companies, or detachments of companies, to mount

Digitized by Google

Pl.0606

guard in the said city, as to them shall, respectively, appear necessary and proper. *Provided*, that no guard shall be obliged to continue on duty, at any one time, except in case of actual alarm, more than twenty-four hours on one guard ; and every person duly summoned to turn out on any such guard, who shall not obey, or who shall leave his guard, or otherwise misbehave, shall be liable to pay the same fines and forfeitures as such person would be obliged to pay for default of duty by non-attendance or misbehaviour at any battalion or regimental muster, by virtue of this Act.

XXXVI. *And be it further enacted* by the authority aforesaid, That every commissioned officer who, at the original organization of the militia, agreeable to this Act, shall be appointed in pursuance of the same, and accepts his commission, shall be furnished, at the expense of this State, with a copy of this law, the Act of Congress to provide for the national defence and establishing an uniform militia throughout the United States, Baron Steuben's military discipline, and the articles of war, all bound together in a small and convenient pocket volume ; and that the senior major-general, elected in pursuance of this Act, is hereby authorized and empowered to contract for procuring the same on the best and cheapest terms. *(margin: Officers to be furnished with this Act.)*

XXXVII. *And be it further enacted* by the authority aforesaid, That if any person or persons whosoever shall be sued, impleaded, molested or prosecuted, for any matter, cause or thing done or executed, or caused to be done or executed, by virtue of or in pursuance of this Act, and all every person or persons who shall or may, by the command, or in aid or assistance, of any person who shall do or execute, or cause to be done or executed, any matter or thing by virtue of or in pursuance of the direction of this Act, shall and may plead the general issue, and give this Act and the special matter in evidence ; and in case the plaintiff shall suffer a discontinuance, enter a *noli prosequi*, suffer a non-suit, or if a verdict or judgment shall pass against him, he shall pay to every defendant that shall be acquitted, or for whom judgment shall pass, his full double costs of suit. *(margin: Persons sued may plead this Act.)*

XXXVIII. *And be it further enacted* by the authority aforesaid, That all laws heretofore enacted in this State, respecting the militia, shall be, and the same are hereby, repealed, except such laws or parts of laws as respect the Charleston battalion of artillery. *(margin: Former militia laws repealed.)*

In the Senate House, this tenth day of May, in the year of our Lord one thousand seven hundred and ninety-four, and in the eighteenth year of the Independence of the United States of America.

DAVID RAMSAY, *President of the Senate.*
JACOB READ, *Speaker of the House of Representatives.*.

VOL. VIII.—63.

Digitized by Google

Pl.0607

498

A. D. 1794.

*Acts relating to the Militia.*

No. 1602. AN ADDITIONAL ACT TO THE ACT ENTITLED " AN ACT TO ORGANIZE THE MILITIA THROUGHOUT THE STATE OF SOUTH CAROLINA, IN CONFORMITY WITH THE ACT OF CONGRESS."

Preamble.

WHEREAS, the law of Congress, entitled "An Act more effectually to provide for the national defence, by establishing an uniform militia throughout the United States," directs that each division, brigade and regiment, in each State, shall be numbered at the formation thereof, and a record made of such numbers, in the adjutant-general's office, in the State; and when in the field, or in service in the State, each division, brigade and regiment shall, respectively, take rank according to their numbers, reckoning the first or lowest number highest in rank. And *whereas*, it is necessary to fix the rank of officers who were elected to the same grade by the Legislature at their last session, or by the people since that period:

Rank of divisions and brigades to be ascertained by lot.

I. *Be it therefore enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the rank of the divisions, brigades and regiments, shall be determined by lot, in the following manner, that is to say: that a joint committee of both houses shall forthwith cause the words Eastern Division, and the words Western Division, to be, respectively, written on two pieces of paper, which shall be folded up and put into a hat, and they shall then cause a child, under ten years of age, to draw out, in their presence, one of the said lots, and that which shall be so drawn shall be the first division of this State, and the remaining lot shall be the second division; and if the eastern division shall be the first drawn, then the brigades and regiments in that division shall have the lowest numbers and highest rank, and the brigades and regiments in the western division the highest numbers and lowest rank; and if the western division be first drawn, then the brigades and regiments in that division shall have the lowest numbers and highest rank, and the brigades and regiments in the eastern division, the highest numbers and lowest rank. That then the committee shall cause the numbers of the brigades in each division to be determined in a similar manner, by lot, that is to say: if the eastern division shall be the first drawn, they shall cause the words Charleston brigade, Georgetown brigade, Cheraw brigade, Camden Brigade, and Beaufort and Orangeburg brigade, to be written on five lots, and to be folded up and put into a hat, and they shall then cause a child, under ten years of age, to draw, in their presence, the said lots, one by one, from the hat, and the brigade first drawn shall be numbered the first brigade, the brigade second drawn shall be numbered the second brigade, the brigade third drawn shall be numbered the third brigade, the brigade fourth drawn shall be numbered the fourth brigade, and the brigade fifth drawn shall be numbered the fifth brigade; and then they shall cause the words Edgefield and Abbeville brigade, Laurens and Newberry brigade, Washington brigade, and Pinckney brigade, to be written on four lots, and the same shall be folded up and put into a hat, and they shall then cause a child, under ten years of age, to draw, in their presence, the lots, one by one, from the hat, and the brigade first drawn shall be numbered the sixth brigade, the brigade second drawn shall be numbered the seventh brigade, the brigade third drawn shall be numbered the eighth brigade, and the brigade fourth drawn shall be numbered the ninth brigade. And if the western division shall be first drawn, they shall cause the words Edgefield and Abbeville brigade, Laurens and Newberry brigade,

Digitized by Google

Pl.0608

Washington brigade, and Pinckney brigade, to be written upon four lots, which shall be folded up and put into a hat, and they shall then cause a child, under ten years of age, to draw, in their presence, the lots, one by one, from the hat; and the brigade first drawn shall be numbered the first brigade, the brigade second drawn shall be numbered the second brigade, the brigade third drawn shall be numbered the third brigade, and the brigade fourth drawn shall be numbered the fourth brigade; and then they shall cause the words Charleston brigade, Georgetown brigade, Cheraw brigade, Camden brigade, and Beaufort and Orangeburg brigade, to be written on five lots, and the same shall be folded up and put into a hat, and they shall then cause a child, under ten years of age, to draw, in their presence, the lots, one by one, from the hat, and the brigade first drawn shall be numbered the fifth brigade, the brigade second drawn shall be numbered the sixth brigade, the brigade third drawn shall be numbered the seventh brigade, the brigade fourth drawn shall be numbered the eighth brigade, and the brigade fifth drawn shall be numbered the ninth brigade. That then the committee shall, in like manner, by lots drawn in their presence, proceed to number the regiments, taking care so to conduct the drawing that the lowest number of the respective regiments be given to the lowest number of the respective brigades, and that the brigades highest in number have the regiments highest in number; and that the rank of battalions, in their respective regiments, be always determined by the seniority of their respective majors.

II. *And be it further enacted* by the authority aforesaid, That all the officers who were elected by the Legislature, at their last session, or by the people since, shall take rank in the following manner, that is to say: if the eastern division shall be the first drawn, all the officers of equal grade of date and commission in that division, shall take rank of all the officers of similar grade and date of commission in the western division; and if the western shall be the first drawn, all the officers of equal grade and date of commission in that division, shall take rank of all the officers of similar grade and date of commission in the eastern division; and all the officers of equal grade and date of commission, of the brigades lowest in number, shall take rank of all the officers of equal grade and date of commission in the brigades higher in number, in the division to which it belongs; and all the officers of equal grade and date of commission, in the regiments lowest in number, shall take rank of all the officers of equal grade and date of commission in the regiments highest in number, in their respective brigades. And all the officers of equal grade and date of commission in their respective regiments, shall determine their rank in their regiment by lot, drawn in the presence of the lieutenant-colonel or commanding officer of the regiment; or where the lieutenant-colonel is dead, and the rank has not been determined between the majors, in the presence of some person to be appointed by the brigadier-general, or in his absence by the major-general. *Provided, always,* that nothing in this Act shall be construed to extend to deprive officers who have been elected to the same grade they held before, from retaining and taking rank agreeably to their old commissions, or to determine the rank of officers in any regiment, where they have already drawn for it.

*Rank of regimental officers to be ascertained by lot.*

III. *And be it further enacted* by the authority aforesaid, That when the commission of ensign is vacant in any company, the men liable to do duty in that company, as well in time of alarm as at common musters, shall elect, by ballot, a fit person to fill the vacancy; and the lieutenant-colonel

*Ensigns, how to be elected.*

Digitized by Google

Pl.0609

500                    STATUTES AT LARGE

*Acts relating to the Militia.*

or commanding officer shall order such election, giving notice on one muster day, in writing, which shall be publicly declared and made known to the company by the officer commanding the same, and shall be fixed up in some public place upon the muster ground, that the election will be held at the ensuing muster; and the captain or commanding officer of the company shall manage the election.

IV. *And be it further enacted* by the authority aforesaid, That if any person liable to do duty at common musters shall be appointed a sergeant, and refuse to do duty as such, he shall be fined in a sum of four pounds; but no person shall be obliged to act as sergeant more than one year at a time.

*Sergeants refusing to do duty to be fined.*

V. *And be it further enacted* by the authority aforesaid, That the Governor, the major-generals and brigadier-generals, respectively, as occasion may require, shall be authorized to appoint one or two extra aids-de-camp, who shall not be entitled to any other rank or pay than what they are entitled to in the line.

*Governor, major-generals and brigadier-generals.*

VI. *And be it further enacted* by the authority aforesaid, That each commanding officer of a corps, when on duty or parade, shall have full power and authority to ascertain and fix certain necessary limits and bounds to their respective parades and places of exercise, (no road in which people usually travel, or more than one half the width of any street, to be included,) within which no spectator shall have a right to enter, without liberty from the said commanding officer; and in case any person shall so intrude within the lines of the parade or place of exercise, after being once forbidden, he shall be liable to be confined under guard during the time of exercise, at the discretion of the commanding officer.

*Parade limits to be ascertained.*

VII. *And be it further enacted* by the authority aforesaid, That every fine imposed by this Act, or the Act entitled "An Act to organize the militia throughout the State of South Carolina, in conformity with the Act of Congress," or by any future Act, shall be recovered in the following manner, that is to say : the officer who presided at the court martial when any such fine or fines shall be imposed, (excepting fines incurred for misconduct while under arms, which shall be recovered as is directed by said Act,) shall issue his warrant, under his hand and seal, directed to some sergeant belonging to the brigade, regiment, battalion, company or troop to which the offender, according to his rank, may immediately belong, or for want of such sergeant, to such other person as may be appointed by the commanding officer of the regiment, and shall mention therein the amount of the fine or forfeiture, or fines or forfeitures incurred, and for what default or misconduct, and by what court-martial the same was or were imposed, and shall thereby command such sergeant or other person to take the body of the defaulter or offender to the nearest gaol, there to be confined until such fine or forfeiture, or fines or forfeitures, together with the gaoler's and sergeant's fees, shall be paid ; and every such sergeant or other person shall be obliged to execute such warrant, according to the tenor or purport thereof ; and all district sheriffs and gaolers, county sheriffs and gaolers, and city sheriffs and gaolers, in this State, are hereby empowered and required to receive the body of any such defaulter or offender, who may be brought to either of them under any such warrant, and to keep him in safe custody until the amount specified in the warrant, together with the gaoler's and sergeant's fees, shall be paid ; and the sheriffs and gaolers shall be allowed the same fees in such cases as are allowed in other cases of commitments,

*Fines, how to be recovered.*

Digitized by Google

Pl.0610

and the sergeant shall be allowed the same fees as constables have for serving summonses, and for commitments for the same amount, or for levying an execution for the same amount. *Provided, always,* that the person so committed shall, at the end of a certain time, to be computed at the rate of one day for every three shillings and six pence he may be condemned to pay, be released, upon swearing that he is unable to pay the amount for which he may be committed, and the fees hereinbefore directed to be paid ; and *provided, also,* that no person shall be taken up on any such warrant or execution, if he will immediately pay the amount he is liable for, and the fees due, or produce to the officer sufficient property of his own to satisfy the same, which, if he shall produce, the officer shall take and dispose of at public sale, in the same manner as constables make their sales under execution ; and after paying the fine or fines due, and the fees that have accrued, he shall return the surplus, if any there be, of the proceeds of the sale, to the said defaulter or offender.

VIII. *And be it further enacted* by the authority aforesaid, That every officer in the militia shall, within six months after the ratification of this Act, or after he shall be elected or appointed, take the following oath or affirmation, before some justice of the peace, who shall certify the same on the back of his commission : "I, A B, do solemnly swear, (or affirm, as the case may be,) that I will support and maintain, to the utmost of my ability, the laws and constitution of this State and of the United States." And every officer neglecting so to do shall vacate his commission. *(margin: Officers to take an oath.)*

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety-four, and in the nineteenth year of the Independence of the United States of America.

> DAVID RAMSAY, *President of the Senate.*
> JACOB READ, *Speaker of the House of Representatives.*

---

AN ADDITIONAL ACT TO THE ACT ENTITLED "AN ACT TO ORGANIZE THE MILITIA THROUGHOUT THE STATE OF SOUTH CAROLINA, IN CONFORMITY WITH THE ACT OF CONGRESS ;" AND FOR OTHER PURPOSES THEREIN MENTIONED. *(margin: No. 1622.)*

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That in all cases where any of the regiments, or any of the battalions and companies belonging to any of the regiments, of this State, shall or may be aggrieved and injured, by the division or divisions made by the different commissioners appointed by the several Brigadier Generals, for the purpose of dividing the regiments belonging to their respective brigades into battalions and companies, pursuant to the Militia Act of this State, passed on the tenth day of May, seventeen hundred and ninety-four, the regiments, or any of the battalions or companies belonging to the said regiments, so aggrieved or injured, shall make their application for redress to the Brigadier General of the brigade to which the said regiment or regiments belong, who shall appoint two field officers of the brigade, who are not involved in the dispute or interested in the decision of the same, *(margin: Field officers to give relief, where regiments, &c. are injured by division.)*

Digitized by Google

Pl.0611

502                    STATUTES AT LARGE

*Acts relating to the Militia.*

who are hereby empowered and directed, should it appear to them fit and expedient, to make, direct and order, any arrangement or division of the said regiments, or any of the battallions or companies belonging thereto, as to them shall appear to the advantage of the same; *provided, however,* that such arrangement or division be, as nearly as conveniently may be, in conformity to the Act of Congress, passed on the eighth day of May, seventeen hundred and ninety-two.

II. *And be it further enacted* by the authority aforesaid, That in all **In case of con-** cases of contested elections for field officers, where either of the candidates **tested elec-** think themselves aggrieved by the determination of the brigadier general **be made.** or field officers who have decided or shall decide on the election, such candidate may appeal from such decision to the major general of the division to which he belongs, and the said major general, together with a board of general and field officers, to be appointed by the said major general, and to consist of the said major General and not less than one brigadier general and three field officers, shall examine into the merits of the said election, and shall decide thereon; and such decision shall be final and conclusive, and the person in whose favor they decide shall be commissioned by the Governor.

III. And *whereas,* many of the officers in the militia have, through in- **Militia officers** advertence, neglected to take the oath or affirmation prescribed by the Act, **allowed a fur-** passed on the nineteenth day of December, seventeen hundred and ninety- **ther time to** ty-four :—*Be it further enacted* by the authority aforesaid, That a further **qualify.** time of six months be allowed them to take the said oath or affirmation before some justice of the peace, who shall certify the same on the back of his commission; and every officer who shall neglect so to do, within the time above limited, shall vacate his commission; but provided he takes the said oath within the said time, he shall retain his commission; any thing in the said Act contained to the contrary thereof in any wise notwithstanding.

IV. And *whereas,* it has been represented to the Legislature, that the **Salary of Ad-** duty of the adjutant general is very laborious, and attended with conside- **jutant General.** rable expense. *Be it therefore enacted* by the authority aforesaid, That the salary of the said officer shall be, in future, one thousand dollars per annum; *provided,* he shall attend the different regimental reviews throughout the State, once in every year.

V. And *whereas,* it is of great importance to this country, that encour- **Persons em-** agement should be given to the company for opening the Santee Canal. **ployed at the** *Be it therefore enacted* by the authority aforesaid, That the overseers, toll- **Santee Canal,** receivers, lock-keepers, and white laborers, employed or to be employed by **exempt from** the said company, be exempt from doing militia duty at any time hereafter, **militia duty.** except in times of alarm.

VI. *And be it further enacted* by the authority aforesaid, That so much **Duration.** of this Act as relates to the office, salary, and duties of the adjutant general, shall continue in force for and during the term of three years, and from thence to the end of the next session of the Legislature thereafter, and no longer.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety-five, and in the twentieth year of the Independence of the United States of America.

DAVID RAMSAY, *President of the Senate.*
ROBT. BARNWELL, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0612

*Acts relating to the Militia.*    A.D. 1796.

AN ACT TO PROLONG THE TIME FOR CERTAIN OFFICERS OF THE MILITIA No. 1657.
TO TAKE THE OATH OR AFFIRMATION PRESCRIBED BY LAW.

WHEREAS, many officers of the militia have, through inadvertence, neglected to take the oath or affirmation prescribed by the Act entitled An additional Act to the Act entitled An Act to organize the Militia throughout the State of South Carolina, passed on the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety-four, in conformity with the Act of Congress.

I. *Be it therefore enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That a further time of six months be allowed the said officers to take the said oath or affirmation before some justice of the peace, who shall certify the same on the back of their commissions; and that the said officers thus taking the said oath or affirmation, shall be still qualified to hold their said commissions; any thing in the aforesaid Act, passed the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety-four, to the contrary hereof notwithstanding. *Provided, nevertheless*, that if the said officers do not within the said time take the said oath or affirmation, at the expiration of the same their commissions shall be vacated.

II. *And be it enacted* by the authority aforesaid, That any officer or officers taking the oath or affirmation within the time abovementioned, shall receive commissions of the same date, and shall be entitled to the same grade, as if he or they had taken the said oath or affirmation when first elected.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand seven hundred and ninety-six, and in the twenty-first year of the Independence of the United States of America.

DAVID RAMSAY, *President of the Senate.*
ROBT. BARNWELL, *Speaker of the House of Representatives.*

————

AN ACT CONCERNING THE CAVALRY AND ARTILLERY OF THIS STATE; No. 1662.
AND FOR OTHER PURPOSES THEREIN MENTIONED

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the cavalry of this State shall be arranged into squadrons Cavalry of the and regiments, as follows:—the several troops now raised, and hereafter to State arranged be raised, in the brigade number one, (No. 1.) shall form one regiment; in squadrons the several troops now raised, or hereafter to be raised, in the brigade and regiments. number two, (No. 2.) shall form one regiment; the several troops now raised, and hereafter to be raised, in the brigade number three, (No. 3.) shall form one regiment; the several troops now raised, and hereafter to be raised, in the brigade number four, (No. 4.) shall form one regiment; the

Digitized by Google

Pl.0613

S TATUTES AT LARGE

*Acts relating to the Militia.*

several troops now raised, and hereafter to be raised, in the brigade number five, (No. 5.) shall form one regiment; the several troops now raised, and hereafter to be raised, in the brigade number six, (No. 6.) shall form one regiment or squadron; the several troops now raised, and hereafter to be raised, in the brigade number seven, (No. 7.) shall form one regiment; the several troops now raised, and hereafter to be raised, in the brigade number eight, (No. 8.) shall form one regiment; the several troops now raised, and hereafter to be raised, in the brigade number nine, (No. 9.) shall form one regiment or squadron. *Provided,* that no regiment shall consist of more than six troops, nor less than four, nor each troop of more than sixty-four, rank and file.

Brigadiers to fill up regiments of horse, &c.

II. *And be it further enacted* by the authority aforesaid, That the brigadier general of each of the aforesaid brigades shall be, and he is hereby, authorized and empowered, whenever the regiment of horse in his brigade is not complete, to fill up the same, if he shall see fit, by authorizing proper persons to raise the necessary number of troops; and also, by empowering the captains of the respective troops in his regiment to enrol men who are not obliged to do militia duty, but who would be willing to enrol themselves in such troops, and to turn out with them, properly uniformed and accoutred, when called into actual service; and the said brigadiers shall distribute the troops in their respective regiments into squadrons.

Each squadron to have a major.

III. *And be it further enacted* by the authority aforesaid, That to each of the aforesaid squadrons there shall be one major; and each of the aforementioned regiments shall be commanded by one lieutenant-colonel; and the Governor and Commander-in-chief shall be, and he is hereby, authorized to commission, in common form, the eldest captain of horse in each brigade, as lieutenant-colonel in each brigade, and the second and third in seniority, as majors of the first and second squadrons, in each regiment, respectively; and if any case should occur in which the captains's commissions bear even date, the preference shall be decided by lot, in presence of the brigade major, who shall make a return thereof to the adjutant-general; and the rank of the several lieutenant colonels shall also be determined by lot, to be drawn in the following manner :—the adjutant general shall write the names of the respective regiments on slips of paper, and having intermixed them well, shall, in presence of the Governor or Commander-in-chief, draw forth their names, singly; and each of the aforesaid lieutenant colonels shall take rank in the order in which his name is drawn; and the adjutant general shall make out two lists of the said officers, according to their respective ranks, and transmit one of the said lists to the secretary's office in Charleston, and the other to the secretary's office in Columbia, there to be recorded. *Provided,* that nothing herein contained shall be so construed as to give rise to any captain or commander of a troop, who has neglected, for six months previous to the passing of this Act, to muster his troop.

Persons formerly enrolled, to remain.

IV. *And be it further enacted* by the authority aforesaid, That all those of the militia who have heretofore enrolled themselves in any troop or company of cavalry, may remain with their troop or company; and that hereafter all volunteers for the corps of cavalry shall be limited to their respective brigades, except otherwise ordered by the Commander-in-chief.

Horses to be appraised.

V. *And be it further enacted,* That whenever any of the cavalry, or any part thereof, shall be called into the actual service of this State, it shall be the duty of the brigadier-inspector to call to his assistance two of the freeholders of the county where each horseman may reside, who, together

Digitized by Google

Pl.0614

with the said brigade inspector, shall, on oath, appraise the horse of each horseman, immediately before the time of going into such service, and enter such appraisement in a book, to be kept for that purpose ; and the said cavalry shall receive the same indemnification, and no other, for loss of horses or otherwise, under the same regulations and restrictions, as are or may be established, in like cases, in the militia in the service of the United States, by the laws thereof, for the time being.

VI. *And be it further enacted,* That the cavalry shall meet in troop, at least six times in each year, and at such places as the commanding officer of each troop shall direct. <span style="float:right">Troops to meet.</span>

VII. *And be it enacted,* That the brigadier in each brigade be, and he is hereby, authorized to direct the mode of uniform for the cavalry of his brigade ; and the adjutant general shall prescribe the form of discipline to be used and adopted by them. <span style="float:right">Uniform and discipline.</span>

VIII. *And be it further enacted,* That the company of artillery attached to the twenty-eighth regiment, the company attached to the twenty-ninth regiment, and the company attached to the thirtieth regiment of infantry, shall form one battalion ; and the said battalion, together with the Charleston battalion of artillery, snall form one regiment. <span style="float:right">Regiment of artillery formed.</span>

IX. *And be it further enacted,* That the said regiment of artillery shall be commanded by a lieutenant-colonel ; and each of the said battalions, by a major ; and the Governor or Commander-in-chief shall be, and he is hereby, authorized to commission, in common form, the first officer in rank in the said regiment, as lieutenant-colonel thereof ; and the second and third in seniority, as majors of the battalions, who shall take rank according to the dates of their commissions. <span style="float:right">How to be officered.</span>

X. *And be it further enacted,* That throughout the other parts of the State, the captains of artillery shall be attached to the battalions in which they reside, respectively ; and rise in the same, with the other officers, according to the dates of their commissions. <span style="float:right">Other artillery to remain as before.</span>

XI. *And be it further enacted,* That the said lieutenant-colonel of cavalry, and lieutenant-colonel of artillery, shall take rank and promotion together with and in the same manner as the other lieutenant-colonels of this State. *Provided, nevertheless,* that no officer to be appointed by virtue of this Act shall take rank and precedent over any officer of infantry of the militia of this State, of the same grade, except by seniority of commission. <span style="float:right">Officers, how to rank and rise.</span>

XII. *And be it further enacted,* That the officers and men of the cavalry and artillery, throughout this State, shall be subject to the same laws, rules and orders, as the officers and men of the infantry of this State, are or shall be subject to. *Provided always, nevertheless,* that nothing contained in this Act shall be construed to affect the rights and privileges of the ancient battalion of artillery in Charleston, as secured to them by their charter, or by any other law or regulation. <span style="float:right">Subject to general rules.</span>

XIII. *And be it enacted* by the authority aforesaid, That the three companies of artillery in brigadier-general Winn's brigade shall also form one battalion ; and the eldest captain in the said battalion shall be commissioned major thereof. <span style="float:right">Artillery in Gen Winn's brigade.</span>

XIV. *And be it enacted* by the authority aforesaid, That the officers commanding in the different company beats in the town of Georgetown, be, and the same are hereby, authorized to hold their respective commissions, although not resident in the beats aforesaid ; *provided,* that the said residence be in his battalion. <span style="float:right">Officers in Georgetown.</span>

VOL. VIII.—64.

Digitized by Google

Pl.0615

STATUTES AT LARGE

*Acts relating to the Militia.*

A. D. 1797.

Warrants for
fines, &c.

XV. And *whereas*, it has been inconvenient, and sometimes oppressive, to issue warrants, in the first instance, against the body of defaulters, and other persons subjected to the fines by the militia law :—for remedy whereof, *Be it enacted* by the authority aforesaid, That the officer to whom the power is given of issuing warrants against the body of defaulters, and other persons liable to fines, shall, in the first instance, issue his warrant against the goods and chattels of such person ; and the sergeant or other person to whom such warrant shall be directed, is hereby authorized and required to seize the property of the person against whom the warrant shall be issued, and sell the same, after having advertised it in some public place in the regimental or company district to which the said person may belong, at least five days previous to the sale ; and if the person to whom the said warrant shall be directed, shall make a return that he cannot find any goods and chattels to be levied on, then the officer who issued the first warrant is hereby authorized and required to issue a warrant against the body of the person, in lieu of that which was issued against his goods and chattels.

Governor to
issue blank
commissions.

XVI. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief for the time being, be, and he is hereby, authorized to issue blank commissions to the lieutenant-colonels of the respective regiments ; and the lieutenant-colonels of the respective regiments shall, from time to time, as vacancies may occur in their said regiments, fill up and issue commissions, and make return thereof to the brigadier.

Turning out of
the militia.

XVII. *And be it further enacted* by the authority aforesaid, That the militia of Charleston and Georgetown shall be, and they are hereby, exempted from turning out on company parade, oftener than once in every two months ; and the commanding officer in each regiment throughout the State, shall be authorized, if he see fit, to exempt his men from turning out on parade in the months of July, August and September ; *provided*, they turn out not less than six times in the year.

In the Senate House, the sixteenth day of December, in the year of our Lord one thousand seven hundred and ninety-seven, and in the twenty-second year of the Independence of the United States of America.

DAVID RAMSAY, *President of the Senate.*
ROBT. BARNWELL, *Speaker of the House of Representatives.*

No. 1748. AN ACT IN ADDITION TO THE MILITIA LAWS OF THIS STATE.

WHEREAS, it is necessary and proper to alter and amend, in some respects, the militia laws of this State : and *whereas*, *also*, it is highly necessary that due subordination and obedience to orders should be maintained and ensured in the said militia.

Officers liable
to be cashiered.

I. *Be it therefore enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That every commissioned officer of the militia of this State, or any part thereof, who shall be tried for and found guilty of disobeying the lawful order or orders of his superior officers, shall be liable,

Digitized by Google

Pl.0616

*Acts relating to the Militia.*

therefor, to be cashiered by a court martial, if the same shall be approved of, and the officer ordered to be cashiered, by the Commander-in-chief of this State.

II. *And be it enacted* by the authority aforesaid, That when any volunteer company of cavalry shall be reduced to less than twenty-four men, and when any volunteer company of infantry or artillery shall be reduced to less than thirty men, uniformed according to law, then; and in every such case, the commissions of the officers of such troop or company, as the case may be, shall, respectively, cease and determine ; unless such troop or company shall, respectively, be completed with the number of men aforesaid, within twelve months after the passing of this Act. *What number of men shall form a company.*

III. *And be it further enacted* by the authority aforesaid, That no person liable to do militia duty, who now is, or hereafter may be, enrolled in any volunteer troop of cavalry, infantry or artillery, shall be exempted from doing duty in such troop or company, unless he shall have given six months previous notice, in writing, of his intention of leaving such troop or company, to the commanding officer thereof, and shall have complied with the other requisitions required by law. *Persons enrolled in a volunteer company, to give six months notice of their intention to leave it.*

IV. *And be it enacted* by the authority aforesaid, That the commission of every captain of any troop of cavalry or company of artillery or infantry, shall be null and void, to all intents and purposes, who hereafter shall refuse or neglect, for the space of six months in immediate succession, to muster his troop or company, as the case may be. *Captains who neglect to muster, to forfeit their commissions.*

V. *And be it further enacted*, That the brigadiers general shall, within their respective commands, depute proper persons to collect all fines and penalties which may be imposed on delinquents under the militia laws of this State, and allow such percentage on the collection thereof, as to them shall appear advisable, so as the same shall not exceed ten per cent. *Persons appointed to collect fines.*

VI. *And be it enacted* by the authority aforesaid, That all persons acting as fire-masters, or enrolled in any department under them, shall, on ordinary musters, be exempted from the performance of militia duty. *Fire masters exempted from militia duty.*

VII. *And be it enacted* by the authority aforesaid, That every militia officer who shall be appointed to conduct an election for an ensign, or other commissioned officer, shall fairly enter, or cause to be entered, in a book or roll, the names of all persons voting at such election, and shall provide a box or glass for the purpose of receiving the said ballots; and the officer so managing such election may require any person offering to give his vote thereat, to swear that he is a resident within the company beat, or is otherwise properly enrolled therein, and is then liable to do duty in that company, under the third section of "An additional Act to organize the Militia throughout the State of South Carolina," passed the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety four; and the officer holding such election shall make oath, that he has managed the election according to law, according to the best of his knowledge and belief, and the orders he shall have received from the commanding officer for conducting the same. *Mode of conducting elections.*

VIII. *And be it enacted* by the authority aforesaid, That whenever it shall be considered as necessary for any militia officer, not under the rank of captain, or other commanding officer of a company, to take a census of the number of persons within his beat, company or district, liable to the performance of militia duty, such officer or officers shall be, and they are hereby, authorized and required to demand the name or names of each and every householder, or other person or persons so resident therein, and to *Militia officers may inquire into the liability of persons to do militia duty.*

Digitized by Google

Pl.0617

508 STATUTES AT LARGE

*Acts relating to the Militia.*

inquire into their liability to perform such duty in his said beat, company or district; and if any householder, or other person or persons residing in such beat, shall fail or refuse to satisfy the necessary enquiries of such officer, touching his or their liability to be enrolled as a militia man, such householder or other resident shall forfeit and pay the sum of ten dollars, to be sued for and recovered before any one justice of the peace; which penalty shall be paid into the hands of the paymaster of the regiment in which such person or persons may reside.

**Carbineers attached.** IX. *And be it enacted* by the authority aforesaid, That it shall and may be lawful to and for any major of cavalry to attach to the squadron under his command, by and with the consent of the commanding officer of the regiment of which such squadron shall be a part, any number of rifle carbineers, not exceeding twelve to a troop, who shall also be armed as troopers, in such way and manner as he shall think fit and direct.

**Vacancies, how filled.** X. *And be it enacted* by the authority aforesaid, That whenever a vacancy or vacancies shall happen of any commissioned officer or officers in any troop or company of the militia, and the men composing such troop or company, respectively, shall neglect or refuse, for the space of three months, due notice of an election being given, to fill up the same as the law directs, then, and in every such case, it shall and may be lawful to and for the commanding officer of the regiment to which such troop or company shall belong or be attached, by and with the consent of the commanding officer thereof, to fill up such vacancy.

**Pioneers may be attached.** XI. *Be it enacted* by the authority aforesaid, That it shall and may be lawful to and for the commanding officer of any company of artillery to attach thereto any number of free negroes and Indians, moors, mulattoes, and mestizoes, between the age of eighteen and forty-five, not exceeding four, to act as pioneers, in such way and manner as the commanding officer of the regiment or battalion to which such company may belong or be attached, shall think fit, or direct the said pioneers to be clothed in hunting shirts and overalls, and equiped with the usual accoutrements of a pioneer, except swords, hangers or bayonets.

**Fines, how to be applied.** XII. *And be it enacted* by the authority aforesaid, That the fines which have been, or may hereafter be, collected in the ancient battalion of artillery in Charleston, under the authority of the militia law of this State, from the commissioned and non-commissioned officers and matrosses of the said battalion, shall and may be applied, exclusively, to the uses and purposes of the said battallion; and the fines collected, as aforesaid, in the second battallion of the regiment of artillery in Charleston, shall and may be applied, exclusively, to the uses and purposes of the said second battalion.

**Persons of col. or not to wear offensive weapons.** XIII. *And be it enacted* by the authority aforesaid, That no trumpeter or musician, being a negro, mulatto, mestizo, or person of color, attached to any corps of cavalry, be permitted to be armed with any offensive weapons, unless in cases of alarm or of service on detachment.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred, and in the twenty-fifth year of the Independence of the United States of America.

JOHN WARD, *President of the Senate.*
THEO. GAILLARD, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0618

*Acts relating to the Militia.*                    A. D. 1807.

AN ACT TO ALTER AND AMEND AN ACT ENTITLED "AN ACT CONCERNING   No. 1892.
THE CAVALRY AND ARTILLERY OF THIS STATE, AND FOR OTHER
PURPOSES THEREIN MENTIONED;" PASSED THE SIXTEENTH DECEMBER,
SEVENTEEN HUNDRED AND NINETY-SEVEN.

WHEREAS, by the eighth section of the Act aforesaid, it is enacted
that the company of artillery attached to the twenty-eighth regiment, the
company attached to the twenty-ninth regiment, and the company attached
to the thirtieth regiment of infantry, shall form one battallion, and the
said battalion, together with the Charleston battalion of artillery, shall
form one regiment. And *whereas*, no such company as is stated in the
said Act to be attached to the thirtieth regiment of infantry, did or does
exist. And *whereas*, the Governor and Commander-in-chief for the time
being, did permit to be raised a company of artillery, by the name of "The
Federalist Artillery Company," pursuant to the Act of Congress, in such
case made and provided, and did duly commission the officers thereof,
which company hath ever since acted with the said regiment of artillery
as a company of the battallion aforesaid, formed by the Act aforesaid,
commonly called and known as the second battalion of the said regiment
of artillery.

I. *Be it therefore enacted*, by the Honorable the Senate and House of
Representatives, now sitting in General Assembly, and it is hereby enacted
by the authority of the same, That the said company of artillery, called
the Federalist Artillery Company, be, and the same is hereby, attached to
the said regiment of artillery, as one of the companies of the said second
battalion of the said regiment; and that the officers thereof shall, in all
cases, take and be entitled to rank in the said regiment, and militia of this
State, according to law and the dates of the.r commissions.

II. *And be it further enacted* by the authority aforesaid, That if, at any
time hereafter, it shall happen that one or more of the companies forming
the said second battalion of artillery shall be dissolved, or otherwise legally
cease to exist, it shall and may be lawful to and for the Governor or Com-
mander-in-chief for the time being, to raise, or cause or permit to be raised,
one or more companies, as the vacancies of the said second battalion of
artillery may require, and to commission the officers thereof according to
law; which company or companies, as the case may be, shall be attached,
and form a company or companies, as the case may be, of the said second
battalion of artillery, in the room and stead of any company or companies
so dissolved or ceasing to exist, so that the said battalion may always be.
kept entire.

III. *And be it further enacted* by the authority aforesaid, That so much
of the said Act entitled "An Act concerning the Cavalry and Artillery
of this State," passed the 16th December, 1797, as is repugnant to this
Act, be, and the same is hereby, repealed.

In the Senate House, the nineteenth day of December, in the year of our Lord one
thousand eight hundred and seven, and of the Independence of the United States of
America the thirty-second.

WM. SMITH, *President of the Senate.*
JOSEPH ALSTON, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0619

510                    STATUTES AT LARGE

*Acts relating to the Militia.*

No. 1893.  AN ACT TO GIVE THE MILITIA OFFICERS OF THIS STATE, WHO HAVE
          NOT TAKEN THE OATHS REQUIRED BY THE ACT OF THE GENERAL
          ASSEMBLY, PASSED THE NINETEENTH DAY OF DECEMBER, ONE THOU-
          SAND SEVEN HUNDRED AND NINETY-FOUR, IN THE MANNER DIRECTED
          BY SAID ACT, FURTHER TIME TO TAKE THE SAID OATH.

I. *Be it enacted*, by the Honorable the Senate and House of Represen-
tatives, now met in General Assembly, and by the authority of the same,
That all militia officers of this State, who have received commissions, and
who have not taken the oath prescribed by the Act of the General Assem-
bly of this State, passed the nineteenth day of December, in the year one
thousand seven hundred and ninety-four, within the time limited by the
said Act, and who shall take the said oath within the space of one year
from the date of the passing of this Act, shall be, and they are hereby,
established in their respective commissions, and shall take grade in the
same manner, and possess the same rights and privileges, as they might or
would have had, provided they had taken the oath as prescribed and direc-
ted by the said Act of the General Assembly, passed on the nineteenth day
of December, in the year one thousand eight hundred and ninety-four; any
law or custom to the contrary notwithstanding.

II. *And be it enacted* by the authority aforesaid, That nothing in this
Act shall extend, or be construed to extend, to any militia officer of this
State who is or may have been concerned in any decision already made
by any military court, or where there are now any officers contending for
rank, in consequence of the aforesaid oath not having been taken, or may
contend for, three months after the passing of this Act.

In the Senate House, the nineteenth day of December, in the year of our Lord one
thousand eight hundred and seven, and of the Independence of the United States
of America the thirty-second.

WM. SMITH, *President of the Senate.*
JOSEPH ALSTON, *Speaker of the House of Representatives.*

————

No. 1898.  AN ACT EXPLANATORY OF FORMER ACTS RELATIVE TO THE MODE OF
          DETERMINING THE SENIORITY OF OFFICERS IN THE MILITIA OF THIS
          STATE; AND FOR OTHER PURPOSES THEREIN MENTIONED.

WHEREAS, it appears that Captain Janent Laval and Captain John
Geddes, hold commissions in the first squadron, eight regiment of cavalry,
of the same grade, each to take rank on the same day; and *whereas*, in
consequence thereof, Isaac Walter, Esq., lieutenant-colonel of the said
regiment, did order and direct their seniority to be determined by lot, as
directed by law; and *whereas*, brigadier-general Read set aside and annull-
ed the said order, and a court of enquiry, unauthorized in such cases by
any law, was called by the Governor of this State, to determine the rank

Digitized by Google

Pl.0620

OF SOUTH CAROLINA.                      511

*Acts relating to the Militia.*

of the said officers, and the seniority thereby given to Captain Janent Laval, although the same had not been determined by lot, as is directed by law, as aforesaid, whereby it appears that the said Captain John Geddes has been deprived of a right secured to him by the militia laws, in such cases made and provided.

I. *Be it therefore enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That lieutenant-colonel Isaac Walter, or the commanding officer of the said eighth regiment of cavalry, is hereby required and directed, on or before the first Monday in February next, to cause the seniority of rank between Captain Geddes and Captain Laval to be determined by lot, according to the mode prescribed by the militia laws.

II. *And be it further enacted* by the authority aforesaid, That in all cases where two officers hold commissions of equal grade, and are entitled to take rank on the same day, notwithstanding the said commissions may have been issued and filled up on different days, yet the seniority of such officers shall be determined (without reference to their former commissions,) by lot, according to the directions of an Act of Congress, passed the eighth day of May, one thousand seven hundred and ninety-two, and an Act of this State, passed the eighteenth day of December, one thousand seven hundred and ninety-four, in conformity thereto.

III. *And be it further enacted* by the authority aforesaid, That this Act be deemed a public Act, and that it shall be the duty of the militia officers of this State to enforce the due observance thereof.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and seven, and of the Independence of the United States of America the thirty-second.

    WM. SMITH, *President of the Senate.*

    JOSEPH ALSTON, *Speaker of the House of Representatives.*

---

AN ACT REQUIRING THE MAJOR-GENERALS OF THE MILITIA OF THIS   No. 1916.
STATE TO CAUSE ONE UNIFORM SYSTEM OF EVOLUTIONS TO BE ADOPTED BY THE CAVALRY, WITHIN THEIR RESPECTIVE DIVISIONS; FOR PERFECTING THE SEVERAL OFFICERS OF THE MILITIA THROUGHOUT THIS STATE, IN THEIR MILITARY DUTIES; AND FOR OTHER PURPOSES THEREIN MENTIONED.

WHEREAS, it is highly expedient and necessary that a uniform system of evolutions should be adopted for the cavalry; that the several militia officers throughout this State should become perfect in their military duties; and that patrol duty should be strictly and regularly performed:

I. *Be it therefore enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That an uniform system of evolutions be adopted

Digitized by Google

Pl.0621

STATUTES AT LARGE

*Acts relating to the Militia.*

Uniform sys-
tem of evolu-
tions.

and performed by the cavalry of this State, the same to be settled and
agreed upon by the major-generals and the adjutant-general, or a majority
of them. That it shall be the duty of the major-generals of the militia of
this State to cause the same to be notified to, and to be adopted and ob-
served by, the cavalry within their respective divisions.

Officers to at-
tend brigade
musters.

II. *And be it further enacted* by the authority aforesaid, That it shall be
the duty of all the officers of the several different brigades throughout this
State, under the rank of brigadier, excepting artillery and cavalry officers,
to assemble in some central and proper place within their respective bri-
gades, in full uniform, and equipped with a musket, bayonet, cartouch box
and twenty-four cartridges, once at least in every two years, and there be
kept on duty in the practice of the manual exercise, for a time not exceed-
ing six days, nor less than three days, as the major-general of each divi-
sion may think fit and proper. And it shall be the duty of the several bri-
gadier-generals to attend the said officers so assembled within their respec-
tive brigades, and to lead, train, discipline and manœuvre the said officers,
according to the system of Steuben, or any other system which may be
adopted by Congress. And it shall be the duty of the adjutant-general
and brigade-majors, within the respective brigades, to attend such mus-
ters, and be subject to orders, as on reviews ; and it shall also be the duty
of the major-generals, within their respective divisions, to attend at the
said musters ; which said musters of the officers, as aforesaid, shall be or-
dered by the Governor or Commander-in-chief, and at such times as he
shall deem fit and proper for the purposes intended by this Act. And in
case any of the officers required by this Act to attend the musters aforesaid,
shall fail or neglect so to attend, the said officers, respectively, so failing or
neglecting, shall be subject to the fines and forfeitures following, that is to
say : a major-general shall be fined in the sum of sixty dollars, a brigadier-
general in the sum of fifty dollars, a colonel in the sum of forty dollars, a
major in the sum of thirty-dollars, a captain, lieutenant or ensign, in the
sum of twenty dollars ; and that such defaulter or defaulters shall be tried
in the same manner as is now directed by the militia laws of this State,
and the fines applied to the use of the brigade in which such fines and for-
feitures have accrued.

Officers to at-
tend regimen-
tal musters.

III. *And be it further enacted* by the authority aforesaid, That it shall
be the duty of the officers of the several regiments within this State, in
like manner, to assemble, once at least in every year, in some convenient
and central place, within the bounds of the said regiments, respectively,
at such times as the respective brigadiers shall order, accoutred in the same
manner as hereinbefore directed ; at which regimental musters it shall be
the duty of the brigade-major of the respective brigades to attend ; and
the said officers, respectively, in case of default, shall be subject to the
same fines and forfeitures as are in the said clause mentioned ; which said
fines and forfeitures are to be collected in like manner as aforesaid, and to
be applied to the use of the regiments in which such fines and forfeitures
have accrued.

Fines for non-
attendance.

IV. *And be it further enacted* by the authority aforesaid, That every
lieutenant-colonel who shall wilfully neglect to turn out at a regimental
muster, shall be fined in a sum of forty dollars, and fifty per cent. on
the amount of his last general tax ; and that every major, for a like ne-
glect, either at a regimental or battalion muster, shall be fined thirty dol-
lars, and also fifty per cent. on the amount of his last general tax ; that
every captain, for a like neglect, shall be fined twenty-dollars, and also a

Digitized by Google

Pl.0622

—

*Acts relating to the Militia.*     A. D. 1808.

sum not exceeding fifty per cent. on his general tax; that every subaltern officer, for a like neglect, shall be fined fifteen dollars, and also a sum not exceeding fifty per cent. on the amount of his general tax; and that every non-commissioned officer and private, for a like neglect, shall be fined the sum of three dollars, and fifty per cent. on the amount of his general tax; that every captain who shall wilfully neglect to turn out at any ordinary muster, shall be fined in the sum of six dollars, and also fifty per cent on the amount of his general tax; that every subaltern officer, for a like neglect, shall be fined in the sum of four dollars, and also fifty per cent. on the amount of his general tax; and that every non-commissioned officer and private, for the like neglect, shall be fined the sum of one dollar and fifty cents, and fifty per cent. on the amount of his general tax.

V. *And be it further enacted* by the authority aforesaid, That every person liable to perform patrol duty, or liable to procure a substitute to perform the same, shall, on failure (without legal excuse,) to ride patrol, either by himself or substitute, in their respective turn, for every such default, forfeit and pay to the commanding officer of the company of which such patrol is a detachment, the sum of two dollars, and also the sum of fifty per cent. on the amount of his last general tax, to be recovered before the captain of such company, the money to go to the use of the company of which such patrol is a detachment. *{Fine for not performing patrol duty.}*

VI. *And be it further enacted*, That no officer, either of infantry, cavalry or artillery, shall be excused from the performance of patrol duty; but every officer, either of cavalry, infantry or artillery, and every private, shall be liable to perform patrol duty in the beat, under the [captain] of said beat, within which such officer or private resides. *{Officers to perform patrol duty.}*

VII. *And be it further enacted*, That every clause and article in this Act shall be construed to extend as well to the officers and privates of the cavalry, artillery and volunteer companies, as to the officers and privates of the infantry. *{This Act, how to be construed.}*

VIII. *And be it further enacted* by the authority aforesaid, That all Acts and clauses of Acts repugnant hereto, be, and the same are hereby, repealed. *{Repealing clause.}*

IX. *And be it further enacted* by the authority aforesaid, That the proportion of the militia of this State ordered to be organized and held in readiness to act at a moment's warning, be exempt, during their organization and the continuance of such orders, from ordinary militia duty, and be subject to the immediate command only of the officers detached with them; and that the militia so detached, until called into actual service, shall be subject and liable to the same fines and penalties for breach of duty, as by law are imposed on the militia of the State generally; such fines to be appropriated to the use of the respective battalions or regiments in which they may accrue; and that the militia so detached be required to assemble in battalions, squadrons or regiments, at the discretion of the commanding officers of regiments or brigades, to be encamped, and there to perform all the usual duties and exercises of a camp, and to continue embodied and encamped for not less than three or more than five days; and that the troops who may perform such duty shall be entitled to rations, or money in lieu thereof, agreeably to the contract of the United States for rations in this State; and that the sum of four thousand dollars be appropriated in the tax bill, for the above purpose; and that his Excellency the Governor be, and he is hereby, authorized to apply to the comptroller-general for *{The militia ordered to be organized, exempt from ordinary militia duty.}*

VOL. VIII.—65.

Digitized by Google

Pl.0623

514     STATUTES AT LARGE

A. D. 1808.

*Acts relating to the Militia.*

warrants, and the said comptroller general to issue the same, in favor of the commanders of the corps who may encamp as aforesaid, for the rations, or amount thereof, due to said corps, respectively.

Mode to be adopted in relation to the rise of officers.

X. *And be it further enacted* by the authority aforesaid, That the following mode, in relation to the rise of officers, and no other mode, be hereafter adopted and adhered to, viz; that in case of any vacancy for any commissioned officer in any company, such vacancy shall be filled up by the ballot of all persons enrolled, (including alarm men,) in such company; that in case the majority in any battalion or squadron shall become vacant, that such vacancy shall be filled up by the votes of the commissioned officers of such battalion or squadron, who shall be compelled to elect a major from the captains of said battalion or squadron; that in case of the death, resignation or removal of any lieutenant-colonel, that the vacancy thereby occasioned shall be filled up by the votes of the captains in said regiment, who shall elect a lieutenant-colonel from one of the majors of said regiment; and if it should happen that two majors are not in commission when the lieutenant-colonel may die, resign or be removed, that the commissioned officers of the battalion in which such vacant majority may occur, shall be obliged to appoint a major or majors, as the case may be, before a choice of lieutenant-colonel can be made; that in case of the death, resignation or removal of any brigadier-general, that the vacancy thereby occasioned shall be filled up by the votes of the field officers of the brigade electing him, from among the lieutenant-colonels; that in case of the death, resignation or removal of any major-general, that the vacancy thereby occasioned shall be filled up by the brigadier-generals of the division, electing from among themselves.

Regiments of cavalry and artillery to be formed into brigades.

XI. *And be it further enacted* by the authority aforesaid, That the regiments of cavalry and artillery of the two divisions of the militia of this State, be formed into brigades, one brigade of each to be attached to each division; and that as soon as his Excellency the Governor shall report the organization of said brigades, the brigadier-generals thereof shall be, appointed from among the colonels of the brigades, respectively, by the field officers of the same.

Sanction of Congress to be obtained.

XII. *And be it further enacted* by the authority aforesaid, That certified copies of this clause of this Act, together with the laws heretofore passed in relation to the cavalry and artillery of this State, be transmitted to the senators and members of Congress from this State, with a request that they endeavor to obtain from the Congress of the United States their sanction of the organization of the cavalry and artillery of this State.

Fines in uniform companies, how to be collected.

XIII. *And be it further enacted* by the authority aforesaid, That the officers commanding uniform corps of infantry, cavalry or artillery, shall, on their court martials being approved of hereafter, transmit the same to the adjutant of their respective regiments, whose duty it shall be to sign and issue executions against all persons returned as defaulters by said courts martial, except as to the militia of Charleston, where the brigade collector shall sign all executions and collect all fines.

Persons removing must enrol their names where they settle.

XIV. *And be it further enacted* by the authority aforesaid, That all persons enrolled in any company of militia in this State, who shall or may remove out of the company, beat or precinct, or settle or reside, for the space of three months, in any other part of the State, and who shall not enrol his name, and do ordinary militia duty in the place or precinct to which he may so remove and remain for the time above mentioned, or any

Digitized by Google

Pl.0624

OF SOUTH CAROLINA.                         515

*Acts relating to the Militia.*                    A.D.1809.

longer space of time, shall be liable to be fined as a defaulter, in case the company in which his name is enrolled has performed militia duty during his absence.

In the Senate House, the seventeenth day of December, in the year of our Lord one thousand eight hundred and eight, and in the thirty-third year of the Sovereignty and Independence of the United States of America.

SAMUEL WARREN, *President of the Senate.*
JOSEPH ALSTON, *Speaker of the House of Representatives.*

---

AN ACT TO AMEND AND EXPLAIN THE MILITIA LAWS OF THIS STATE. No. 1940.

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That in case of vacancy of the majority in any battalion or squadron, the captains and subalterns thereof shall fill up the said vacancy, by the election of some officer from among themselves. That in case of vacancy of a colonel's commission in any regiment, the majors and captains thereof shall fill the same, by election of some officer from among themselves. That in case of vacancy in the commission of a brigadier-general, the colonels and majors of the brigade shall fill the said vacancy, by the election of some officer from among themselves. That in case of the vacancy of a general of division, the colonels and brigadiers of such division shall fill the same, by the election of some officer from among themselves. Rise of officers fixed.

II. *And be it further enacted* by the authority aforesaid, That so much of an Act, passed at the last session of the General Assembly, as enacts that the cavalry and artillery of this State shall be arranged into brigades, be, and is hereby, repealed ; and that hereafter, colonels and majors of cavalry, and colonels and majors of artillery, respectively, may and shall be eligible by election to the commission of brigadier-general, or general of division, as the case may be, agreeably to terms set forth in the foregoing clause of this Act. Part of a former Act repealed.

III. *And be it further enacted* by the authority aforesaid, That all elections for officers as aforesaid, shall be ordered by the officer commanding the battalion or squadron, regiment, brigade or division, wherein the vacancy shall occur, as the case may be, giving at least thirty days notice for the election of a major, at least forty days notice for that of a colonel, and at least fifty days notice of the election for a brigadier-general or general of division ; that at every such election, it shall require a majority of the persons eligible to vote, to constitute an election, and a majority of the votes to elect. How to hold elections.

IV. *And be it further enacted,* That in consequence of the major-generals and adjutant general of this State not having, as directed by the first section of the militia law, passed the seventeenth day of December last, brought forward a system of uniform exercise and evolutions, for the Hoyt's system adopted.

Digitized by Google

Pl.0625

516

STATUTES AT LARGE.

A. D. 1809.

*Acts relating to the Militia.*

training of cavalry, that the exercise and evolutions laid down and published by —— Hoyt, be now and hereafter adopted, and none else, throughout the State, until the major-generals and adjutant-general do bring forward such uniform system, as directed by the aforesaid Act.

How fines are to be collected.

V. *And be it further enacted* by the authority aforesaid, That in future, all fines to be imposed for neglect of patroll and militia duty, generally, in every company, battalion, regiment or brigade, shall be collected as follows, viz :—by such person or persons as the majors, lieutenant-colonel, or commanding officer of regiments or brigades, shall appoint to collect the same within their respective commands ; and that the said persons so to be appointed to collect said fines, shall be allowed a per centage on the monies to be collected by them, respectively, not exceeding ten per cent.; and that it shall be the duty of the senior officer presiding at a court martial, to furnish the collector so to be appointed, with a list of the fines imposed by such court, within fifteen days after the said court shall have imposed the same ; and that the said collector shall, within thirty days after receiving such lists, notify to each delinquent the amount of his fine, and require the payment of the same ; and if the said delinquent, so to be notified of his fine, shall neglect to pay the same for the space of fifteen days after such notification, the said collector shall issue an execution, and may arrest thereunder the body of said delinquent for satisfaction of said fine, unless the said delinquent shall point out sufficient property which can be levid on for satisfaction of said fine so to be imposed ; and that it shall be the duty of the several tax collectors in this State, on the reasonable request of any commissioned officer in the militia, or of any collector of militia fines, to discover and make known the amount of the last general tax of any defaulter liable to be fined as aforesaid ; *provided always,* that every non-commissioned officer or private, who may conceive himself aggrieved by the sentence of any court martial, shall have a right to appeal from the same, within fifteen days after being notified of the fine imposed, to the field officers of his regiment ; and the determination of a majority of the field officers of such regiment, shall be conclusive on the subject submitted to them.

Collector to account to proper officer.

VI. *And be it further enacted* by the authority aforesaid, That all officers ordering court martials, or authorized by law to approve court martials, within their respective commands, shall, as often as they may think proper, and once in every year at least, compel the collector or collectors of fines as aforesaid, and all others who may have received or collected fines for neglect of patrol or militia duty, to come to an account and reckoning, and pay over the said fines so collected, to be applied according to law.

Officers to purchase lands for parade ground.

VII. *And be it further enacted* by the authority aforesaid, That the field officers of the seventh brigade, residing within the parishes of St. Philip's and St. Michael's, shall have power, for the use of the militia of said parishes, to purchase as much land, not exceeding three hundred acres, as they may deem requisite and sufficient for a parade ground, or place of military exercise ; and they and their successors in command, may hold the same for ever thereafter, as a parade ground for the militia aforesaid, free of taxes ; and to aid them in the purchase hereby intended to be made, the said field officers, or a majority of them, shall have liberty to draw one or more lotteries, the profits whereof to be applied in payment of said parade ground, and to no other purpose, and not to exceed the amount of the said purchase.

Digitized by Google

Pl.0626

OF SOUTH CAROLINA. 517

*Acts relating to the Militia.*

VIII. *And be it enacted* by the authority aforesaid, That the lieutenant-colonels or commandants of the respective regiments, shall, at least once in every year, order and direct the several commissioned and non-commissioned officers under their command, to assemble, completely armed and accoutred, at some convenient and central place, within their battalion or regimental precinct, one day previous to the battalion or regimental parade or review, for the purpose of being instructed in the exercise and manœuvres intended to be performed by the battalion or regiment to which said officers may be attached, at the next parade or review of the same; which said duty shall be in substitution of the duties required by law of said regimental officers, under the Act passed seventh December, one one thousand eight hundred and eight; and any commissioned officer neglecting to obey the order of his commanding officer aforesaid, shall be liable to the fines imposed by the aforesaid Act; and every non-commissioned officer, to the same fines as are imposed by law on them in case of their neglect of militia duty.

*Officers to meet and be instructed.*

IX. *And be it further enacted* by the authority aforesaid, That every person liable to perform patrol duty, or liable to procure a substitute to perform the same, shall, on failure, without legal excuse, to ride patrol, either by himself or substitute, in their respective turn, for every such default, forfeit and pay to the commanding officer of the company of which such patrol is a detachment, the sum of five dollars, and also, the sum of five per cent. upon the amount of his last general tax, to be recovered before the captain of such company, the money to go to the use of the company of which such a patrol is a detachment; and all Acts and clauses of Acts repugnant hereto, be, and the same are hereby, repealed.

*Fine for not riding patrol.*

X. *And be it further enacted* by the authority aforesaid, That the sum of five hundred dollars be appropriated, subject to the draft of the Governor, for the payment of the balance due of the expenditure of the late quota of the militia of this State; and that the sum of five thousand dollars be appropriated, and be subject to the draft of the Governor, as a provision, in case the General Government should call upon this State to furnish a quota of active militia to take the field, and not otherwise; and also, that the sum of two thousand five hundred dollars be appropriated for the purpose of building two new sheds for the securing of the carriages for the artillery in Charleston, and for repairing the former ones built for that purpose, and that the same be subject to the draft of the field officers of the twenty-eighth and twenty-ninth regiments of this State, and the field officers of the regiment of artillery in Charleston.

*Money appropriated.*

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and nine, and in the thirty-fourth year of the Independence of the United States of America.

SAMUEL WARREN, *President of the Senate.*
JOSEPH ALSTON, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0627

518                    STATUTES AT LARGE

*Acts relating to the Militia.*

No. 2010.  AN ACT TO EXEMPT THE OFFICERS, NON-COMMISSIONED OFFICERS AND
           PRIVATES, OF THE CITY GUARD OF CHARLESTON, FROM MILITIA
           DUTY.

WHEREAS, it has been represented to the Legislature, that under the
present militia laws of this State, the officers, non-commissioned officers
and privates, of the city guard of Charleston, are subject, (notwithstanding
their enrolment under the ordinance of said city,) to be fined by the officers
of the militia in whose beat they reside, for not performing the duties re-
quired under the militia law, when at the same time they are performing
the duties of guard and watch of the city; therefore, to remedy, in future,
this inconvenience and grievance,

I. *Be it enacted, and it is hereby enacted,* That from and after the pass-
ing of this Act, that so much of the militia law of this State shall be, and
is hereby, repealed, as imposes a fine or fines on any member of the city
guard of Charleston, so long as said members so continue, and until dis-
charged from the said guard, notwithstanding such member of the guard
may be resident in the militia beat: *provided,* that the city guard of
Charleston shall at no time consist of more than one hundred, rank and
file; and this Act may, in the above case, be specially pleaded.

  In the Senate House, the nineteenth day of December, in the year of our Lord one
  thousand eight hundred and twelve, and in the thirty-seventh year of the Sove-
  reignty and Independence of the United States of America.

      SAMUEL WARREN, *President of the Senate.*
      JOHN GEDDES, *Speaker of the House of Representatives.*

────────

No. 2026.  AN ACT TO ALTER AND AMEND THE MILITIA LAWS OF THIS STATE.

I. *Be it enacted,* by the Senate and House of Representatives, now met
and sitting in General Assembly, and by the authority of the same, That
the Commander-in-chief for the time being, may, in case of invasion or
other emergency, when he shall judge it necessary, order out any portion
of the militia of this State, to march to any part thereof, and continue not
more than three months at any one time, and until relieved, for which he
shall make timely provision; and likewise, may, in consequence of an ap-
plication of the Executive of any of the United States, on an invasion or
insurrection, or on apprehension of an invasion, of such State, at his dis-
cretion, order any number of militia, not exceeding one-third part thereof,
to such State; *provided,* that the militia which shall be so ordered out of
the State, shall not be obliged to continue on duty out of this State more
than two months at any one time.

II. *And be it further enacted* by the authority aforesaid, That in all
cases where the militia are ordered out by virtue of this Act, volunteers and
substitutes shall be accepted in the place of those ordered out, under the
conditions, limitations and restrictions, already established by law.

*Commander-in-chief may order out the militia.*

*Volunteers and substitutes to be accepted.*

Digitized by Google

Pl.0628

*Acts relating to the Militia.*                A.D. 1813.

III. *And be it further enacted* by the authority aforesaid, That no civil officer whatsoever shall, on any pretence, execute any process, unless for treason, felony or breach of the peace, on any person whatsoever, when such person shall be called out into service and embodied by the Executive authority of this State, in pursuance of the directions of this Act, or within thirty days after such person shall be discharged from the service upon which such person shall be called out, under the penalty of twenty dollars, and the service of any such process shall be void, to all intents and purposes whatsoever; and that all suits which may be pending against such persons, shall stand and be continued over, in the same manner as if they had been regularly postponed by affidavit. *Process, when to be executed.*

IV. *And be it further enacted* by the authority aforesaid, That the estate of any person whatsoever, when such person shall be called out and embodied in pursuance of the directions of this Act, shall be free and exempt from levy, distress or sale, by virtue of any legal process whatsoever, from the time any such person shall be called out as aforesaid, and until thirty days shall elapse after such person shall be discharged from the service upon which such person shall be so called out; and that any person making any such levy, or distress, or sale, as aforesaid, shall be fined in the sum of twenty dollars; and every such levy, distress, or sale, as aforesaid, shall be void, to all intents and purposes whatsoever. *Estates protected.*

V. *And be it further enacted* by the authority aforesaid, That from and after the passing of this Act, the officers, non-commissioned officers, musicians and privates, of the infantry, artillery, cavalry and riflemen, of the militia of this State, when called into service and embodied by the authority of the laws thereof, and whilst remaining therein, shall be entitled to the same pay, rations and forage, with the regular troops of the United States. *Pay of militia.*

VI. *And be it further enacted* by the authority aforesaid, That whenever the militia shall be called into the actual service of this State, by the authority of the laws thereof, their pay shall be deemed to commence from the day of their appearing at the places of battalion, regimental or brigade rendezvous, allowing to each officer, non-commissioned officer, musician and private soldier, a day's pay and rations for every fifteen miles from his home to such place of rendezvous, and the same allowance for travelling home from the place of discharge. *Pay, when to commence.*

VII. *And be it further enacted* by the authority aforesaid, That whenever the militia, or any part thereof, shall be in actual service, and embodied in consequence of being so ordered out by the Commander-in-chief, either within or without the State, they shall be subject to the same rules and regulations as the troops of the United States shall be subject to, at the time the militia shall be so ordered out, in order to secure, as far as possible, an uniformity of discipline between the militia of this State and the troops of the United States; and the said rules and articles shall be proclaimed with due solemnity at the head of such detachment, as soon after their being assembled as possible. *How to be governed.*

VIII. *And be it further enacted* by the authority aforesaid, That whenever a militia-man, in either of the aforesaid cases, shall have been duly summoned or ordered to appear at the rendezvous appointed, and shall not appear, then, and in that case, he may be fined in a sum not exceeding five hundred dollars, and the amount of his taxes last paid to the State, at the discretion of a court martial, to be composed of officers of the detachment *Fine for not turning out.*

Digitized by Google

Pl.0629

A. D. 1813.

*Acts relating to the Militia.*

ordered out, if it be convenient ; if not convenient, of officers of the bri-
gade to which the delinquent shall belong, or of any other officers of the
militia of this State, at the discretion of the Commander-in-chief, who is
hereby authorized to order the said courts, in conformity with the usage of
the army of the United States.   And in addition to the fine which the said
court-martial may inflict on any person who may subject himself to any of
the aforesaid penalties, the said court martial may, at their discretion, sen-
tence any delinquent to imprisonment in the common gaol, for a term not
exceeding three months ; *provided, always,* that no fine or imprisonment
shall be imposed on any delinquent until he shall have been summoned to
appear before a court-martial, to shew cause why such fine or imprisonment
should not be imposed.

**How to be
warned to turn
out.**

IX. *And be it further enacted* by the authority aforesaid, That as often
as it shall happen that any non-commissioned officer or private shall be
absent when any non-commissioned officer shall call to warn him to appear
at rendezvous, a notice in writing, signed by such non-commissioned offi-
cer, and left at the usual place of his abode, shall be deemed a sufficient
warning.

**Fines, how to
be collected.**

X. *And be it further enacted* by the authority aforesaid, That all fines
which shall be imposed by virtue of this Act, shall be collected in the fol-
lowing manner : the president of every court martial shall make a list of
all the persons fined, designating the company to which they belong, and
the sum imposed as fines on each person, and draw his warrant, under his
hand and seal, directed to any sheriff of any district, as the case may be,
thereby commanding such sheriff to levy such fine or fines, together with
his costs, of the lands, tenements, goods and chattels, of such delinquent ;
and every such sheriff to whom such list and warrant aforesaid shall be di-
rected and delivered, shall execute the same by levying and collecting the
said fines, as aforesaid, and shall make return thereof, within forty days
from the receipt of such warrant, to the president who issued the same ;
and should the sheriff be able to find no lands, tenements, goods or chat-
tels, of which to levy the said fine or fines, then he shall take the body of
the said delinquent, and commit it to gaol, and there keep it until the said
fine or fines shall be paid, or until double the time shall have elapsed for
which the delinquent would have served, had he joined the militia so or-
dered out ; and the said sheriff shall be entitled to the same fees for collect-
ing the aforesaid fines, and subject to the same penalties for neglect, as
are allowed and provided in similar cases.

**To be paid to
the paymaster.**

XI. *And be it further enacted* by the authority aforesaid, That all fines
collected as above, shall be paid into the hands of the pay-master of the
regiment to which the delinquents shall, respectively, belong.

**Fines for pa-
trol and militia
duty.**

XII. *And be it further enacted* by the authority aforesaid, That all fines,
(except such as are otherwise provided for by this Act,) now incurred, or
which may hereafter be incurred or imposed for neglect or default of pa-
trol or militia duty, (except in the parishes of St. Philip and St. Michael,)
may be collected in the following manner, to wit : by warrant, under the
hand and seal of the captain, or other commanding officer of the compa-
ny, or by the presiding officer of the court-martial by which the fine is im-
posed, which said warrant may be directed to any sergeant of the company
to which the delinquent belongs, commanding him to levy and collect the
said fine or fines ; and the said sergeant is hereby authorized and required,
under the penalty of twenty dollars, to call on every delinquent who shall

Digitized by Google

Pl.0630

*Acts relating to the Militia.*

be named in such warrant, or in a schedule or list to the warrant annexed, and to demand payment of the said fine or fines; and on neglect or refusal to make such payment, after demand thereof so as aforesaid made, then the said sergeant having the aforesaid warrant, is hereby required forthwith to proceed to collect the said fine or fines, together with such costs as are received by constables in small and mean causes.

XIII. *And be it further enacted* by the authority aforesaid, That the form of the warrant to be issued by the captain or commanding officer of the company, or the presiding officer of the court martial, for the collection of the fines aforesaid, shall be as follows:

*"The State of South Carolina:*

Whereas, the persons named in the schedule or list hereunto annexed, have been duly sentenced by a court martial to pay the sums to their names *Form of war-* affixed; this warrant, therefore, authorizes and requires you to levy and sell *rant to collect* of the goods and chattels sufficient to pay the fine and costs which have *fines.* been adjudged against him; and pay over the fines aforesaid to the proper officer.

Given under my hand and seal, the ——day of ——, one thousand eight hundred and ——.

A B, Captain.   L. S."

XIV. *And be it further enacted* by the authority aforesaid, That if the *Body of delin-* said person to whom the said warrant shall be directed, shall make return *quent may be* that he cannot find any goods and chattels to be levied on, then the officer *taken.* who issued the warrant is hereby authorized and required to issue a warrant against the body of the delinquent, and take him to the common gaol, there to remain for such time as is already provided for by law, unless the fine and costs may be sooner paid.

XV. *Whereas,* Chapman Levy, Francis Blair, William Robinson, Robert Singleton, Joshua English, John Hughson, William Trapp, A. Blanch-*Camden Rifle* ard, John Parker, and Robert Coleman, have prayed for leave to raise a *and Artillery* fund, by one or more lotteries, for the purpose of purchasing arms and oth-*Companies.* er munitions of war for the use of the Camden rifle and artillery companies: *Be it therefore enacted* by the authority aforesaid, That the said Chapman Levy, Francis Blair, William Robinson, Robert Singleton, Joshua English, John Hughson, A. Blanchard, John Parker, and Robert Coleman, be, and they are hereby, authorized to raise a fund, not exceeding five thousand dollars, by establishing and drawing one or more lottery or lotteries; the said fund to be appropriated for the purchase of such arms as may be suitable for the use of the said Camden rifle and artillery companies.

XVI. *And be it further enacted* by the authority aforesaid, That all free persons of color, pioneers, fatigue-men, musicians, trumpeters, bu-*Pioneers, &c.,* glers, drummers, and fifers, attached to, or liable to do duty in, any com-*how paid and* pany, troop or corps, shall be entitled to the same pay, and be liable to *governed.* the same fines and penalties, and subject to the same rules and regulations, as the militia of this State are liable to.

XVII. *And be it further enacted* by the authority aforesaid, That the Commander-in-chief for the time being shall have authority to remove to *Commander-* some temporary place of safety and deposit, such portion of the arms, am-*in-chief may* munition and military stores, at any time deposited in the public arsenals *arms.* of the State, as circumstances may appear to require, and, when necessary, in his opinion, to provide and furnish sufficient guards to protect the public

Digitized by Google

Pl.0631

A. D. 1813.                  *Acts relating to the Militia.*

arsenals, until it be found expedient to call out into the public service detachments of the militia, on whom this duty may in part devolve.

Arsenals to be examined.
XVIII. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the Governor and Commander-in-chief for the time being, from time to time, to examine, or cause to be examined by some proper officer, the situation of the respective arsenals throughout the State; to require security from the arsenal keepers, and to remove them for negligence or other improper conduct, or incapacity of performing the duties devolving on them as as such; and to appoint, in cases of removal, other persons to supply the vacancies thereby created.

Governor may aid in erecting temporary works.
XIX. *And be it further enacted* by the authority aforesaid, That the Commander-in-chief for the time being may, at his discretion, aid and assist the citizens of any portion of this State in erecting temporary works and means of protection, and build such redoubts and establish such military posts, as he shall deem necessary, and best calculated to promote the common defence.

Additional compensation to the adjutant general.
XX. *And be it further enacted* by the authority aforesaid, That the Governor shall be, and he is hereby, authorized to make, to the adjutant-general, from the contingent fund, such additional compensation as the additional duties imposed on that officer may, in his judgment, render proper and reasonable; *provided*, the same do not exceed five hundred dollars per annum.

Repealing clause.
XXI. *And be it further enacted* by the authority aforesaid, That all Acts and parts of Acts repugnant to this Act, be, and the same are hereby, repealed.

In the Senate House, the twenty-fourth day of September, in the year of our Lord one thousand eight hundred and thirteen, and in the thirty-eighth year of the Sovereignty and Independence of the United States of America.

JAMES B. RICHARDSON, *President of the Senate.*
JOHN GEDDES, *Speaker of the House of Representatives.*

———

No. 2046. AN ACT TO PROLONG THE TIME FOR CERTAIN MILITIA OFFICERS TO TAKE THE OATH OR AFFIRMATION PRESCRIBED BY LAW.

WHEREAS, many officers of the militia have, through inadvertence, neglected to take the oath or affirmation prescribed by the Act entitled "An Act to organize the militia throughout the State of South Carolina," passed on the nineteenth day of December, in the year of our Lord one thousand seven hundred and ninety-four, in conformity with the Act of Congress.

I. *Be it therefore enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That a further term of six months be allowed the said officers to take the said oath or affirmation, before some justice of the peace or quorum, who shall certify the same on the back of their commissions; and the said officers thus taking said oath or affirmation, shall be

Digitized by Google

Pl.0632

OF SOUTH CAROLINA. 523

*Acts relating to the Militia.*

A. D. 1814.

still qualified to hold their said commissions; any law to the contrary notwithstanding. *Provided, nevertheless,* that if the said officers do not, within the said time, take the said oath or affirmation, their commissions shall be vacated.

II. *And be it further enacted* by the authority aforesaid, That any officer or officers taking the oath or affirmation within the time above mentioned, shall receive commissions of the same date, and shall be entitled to take the same grade, as if he or they had taken the said oath or affirmation according to the requisitions of the above-mentioned Act.

In the Senate House, the seventeenth day of December, in the year of our Lord one thousand eight hundred and fourteen, and in the thirty-ninth year of the Independence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
THOS. BENNETT, *Speaker of the House of Representatives.*

---

AN ACT TO DIVIDE THE STATE INTO FIVE DIVISIONS AND TEN BRIGADES.

No. 2054.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and immediately after the passing of this Act, this State shall be divided into five divisions, and to each division there shall be a major-general; the first of which divisions shall comprehend the districts of Edgefield, Abbeville, Pendleton and Greenville; the second division shall comprehend the districts of Barnwell, Beaufort, Colleton, Charleston, Orangeburg, and Lexington, (except the Dutch Fork between Saluda and Broad rivers;) one other division shall comprehend the districts of Georgetown, Williamsburg, Horry, Marion, Marlborough, Chesterfield, and Darlington; one other division shall comprehend the districts of Richland, Sumter, Kershaw, Lancaster, Chester and Fairfield; one other division shall comprehend the districts of Union, York, Spartanburg, Newberry, and Laurens, including the Dutch Fork between Saluda and Broad rivers.

II. *And be it further enacted* by the authority aforesaid, That the rank of the three last divisions created by virtue of this Act, shall be ascertained and determined by lot, in the manner following, that is to say: a joint committee of both Houses shall forthwith cause the words Eastern Division, North-Eastern Division, and Northern Division, to be, respectively, written on three pieces of paper, which shall be folded up and put into a hat, and they shall then cause a child under ten years of age to draw out, in their presence, two of the said pieces of paper or lots, and that which shall be first drawn shall be the third division of this State, that which is next drawn shall be the fourth division, and the remaining lot or piece of paper shall be the fifth division.

III. *And be it further enacted* by the authority aforesaid, That the rank of the brigades and regiments of infantry shall likewise be determined by

Digitized by Google

Pl.0633

*Acts relating to the Militia.*

lot, the first division having the lowest numbers and highest rank, those of the second division shall be next lowest in numbers and highest in rank, and so on, according to the rank of the respective divisions, taking care so to conduct the drawing that the lowest number of the respective regiments be given to the lowest number of the respective brigades; and that the rank of the battalions, in their respective regiments, be always determined by the seniority of their respective majors.

IV. *And be it further enacted* by the authority aforesaid, That the districts of Fairfield and Chester shall form and constitute one additional brigade, which shall be numbered according to the rank to which it may be drawn.

V. *And be it further enacted* by the authority aforesaid, That the cavalry now raised, and hereafter to be raised, in the districts of Fairfield and Chester, shall form one regiment or squadron, according as the number of troops therein may warrant.

VI. *And be it further enacted* by the authority aforesaid, That the Legislature, under this Act, shall choose, by ballot, the major-generals of the three additional divisions created by virtue of this Act, who shall take rank according to the number of their divisions; the Legislature shall also choose, in like manner, the brigadier-general of the newly formed brigade; and as soon as the brigadier-general is notified by the Governor of his election, he shall proceed to divide his brigade into four regiments, and after he has made such division he shall appoint five fit and proper persons in each regiment, whose duty it shall be to divide the respective regiments into battalions and companies, as near as conveniently may be conformably to the Acts of Congress. *Provided*, no officer now in commission in said regiments shall be divested of his commission by such division or alteration.

In the Senate House, the twenty-first day of December, in the year of our Lord one thousand eight hundred and fourteen, and in the thirty-ninth year of the Independence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
THOS. BENNETT, *Speaker of the House of Representatives.*

----

No. 2055.   AN ACT TO RAISE A BRIGADE OF STATE TROOPS.

Brigade of infantry to be raised

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That there shall be raised, in this State, one brigade of military, in the manner hereinafter mentioned; that said brigade shall consist of two regiments, each regiment of two battalions, each battalion of five companies, and each company of one captain, one first lieutenant, one second lieutenant, one third lieutenant, one ensign, five sergeants, six corporals, two musicians, and ninety privates. That each battalion shall have one major, and each regiment one colonel, one lieutenant-colonel, one adjutant, one quarter-master, one pay-master, one surgeon, two surgeon's mates, one

Digitized by Google

Pl.0634

OF SOUTH CAROLINA. 525

*Acts relating to the Militia.*

A.D. 1814.

sergeant-major; and one quarter-master sergeant; and said brigade shall be commanded by a brigadier general, who shall appoint such brigade staff as are attached to the brigades in the army of the United States; and the colonels shall appoint the staff of their respective regiments.

II. *And be it further enacted* by the authority aforesaid, That the brigadier-general and field officers of the said brigade shall be appointed by the Legislature previous to the adjournment, but they shall not be called into service, nor be entitled to pay, until their respective commands have been raised, that is to say :—as soon as five companies are raised, the eldest major shall be called into service ; as soon as six companies are raised, the eldest lieutenant-colonel shall be called into service ; and as soon as a regiment is raised, all the officers of a regiment shall be called into service. That as soon as two regiments are completed, the brigadier-general, with his staff, shall be called into service ; and when the services of these officers, respectively, are required, they shall be notified thereof by the Governor and Commander-in-chief. *Field officers, how appointed, &c.*

III. *And be it further enacted* by the authority aforesaid, That the company officers of the said brigade shall be appointed and commissioned in the following manner, that is to say :—as soon as any five citizens of the United States shall engage a full company of able bodied effective men, and present them to the Governor, or any inspector authorized to inspect them, or shall shew, by the articles of engagement, that he has actually engaged the said company, they shall be entitled to the commissions in that company, which shall be distributed according to any agreement which shall have been made between the parties; and the company first raised, shall rank first ; that is to say, the captain thereof shall be the first captain in the brigade, and, with his officers, shall take rank from the day on which his company was inspected and received ; and all the companies which shall be raised in the manner aforesaid, shall rank from the day on which they shall be inspected and received. *Company officers, how appointed.*

IV. *And be it further enacted* by the authority aforesaid, That every militia man of this State who shall furnish an able bodied man for the brigade, shall be, and he is hereby, exempted from any draft to which the militia of this State shall be liable during the service of the brigade, except in cases of invasion or insurrection ; and the said citizen so furnishing such recruit, shall, in every other respect, be liable to the performance of militia and patrol duty, as is now required by law ; and the certificate of any officer of the said brigade shall be regarded as sufficient evidence to entitle any militia man to the exemption aforesaid ; *provided, however,* that the recruit so furnished shall not be entitled to and receive the bounty offered by the State. *Persons furnishing substitutes exempt from draft.*

V. *And be it further enacted* by the authority aforesaid, That if the whole number of troops authorized by this Act not be raised in the manner beforementioned, the deficiency shall be raised in the following manner, that is to say :—the Governor shall appoint four convenient places of rendezvous, or more, for the four battalions hereby authorized to be raised, and shall, by proclamation, call upon all persons who shall raise any number of men to present them, on the first day of May next, at one of the places of rendezvous appointed by him ; that the Governor is hereby authorized and directed to appoint some proper person to inspect the said troops ; that if any five persons shall then and there present a full company, they shall be first commissioned ; that if no full companies shall have been commissioned, or there shall remain vacancies in the said regiment, the *Deficiency of troops, how to be made up.*

Digitized by Google

Pl.0635

*Acts relating to the Militia.*

person presenting the greatest number of men shall be commissioned captain, and take rank next to those previously commissioned; the person presenting the next greatest number shall be the next captain; and so on, until all the vacancies are filled, each officer taking rank according to the number of men he shall bring. *Provided, always,* that no person shall be entitled to a captain's commission who shall bring less than forty men; no person a first lieutenant's commission, who shall bring less than twenty-one men; no person a second lieutenant's, who shall bring less than eighteen men; no person a third lieutenant's, who shall bring less than fourteen men; and no person an ensign's, who shall bring less than ten men. And *provided also,* that if a greater number of men are presented than are required, those who bring the greatest number of men shall be first accepted, and the surplus shall be discharged proportionably and by lot; and the men so discharged shall be entitled to forty cents per day, from the time they left the place of their engagement, until their return to the same place, at the rate of fifteen miles for every day.

Engagement to be signed.

VI. *And be it further enacted* by the authority aforesaid, That any person who shall undertake to raise men for the brigade aforesaid, shall be authorized to obtain signatures to an engagement to serve the State during the continuance of the present war; and any person who shall sign such engagement, shall be bound thereby as firmly as if they had regularly engaged with an authorized officer of the State; and if, after having so engaged, he shall fail to appear at the places of rendezvous appointed by virtue of this Act, he shall be deemed a deserter, and proceeded against accordingly; and on the said recruit's appearing at any of the abovementioned places of rendezvous, he shall receive a bounty of thirty dollars, and have the rules and articles of war read to him, and shall be liable to the said rules and articles of war, as practised in the army of the United States. *Provided, nevertheless,* that nothing herein contained shall effect any minor, unless such minor shall have the sanction, in writing, of his father, if he be alive, and if the father be not alive, of his mother, and if neither father or mother be alive, then of his guardian.

Rank of officers determined by lot.

VII. *And be it further enacted* by the authority aforesaid, That on the appointment of the field officers, a joint committee of the two houses shall determine by ballot the rank of the officers; those which shall draw the lowest numbers shall be the highest in rank, and be attached to the first regiment, and the others to the second regiment; and the said regiments shall be called the first and second regiments of South Carolina State Troops; and in case any officer appointed by the Legislature shall refuse to accept said appointment, or resign, or die, before the battalions shall have been raised, the Governor shall appoint some suitable person to fill such vacancy.

Officers, how to rise.

VIII. *And be it further enacted* by the authority aforesaid, That the officers of the said brigade shall rise in line in conformity to the regulations adopted in the army of the United States; and the Governor shall appoint proper persons to be ensigns in the place of those who shall be promoted.

Pay and clothing of the officers and men.

IX. *And be it further enacted* by the authority aforesaid, That the officers, non-commissioned and privates of the said brigade, shall be entitled to the same pay, rations, clothing, and allowance, (except bounty,) as the troops of the United States.

X. *And be it further enacted* by the authority aforesaid, That the officers of the said brigade shall, when serving with the militia of this State,

Digitized by Google

Pl.0636

OF SOUTH CAROLINA. 527

*Acts relating to the Militia.* A.D. 1814.

or the army of the United States, have the same rank as the officers of the Rank of offi-
United States's army; and that all persons attached to the said brigade, cers, &c.
committing any offences, shall be tried, and the offenders punished, by a
court-martial composed of officers of the brigade; and when any offence
shall be committed by the brigadier-general or the field officers of the said
brigade, a court-martial shall be held by the militia officers of the State.

XI. *And be it further enacted* by the authority aforesaid, That the uni- Uniform of the
form of the said brigade shall be blue woolen coatees and pantaloons, after brigade.
the same fashion, and in every respect comformable, with the uniform of the
infantry of the United States, except that the non-commissioned officers
and soldiers shall wear round wool hats, with blue pompons; but the offi-
cers of the said brigade shall wear the same dress as the officers of the
United States infantry, with yellow buttons, gold epaulets, and a blue
feather.

XII. *And be it further enacted* by the authority aforesaid, That as soon
as the said brigade, or any part thereof, shall be raised, they shall be offer- Brigade to be
ed by the Governor to the United States; on the condition, however, that offered to the
they be kept within the State for the defence thereof, unless in the case of United States.
an actual invasion of a contiguous State, it shall become necessary to call
on the people of South Carolina to assist in repelling them; in which case,
the said brigade may be marched to repel such invasion; *provided,* they be
not kept out of the State longer than necessary to repel such invasion; and
while so out of the State, an equal number of militia be called into service
by the United States, for the protection of this State.

XIII. *And be it further enacted* by the authority aforesaid, That immedi- Governor to
ately after the passing of this Act, it shall be the duty of the Governor to transmit this
transmit a copy thereof to the Secretary of War, and to know from him Act to the sec-
how far the United States can aid the State in arms, clothing, and muni- retary.
tions of war; and he is hereby authorized and directed to order the com-
missary-general of purchases to procure whatever may be necessary for
the purposes aforesaid, and which cannot be provided by the United
States; and the Governor is authorized to draw orders on the treasury in
favor of the proper officers, taking receipts for the same; and all the
accounts of the expenditures made by virtue of this Act, shall be rendered
to the comptroller-general, and by him be laid before the Legislature.

XIV. *And be it further enacted* by the authority aforesaid, That as soon
as any part of the said brigade shall be called into service, the Governor Boats to be at-
shall be authorized to purchase, and attach to the several posts that may tached to mili-
be established on the sea board, any number of row, or other boats, not tary posts.
exceeding twelve, suitable to the transportation of troops at a moment's
warning, to any point of attack, and to be employed as look-out boats, to
ascertain the approach of the enemy's barges, and to give notice thereof to
the coasting trade.

XV. *And be it further enacted* by the authority aforesaid, That the
sum of five hundred thousand dollars be, and the same is hereby, appropri- Appropriation.
ated out of any monies in the treasury not otherwise appropriated, for the
purpose of carrying this Act into full and complete effect.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand
eight hundred and fourteen, and in the thirty-ninth year of the Independence
of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
THOMAS BENNETT, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0637

STATUTES AT LARGE

A. D. 1815.

*Acts relating to the Militia.*

No. 2069. AN ACT for the organization of the Staff of the Militia of South Carolina ; and for other purposes therein mentioned.

Staff of the militia of this State organized.

I. *Be it enacted,* by the Senate and House of Representatives of South Carolina, now met and sitting in General Assembly, and by the authority of the same, That the adjutant-general's department shall hereafter consist of one adjutant and inspector-general, with the rank of a brigadier-general, and five division or deputy adjutant-generals, with the rank of lieutenant colonel, one in each division. That the quartermaster-general's department shall consist of one quartermaster-general, with the rank of colonel, five division or deputy quartermaster-generals, with the rank of major, and ten brigade or assistant deputy quartermaster-generals, with the rank of captain; one division quartermaster being taken from each division, and one brigade quartermaster from each brigade. That there shall be to each division of the State, one division or assistant inspector-general, with the rank of lieutenant-colonel, and to each brigade, one assistant deputy inspector-general, with the rank of major. There shall also be to the militia of this State, one judge advocate general, with the rank of lieutenant-colonel; and to each brigade there shall be a brigade or deputy judge advocate general, with the rank of major.

Commissary general of purchases.

II. *And be it further enacted* by the authority aforesaid, That there shall be one commissary-general of purchases, with the rank of lieutenant-colonel; one commissary-general of issues, with the rank of lieutenant-colonel; one paymaster-general, with the rank of lieutenant-colonel ; one physician and surgeon-general, with the rank of lieutenant-colonel ; one apothecary-general, with the rank of major; and one brigade chaplain to each brigade.

Aids-de-camp to be appointed.

III. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief shall be entitled to ten aids-de-camp, with the rank of lieutenant-colonel ; the major-generals to three aids-de-camp, with the rank of major ; and the brigadier-generals to two aids-de-camp, with the rank of captain.

Adjutant general to be inspector general, &c.

IV. *And be it further enacted* by the authority aforesaid, That the adjutant-general shall be, and he is hereby, appointed adjutant and inspector-general, and that all officers who now hold any of the aforesaid offices, be, and they are hereby, confirmed in them respectively ; and the Governor and Commander-in-chief shall be authorized to appoint proper persons to the offices hereby created, and to fill all vacancies which shall hereafter occur in any of the abovementioned offices, except aids to the major-generals and brigadier-generals.

Duties defined.

V. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the Governor and Commander-in-chief, and he is hereby authorized, to prepare general regulations, better defining and prescribing the respective duties and powers of the several officers before mentioned, which shall be respected and obeyed, until altered and revoked by the same authority ; and the said general regulations shall be laid before the Legislature at their next meeting.

Certain officers not to be affected thereby.

VI. *And be it further enacted* by the authority aforesaid, That nothing herein contained shall be construed so as to affect the officers of the regimental staff, or the brigade majors, now authorized by law, otherwise than being subject to the general regulations aforesaid.

VII. *And be it further enacted* by the authority aforesaid, That the uniform of the officers of the militia of this State shall hereafter be the

Digitized by Google

Pl.0638

*Acts relating to the Militia.*          A.D. 1815.

same in every respect, as that now established in the army of the United States for officers of similar grade and character ; and that all the officers hereafter to be elected, shall be required to conform to this arrangement immediately on their election ; and all officers now in commission, shall be allowed twelve months to procure the new uniform. *Provided,* nothing herein contained shall be construed to extend to officers of volunteer companies.

In the Senate House, the thirteenth day of December, in the year of our Lord one thousand eight hundred and fifteen, and in the fortieth year of the Sovereignty and Independence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
THOMAS BENNETT, *Speaker of the House of Representatives.*

---

AN ACT TO ALTER AND AMEND THE MILITIA LAWS OF THIS STATE. No. 2071.

I. *Be it enacted* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, every officer of the militia of this State who shall be declared, by the sentence of a court martial, to be incompetent to the discharge of the duties of his station, shall be cashiered ; *provided,* every officer, after charges exhibited, shall be at liberty to resign ; the said courts martial to be ordered by the officers commanding battalions, regiments, brigades, and divisions, respectively ; and on major-generals, by the Commander-in-chief ; and the members of every court martial hereafter to be held in this State, as well on officers as non-commissioned officers and privates, shall, in addition to the oath now prescribed by law, severally swear, "that they will well and truly try and determine the cases that shall be brought before them, according to law, and the evidence that shall be adduced."

II. *And be it further enacted* by the authority aforesaid, That courts martial on non-commissioned officers and privates, may hereafter be held by any three commissioned officers of the regiment to which they belong.

III. *And be it further enacted* by the authority aforesaid, That no appeal shall hereafter be made from courts martial, imposing fines on non-commissioned officers and privates, unless the appellant shall accompany his appeal by an affidavit, that he could not attend the court by which he was fined, and that he does not appeal for the purpose of delay ; in all other cases, the decision of every such court martial shall, when approved by the officer ordering the same, be final and conclusive.

IV. *And be it further enacted* by the authority aforesaid, That every officer who shall hereafter be cashiered by the sentence of a court martial, shall be disqualified from holding any commission in the militia, for a period not less than one year, nor more than five, at the discretion of the court ; and no officer who shall hereafter resign his commission, shall be

*Marginal notes:* Incompetent officers to be cashiered.  Courts-martial.  Appeals, how to be made.

VOL. VIII.—67.

Digitized by Google

Pl.0639

Case 3:19-cv-01226-L-AHG  Document 136-4  Filed 03/15/24  PageID.16943  Page 121 of 203

A. D. 1815.                 *Acts relating to the Militia.*

re-eligible to the same office, until it shall have been filled by some other person.

V. *And be it further enacted* by the authority aforesaid, That in addition to the fines now imposed by law on officers neglecting to attend the brigade encampments, without a sufficient excuse, every officer so neglecting shall pay fifty per cent. on his general tax for the year preceding such default, and shall be fined the sum of one dollar for each article of uniform or equipment which he shall not have at such encampment, unless he can shew that he could not procure the same; and it shall be the duty of the brigadier and major-generals to attend the reviews of their respective brigades; and for their neglecting so to do, every brigadier-general shall be fined in the sum of fifty dollars, and fifty per cent. on his general tax; and every major-general the sum of eighty dollars, and· fifty per cent. on his tax. And all fines hereby imposed for default at any brigade encampment, shall be collected in the manner following, that is to say :—the presiding officer of the court martial shall issue his warrant under his hand and seal, directed to any person now authorized to collect fines in the several regimental districts, who shall collect the same in like manner as other fines are now collected; and for the collection of the same, he shall be allowed twenty per cent. on the amount collected; and that the said penalty, when received, shall be paid to the collector of the regiment, to be applied to the purchase of drums, fifes or colors, for the use of the regiment, and for defraying other necessary expenses of the same, or the necessary expenses of the brigade or division.

<span style="margin-left:0">**Penalty for not enforcing militia law.**</span> VI. *And be it further enacted* by the authority aforesaid, That every officer whose duty it shall be to enforce the militia laws of this State, who shall wilfully neglect so to do, shall, on conviction, be cashiered; and courts martial shall be ordered as in other cases.

**Officers to assemble the day previous to regimental musters.** VII. *And be it further enacted* by the authority aforesaid, That it shall be the duty of officers commanding regiments, to assemble the officers and non-commissioned officers of their respective regiments, the day previous to every regimental muster, to instruct them in the exercise and evolutions to be performed on the day following; and every officer and non-commissioned officer who shall fail to attend such meeting, shall be subject to the same fines as are imposed by law for non-attendance at regimental musters; and courts martial shall be ordered as in other cases.

**Officers of cavalry and ar tillery to attend brigade encampments.** VIII. *And be it further enacted* by the authority aforesaid, That officers of the cavalry and artillery shall be liable to attend at the brigade encampments; and where cavalry and artillery companies are attached to regiments of infantry, the officers and non-commissioned officers of the companies so attached, shall attend the meeting of the regimental officers of infantry the day previous to every regimental muster, to be instructed in the evolutions to be performed; and the said officers of cavalry and artillery shall, at the brigade encampments, be armed in the same manner as officers of infantry; and for non-attendance at such encampments, or at the regimental meetings aforesaid, the said officers and non-commissioned officers shall be liable to the same fines as the officers of infantry; and any officer guilty of misconduct at any encampment or regimental meeting, shall be liable to be put under guard, and to be cashiered by the sentence of a court martial; and should any person not bound to attend at such meetings, molest or disturb the same, such person may be put under guard, and kept in confinement at the discretion of the commanding officer, during the continuance of such encampment.

Digitized by Google

Pl.0640

OF SOUTH CAROLINA. 531

*Acts relating to the Militia.*

A.D. 1815.

IX. *And be it further enacted* by the authority aforesaid, That the rules and regulations of the field exercise and manœuvres of infantry, compiled and adapted to the organization of the army of the United States, agreeably to a resolve of Congress, shall hereafter be observed in the instruction and exercise of infantry within this State, and that every officer shall be furnished by the State with a copy thereof; and every such officer so furnished, shall be compelled, upon the vacation of his commission, to deliver over to his successor the said book, under the penalty of five dollars, to be recovered before any magistrate. [margin: U. S. exercise to be observed.]

X. *And be it further enacted* by the authority aforesaid, That the officers commanding regiments of infantry within this State, shall be authorized to permit volunteer uniform companies of infantry or riflemen to be raised within their respective commands, and the officers thereof shall be commissioned, if such companies shall consist, respectively, of forty effective rank and file in uniform; and officers commanding brigades are authorized to permit volunteer companies of cavalry and artillery to be raised within their respective commands, which shall consist of thirty effective men in complete uniform, and to commission the officers thereof; and if such volunteer companies of infantry or riflemen shall at any time be reduced below thirty men in uniform, and any such company of cavalry or artillery shall be reduced below twenty-four men in uniform, and the said companies, respectively, shall not, within six months after notice given by the commanding officer of the brigade or regiment, recruit their respective companies, they shall be dissolved, and the commissions of the officers forfeited; *provided always,* that no beat or district company shall be reduced below thirty men, by the formation of any volunteer company or companies; and *provided also,* that whenever any call shall be made for the services of any volunteer company, they shall go by companies under their own officers; *provided,* nothing herein contained shall authorize the raising a greater portion of cavalry, artillery, riflemen or infantry, than are now authorized by law. [margin: Volunteer companies may be raised.]

XI. *And be it further enacted* by the authority aforesaid, That the rank of officers in the militia of this State shall be the same as that of the officers of the army of the United States, that is to say:—the commanding officers of regiments shall hereafter have the rank of colonel; the second officer in each regiment shall have the rank of lieutenant-colonel; and to each company of infantry there shall be a captain, first lieutenant, second lieutenant, and ensign; and every lieutenant-colonel in the State is hereby created a colonel; the first major of every regiment, a lieutenant-colonel; the lieutenant of every company, a first lieutenant; and the ensign of every company, a second lieutenant; and elections shall be held throughout the State for ensigns in the several companies; and the proper officers are hereby authorized to give commissions to the officers hereby promoted, who shall take rank from the date of their former commissions, respectively. [margin: Rank of officers settled.]

XII. *And whereas,* the Charleston Ancient Battalion of Artillery are now entitled to or do assume certain exclusive privileges, from which other militia corps are excluded:—*Be it therefore enacted* by the authority aforesaid, That the said Charleston Ancient Battalion of Artillery be, and they are hereby, divested of all exclusive privileges, and put upon an equality with the other militia companies and battalions of this State; *provided,* the captains-lieutenants now in commission, shall retain their commissions; but when vacancies hereafter occur in said offices, no elections [margin: Charleston Ancient Battalion of Artillery, divested of certain privileges.]

Digitized by Google

Pl.0641

532　　　　　　　STATUTES AT LARGE

A. D. 1815.

*Acts relating to the Militia.*

shall be held, nor rise by seniority to supply said offices, but the office of captain-lieutenant shall be abolished.

*Charleston, how guarded in case of alarm of fire, &c.*

XIII. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief, in order to prevent the confusion which may arise from too many men being under arms, when fires shall break out in the city of Charleston, be, and he is hereby, authorized to fix the number of men necessary to be under arms in such cases, and to make regulations by which a certain portion only of the militia of Charleston shall be required, for the period of three months, to hold themselves in readiness to parade in cases of alarm from fire ; and if any officer, non-commissioned officer, or soldier, so ordered, shall fail to attend at his muster-ground in cases of alarm, he shall be subject to the same fines as are imposed by law for non-attendance at regimental musters.

*Public arms to be sold.*

XIV. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief be, and he is hereby, authorized to cause to be sold such arms as on inspection shall be found incapable of repair, and to pass the amount of such sales to the credit of the quartermaster-general's department, to be applied to the repair and preservation of arms.

*Arsenals to be visited.*

XV. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the brigade quarter-masters, within the limits of whose brigades arsenals are or shall hereafter be established, to visit and inspect the same, at least once in every year, and to report to the quartermaster-general thereon ; and that the several arsenal keepers within the State shall each receive an additional compensation of one hundred dollars per annum, and shall give bond to the quartermaster-general for the faithful performance of their duties.

*Officers to raise by seniority.*

XVI. *And be it further enacted* by the authority aforesaid, That where vacancies shall hereafter occur in any company, battalion, regiment, brigade, or division, such vacancy shall be filled by the officer next in rank, the officers rising by seniority in their respective companies, battalions, regiments, brigades and divisions.

*Former Acts repealed.*

XVII. *And be it further enacted* by the authority aforesaid, That all Acts and parts of Acts contrary to any thing herein contained, be, and the same is hereby, repealed.

In the Senate House, the sixteenth day of December, in the year of our Lord one thousand eight hundred and fifteen, and in the fortieth year of the Independence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
THOS. BENNETT, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0642

OF SOUTH CAROLINA. 533

*Acts relating to the Militia.* A.D. 1816.

AN ACT TO MAKE ALL THE OFFICERS OF THE MILITIA OF THIS STATE No. 2099.
ELECTIVE.

WHEREAS, experience has shown that it is inexpedient that the officers of the militia of this State should rise by seniority; for remedy whereof,

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and it is hereby enacted, by the authority of the same, That from and after the passing of this Act, when any vacancy shall take place in any of the military commissions of the militia of this State, the same shall be filled by election, in the following manner: when any vacancy shall take place in the commission of a major-general, the Governor for the time being shall forthwith issue his orders to the several brigadier-generals of the division in which such vacancy shall happen, requiring such brigadier-generals to order an election in each regiment within the division in which such vacancy shall have occurred, for a major-general to fill such vacancy; and all commissioned officers of the division in which such vacancy shall have happened, shall be entitled to vote for a major-general; and any commissioned officer of the division in which such vacancy shall have occurred, shall be eligible to the office of major-general; and each colonel shall return the state of the polls of his regiment to the brigadier-general, who shall transmit the same to the Governor, who is hereby empowered to pronounce the person having the greatest number of votes to be duly elected, and shall commission such person accordingly. *(margin: Vacancies to be filled by elections.)*

II. *And be it further enacted* by the authority aforesaid, That when any vacancy shall take place in the commission of brigadier-general, the major-general, and in case there is no major-general, then the next commanding officer of the division, shall forthwith issue his orders to the several colonels of the regiments composing the brigade where such vacancy shall be, to hold, in each of their respective regiments, an election for brigadier-general, to fill such vacancy; and all commissioned officers of the brigade where there shall be such vacancy, shall be entitled to vote for brigadier-general to fill the same; and any commissioned officer of such brigade shall be eligible to the office of brigadier-general; and each colonel shall attend the counting out of the votes, and return the state of the polls of his regiment to the commanding officer of the division, who shall pronounce the person having the greatest number of votes duly elected, and commission him accordingly. And when any vacancy shall take place in the commission of colonel of infantry, the same shall be filled by election by all free white men above the age of eighteen years, who reside within the said regiment, (except such persons as are attached to the cavalry, or any regiment of artillery,) the person having the greatest number of votes shall be the person elected. When any vacancy shall take place in the commission of lieutenant-colonel, the major then in commission in the same regiment shall be immediately commissioned lieutenant-colonel; and whenever a vacancy shall take place in the commission of major, the same shall be filled by election by all free white men above the age of eighteen years, who belong to the battalion where such vacancy shall occur; the person having the greatest number of votes shall be elected. When any vacancy shall take place in the commission of captain, first-lieutenant, second-lieutenant, or ensign, of any beat company, the same shall be filled by election by all free white men above the age of eighteen years, residing within *(margin: Officers, how to be elected.)*

Digitized by Google

STATUTES AT LARGE

*Acts relating to the Militia.*

the said beat company; the person having the greatest number of votes shall be the person elected. *Provided, nevertheless,* that nothing herein contained shall extend to any volunteer corps of artillery, cavalry or light infantry, who shall elect their respective officers from among themselves, in the following manner: when any vacancy shall take place in the commission of colonel of cavalry, the same shall be elected from amongst the officers, non-commissioned officers and privates of the said regiment, by themselves; the person having the greatest number of votes to be the person elected. When any vacancy shall take place in the commission of lieutenant-colonel, or major of cavalry, or major of artillery, the same shall be filled by election, by the officers, non-commissioned officers and privates composing the said battalion or squadron, from among themselves; the person having the greatest number of votes to be the person elected. When any vacancy shall take place in the commission of any captain, first lieutenant, second lieutenant, ensign or cornet, of any company of artillery, light infantry, or troop of cavalry, the same shall be filled by election, by the officers, non-commissioned officers and privates of the said company or troop, from among themselves; the person having the greatest number of votes shall be the person elected.

**Colonel.** III. *Be it further enacted,* That when the commission of a colonel shall become vacant, the brigadier-general, or, in case there be no brigadier-general or major-general commanding the said regiment, the Governor for the time being, shall appoint two fit and proper persons to open and hold a poll at each of the battalion muster grounds of the said regiment, and two fit and proper persons to open and hold a poll at the regimental muster ground of the said regiment; which said managers shall advertise the same for forty days in twelve public places in the said regiment; the said managers shall hold the polls one day at each place, from eleven o'clock in the morning until three o'clock in the afternoon, and shall meet at the regimental muster ground on the day following, and count over the votes and declare the election.

**Major.** IV. *Be it further enacted,* That when the commission of major shall become vacant, the colonel, or, if there be no colonel, the officer next in command in the said regiment or battalion, shall appoint two fit and proper persons to open and hold the poll for the said election, at the battalion muster ground of the said battalion, from ten o'clock in the morning until four o'clock in the afternoon, after having advertized the same for thirty days in six public places within the said battalion; and the said managers shall meet at the said place of election the day following, count over the votes and declare the election.

**Captain.** V. *Be it enacted,* That when any vacancy shall take place in a captain's commission, the lieutenant-colonel or officer commanding the battalion or squadron, shall appoint two fit and proper persons within the said company or troop, to manage the said election, who shall hold the polls at the usual muster ground of the said troop or company, from eleven o'clock in the morning until three o'clock in the afternoon, after having advertized the same for twenty days before the said election, in at least four public places in the said company or troop; and that on the same evening the managers shall count over the votes and declare the election.

**Lieutenant, &c.** VI. *Be it further enacted,* That when the commission of first lieutenant, second lieutenant, ensign, or cornet, shall become vacant, the captain, or if there be no captain, the major or lieutenant-colonel, commanding the said company or troop, shall appoint two fit and proper persons to hold an election at the usual muster ground of said company or troop, from eleven

Digitized by Google

Pl.0644

OF SOUTH CAROLINA.                                        535

*Acts relating to the Militia.*

o'clock in the morning until three o'clock in the afternoon, after having advertized the same for at least twenty days previous to the election, in at least four public places in the said company or troop ; and on the same evening the managers shall count over the votes and declare the election.

VII. *Be it further enacted,* That when any division, brigade, regiment, battalion, squadron, company or troop, shall be embodied and in actual service, either under the authority of this State or of the United States, the vacancies therein shall be filled by seniority, agreeable to the usages and customs of war. *In time of actual service, vacancies to be filled by seniority.*

VIII. *And be it further enacted* by the authority aforesaid, That whenever an election is ordered for a major-general or brigadier-general, it shall be the duty of each colonel who shall be ordered to hold such election, to give fifty days notice in his regiment of such election, and post up the said notice for that length of time, at least at one public place in each beat in his regiment. *Notice to be given of elections.*

IX. *And be it further enacted* by the authority aforesaid, that from and after the passing of this Act, it shall not be necessary, in order to constitute a battalion court martial or court of enquiry, that a field officer should preside ; but that the same may consist of a captain, as presiding officer of said court, and four other commissioned officers of said battalion, one of whom at least shall be of the rank of a captain. *Courts-martial, how to be constituted.*

X. *And be it further enacted* by the authority aforesaid, That the commanding officer of any division, brigade, regiment, battalion, squadron, troop or company, who shall call out the men under his command to muster, shall be, and he is hereby, authorized and empowered to appoint a sutler to retail spirituous liquors at the muster ground of said division, brigade, regiment, battalion, squadron, troop or company, without any other license or permission. *Provided,* that the said sutler so appointed do furnish a suitable field to exercise the said troops on, to be approved by the commanding officer who shall have ordered the said muster. *Sutlers to be appointed.*

XI. *And be it further enacted,* That all Acts and parts of Acts repugnant to this Act, be, and the same are hereby, repealed.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and sixteen, and in the forty-first year of the Independence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
THOS. BENNETT, *Speaker of the House of Representatives.*

———

AN ACT TO INCREASE THE NUMBER OF PLACES OF ELECTIONS, NOW LIMI-   No. 2187.
TED BY LAW, FOR THE ELECTIONS OF COLONELS AND MAJORS IN EACH
REGIMENT OR BATTALION THROUGHOUT THE STATE ; AND FOR OTHER
PURPOSES THEREIN MENTIONED.

I. *Be it enacted* by the Honorable Senate and House of Representatives, now met and in Session, and by the authority of the same, That from and immediately after the passing of this Act, instead of the elections for colonels being only held at the battalion muster grounds as heretofore, when

Digitized by Google

Pl.0645

A. D. 1816.                 *Acts relating to the Militia.*

Elections, where and how to be held.

the commission of colonel in any regiment shall hereafter become vacant, the brigadier-general, or in case there be no brigadier-general or major-general commanding said regiment, the officer next in command in said brigade, shall issue his order, to be extended to each captain or commanding officer of a company constituting said regiment, to call to his assistance two of his subaltern officers, or, if none, two other fit and proper persons, to open and hold a poll at their respective muster grounds, which said captain shall advertize for at least forty days at three public places in the bounds of his command ; the said managers shall hold the polls one day, from eleven o'clock in the morning until three o'clock in the afternoon, and shall meet at the regimental muster ground the first or second day after the election, as may be ordered by the officer who shall order such election, to count over the votes and declare the election.   That when the commission of major shall become vacant, the colonel, and if there be no colonel, the officer next in command in said regiment, shall order each captain or commandant of a company to call to his assistance two of his subaltern officers, or other fit and proper persons, to open and hold a poll at their respective muster grounds, giving forty days notice, by advertising in three public places in the bounds of their command ; the said managers shall hold the poll on one day at their muster ground, from eleven o'clock in the morning until three o'clock in the afternoon, and shall meet on the battalion muster ground, or some public house near the same, on the day following, and count over the votes and declare the election.

Managers to be sworn.

II. *And be it further enacted* by the authority aforesaid, That the managers of elections to be appointed in pursuance of this Act, before they proceed to hold any election, shall be duly sworn that they will impartially and faithfully hold such election ; and that the presence of not more than one manager from each place of election, shall be necessary at the time of counting over the votes and declaring the election.

Battalion of artillery dissolved.

III. *And be it further enacted* by the authority aforesaid, That the battalion of artillery formed by an Act of the General Assembly of the year seventeen hundred and ninety-seven, of the three companies of artillery then in brigadier-general Winn's brigade, be, and the same is hereby, dissolved.

Managers exempt from toll.

IV. *And be it enacted* by the authority aforesaid, That the managers of elections for colonels and majors as aforesaid, shall be exempted from paying any ferriage or toll which are usually paid at the ferries and toll-bridges within this State, while going or returning from the places for holding and declaring the elections, as aforesaid ; any law, usage or custom to the contrary notwithstanding.

Companies to be subdivided.

V. *And be it further enacted* by the authority aforesaid, That the brigadier-general or commandant of the third brigade, be, and he is hereby, authorized to appoint three fit and proper persons to subdivide into three companies the two companies now commanded by captains Simms and Farr, of the south battalion, thirteenth regiment South Carolina militia. *Provided, nevertheless,* that the officers now in commission shall hold their respective commissions in one of the said subdivided companies, and cause the vacancies for the balance of the officers to be filled up, as heretofore provided by law.

R. Hamilton's company to be subdivided.

VI. *And be it further enacted* by the authority aforesaid, That the brigadier-general of the eighth brigade be, and he is hereby, authorized to appoint three fit and proper persons to subdivide Robert Hamilton's company of militia, in the upper battalion, and thirty-second regiment of the

Digitized by Google

Pl.0646

OF SOUTH CAROLINA. 537

*Acts relating to the Militia.*    A. D. 1818.

said eighth brigade, into two companies. *Provided, nevertheless,* the offi-
cers now in commission in the aforesaid Robert Hamilton's company shall
hold their respective commissions in one of the said companies.

VII. *And be it further enacted* by the authority aforesaid, That so much Former Act
of an Act passed on the seventeenth day of December, in the year of our repealed.
Lord one thousand eight hundred and eight, as requires all the officers of
the several different brigades throughout this State, under the rank of bri-
gadier, excepting artillery and cavalry officers, to assemble in some central
and proper place once at least in every two years, to be practiced and in-
structed for a term not exceeding six days, nor less than three, be, and the
same are hereby, repealed.

VIII. *And be it enacted* by the authority aforesaid, That all Acts and Repealing
parts of Acts repugnant to the true intent and meaning of this Act, be, clause.
and the same are hereby, repealed.

In the Senate House, the eighteenth day of December, in the year of our Lord one thou-
sand eight hundred and eighteen, and in the forty-third year of the Independence
of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

---

AN ACT TO EXCUSE THE OFFICERS OF THE SEVERAL BRANCHES OF THE No. 2199.
BANK OF THE STATE OF SOUTH CAROLINA FROM THE PERFORMANCE
OF ORDINARY MILITIA DUTY, AND SERVING ON JURIES.

I. *Be it enacted,* by the Honorable the Senate and House of Represen-
tatives, now met and sitting in General Assembly, and by the authority of
the same, That the presidents and cashiers of the several branches of the
Bank of the State of South Carolina, and the clerks employed in the same,
shall be, and they are hereby declared to be, exempted from the performance
of ordinary militia duty, and from serving on juries.

In the Senate House, the sixteenth day of December, in the year of our Lord one
thousand eight hundred and eighteen, and in the forty-third year of the Indepen-
dence of the United States of America.

JAMES R. PRINGLE, *President of the Senate.*
ROBT. Y. HAYNE, *Speaker of the House of Representatives.*

VOL. VIII.—68.

Digitized by Google

Pl.0647

STATUTES AT LARGE

A.D. 1819.

*Acts relating to the Militia.*

No. 2220. AN ACT TO PROVIDE FOR THE MORE EFFECTUAL PERFORMANCE OF PA-
TROL DUTY.

**Patrol districts to be formed.** I. *Be it enacted,* by the Honorable the Senate and House of Represen-
tatives, now met and sitting in General Assembly, and by the authority of
the same, That it shall be the duty of the captains of the several beat
companies within this State, within six months after the passing of this
Act, to cause their respective beats to be divided into convenient patrol
districts; which divisions, when made, shall be permanent until the same
shall be altered by a majority of the officers of the said company.   And in
case the captain of any beat company shall neglect to perform the duty
hereinbefore required of him, he shall forfeit and pay the sum of thirty dol-
lars, to be recovered in any court having competent jurisdiction.

**Rolls to be made out.** II. *And be it further enacted* by the authority aforesaid, That it shall be
the duty of the commanding officer of each and every beat company to
cause to be made out a roll for each patrol district, which shall include the
names of all the free white male inhabitants above the age of eighteen
years, residing within the said patrol district.   *Provided,* that nothing here-
in contained shall be construed to compel any male inhabitant of any beat
company to perform patrol duty, either in person or by substitute, who may
have attained the age of forty-five years or upwards, and who shall not
possess any slave or slaves.

**Patrol to be pricked off.** III. *And be it further enacted* by the authority aforesaid, That it shall
be the duty of the commanding officer of each and every beat company,
at every regular petty muster, to prick off from the roll of each patrol
district, at his discretion, any number of persons, who shall perform the
duty hereinafter prescribed until the next regular petty muster; and to
every patrol the commanding officer of the company shall appoint some
prudent and discreet person as commander; and in case the commanding
officer of the company shall fail to prick off such patrol, or the comman-
ders of the patrol shall fail to perform the duties herein required of them,
they shall, respectively, forfeit and pay, to be recovered by indictment, a
sum not exceeding thirty dollars.

**To turn out once a fort-night.** IV. *And be it further enacted* by the authority aforesaid, That it shall
be the duty of the commander of every patrol, at least as often as once a
fortnight, to call out the patrol under his command, and to take up all
slaves who may be found without the limits of their owners's plantations,
under suspicious circumstances, or at a suspicious distance therefrom, and
to correct all such slaves by a moderate whipping, with a switch or cow-
skin, not exceeding twenty lashes, unless the said slave shall have a ticket
or letter to show the reasonableness of his or her absence, or shall have
some white person in company to give an account of the business of such
slave or slaves.   And if any white person shall beat or abuse any slave,
quietly or peaceably being in his or her master's plantation, or found any
where without the same without a lawful ticket, he shall forfeit the sum of fif-
ty dollars, to be recovered by the owner, and to his use, by action of debt,
besides being liable to the owner in an action of trespass for damages.

**May enter dis-orderly houses.** V. *And be it further enacted* by the authority aforesaid, That the said
patrols, in their respective divisions, shall have power, and they are hereby
authorized and required, to enter into any disorderly house, or into any
other house, vessel or boat, suspected of harboring, trafficking or dealing
with negroes, whether the same be occupied by white persons, free negroes,
mulattoes, mestizoes, or slaves, and to apprehend and correct all slaves

Digitized by Google

Pl.0648

*Acts relating to the Militia.*

found there, by whipping, as hereinbefore directed.  And the said patrol
are, moreover, authorized and required to give information of such white
persons as may be found in such house, vessel or boat, and to detain in their
possession such produce or articles for trafficking, as may be found in such
house, vessel or boat, if such detention be authorized by any three free-
holders, or by any justice of the peace, until the same shall be recover-
ed according to law.

VI. *And be it further enacted* by the authority aforesaid, That it shall
not be lawful for any slave, except in the company and presence of some *Slaves not to*
white person, to carry or make use of any fire arms or other offensive wea- *carry or use*
pon, unless such slave shall have a ticket or license in writing from his *fire arms.*
owner or owners, or be employed to hunt and kill game, mischievous birds,
or beasts of prey, within the limits of his master's plantation, or shall be a
watchman in and over his owner's fields and plantation.  And in case any
white person shall find any slave using or carrying any gun or other offen-
sive weapon, contrary to the intent and meaning of this Act, he, she or
they, may lawfully seize such gun or offensive weapon, and convert the
same to his, her or their own use; but before the property of such goods
shall be vested in the person who shall seize the same, such person shall,
within forty-eight hours after such seizure, go before the next justice, and
shall make oath of the manner of taking; and if such justice of the peace,
after such oath shall be made, or if upon any other examination, he shall
be satisfied that the said fire arms, or other offensive weapons, shall have
been seized according to the directions and agreeable to the true intent and
meaning of this Act, the said justice shall, by certificate under his hand
and seal, declare them forfeited, and that the property is lawfully vested in
the person who seized the same; *provided*, that no such certificate shall be
granted until the owner or owners of such fire arms, or other offensive wea-
pon, so seized, as aforesaid, or the overseer or overseers who shall or may
have the charge of such slave or slaves from whom such fire arms or other
offensive weapon shall be taken or seized, shall be duly summoned to shew
cause, (if any such they have,) why the same should not be condemned
as forfeited, nor until forty-eight hours after the service of such summons,
and oath made of the service thereof before the said justice.

VII. *And be it further enacted* by the authority aforesaid, That the com- *Patrol to be*
mander of every patrol shall have power to keep the men under his com- *be kept in or-*
mand in good order and demeanor during their term of service; and in *der.*
case any patrol man shall misbehave himself, or neglect or disobey the or-
ders of his commander, he shall be subject to a fine of not more than two
dollars, to be imposed by the company court martial to which such offender
shall belong, to be paid to the commissioners of the poor for the use of the
poor.

VIII. *Be it further enacted*, that if any captain of a patrol shall act dis- *Captain of pa-*
orderly while on duty, so as to defeat the orderly performance or execution *trol may be*
of the patrol laws, agreeable to the true intent and meaning thereof, he *fined.*
shall be liable to be returned by either of the members of his patrol, or
other person competent to give evidence, to the commanding officer of the
beat, who shall order a court martial for such trial, and upon sufficient evi-
dence being given of the charge, such captain of the patrol shall be fined
in the sum of five dollars, to be recovered and applied as aforesaid to the
use of the poor.

IX. *And be it further enacted* by the authority aforesaid, That it shall
be lawful for any person or persons hereby declared liable to perform patrol

Digitized by Google

Pl.0649

540

STATUTES AT LARGE

A. D. 1819.

*Acts relating to the Militia.*

Substitutes may be employed.

duty, to send any able bodied white man, between the ages of eighteen and sixty, to perform patrol duty for him or them. And if any patrol man shall neglect or refuse to perform the duty required of him by this Act, or to procure a substitute to perform the same, without a legal excuse, he shall forfeit and pay a fine of two dollars for each and every such default, and ten per cent. on his general tax for the year preceding paid by him on the property owned by him in the district or parish in which he is a defaulter, to be inflicted by a court martial of the company in which the offender may reside, to the use of the poor of the district or parish.

Return to be made.

X. *And be it further enacted* by the authority aforesaid, That each captain of patrol shall make a return, upon oath, of the performance of the duties of his office as commander of such patrol, to the captain or officer commanding the beat company, at the regular times required by this Act, under the penalty of a fine of twenty dollars, to be recovered by indictment.

Slaves to be corrected.

XI. *And be it further enacted* by the authority aforesaid, That it shall be lawful for all persons, as well patrol as other persons, to apprehend, and moderately correct with stripes, not exceeding twenty, all slaves who may be found without their masters's plantations, without a ticket in the form or of the import of the ticket before prescribed by this Act to be used by persons who shall have the care or management of any slave or slaves; or with a ticket, if such slave or slaves shall have in his possession any gun, pistol or other offensive weapon, unless such slave shall be on lawful business, or in company with some white person, not less than ten years of age ; and also to disperse and punish, as aforesaid, all unlawful assemblies of slaves, free negroes, mulattoes or mestizoes, whether the said assembly shall consist of all or any of the persons above described. And *provided, always,* that nothing herein contained shall be construed to authorize any person to break into or disturb any church or place of public worship, wherein shall be assembled the members of any religious society, a majority of whom shall be white persons, at any time before nine o'clock in the evening—unless the said person or persons shall have previously obtained a warrant from a magistrate, authorizing him to do so ; and *provided, also,* that nothing herein contained shall be construed so as to authorize any patrol or other person to strike and correct, or beat in any manner, any slave or slaves who shall be employed by the person having the charge of such slave or slaves in any incorporated town, when such slave or slaves shall be absent from the place of residence of such slave or slaves, between daybreak and nine o'clock in the evening, within the limits of such incorporated town, unless such slave or slaves shall be engaged in an unlawful purpose.

Unlawful assemblages to be dispersed.

XII. *And be it further enacted* by the authority aforesaid, That it shall be lawful for any person or persons who may be engaged in dispersing any unlawful assembly of slaves, free negroes, mulattoes or mestizoes, to enter into all such places as the said persons may be assembled at, and if resisted, they may break open doors, gates or windows.

Owners of plantations to employ white persons thereon.

XIII. *And be it further enacted* by the authority aforesaid, That every owner of any settled plantation shall employ and keep on such plantation some white man capable of performing patrol duty, under the penalty of fifty cents per head per month, for each and every working slave which may be on such plantation ; to be recovered by indictment, one half to the informer, the other half to the use of the State ; *provided always,* that nothing herein contained shall be construed to affect any person or persons

Digitized by Google

Pl.0650

*Acts relating to the Militia.*   A. D. 1819.

who resides on his, her or their plantation for the space of seven months in the year, or who shall employ less than ten working slaves on such plantation.

XIV. *And be it further enacted* by the authority aforesaid, That if any person or persons shall commence an action against any patrol or other person, for any trespass by him committed in carrying into execution the provisions of this Act, and at the trial thereof shall fail to recover any damage, he, she or they shall be liable and adjudged to pay to the party so sued treble costs [*Persons prosecuting and failing, to pay treble costs.*]

XV. *And be it further enacted* by the authority aforesaid, That the Secretary of State be, and he is hereby, required to have a sufficient number of copies of the aforesaid Act printed, and by him to be transmitted to the commandants of regiments, to be by them distributed to the commissioned officers of their respective regiments; and it shall be the duty of the captain or commanding officer of each company, to read this Act to his company, at least once in six months. [*Secretary of State to distribute this Act.*]

XVI. *And be it further enacted* by the authority aforesaid, That all Acts and parts of Acts repugnant to this Act, be, and the same are hereby, repealed. *Provided, nevertheless,* that nothing herein contained shall be construed so as to deprive the Intendant and Wardens of any incorporated town, of any power heretofore invested in them, to regulate and order out patrols within the limits of such incorporation; but that such Intendant and Wardens shall have as full power as they were invested with before the passing of this Act. [*Acts repugnant to this Act, repealed. Proviso.*]

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and nineteen, and in the forty-fourth year of the Independence of the United States of America.

BENJAMIN HUGER, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

———

AN ACT TO GIVE THE SAME COMPLIMENT OF OFFICERS TO COMPANIES OF ARTILLERY IN THIS STATE, AS ARE REQUIRED BY THE LAWS NOW IN FORCE IN THE UNITED STATES SERVICE; AND FOR OTHER PURPOSES THEREIN MENTIONED. [No. 2232.]

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, the several artillery companies in this State shall have the same compliment of officers as are now required by law in the companies of artillery in the service of the United States, to wit:—each company of artillery in this State shall consist of one captain, one first lieutenant, one second lieutenant, and one third lieutenant.

II. *And be it further enacted* by the authority aforesaid, That immediately after the passing of this Act, elections shall be ordered and held, in the same manner already prescribed by law, for the purpose of filling the

Digitized by Google

Pl.0651

STATUTES AT LARGE

*Acts relating to the Militia.*

office of third lieutenant in each and every company of artillery in this State.

III. *And be it further enacted* by the authority aforesaid, That so much of the militia law as requires the encampment of artillery and cavalry officers, be, and the same is hereby, repealed.

In the Senate House, the ———— day of December, in the year of our Lord one thousand eight hundred and twenty, and in the forty-fifth year of the Independence of the United States of America.

BENJ. HUGER, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

———

No. 2244. AN ACT AUTHORIZING ANOTHER REGIMENT OF MILITIA TO BE RAISED AND ORGANIZED IN THE DISTRICT OF PENDLETON; AND FOR OTHER PURPOSES.

WHEREAS, the persons subject to militia duty in the District of Pendleton, suffer many inconveniences in consequence of the extensive bounds of the Regiment in the said district, which have been greatly enlarged by the late acquisition of territory from the Cherokee Indians.

I. *Be it therefore enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the three regiments of militia in the district of Pendleton, be, and the same are hereby, required to be so divided, as to form four regiments, as equal in strength as practicable, each regiment to consist of at least eight companies.

II. *And be it further enacted* by the authority aforesaid, That the following persons be, and they are hereby, appointed commissioners to divide the said regiments, and to make another regiment, as directed by this Act, viz:—Alexander Moorhead, Peter Keys, Patrick Norris, John C. Kilpatrick, Robert Stribling, Thomas Stribling, George Rankin, John Esly, and Andrew Humbleton.

III. *And be it further enacted* by the authority aforesaid, That if the said commissioners shall refuse or neglect to act, so as to carry this Act into effect, then it shall be the duty of the brigadier-general commanding said regiments, to appoint three suitable and proper persons from each of the present regiments, to lay out and designate the bounds and limits of the said new regiment ; and also, to make alterations in the lines of the present existing regiments ; *provided*, they do not alter the lines of beat companies, or divide any established beat company.

IV. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the said commissioners, so soon as they have made a division and formed said regiment, to report the same to the brigadier-general commanding said regiment, and to the several colonels commanding the same, which said report shall designate the companies composing the said several regiments ; and it shall be the duty of the said brigadier-general, immediately after the receipt of the said report, to order elections for such

Digitized by Google

Pl.0652

OF SOUTH CAROLINA. 543

*Acts relating to the Militia.* A D. 1821.

field officers as it shall be necessary to create in consequence of raising the said new regiment; and where the present field officers shall fall into the said new regiment, they shall have command in the same.

V And *be it further enacted* by the authority aforesaid, That the said new regiment shall be ranked the Forty-second Regiment of the South Carolina Militia, and be attached to the first brigade of the first division of the same.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and twenty, and in the forty-fifth year of the Independence of the United States of America.

BENJAMIN HUGER, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

---

AN ACT AUTHORIZING ANOTHER REGIMENT OF MILITIA TO BE No. 2271.
RAISED AND ORGANIZED IN THE DISTRICT OF BARNWELL; AND FOR
OTHER PURPOSES.

WHEREAS, the persons subject to militia duty in the District of Barn-well, suffer many inconveniences, in consequence of the extensive bounds of the Regiment in said district.

I. *Be it therefore enacted* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the regiment of militia in the district of Barnwell, be, and the same is hereby, required to be so divided as to form two regiments, as equal in strength as practicable, each regiment to consist of at least seven companies.

II. *And be it further enacted* by the authority aforesaid, That the following persons be, and they are hereby, appointed commissioners to divide the said regiment, and to make another regiment, as directed by this Act, viz :—William Walker, William McMillian, William Bush, Barnet H. Brown, and James W. Maxwell.

III. *And be it further enacted* by the authority aforesaid, That if the said commissioners shall refuse or neglect to act, so as to carry this Act into effect, then it shall be the duty of the brigadier-general commanding said regiment, to appoint three suitable and proper persons from said regiment, to lay out and designate the bounds and limits of said new regiment.

IV. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the said commissioners, so soon as they have made a division and formed said regiment, to report the same to the brigadier-general commanding said regiment, and to the several colonels commanding the same, which said report shall designate the companies composing the said two regiments; and it shall be the duty of the said brigadier-general, immediately after the receipt of the said report, to order elections for such field officers as it shall be necessary to create in consequence of raising the

Digitized by Google

Pl.0653

STATUTES AT LARGE

A.D. 1822.                    *Acts relating to the Militia.*

said new regiment; and where the present field officers fall into the said new regiment, they shall command in the same.

V. *And be it further enacted* by the authority aforesaid, That the said new regiment shall be ranked Forty-third Regiment of South Carolina Militia, and be attached to the third brigade of the second division of the same.

> In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and twenty-one, and in the forty-sixth year of the Independence of the United States of America.

BENJAMIN HUGER, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Reprensetatives.*

———

No. 2294. AN ACT TO CONSOLIDATE AND EQUALIZE CERTAIN MILITIA COMPANIES; TO AUTHORIZE THE SALE OF SMALL ARMS; AND THE INSPECTION OF MUSKETS MADE BY ADAM CARRUTH, PREPARATORY TO THEIR BEING PURCHASED BY THE STATE.

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, there shall be but one beat company in each of the parishes of Christ Church and St. James Santee; and the two companies in each of the said parishes shall be consolidated into one.

II. *And be it further enacted* by the authority aforesaid, That the persons residing in the parish of Saint James Santee, entitled to vote for company officers, shall meet at the head of Wigfall's, (now Cordes's causeway,) on the third Monday in January next, for the purpose of electing officers for the company within said parish, which place is hereby declared to be the muster ground of the said company.

III. *And be it further enacted* by the authority aforesaid, That the eleven mile post on the Stage-road from Charleston to Georgetown, shall be the place of meeting of the company within the parish of Christ Church; and an election shall be held at the said place on the third Monday of January next, for the election of officers for the said company.

IV. *And be it further enacted* by the authority aforesaid, That Thomas Gaillard, Thomas Porcher, jr., Peter Broughton, Philip Porcher, and Samuel Porcher, or any three of them, shall be, and they are hereby, appointed commissioners to alter the dividing line between the upper and lower beat companies in the parish of Saint John's Berkly, for the purpose of making said beat companies equal; and the said commissioners, or any three of them, after altering the said line, shall make a report of their proceedings in the premises, to the colonel or other officer commanding the regiment in which the said companies are situated.

V. *And be it further enacted* by the authority aforesaid, That as soon as practicable after the passing of this Act, it shall be the duty of the

Digitized by Google

Pl.0654

colonels or other commanding officers of the 16th and 17th regiments in the 4th brigade of South Carolina Militia, to divide the company of militia on Charleston Neck, into four companies, as nearly equal in number as may be; two of which companies shall be attached to the 16th and the other to the 17th regiment.'

VI. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief do cause an inspection to be made of the muskets manufactured by Adam Carruth, under a contract with the General Government, and now the property of William Young, Barksdale Garrison, John Charles, and Robert Anderson; and if on inspection the said muskets are approved, he is hereby authorized to receive in payment of the debt due by the said William Young, Barksdale Garrison, John Charles, and Robert Anderson, as securities of the said Carruth, any number of the said muskets not exceeding one thousand, at such price as was contracted to be paid for muskets to the said Carruth by the Government of the United States.

VII. *And be it further enacted* by the authority aforesaid, That the Governor and Commander-in-chief be, and he is hereby, authorized and empowered to cause to be sold, to any of the militia of this State, any arms belonging to the State, in any of the public arsenals, at such price as the said arms may have cost the State; and the Governor is hereby authorized to lay out the money received from the sale of any arms as aforesaid, in the purchase of other arms.

In the Senate House, the twenty-first day of December, in the year of our Lord one thousand eight hundred and twenty-two, and in the forty-seventh year of the Independence of the United States of America.

JACOB BOND I'ON, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

----

AN ACT TO REGULATE THE PERFORMANCE OF PATROL DUTY ON CHARLESTON NECK.　No. 2317.

WHEREAS, the Local situation of Charleston Neck, from the bounds of the city of Charleston to the northern boundary of St. Philip's Parish, renders the present existing patrol laws insufficient to protect the property of the inhabitants of said neck, and to controll and keep in order the numerous black population of the same, and others travelling to and from the city within the aforesaid limits.

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That it shall be the duty of the officer or officers commanding the militia company or companies on Charleston Neck, within two months after the passing of this Act, to cause his or their company or

Patrol to be formed.

VOL. VIII.—69.

Digitized by Google

Pl.0655

546                              STATUTES AT LARGE

*Acts relating to the Militia.*

companies to be divided into convenient patrols, in such manner as a majority of said company officers shall direct; which division, when made, shall be permanent, until altered by a majority of said officers; and in case the officers of such company or companies shall neglect or refuse to perform the duty hereinbefore required of them, each shall forfeit and pay the sum of thirty dollars, to be recovered in any court having competent jurisdiction, to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads.

Rolls to be made out.

II. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the commanding officer or officers of the company or companies aforesaid, to cause to be made out a roll for each patrol district, which shall include the names of all the free white male inhabitants above the age of eighteen years, and under the age of sixty, residing within the said patrol district, except Ministers of the Gospel of any sect or denomination whatsoever, and all females owning ten slaves above the age of ten years. And all persons having settled farms, or a house and lot with five or more slaves above the age of sixteen years, residing within the said company or companies, shall be liable to perform the patrol duty hereinafter prescribed.

Leaders of patrols to be appointed.

III. *And be it enacted* by the authority aforesaid, That it shall be the duty of the commanding officer or officers of the said company or companies to appoint, which appointment shall be in writing, signed by such commanding officer or officers, some prudent and discreet person as leader in each patrol district, who shall perform the duty hereinafter prescribed, until the expiration of two months from the date of such appointment; and in case the person appointed shall refuse to accept such appointment, or the commanding officer or officers of the said company or companies, or the leader or leaders of the patrol, shall fail to perform any of the duties required of them by this Act, they shall, respectively, forfeit and pay the sum of twenty dollars, to be recovered in any court having competent jurisdiction, to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads; *provided always,* that no person shall be compelled to serve more than once in every twelve months, as leader of any patrol.

To turn out twice a month.

IV. *And be it enacted* by the authority aforesaid, That it shall be the duty of the leader of each patrol, at least as often as once a month, to call out any number of persons under his command, and to ride patrol through Charleston Neck, and to take up all slaves who may be found within its limits, and without their owners's inclosures under suspicious circumstances, or at a suspicious distance therefrom, and to correct all such slaves by a moderate whipping with a whip or cowskin, not exceeding twenty lashes, unless the said slave shall have a ticket or letter to shew the reasonableness of his or her absence; and if any white man shall wantonly beat or abuse any slave, quietly and peaceably being in his or her owner's inclosure, or found any where without the same with a lawful ticket, he shall forfeit the sum of fifty dollars, to be recovered by the owner of said slave, and to his use, by action of debt, besides being liable to the owner in an action of trespass for damages.

Powers and duties.

V. *And be it enacted* by the authority aforesaid, That the said patrols shall have power, within the limits of Charleston Neck, and they are hereby authorized and required, to enter into any disorderly house, or into any vessel or boat, suspected of harboring, or unlawfully trafficking or dealing with slaves, and if resisted, to break open doors, windows or locks, and to

Digitized by Google

Pl.0656

OF SOUTH CAROLINA. 547

*Acts relating to the Militia.*

apprehend and correct or commit, all slaves found there contrary to the true intent and meaning of this Act; and the leaders of said patrols are further authorized and required to give information of such white persons, or persons of color, as may be found in such house, vessel or boat, or place, unlawfully trading or trafficking with slaves, to any lawful magistrate; and to deliver to the said magistrate such produce or articles for trafficking as may be found in such house, vessel, boat or place, to be disposed of according to law.

VI. *And be it enacted* by the authority aforesaid, That the leader of every patrol shall have power to keep the men under his command in good order and demeanor during their time of service; and in case any patrol man shall misbehave himself, or neglect or disobey the orders of his commander, he shall be subject to arrest, at the discretion of the said leader, and be liable to a fine of not more than two dollars, to be imposed by a court consisting of the officers of the company to which he belongs, to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads. *Penalty on patrol men who misbehave.*

VII. *And be it further enacted* by the authority aforesaid, That if any leader of patrol shall act disorderly while on duty, so as to defeat the orderly performance or execution of the patrol law, agreeable to the true intent and meaning of this Act, he shall be liable to be reported by any of the members of his patrol, or other persons competent to give evidence, to the commanding officer of the company to which he is attached, who shall order a court, consisting of the officers of said company, or of any three officers of the regiment to which such company is attached, to try him, and upon sufficient evidence being given of the charge, such leader of the patrol shall be fined in the sum of ten dollars; to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads. *Leaders of patrol may be fined.*

VIII. *And be it further enacted* by the authority aforesaid, That it shall be lawful for any person or persons hereby declared liable to perform patrol duty, to send any able bodied white man, between the age of eighteen and sixty, to peform patrol duty for him or them; and if any patrol man shall neglect or refuse to perform the duty required of him by this Act, or procure a substitute to perform the same, without a legal excuse, he shall forfeit and pay a fine of two dollars for each and every default, and ten per cent on his general tax for the year preceding on property owned by him on Charleston Neck, to be inflicted by a court composed of the officers of the company to which he is attached, a majority of whom shall be sufficient to form such court, or any three officers of the regiment to which the said company is attached, and to be collected by the collector of the regiment, who shall have as full power and authority to collect the same, as he now has or may hereafter have to collect militia fines, under any law which now is or may hereafter be of force in this State; to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads. *Fine for not performing patrol duty.*

IX. *And be it further enacted* by the authority aforesaid, That it shall be the duty of each leader of patrol to make a return upon oath of the performance of the duties of his office, to the commanding officer of the company to which he belongs, once in every two months, under the penalty of a fine not exceeding twenty dollars; to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads. *Return to be made.*

X. *And be it further enacted* by the authority aforesaid, That all persons of color, (Indians in amity with the United States excepted,) negroes, *Slaves to be corrected.*

Digitized by Google

Pl.0657

548                          STATUTES AT LARGE

mulattoes, or mestizoes, found within the limits of Charleston Neck, shall be taken and considered as slaves, and shall be liable to such correction or other punishment to which this Act slaves are liable, unless such persons of color shall produce their free papers, or copies of the same, or such other good and sufficient evidence of their freedom as may be satisfactory to the leader of the patrol; *provided, nevertheless*, that free negroes, mulattoes or mestizoes, found within Charleston Neck, and without their own or their employer's enclosure, not having a regular ticket from their guardian, after the hours of nine o'clock, P. M., from the twentieth of September to the twentieth of March, and ten o'clock, P. M., from the twentieth of March to the twentieth of September, in each and every year, shall be liable to the same punishment to which by this Act slaves are liable.

XI. *And be it further enacted* by the authority aforesaid, That it shall not be lawful for any owner or occupant of a grocery store or retail shop, within the limits of Charleston Neck, or of any store, shop or place within the limits aforesaid, wherein are vended spirituous liquors, to keep open the said stores, shops and places, for the purpose of trade, or to trade, traffick or barter therein, with negroes or persons of color, on the Sabbath day, or any other day after the hours of nine o'clock, P. M., from the twentieth of September to the twentieth of March, and ten o'clock, P. M., from the twentieth of March to the twentieth of September, in each and every year. And in case any owner or occupant of any such store, shop or place, shall transgress or violate this Act, by keeping open the said stores, shops or places, or by trading, trafficking or bartering therein, with any negroes or persons of color, on the Sabbath day, or on any other day after the hours of nine o'clock, P. M., from the twentieth of September to the twentieth of March, and ten o'clock, P. M., from the twentieth of March to the twentieth of September, in each and every year, he, she or they, shall forfeit and pay the sum of fifty dollars, to be recovered in any court having competent jurisdiction; to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads.

*No shop to be kept open after nine o'clock.*

XII. *And be it further enacted* by the authority aforesaid, That every person liable to perform patrol duty on Charleston Neck, shall provide for himself, and keep always in readiness, and carry with him on his patrol service, one good gun or pistol, in order, with at least six ball cartridges for the same, or a cutlass, under the penalty of two dollars, and ten per cent on his general tax for the year preceding, on property owned by him on Charleston Neck, for want of any such arms or ammunition; to be recovered and appropriated in the same manner as by this Act fines for non-performance of patrol duty are recovered and appropriated.

*Patrol to be provided with arms.*

XIII. *And be it further enacted* by the authority aforesaid, That the commissioners of the Cross Roads of Charleston Neck shall have power to demand and receive all such fines and forfeitures, and other monies and things whatsoever, as are appropriated by this Act to the use of the said Cross Roads; and in case of refusal to deliver or pay the same, to commence and prosecute any lawful action for the recovery thereof.

*Fines to be paid to the commissioners of the Cross Roads.*

XIV. *And be it further enacted* by the authority aforesaid, That the commanding officer of the militia company or companies of Charleston Neck, shall have power to appoint a secretary, whose duty it shall be to prepare and lay before the court or courts hereby established, all necessary papers, and to keep a record of the proceedings of the same, which record shall be open to the inspection of any citizen interested therein; for which services, the said secretary shall be excused from the ordinary patrol duty.

*Record of proceedings to be kept.*

Digitized by Google

Pl.0658

OF SOUTH CAROLINA. 549

*Acts relating to the Militia.*

A. D. 1823.

XV. *And be it further enacted* by the authority aforesaid, That the leader of each patrol district shall have power to appoint a person whose duty it shall be to summon out the patrol at the times and places appointed by the leader, and to extend such orders and commands as may be given to him by the said leader of patrol ; for which services, the said person shall be excused from ordinary patrol duty. *Patrol to be summoned.*

XVI. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the commanding officer of each militia company on Charleston Neck, and of all lawful magistrates within the limits of Charleston Neck, to give information to the respective leaders of patrol, of any unlawful assemblies of negroes or persons of color, which may come within their knowledge; which leaders, on receiving such information, shall turn out their patrols and perform the duties prescribed by law ; and in case any leader of patrol shall neglect or refuse to turn out his patrol, and perform the duties required by law, after receiving such information, he shall forfeit and pay a sum not exceeding twenty dollars ; to be paid to the commissioners of the Cross Roads of Charleston Neck, for the use of the said roads. *Information of unlawful assemblies to be given to the commanding officer.*

XVII. *And be it further enacted* by the authority aforesaid, That if any person or persons shall commence an action against any patrol or patrolman, for any trespass by him committed in carrying into execution the provisions of this Act, and at the trial thereof shall fail to recover any damage, he, she or they shall be liable and adjudged to pay to the party so sued treble costs. *Persons prosecuting and failing, to pay treble costs.*

XVIII. *And be it enacted* by the authority aforesaid, That all Acts and parts of Acts repugnant to this Act, be, and the same are hereby, repealed. *Repealing clause.*

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and twenty-three, and in the forty-eighth year of the Independence of the United States of America.

JACOB BOND I'ON, *President of the Senate.*

PATRICK NOBLE, *Speaker of the House of Representatives.*

---

AN ACT TO REQUIRE THE OFFICERS OF EACH BRIGADE OF MILITIA TO ASSEMBLE IN BRIGADE ENCAMPMENTS ; AND FOR OTHER PURPOSES. No. 2318.

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, it shall be the duty of all the commissioned officers of the several different brigades throughout this State, under the rank of brigadier, to assemble in some central and proper place, within their respective brigades, in full uniform, and equipt with a musket, bayonet, cartouch-box and twenty-four cartridges, at least once in two years, and there be kept on duty and in the practice of the manual exercise for a time not exceeding six days nor less than three days,

Digitized by Google

Pl.0659

STATUTES AT LARGE

*Acts relating to the Militia.*

as the major-general of each division may think fit and proper; and it shall be the duty of the several brigadier-generals to attend the officers so assembled within their respective brigades, and to lead, train, discipline and manœuvre the said officers, according to the system of Scott, or any other system which may be adopted by Congress; and it shall be the duty of the adjutant-general and brigade-majors, within their respective brigades, to attend such musters, and be subject to orders as on reviews; and it shall also be the duty of the major-generals, within their respective divisions, to attend at the said musters. Which said musters of the officers, as aforesaid, shall be ordered by the Governor and Commander-in-chief, and at such times as he shall deem fit and proper, for the purposes intended by this Act. And in case any of the officers required by this Act to attend the musters aforesaid, shall fail or neglect so to attend, the said officers, respectively, so failing or neglecting, shall be subject to the fines and forfeitures following, that is to say: a major-general shall be fined in the sum of sixty dollars; a brigadier-general in the sum of fifty dollars; a colonel in the sum of forty dollars; a major in the sum of thirty dollars; a captain, lieutenant or ensign, in the sum of twenty dollars; and that such defaultor or defaulters shall be tried in the same manner as is now directed by the militia laws of this State, and the fines applied to the use of the brigade in which such fines and forfeitures have accrued.

II. *Be it further enacted,* That if any beat company of militia neglect or refuse, for three months, to elect officers to command said company, it shall be the duty of the colonel, lieutenant-colonel or major commanding the regiment or battalion to which the said company may belong, to divide the said company, and attach it to the nearest beat companies thereto, until the said company shall elect officers to command the same, and those composing such company are hereby required to do duty in the beat company to which they shall be attached.

III. *And be it enacted,* That the officers commanding the 2d company of the 2d battalion of the 19th regiment of South Carolina militia, shall hereafter hold their company musters at Brown's Tavern, in St. John's parish, Berkley.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and twenty-three, and in the forty-eighth year of the Independence of the United States of America.

JACOB BOND I'ON, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

---

No. 2341. AN ACT TO REPEAL THE FIRST SECTION OF AN ACT ENTITLED "AN ACT TO REQUIRE THE OFFICERS OF EACH BRIGADE OF MILITIA TO ASSEMBLE IN BRIGADE ENCAMPMENTS, AND FOR OTHER PURPOSES;" PASSED THE TWENTIETH DAY OF DECEMBER, 1823; AND FOR OTHER PURPOSES.

WHEREAS, by the first section of an Act of Assembly, passed on the twentieth day of December, in the year of our Lord one thousand eight

Digitized by Google

Pl.0660

*Acts relating to the Militia.*    A.D.1824.

hundred and twenty-three, all the commissioned officers in each brigade of militia in this State were required to meet and assemble at some central and proper place within their respective brigades, in full uniform, and equipt as therein directed, at least once in two years, and there to be kept in the practice of military exercises for a time therein specified. And *whereas*, the said law has not only effected no beneficial purpose, but is inconvenient, oppressive and burthensome to the officers of the militia of this State:

I. *Be it therefore enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the first section of an Act entitled "An Act to require the officers of each brigade of militia to assemble in brigade encampments, and for other purposes," be, and the same is hereby, repealed.

II. *And be it further enacted* by the authority aforesaid, That the Beaufort volunteer company of artillery be, and the same are hereby, exempted from attending any regimental reviews; *provided*, the said company, in addition to the days and times now required by law, do, on the days and times when the regiment to which the said company is now attached shall parade for review and exercise, also assemble at the usual muster ground of said company, for drill, exercise and instruction; and *provided, also*, that the members of said company shall at no time exceed sixty-four men, rank and file.

III. *And be it further enacted* by the authority aforesaid, That the fifth section of an Act passed on the twenty-first day of December, in the year of our Lord 1822, entitled "An Act to consolidate and equalize certain beat companies; to authorize the sale of small arms, and the inspection of muskets made by Adam Carruth, preparatory to their being purchased," be, and the same is hereby, repealed.

IV. *And be it further enacted* by the authority aforesaid, That all that part of the Charleston Neck company which lies on the east side of King street, up to the cross roads, and thence on the east side of the main road to the quarter house, be and constitute one company; and that part of said company which lies on the west side of said line, be and constitute another company; both of which companies shall continue attached to the sixteenth regiment.

V. *Be it further enacted* by the authority aforesaid, That the commissioned officers of the Charleston Neck company may select in which of the companies hereby created they will hold their commissions, and they shall, respectively, hold and be confirmed in the rank and office which they now hold; and it shall be the duty of the colonel or commanding officer of the 16th regiment, as soon hereafter as may be practicable, to order an election for officers in the other company.

In the Senate House, the seventeenth day of December, in the year of our Lord one thousand eight hundred and twenty-four, and in the forty-ninth year of the Independence of the United States of America.

JACOB BOND I'ON, *President of the Senate.*
JNO. B. O'NEALL, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0661

552                        STATUTES AT LARGE

A. D. 1827.

No. 2406. AN ACT TO ALTER AND DEFINE THE LINE BETWEEN THE 34TH AND
35TH REGIMENTS OF THE SOUTH CAROLINA MILITIA; AND FOR OTHER
PURPOSES.

I. *Be it enacted,* by the Honorable the Senate and House of Representa-
tives, now met and sitting in General Assembly, and by the authority of
the same, That the following shall hereafter be the boundary between the
34th and 35th regiments of the South Carolina militia, that is to say: the
line shall commence on Pacolet river, opposite Sandy Run; thence down
said river to Thomas Taylor's; thence to William Huckby's, son of Ro-
bert Huckby; thence down the old regimental line to Broad river, near
the mouth of Thicketty creek; thence up said Thicketty creek to John
Jeffers's ford, on the said Thicketty creek; thence along the main road, by
Hancocksville, to the Grindal Shoals, on Pacolet river; and that the persons
liable to perform militia duty, residing within the aforesaid limits, be
formed into a beat company, be, and the same is hereby, attached to the
thirty-fifth regiment.

II. *And be it further enacted,* That the lower battalion of the seventh
or Glascock's regiment, shall be divided into five beat companies, instead
of four, as heretofore: and that Col. Thomas Glascock, Lieut. Col. John
Marsh, and Major Andrew P. Jones, are hereby appointed commissioners
to make such division; the said commissioners to report to the brigadier-
general the division so made, and on his approval of the same, the proper
officer shall forthwith order an election of officers for the additional beat
company hereby authorized to be laid off; *provided,* that no officer in
command shall thereby have his commission vacated.

In the Senate House, the twenty-fourth day of November, in the year of our Lord one
thousand eight hundred and twenty-seven, and in the fifty-second year of the Inde-
pendence of the United States of America.

JACOB BOND I'ON, *President of the Senate.*
JNO. B. O'NEALL, *Speaker of the House of Representatives.*

———
.

No. 2410. AN ACT TO ENLARGE THE RECRUITING LIMITS OF THE WINNSBOROUGH
LIGHT INFANTRY VOLUNTEER COMPANY.

I. *Be it enacted,* by the Honorable the Senate and House of Representa-
tives, now met and sitting in General Assembly, and by the authority of
the same, That hereafter it shall and may be lawful for any person residing
within Fairfield district, and liable to do militia duty, to join and become a
member of the Winsborough Light Infantry Volunteer Company, in the
same manner as such person would be entitled to do, were he a resident of
that regiment to which said company is attached.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand
eight hundred and twenty-seven, and in the fifty-second year of the Indepen-
dence of the United States of America.

JACOB BOND I'ON, *President of the Senate.*
JNO. B. O'NEALL, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0662

*Acts relating to the Militia.*

A.D. 1828.

AN ACT TO REGULATE THE ELECTION OF CAVALRY AND ARTILLERY OFFICERS THROUGHOUT THIS STATE.

No. 2450.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That whenever any vacancy shall take place in the commission of lieutenant-colonel of cavalry or artillery, the major then in commission in the same regiment, shall be immediately commissioned lieutenant-colonel.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and twenty-eight, and in the fifty-third year of the Independence of the United States of America.

H. DEAS, *President of the Senate.*

B. F. DUNKIN, *Speaker of the House of Representatives.*

———

AN ACT TO REGULATE THE COLLECTION OF MILITARY FINES; AND FOR OTHER PURPOSES.

No. 2479.

I. *Be it enacted,* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That all fines hereafter imposed on any commissioned officers for neglect of military duty in any battalion, regiment or brigade, shall be collected by the sheriff of the judicial district in which such delinquent may reside, and for the performance of this duty the sheriff shall receive twenty-five per cent. on all monies so collected; except in the parishes of St. Philip and St. Michael, where fines shall be collected as heretofore; the collector of fines in which place shall be entitled to the like compensation as is herein provided for the sheriff.

II. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the officer ordering any courts martial, to furnish the sheriff, within fifteen days after any fine has been imposed on any commissioned officer, with executions against such delinquents; and the said sheriff, within thirty days after receiving such executions, shall notify each delinquent of the amount of his fine, and to require payment thereof; and if the said delinquent shall neglect or refuse to pay the same within fifteen days after such notification, the said sheriff shall proceed on this execution, and shall arrest the body of the said delinquent for the satisfaction of the said fine, unless the said delinquent shall point out sufficient property whereof to levy and satisfy such fine so imposed as aforesaid.

III. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the several tax collectors in this State, at the request of any militia officer, to furnish such officer with the amount of the last general tax of any defaulter liable to be fined as aforesaid; but nothing in this Act shall be construed to deny the right of appeal to any officer who may conceive himself aggrieved by the sentence of any court-martial.

VOL. VIII.—70.

Digitized by Google

Pl.0663

554           STATUTES AT LARGE

A.D. 1829.

*Acts relating to the Militia.*

IV. *And be it further enacted* by the authority aforesaid, That the sheriff with whom any such execution shall be lodged, shall be bound to execute and return the same to the paymaster of the regiment, within three months from the time of the lodgment thereof, and on default, he shall pay the sum of fifty dollars, to be recovered by summary process, in the name of the State of South Carolina ; one half of which shall be paid to the informer, and the other half to the use of the regiment.

V. *And be it further enacted* by the authority aforesaid, That it shall be the duty of the sheriff within ten days after demand, to pay over all monies collected by him, pursuant to this Act ; and, in default thereof, an action may be brought against him, in the name of the regimental paymaster, and the amount so collected, recovered against him, with interest at the rate of six per cent. for each month, from the time of demand.

VI. *And be it further enacted,* That if any member of the magazine guard, at Laurel Island, on Charleston Neck, or of the guard to be hereafter, or at this session, established at Georgetown, shall be hereafter intoxicated, or disorderly or disobedient to lawful orders, he may be arrested and confined, by order of the commanding officer of said guard.

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and twenty-nine, and in the fifty-fourth year of the Independence of the United States of America.

    HENRY DEAS, *President of the Senate.*
    BENJ. F. DUNKIN, *Speaker of the House of Representatives.*

----

No. 2487. AN ACT TO PROVIDE FOR THE DIVISION OF BEAT COMPANY NUMBER SEVEN, OF THE 15TH REGIMENT OF SOUTH CAROLINA MILITIA.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, That beat company number seven, of the fifteenth regiment of South Carolina militia, now commanded by captain Jacob Kitchen, shall, as soon hereafter as practicable, be divided into two companies, and that Richard Jones, Esq., John Horsey, Jacob Kitching, John Quattlebaum, and George Sawyer, be appointed commissioners to divide the same.

II. The said commissioners, or a majority of them, shall, as soon as may be practicable, meet and make such division, and shall return, in writing, to the colonel of the regiment, a report of such division, and the limits apportioned to each beat company ; and the colonel shall cause the same to be entered in the books of the regiment.

III. The officers now holding commissions in said beat company, shall be entitled to hold the same in the company, within the limits of which they may, respectively, fall.

IV. The colonel shall, as soon as the said limits are fixed, order elections to fill up the vacancies that may exist in said companies, respectively.

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and twenty-nine, and in the fifty-fourth year of the Independence of the United States of America.

    HENRY DEAS, *President of the Senate.*
    BENJ. F. DUNKIN, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0664

OF SOUTH CAROLINA.     555

*Acts relating to the Militia.*

A. D. 1830.

AN ACT to consolidate the two Beat Companies of Georgetown. No. 2488.

I. *Be it enacted*, by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, the two beat companies of the lower battalion, thirty-first regiment, heretofore known as the upper and lower beats of Georgetown, be, and the same are hereby, consolidated, so as to constitute hereafter but one beat instead of two.

II. *And be it further enacted* by the authority aforesaid, That the officer now in command of the said lower battalion, thirty-first regiment, be, and he is hereby, authorized and directed to carry into effect the provisions of this Act, and forthwith to order the necessary elections, and cause to be filled the offices of the said company, whereupon he shall report his proceedings to the colonel of his regiment.

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and twenty-nine, and in the fifty-fourth year of the Independence of the United States of America.

HENRY DEAS, *President of the Senate.*
BENJ. F. DUNKIN, *Speaker of the House of Representatives.*

———

AN ACT to change the place of Company Muster in St. James Santee. No. 2504.

I. *Be it enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, the beat company of militia in the parish of St. James Santee, shall cease to be mustered at the head of Wigfall's or Cordes's causeway, as they heretofore have been, and that the head of Palmer's causeway shall be, and is hereby, fixed and established as the muster ground of the said beat company.

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and thirty, and in the fifty-fifth year of the Independence of the United States of America.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0665

556 STATUTES AT LARGE.

*Acts relating to the Militia.*

No. 2506. AN ACT TO ESTABLISH THE DIVIDING LINE BETWEEN THE 26TH AND 27TH REGIMENTS OF MILITIA; AND TO LAY OFF A NEW BEAT COMPANY AT AND AROUND SUMTERVILLE.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly; and by the authority of the same, That the boundary line which divides the 26th and 27th regiments of South Carolina militia from each other, shall be, and the same is hereby, altered, defined and established, to run as follows, that is to say: beginning at M'Clure's old field, on the Saluda road, near the village of Chester; running thence in a direct line to the spring east of the said village; thence along the meanders of the branch from the said spring until it intersects the Charleston road; and thence along the said road as heretofore.

II. *Be it further enacted* by the authority aforesaid, That a new beat company of militia be formed and established in and around the village of Sumterville, by uniting portions of the two beat companies commanded by captain William N. Harvin and captain James A. Vaughan, in manner and form following, that is to say: captain Harvin's beat shall be divided by a line beginning at the mouth of Cow-pen branch, near Thomas J. Wilder's plantation; thence upward along said branch to its source; thence directly to the head of Camp branch; thence along the meanders of the same to its juncture with Black river; and that captain James A. Vaughan's beat shall be divided by a line beginning at Mr. Charles Spann's mill; thence along the road to John Knox's; thence along the Stateburg road to Green swamp; and that the contiguous portions of the said beat companies, so abstracted and divided off by the said lines, form and be constituted a separate beat; *provided,* that the companies hereby directed to be divided, shall not be reduced by such division below the number directed by law to constitute a company.

III. *And be it further enacted,* That the beat hereby directed to be formed and established, shall be attached to, and form a part of the lower battalion of the 20th regiment, and that the officer whose duty it may be, shall forthwith issue the necessary orders for the election of company officers in the said new beat.

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and thirty, and in the fifty-fifth year of the American Independence.

H. DEAS, *President of the Senate.*

H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0666

AN ACT TO CONFORM THE MILITARY WITH THE JUDICIAL DIVISIONS No. 2510.
OF PENDLETON DISTRICT; AND FOR OTHER PURPOSES.

I. *Be it enacted* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the first day of March next, the 4th and 42d regiments of militia, shall be included in the district of Anderson; and that the 2d and 5th regiments of militia, shall be included in the District of Pickens.

*Division of militia.*

II. That the fifth street in the village of Anderson, be the line between the 4th and 42d regiments, continuing from the east end thereof to a point on Saluda river, within one mile of Wilson's Ferry, above ; and from the west end of said street, to a point on Senaca river, between Mrs. Sloan's Ferry, and two miles above the mouth of said river. The said lines to be run by a person to be nominated by the Colonels of those regiments, and the expense to be defrayed out of fines collected from defaulters in said regiments, each contributing equally.

*Dividing line.*

III. *And be it further enacted,* That this line dividing the 2d and 5th regiments, shall commence at the point of intersection between the district line of Pickens and Anderson, and the public road leading from the village of Pendleton to Harrison's Ferry on Senaca river ; thence along said road to said ferry ; thence up said river, to the mouth of Toxaway, and up Toxaway to the Three Forks ; and thence up South Fork to the State line.

IV. *And be it further enacted,* That the General's road shall be the dividing line between the two battalions of the 4th regiment ; and that Samuel J. Hammond, Christopher Orr, and Asa Clinkscales, be commissioners in the first battalion ; and that John McFall, jr., Solomon Shelton, and William Houston, be appointed commissioners in the second battalion, to establish the beat company lines and battalion parade grounds in their respective battalions.

*Commissioners to establish dividing lines, &c.*

V. *And be it further enacted,* That Swellen Goode, A. J. Liddell, and Job Rainwater, be appointed commissioners for like purposes, in the battalion in which they reside ; and that James L. McCann, James Mulligan, and Saxon Anderson, be appointed commissioners for like purposes, in the battalion in which they reside ; and that they jointly, form a board of commissioners for the 42d regiment, to determine the grade of battalions, the dividing line of the battalions, and the regimental parade ground.

VI. *And be it further enacted,* That Samuel Reid, William Duff, and Michael Edmonston, be appointed commissioners for like purposes, in the battalion in which they reside ; and Samuel C. Reeder Jacob R. Cox, and Obediah Trimmier, be appointed commissioners in the battalion in which they reside, for like purposes, who shall, jointly, determine the grade of the battalions, the battalion line, and the regimental parade ground for the second regiment ; and that Samuel Gassaway, John Bowen, jr., and James Hendrix, be appointed commissioners for like purposes, in the battalion in which they reside ; and John Hunter, Nathaniel Lynch, and William Sutherland, be appointed commissioners for similar purposes, in the battalion in which they reside, who shall also, jointly, determine the grade of the two battalions, the battalion line, and regimental parade ground for the fifth regiment.

*Commissioners for like purposes.*

VII. *And be it further enacted,* That the foregoing changes shall not

Digitized by Google

Pl.0667

STATUTES AT LARGE

A.D.1830.   *Acts relating to the Militia.*

occasion any forfeiture of commission or rank, either in regimental, battalion, or beat company officers, or any dissolution of any existing uniform corps, but such officers or privates may continue to exercise the duties of their respective commands, or parade with the uniform corps to which they may have been attached, as the case may be.

VIII. *And be it further enacted,* That Jesse W. Norris, A. Rice, Thos. Bunoughs, William Houston, Archibald Simpson, Christopher Orr, Hugh Wilson, Miles J. Hardy, James Pagett, and John T. Broyles, be appointed commissioners of roads and bridges for the fourth regiment; and that Jas. C. Griffin, Wyatt Smith, William Steel, John Harris, jr., Jas. L. M'Cane, William Holcomb, Joseph V. Shanklin, Herbert Hammond, Baylis Wodkins, William McMurry, and Eben Smith, be appointed commissioners of roads, bridges, et cetera, for the forty second regiment; and that William G. Field, Joseph Evetts, Jeptha Norton, jr., Frederick N. Garvin, Stephen C. Reid, Weyman Holland, and John Hunter, be appointed commissioners of roads for the fifth regiment; and that John T. Humphreys, Thomas Fitzgerald, Jesse McKinney, Samuel C. Reeder, Samuel Kirksey, John E. Calhoun, and Joseph Grisham, be appointed commissioners of roads for the second regiment, vested with the same powers, and subject to the same penalties as now by law provided.

IX. *And be it further enacted,* That the boards of the fourth and forty-second regiments, shall form a general board for Anderson district; and the said boards for the fifth and second regiments, shall form a general board for Pickens districts; each to meet on the first Monday in January next, at their respective court houses, and annually, thereafter, to transact such business as is now required of such general board by law; and it shall be the duty of the tax collector for Pendleton district, to collect such assessments as he may be required by each of these boards, from the tax-paying inhabitants in Anderson and Pickens, respectively. And it shall be the duty of the treasurer for the general board for Pendleton, to exhibit a fair account, current, to each of the general boards for Anderson and Pickens, the balance of funds on hand, or amount, if deficient, to be received or contributed in equal proportion by each of the general boards aforesaid, as the case may be; and all appeals now pending, or other unfinished business before the general board, to be transferred to that board to which it properly belongs, by the said treasurer.

X. *And be it further enacted,* That Robert Anderson, Thos. W. Sloan, Benjamin D. Dupree, Bailey Barton, James Osborne, David Hendricks, and David McKinney, shall constitute a board of commissioners of free schools for Pickens District; and that Levi Garrison, Jesse W. Norris, Christopher Orr, J. D. Gaillard, J. L. McCann, Garrison Lynn, and A. Evans, shall constitute a board of commissioners of free schools for Anderson district, shall meet at their respective court houses on the first monday in February next, for the purpose of organizing their boards, locating schools, and transacting such duties as are now required of boards of commissioners by law; meeting quarterly and annually thereafter, on such days as are now provided. And it shall be the duty of the present board of commissioners of free schools for Pendleton, on the fourth Monday in January next, only to examine the reports of teachers, and ascertain the amounts due to each, and draw their order therefor on the treasurer of the Upper Division, in conformity with existing laws; and bring to a close, as far as practicable, all engagements with their teachers, from and after which day, the said board is hereby, dissolved; *nevertheless,* it shall be

*(margin notes:)* Commissioners of roads, &c.

General board of commission-ers.

Commissioners of free schools.

Digitized by Google

Pl.0668

OF SOUTH CAROLINA.                    559

*Acts relating to the Militia.*

their duty to transfer to each of the new boards, respectively, such business as may not be closed.

XI. *And be it further enacted,* That the balance of appropriation, as well as all future appropriations to which Pendleton District may be entitled by laws now of force, be, and the same shall hereafter be, divided between the districts of Anderson and Pickens, in equal shares, one moiety to each, and no more; liable to be drawn from the treasury, as is now provided for the other boards of free schools. And it shall be the duty of the treasurer of the upper division, after the payment of said order from the board for Pendleton District, to open an account, current, with Pickens and Anderson, in conformity with the provisions. {Division of appropriation.}

XII. *And be it further enacted,* That in the event of the neglect or refusal of any one or more of the commissioners, appointed to adjust and reestablish the lines of beat companies, etcetera, such vacancy or vacancies, may be filled by the Pendleton delegation. {To fill vacancies.}

XIII. *And be it further enacted,* That from and after the passing of this Act, Anderson district shall be entitled to fifteen justices of quorum, and twenty justices of the peace, and no more; and that Pickens district shall be entitled to twelve justices of the quorum, and fifteen justices of the peace, and no more; each inclusive of those now in office. {Number of justices of peace and quorum.}

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and thirty, and in the fifty-fifth year of the Independence of the United States of America.

H. DEAS, *President of the Senate.*

H. L. PINCKNEY, *Speaker of the House of Representatives.*

———

AN ACT TO FORM A SQUADRON OF CAVALRY IN THE EIGHTH BRIGADE. No. 2511.

I. *Be it enacted,* by the Senate and House of Representatives, That the All Saints Light Dragoons, the Winyaw Hussars, and the Marion Troop, three troops of Cavalry belonging to the Eighth Brigade of the Militia of this State, be formed into a Squadron, under the command of a field officer, with the rank of Major, who shall be elected by the members of the said corps; and that the brigadier-general of the said brigade, be authorized to order an election for such officer.

In the Senate House, the eighteenth day of December, in the year of our Lord one thousand eight hundred and thirty, and in the fifty-fifth year of the Independence of the United States of America.

H. DEAS, *President of the Senate.*

H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0669

560                    STATUTES AT LARGE

*Acts relating to the Militia.*

No. 2523.  AN ACT TO AUTHORIZE THE FORMATION OF A MOUNTED CORPS IN
                          CHARLESTON.

I. *Be it enacted,* by the Senate and House of Representatives, That
from and after the passing of this Act, it shall and may be lawful to and
for such persons, not exceeding one hundred in number, as reside in the
city or district of Charleston, who are exempt from ordinary militia duty,
to form themselves into a military corps of mounted men, under the name
of "The Charleston Horse Guards," to be equipped in such manner as
the Governor shall direct or approve.

II. That the said corps shall be entitled to the usual number of officers,
and are hereby, authorized to regulate the election and removal of said
officers as they see fit.

III. That when the said corps shall be organized in such manner as the
Governor shall approve, the Governor is hereby, authorized and required
to, commission the officers to be elected by them.

IV. That it shall be the duty of the said corps in times of alarm, to
perform such service as shall be prescribed and directed by the command-
ing officer of the militia in Charleston, on pain of incurring like penalties
as the other militia of the State.

V. That a list of the persons who may be enrolled in the said corps, duly
certified by the captain, shall be furnished to the captains of the several
beat companies in which they reside; and said persons while they continue
members of the Horse Guards, shall not be liable to do duty in said beats.

In the Senate House, the seventeenth day of December, in the year of our Lord one
  thousand eight hundred and thirty-one, and in the forty-sixth year of the In-
  dependence of the United States of America.

        H. DEAS, *President of the Senate.*

        H. L. PINCKNEY, *Speaker of the House of Representatives.*

----

No. 2525.  AN ACT TO DEFINE THE RECRUITING LIMITS OF THE FAIRFIELD
                       GRENADIER COMPANY.

I. *Be it enacted,* by the Honorable the Senate and House of Representa-
tives, now met and sitting in General Assembly, and by the authority of
the same, That hereafter, it shall be lawful for any person residing within
the districts of Fairfield and Chester, and liable to do militia duty, to join
and become a member of the Fairfield Grenadier Company, in the same
manner as such person would be entitled to do, were he a resident of that
regiment to which said company is attached.

In the Senate House, the seventeenth day of December, in the year of our Lord one
  thousand eight hundred and thirty-one, and in the fifty-sixth year of the Inde-
  pendence of the United States of America.

        H. DEAS, *President of the Senate.*

        H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0670

OF SOUTH CAROLINA. 561

*Acts relating to the Militia.*

A. D. 1831.

AN ACT TO LAY OFF AND ESTABLISH A NEW BEAT COMPANY IN THE   No. 2529.
SEVENTH REGIMENT OF SOUTH CAROLINA MILITIA.

I. *Be it enacted*, by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That a new beat company be formed and established, in and around the Town of Edgefield, by uniting portions of Bland's and the Horn's Creek Beat Companies, by lines running in the following manner, that is to say :— beginning at the head of Log Creek, and running down and along the meanders of the said creek to the dividing line between the seventh, (Col. Bacon's,) and ninth, (Col. Tompkins's,) regiments; thence along said regimental line, to its intersection with the old Long Cane road, near the residence of James Griffin ; thence down said road to the two mile stone, on the road leading from Edgefield Court House to the Pine House; thence a direct line to the head of Log Creek, the beginning ; and that the portions of said two beat companies included within the said lines, form and be constituted a separate beat.

II. *And be it further enacted*, That the beat hereby directed to be form ed and established, shall be attached to and form a part of the upper battalion of the seventh regiment ; and that the officer whose duty it may be, shall immediately issue the necessary orders for the election of company officers in the said new beat.

In the Senate House, the seventeenth day of December, in the year of our Lord one thousand eight hundred and thirty-one, and in the fifty-sixth year of the Independence of the United States of America.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*

———

AN ACT TO ENABLE OFFICERS OF THE MILITIA TO RESIDE, IN CERTAIN   No. 2541.
CASES, OUT OF THEIR COMMANDS.

I. *Be it enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That in all cases where the dividing line between any regiments in this State shall pass through any town or village, it shall be lawful for any person holding a commission in either regiment, to reside any where within the limits of said town or village, without a forfeiture of his commission.

In the Senate House, the seventeenth day of December, in the year of our Lord one thousand eight hundred and thirty-one, and in the fifty-sixth year of the Independence of the United States of America.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*
VOL. VIII.—71.

Digitized by Google

Pl.0671

562

A.D. 1832.

*Acts relating to the Militia.*

No. 2560.   AN ACT FURTHER TO ALTER AND AMEND THE MILITIA LAWS OF THIS STATE.

**Governor may call out troops.**

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That in case the Government of the United States, or any officer thereof, shall, by the employment of naval or military force, attempt to coerce the State of South Carolina into submission to the Acts of Congress, declared and ordained to be null and void and no law, in a convention of the people of the State of South Carolina, on the twenty-fourth day of November, in the year of our Lord one thousand eight hundred and thirty-two, or to resist the enforcement of an ordinance adopted by the convention aforesaid, or the laws passed in pursuance thereof, or in case of any armed or forcible resistance thereto, the Governor is hereby authorized and empowered to resist the same; and in order to render such resistance effectual, he is hereby authorized and empowered to order into service the whole military force of this State, or so much thereof as he may, from time to time, deem necessary and proper.

**Calling out troops for defence.**

II. In case of any overt act of coercion, or an intention on the part of the Government of the United States, or any officer thereof, to commit such an act, manifested by an unusual assemblage of naval or military forces, in or near this State, or the occurrence of any circumstances indicating the probability that armed force is about to be employed against this State, or in resistance to its laws, the Governor be, and he is hereby, authorized to call into the service of this State, from time to time, such portion of the militia as may be required to meet the emergency.

**Infantry and rifle companies, what number to consist of.**

III. Each company of infantry called into the service, shall consist of sixty privates, five sergeants and six corporals, to be officered by one captain, one first and second lieutenant and ensign; and each company of infantry or riflemen, shall consist of not less than forty privates, and the requisite number of non-commissioned and commissioned officers.

**Regiment of infantry, what to consist of.**

IV. Each regiment of infantry called into service as aforesaid, shall consist of eight companies of infantry, and two companies of light infantry or riflemen, to be commanded by one colonel, one lieutenant-colonel and one major, to be selected by the commander-in-chief from amongst the officers of their respective grades in commission at the time, in the brigade or division out of which such regiment shall be raised; and each colonel commanding a regiment of volunteers or militia, shall appoint his regimental staff, subject to the approval of the brigadier-general.

**Volunteer companies to be raised.**

V. The Governor is hereby authorized, out of the several brigades or divisions of the State, to permit volunteer companies, troops, battalions, squadrons, and regiments of infantry, artillery, cavalry, light infantry, and riflemen, to be raised; and he is hereby authorized to accept the services of volunteers, whether by files, companies or otherwise; and it shall be his duty, whenever in his opinion the public interest shall require it, to cause such volunteers to be organized into companies, troops, battalions, squadrons or regiments, as the case may be, and he may form the same into brigades and divisions; *provided,* no troop or company shall consist of less than forty or more than one hundred effective rank and file, with the proper compliment of non-commissioned and commissioned officers required by law; the field and general officers to be selected by the Governor, from amongst the officers of their respective grades in the brigade or division out of which such regiment or brigade shall be raised; and where any

Digitized by Google

Pl.0672

*Acts relating to the Militia.*    A. D. 1832.

officer already in commission, shall accept a command in any such volunteer corps, he may retain both commissions, and at the end of his term of service as a volunteer, shall be at liberty to resume his rank and command; *provided*, that every volunteer company, troop, battalion, squadron or regiment, which shall offer its services as a whole, shall be received and permitted to retain its own officers.

VI. The officers, non-commissioned officers, and privates of every volunteer company, troop, battalion, squadron or regiment, which may be raised, or whose services may be accepted as aforesaid, shall not be called upon to do militia duty in any other corps; but shall be liable to perform, in their respective volunteer companies, all the duties now required, or which may hereafter be required, of the militia by law; and the officers of such volunteer corps, shall, when acting in conjunction with their corps, rank according to the date of their respective commissions. *Volunteers exempt from ordinary militia duty.*

VII. The volunteers which shall be raised, or whose services shall be accepted as aforesaid, or any portion thereof, may be called out by the Governor in any of the cases above mentioned, or other emergency in which he is authorized by law to call out the militia, and the term of service of the said volunteers, as well as the other militia corps, shall be six months from the day of their being mustered into service, unless sooner discharged; and all free white men above the age of sixteen years, may be accepted as volunteers; and all between the ages of eighteen and forty-five, shall be liable to be called out as is hereinbefore provided for. *Time of service.*

VIII. Whenever any portion of the volunteers or militia aforesaid, shall be required for actual service, they shall, in every respect, be subject to the provisions contained in the second, third, fourth, fifth, sixth, seventh, eighth, ninth, tenth, and eleventh sections of the Act of the General Assembly, ratified on the twenty-fourth day of September, eighteen hundred and thirteen, entitled "An Act to alter and amend the militia laws of this State." *Regulations for militia and volunteers.*

IX. The Governor shall be, and he is hereby, authorized to order out any portion of the volunteers and militia of this State for review, inspection, and military instruction, as often as, in his opinion, the public service may require; *provided*, that when so ordered out, they shall not be kept longer in the field than twelve hours at any one time; and every officer, non-commissioned officer and private, shall be liable to the same fines and other penalties for non-attendance, or disobedience of orders while under arms, as are now imposed by law for non-attendance or disobedience of orders at regimental musters; the same to be imposed, collected and appropriated as now provided for by law in relation to regimental musters. *Governor to order out troops for instruction.*

X. The Governor is hereby authorized and empowered to purchase, for the use of the State, as he may judge necessary, from time to time, ten thousand stand of small arms, and the necessary accoutrements, the requisite quantity of cannon balls, powder, lead, and other munitions, such ordinance as he may deem advisable, and to repair and mount such ordinance now belonging to this State, as may be worth the expense. And the Governor also shall be, and he is hereby, authorized to appoint, from time to time, such assistant staff officers of the grades now established by law, as may be necessary for the purpose of carrying this Act into complete effect; and he is also authorized to appoint additional aids-de-camp, whenever, in his opinion, the public service may require it; *provided*, that such appointments shall not continue in force longer than two years after the passage of this Act. *Authorizing the purchase of arms.*

Digitized by Google

Pl.0673

564 STATUTES AT LARGE.

A.D.1832.

*Acts relating to the Militia.*

XI. The Governor shall have power, and it is hereby declared to be his duty, in all cases of insurrection or invasion, or eminent danger thereof, and in cases where the laws of this State shall be opposed, and the execution thereof forcibly obstructed, by combinations too powerful to be suppressed by the power vested in the sheriffs or other civil officers of the State who may be charged with the execution of the said laws, to call forth such portions of the militia and volunteers aforesaid, as may be necessary promptly to suppress such combinations, and to cause the laws of the State to be duly executed.

*In case of inability in the civil authority, the military to be called out.*

XII. And if any person or persons whosoever shall be sued, impleaded, molested or prosecuted, for any matter, cause or thing, done or executed, or caused to be done or executed, by virtue of or in pursuance of this Act, all and every such person shall and may plead the general issue, and give this Act and the special matter in evidence; in case the plaintiff should suffer a discontinuance, enter a *nolle prosequi*, suffer a non-suit, or if a verdict or judgment shall pass against him, he shall pay to every defendant that shall be acquitted, or for whom judgment shall pass, his full double costs of suit.

*This Act to be given in evidence.*

XIII. The laws now of force prohibiting the reduction of beat companies below the number of thirty men, or the raising a greater portion of certain descriptions of troops than are now authorized within the limits of each military division, be, and the same are hereby, suspended, so far as the operation of this Act is concerned; and this Act shall continue of force, unless sooner repealed, for two years from the passing thereof, and no longer. The abstract of infantry tactics for the use of the militia of the United States, published by the department of war, under the authority of the Act of Congress, of the second of March, eighteen hundred and twenty-nine, shall, hereafter, be observed in the instruction and exercise of infantry within this State; and the exercise and manœuvres of light infantry and riflemen, annexed to said abstract, shall, in like manner, be observed in the instruction and exercise of light infantay and riflemen; and the system of exercise and instruction of field artillery, including manœuvres for light or horse artillery, shall likewise be observed by the artillery within this State; and the officers of infantry, cavalry and artillery, respectively, shall be furnished with a copy thereof by the Governor; and every officer shall be required, on the vacation of his commission, to deliver over to his successor the said book, or pay to said successor three dollars, to be by him recovered before any magistrate, and applied by said successor to the purchase of another and similar book.

*The law prohibiting the reduction of beat companies, suspended.*

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-two, and fifty-seventh of the Independence of the United States of America.

H. DEAS, *President of the Senate.*

H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0674

OF SOUTH CAROLINA. 565

*Acts relating to the Militia.*

A. D. 1832.

AN ACT TO REGULATE THE MILITIA OF THE PARISHES OF ST. PHILIP No. 2561.
AND ST. MICHAEL; AND FOR OTHER PURPOSES.

WHEREAS, from the location of the regiments and corps composing the militia of the parishes of St. Philip and St. Michael, they can be conveniently assembled as a body, for inspection, exercise and review, to their manifest advantage in point of discipline and efficiency:

I. *Be it therefore enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, it shall and may be lawful for the brigadier-general, or officer commanding the fourth brigade, in the second division of the militia of this State, to order the several regiments and corps composing the militia of the said parishes, to parade for inspection, exercise and review, twice in each and every year; parades for such purpose to be enumerated as a part of the six company parades now annually required by law. *Reviews for St. Philip and St. Michael.*

II. *Be it further enacted* by the authority aforesaid, That the brigadier general of the said brigade be, and he is hereby, constituted a member of the presiding officer of the board of field officers residing in said parishes, empowered by the Act of 1809 to purchase a parade ground for the use of the militia of the said parishes. *Parade ground.*

III. *And be it further enacted* by the authority aforesaid, That the brigadier-general of the said brigade be, and he is hereby, authorized and required to appoint a collector of the militia fines for the said parishes, whose duty it shall be to collect all fines now imposed, or hereafter to be imposed, for neglect of militia duty, in the militia of said parishes; and who shall be clothed with the same authority and powers as are now vested by law in the collectors of militia fines throughout the State; and who shall receive, as a compensation for his services, a sum not exceeding twenty-five per cent. on all monies collected, together with the usual fees allowed to magistrates and constables, to be collected from the parties, if able to pay, in all cases where executions shall be issued. *Collection of fines for those parishes.*

IV. *And be it further enacted* by the authority aforesaid, That the fines so collected shall form a common fund for the militia of said parishes, to defray the expenses incident to their company and other parades, and in general, to be appropriated to their use, and disbursed under the direction of the board of officers aforesaid, composed of the brigadier-general and field officers residing within the said parishes. *Fines, how appropriated.*

V. And *whereas*, some difficulty has arisen in relation to courts martial ordered to be held on the commissioned officers, non-commissioned officers and privates, who may compose the fire guard of the city of Charleston, for default of duty and other military offences; for remedy whereof, *Be it further enacted* by the authority aforesaid, That from and after the passing of this Act, the brigadier-general of the fourth brigade, or in his absence from the parishes of St. Philip and St. Michael, the senior officer of the militia of said parishes, shall have full power and authority to order courts martial on all officers, non-commissioned officers and privates, composing the aforesaid fire guard, who shall fail to attend in case of alarm from fire, and when ordered to mount guard, and for relief of the same, and for other military offences, at such times and in such manner as may be deemed fit and proper; and that the proceedings of such courts martial shall be approved or disapproved of by the officer so ordering the same. *Courts-martial for fire-guard.*

Digitized by Google

Pl.0675

566

A. D. 1832.

*Acts relating to the Militia.*

VI. *And be it further enacted* by the authority aforesaid, That all Acts and parts of Acts repugnant to this Act, be, and the same are hereby, repealed.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-two, and in the fifty-seventh year of the Sovereignty and Independence of the United States of America.

H. DEAS, *President of the Senate.*

H. L. PINCKNEY, *Speaker of the House of Representatives.*

———

No. 2565. AN ACT TO EMPOWER THE COMMISSIONERS OF CROSS ROADS, FOR CHARLESTON NECK, TO APPOINT A COLLECTOR OF PATROL FINES.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That so much of the Act of General Assembly, ratified the twentieth day of December, one thousand eight hundred and twenty-three, as appoints the collector of the regiment to collect the fines and penalties imposed for neglect or default in the performance of patrol duty, on Charleston Neck, be, and the same are hereby, repealed ; and that the commissioners of cross roads for Charleston Neck, be, and are hereby, empowered to appoint a collector, who shall have the same power and authority to collect the fines and penalties imposed for neglect or default in the performance of patrol duty, as by the said Act is vested in the collector of the regiment. And the said commissioners are authorized and empowered to require of the collector to be appointed by them, bond, with sufficient security, for the faithful performance of the duties of his office ; and also to remove said collector from office.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-two, and in the fifty-seventh year of the Independence of the United States of America.

H. DEAS, *President of the Senate.*

H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0676

OF SOUTH CAROLINA. 567

*Acts relating to the Militia.*

A.D. 1832.

AN ACT TO TRANSFER CAPTAIN CLECKLEY'S COMPANY TO THE FOUR- No. 2567.
TEENTH REGIMENT, SOUTH CAROLINA MILITIA ; AND FOR OTHER PUR-
POSES.

I. *Be it enacted*, by the Senate and House of Representatives, That the
company of militia in St. Matthew's parish, now under the command of
captain Cleckley, and known by the name of the Buck-head company, be
transferred from the fifteenth regiment, and attached to and form a part of
the fourteenth regiment of the militia of this State.

II. *And be it further enacted*, That the field officers of the fifteenth regi-
ment of the militia of this State, divide the battalions composing the same,
by substituting Savannahunt, instead of Sandy Run, as the division line
of said battalions, on or before the thirteenth day of January next.

III. *And be it further enacted*, That the dividing line between the first
and second battalions, in the first and second battalions in the fourth regi-
ment, be so altered as to include the dwelling house on the Vercnnes Tract,
within the limits of the first battalion.

In the Senate House, the twentieth day of December, in the year of our Lord one
thousand eight hundred and thirty-two, and in the fifty-seventh year of American
Independence.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*

———

AN ACT PRESCRIBING THE MODE OF ALTERING THE BOUNDARIES OF THE No. 2570.
SEVERAL MILITIA BEATS, BATTALIONS AND REGIMENTS, WITHIN THIS
STATE.

I. *Be it enacted*, by the Senate and House of Representatives, now met
and sitting in General Assembly, and by the authority of the same, That
from and after the passing of this Act, it shall be the duty of each of the
brigadier-generals of this State, to whom representation shall be made of
any gross inequality or manifest inconvenience of boundary, between any
two or more adjoining beats, battalions, or regiments, within his brigade,
to appoint a board of commissioners, consisting of not less than five per-
sons from each of the beats, battalions or regiments, liable to be affected
by their decision, whose duty it shall be to examine fully the complaints or
representations so made as aforesaid, and to make such decision in the
premises, in favor of the existing boundaries, or of such new boundaries,
as to them shall seem proper. And any boundaries of any adjoining beats,
battalions or regiments, adopted by such board of commissioners, when ap-
proved by the brigadier-general, and by him announced in brigade orders,
shall be the boundary of every such beat, battalion or regiment.

In the Senate House, December the twentieth day, in the year of our Lord one thou-
sand eight hundred and thirty-two, and the fifty-seventh of the Independence of
the United States of America.

H. DEAS, *President of the Senate.*
H. L. PINCKNEY, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0677

568 . STATUTES AT LARGE

A.D. 1833.

*Acts relating to the Militia.*

No. 2612. AN ACT TO PROVIDE FOR THE MILITARY ORGANIZATION OF THIS STATE.

**Commissions vacated.**
I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, That from and after the passing of this Act, the commissions of the major-generals, brigadier-generals, and their respective staffs, the adjutant and inspector-general, and deputy adjutant-generals of the militia of this State, are hereby vacated; and the Legislature shall forthwith, by joint ballot of both houses, elect five major-generals, one for each division, and ten brigadier-generals, one for each brigade.

**Officers, how to be elected.**
II. There shall be one adjutant and inspector-general, with the rank of brigadier-general, five assistant adjutants-general, with the rank of colonel, and to each division and brigade the additional staff officers now required by law. The adjutant and inspector-general to be elected by joint ballot of both branches of the Legislature, to continue in office for four years from the date of his commission. The division staff to be appointed by the major-generals, subject (except his aids-de-camp,) to the approval of the commander-in-chief; the brigade staff to be appointed by the brigadier-general, subject, except his aids-de-camp, to the approval of the major-general; and the adjutant and inspector-general shall receive an annual salary of fifteen hundred dollars.

**Companies dissolved.**
III. Each and every volunteer company of light infantry, riflemen, or grenadiers, in existence at the passing of this Act, attached to any regiment or battalion of the militia of this State, except such as are incorporated by Act of the Legislature, shall be dissolved on the first day of March next, and the commissions of their respective officers vacated, and of none effect.

**Beats, how laid off.**
IV. Each brigadier-general, immediately after his election, shall appoint five commissioners in each battalion of his brigade, in which there shall be either more or less than four beat companies, whose duty it shall be to divide said battalions into four beat companies, as nearly as may be, and report the same to the brigadier-general, designating the boundaries and lines of each beat, within two months from the adjournment of the Legislature. Three of said commissioners shall be a quorum to perform said duties; and if either of said commissioners shall wilfully neglect or refuse to perform the duty hereby assigned, he shall, upon conviction on indictment, be fined not less than one hundred dollars.

**Boundaries to be recorded.**
V. Within fifteen days after the report of the commissioners is received, each brigadier-general shall issue an order, defining the boundaries of each beat company, which shall be posted up at two public places, at least, within said beat company, and which shall be recorded in the office of the register of mesne conveyance of the district in which said beat is situated; he shall also order an election and appoint managers to conduct and declare the same, for one captain, two lieutenants, and one ensign, to command said company; for one major to command said battalion, and one colonel to command the regiment; which election shall be held on the eleventh day of April next; elections shall also be held on the same day in each volunteer uniform company, having the full compliment of rank and file required by this Act, and regularly attached to said regiment, for company, battalion and regimental officers. And should any brigadier-general neglect or refuse, or from any cause fail, to have the several battalions of his brigade divided into beats, as herein provided, or to order the election of officers on the eleventh of April next, the commander-in-chief is hereby authorized

Digitized by Google

Pl.0678

*Acts relating to the Militia.*    A.D. 1833.

and required to cause the election of field officers to be advertized and held in every regiment of such brigade, the return to be made to the commander-in-chief; and every colonel so elected, when commissioned, shall forthwith cause each of the battalions in his regiment to be divided into four beat companies, and order elections to be held for company officers in each of such beats.

VI. On the tenth day of April next, the commission of each and every militia officer of this State, except those elected or appointed under this Act, and the aids of the Commander-in-chief, shall be, and the same are hereby declared, vacated and of none effect; *provided*, that every officer who may be elected or appointed under this Act to the same office which he may hold on the said tenth day of April next, shall take rank from the date of his commission so vacated. The Secretary of State shall be allowed one thousand dollars, in lieu of all fees and charges for services, in relation to military commissions for the ensuing year. *Fees for granting commissions.*

VII. From and after the present session of the Legislature, each major-general shall be elected by the commissioned officers of the division in which the vacancy shall occur, from amongst the general, field and staff officers, residing within the said division, of or above the rank of major; and no such officer shall be eligible, unless he has held a commission of or above the rank of captain, for twelve months next preceding the election; and each brigadier-general shall be elected by the commissioned officers of the brigade in which such vacancy shall occur, and by the staff officers residing in the said brigade, from among the officers of the brigade and the staff officers residing in said brigade, of or above the rank of captain; and no officer shall be eligible, unless he has held a commission of or above the rank of captain, for twelve months next preceding the election; *provided*, the ineligibility above specified shall not extend to officers elected or appointed under the provisions of this Act, until the expiration of twelve months from the eleventh day of April next. *Major-generals and brigadier-generals, how elected.*

VIII. From and after the eleventh day of April next, every vacancy in the offices of colonel and major in the line, shall be filled by election, as now prescribed by law; *provided*, that no person shall be eligible to either of said offices, unless he has held a commission in said regiment or battalion at least six months next preceding the election; *provided*, the ineligibility above specified shall not extend to officers elected or appointed under the provisions of this Act, until the expiration of twelve months from the eleventh day of April next; and all vacancies in the offices of the volunteer uniform and battalion beat companies, shall also be filled as now prescribed by law; *provided*, that no person attached to the cavalry, and no person who has not resided in the State at least six months next preceding such elections, shall be allowed to vote at the same. *Colonels and majors.*

IX. Whenever any beat company shall neglect or refuse to elect an officer to fill any vacancy which shall occur in said company, for the space of two months, or where the person elected to fill such vacancy shall refuse to accept, within thirty days from the time of his election, it shall be the duty of the colonel or officer commanding the regiment to which said company belongs, to appoint and commission some fit and proper person, liable to do ordinary militia duty within such beat, to fill such office, who shall discharge the duties thereof for twelve months, unless said office be sooner filled by the election of some person who will accept the same, as provided by this Act; and upon the refusal of any person so appointed to office to *Companies refusing to elect, officers to be appointed.*

VOL. VIII.—72

Digitized by Google

Pl.0679

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16983   Page 161 of 203

A. D. 1833.

*Acts relating to the Militia.*

discharge the duties of said office, he shall pay a fine of twenty dollars, to be imposed by the field officers sitting in court-martial, and collected as other fines hereinafter provided. And it shall be the duty of the colonel or officer commanding the regiment, to appoint and commission, as often as such vacancy shall occur, until the same shall be filled by some person accepting said office; and in every case of refusal to accept, the penalty above mentioned shall be inforced against the person so refusing, in the manner prescribed in the forgoing part of this clause; and each company officer elected and commissioned as provided by this Act, shall, under a penalty of twenty dollars, to be imposed as aforesaid, be compelled to serve at least twelve months, unless he shall be promoted or shall remove from the limits of his command, or in the opinion of the field officers of the regiment, become incompetent to discharge the duties of the same.   *Provided,* that no person accepting a commission under the appointment of the colonel or other officer in command of the regiment, as hereinabove provided for, shall be compelled to uniform himself, or be compelled to discharge the duties of a commissioned officer in said company longer than one year in three.

X. In addition to the oaths now required by law, every officer of the militia hereafter elected, shall, before he enters upon the duties of his office, take and subscribe, before some person authorized by law to administer oaths, the following oath :

Oath.

"I, A B, do solemnly swear, (or affirm, as the case may be,) that I will be faithful, and true allegiance bear to the State of South Carolina.   So help me God."*

Which oath shall be indorsed and certified upon his commission, as hereinafter prescribed.

In case of neglect new elections to be made.

XI. If any person elected or appointed to any military office in this State shall accept the same, and shall neglect or refuse to take the oath of office prescribed by law, within thirty days after his election or appointment, he shall, in addition to the penalties provided by this Act, for refusing to discharge the duties of the office to which he has been elected or appointed, forfeit his commission ; and the officer authorized to commission such person is hereby authorized and required to appoint some suitable person to fill said office, who, upon taking said oath, shall continue to discharge the duties thereof until the same shall be filled by election or appointment, as provided for by this Act. All officers authorized to commission an officer by the provisions of this Act, are hereby authorized to administer the oath of office ; and no person elected or appointed to office under this Act, who shall accept the same, and wilfully neglect or refuse

----

*This clause of the Act, the late court of appeals, composed of three judges, declared unconstitutional and void. *Johnson,* J., holding that the State Constitution, article 4, having prescribed the form of the oath of office, the Legislature had no authority to change, add to or alter it ; and *O'Neall,* J., that the oath is contrary to the Constitution of the State, and inconsistent with the allegiance of the citizen to the Federal Government. *Harper,* J., dissenting, held that it was neither repugnant to the Constitution of the State, nor inconsistent with any obligation of the citizen to the Federal Government. The State *ex relatione* M'Crady vs. Hunt, and M'Daniel vs. M'Meekin ; 2 Hill R., 1, and note by the *Reporter,* at page 2.
See 1st volume, 130, 135, 147, for former Acts requiring oath of allegiance. Mr. attorney-general Smith's argument ; 2 Hill, 96, 110, 111, 112. See, also, the oath required of district officers in the State, in the present volume, at page 384 ; and the oaths required of attorneys and solicitors, chancellors, of magistrates, sheriffs and constables, in relation to the laws against gaming ; of the takers of the census, tax collectors, and electors of president and vice president of the U. S.; oath of commissioners to count the votes for members of Congress, &c., &c.
See amendment of the Constitution of South Carolina, of Dec. 6, 1834.  1 vol., 196.

Digitized by Google

Pl.0680

OF SOUTH CAROLINA.                                571

*Acts relating to the Militia.*                    A. D. 1833.

to take the oath prescribed by law, shall thereafter be eligible to that office.

XII. The officer whose duty it shall be to commission any person elected or appointed to any office in the militia, shall, in each and every case, before issuing a commission to an officer, receive from such officer the above prescribed oath, sworn to as the law directs, certified by the officer before whom the oath was taken : which oath and certificate he shall indorse upon said commission, and certify to be true copies. *Oath certified to.*

XIII. Each regiment of infantry shall consist of two battalions, and each battalion of four beat companies ; and to each regiment there may be attached two light companies and one company of artillery, and no more ; and from and after the eleventh day of April next, the colonel or commanding officer of each regiment in which the number of light companies allowed by this Act, have not been raised, is hereby authorized and required to permit said companies to be raised. *Formation of regiments, &c.*

XIV. No light company shall be inspected and received into any regiment unless it consist of forty rank and file, four officers and four serjeants ; nor shall any such company contain more than one hundred, rank and file ; and should any such company at any time be reduced below the number above required for inspection, the colonel of the regiment to which it is attached, shall give notice to its commanding officer to fill up its ranks ; and unless the said company shall, in six months after the said notice, be filled up to the number above required for inspection, the colonel shall disband it. *Companies to consist of a certain number of men.*

XV. Immediately after the brigadier-general has issued his order defining the boundaries of the beat companies, the light companies specified in the foregoing clauses may be raised, precedence, in all cases, being given to those companies already incorporated by Act of the Legislature. And all such volunteer light companies which are in complete uniform and attached to their proper regiments, on the tenth day of April next, shall hold elections for company, battalion and regimental officers, as provided by this Act. *Companies may be raised.*

XVI. The volunteer light companies to be raised under this Act, shall, when called into service by the authority of this State, go as a whole ; and upon refusal of any such company so to turn out, it shall be disbanded, and the commissions of its officers vacated and of none effect ; and the proper officer shall forthwith permit another company to be organized to supply its place. *Volunteers to turn out as a whole.*

XVII. Artillery companies, troops, squadrons and regiments of cavalry, which were organized according to law, previous to the Act passed in December last, entitled "An Act further to alter and amend the militia laws of this State," shall be allowed to re-organize themselves, and elect their officers on the eleventh day of April next ; and where no such companies, troops, squadrons and regiments have been raised, as now provided by law, the brigadier-generals are hereby authorized to permit the raising of such corps within their respective commands. *Companies may be re-organized.*

XVIII. No beat company shall be reduced below forty rank and file, by the raising of any light or other volunteer company.

XIX. Each captain or officer commanding a company or troop, shall assemble his command six times in every year, for drill, exercise and instruction, to continue not more than one day at each time of assembling.

XX. Each colonel or officer commanding a regiment, is hereby authorized and required to order out his regiment once in every year, to assemble at

Digitized by Google

Pl.0681

572                    STATUTES AT LARGE

*Acts relating to the Militia.*

Parades.

some convenient place for drill, exercise and instruction, to continue as-
sembled not more than one day ; and the said colonel or officer command-
ing a regiment, shall likewise, on the day preceding such drill, assemble
all the officers and non-commissioned officers of his regiment, and drill,
exercise and instruct them in the manœuvres which are to be performed
the next day.

How conduc-
ted.

XXI. It shall be the duty of each colonel to attend the muster of each
company in his regiment, at least once in every year, and of the lieuten-
ant-colonel and major to attend the muster of each company in their res-
pective battalions, at least twice in each year, to give them assistance and
superintendance in the drill, exercise and instruction of said companies.
And each captain or officer commanding a company, shall arrange his
musters at such times as will best enable the colonel, lieutenant-colonel and
major to perform the above duties ; and shall, whenever required, furnish
said officers with a report, specifying the times and places at which his
company will be mustered for the year next ensuing.

Reviews.

XXII. It shall be the duty of each brigadier-general to order, and with
his staff attend, a muster and review of each regiment in his brigade, at
least once in every year ; and of each major-general to order, and with his
staff attend, a muster and review of each regiment in his division, at least
once in every two years.

Power vested
in Commander-
in-chief.

XXIII. The Commander-in-chief shall have power and authority to or-
der reviews of such portions of the militia, and at such times and places,
as he may deem expedient and proper ; and be also invested with all the
powers and authority now provided by law in cases of invasion or threat
of invasion.

XXIV. The army regulations of the United States, as far as consistent
with the laws and constitution of the State, are hereby adopted and estab-
lished as a system of police for the militia of this State.

System of tac-
tics to be com-
plied.

XXV. The Commander-in-chief is hereby authorized to cause a system
of cavalry and artillery tactics to be compiled, published and distributed,
for the use of the cavalry and artillery of this State.

Commissioned
officers to as-
semble

XXVI. It shall be the duty of the brigadier-general or officer command-
ing the brigade, under the direction of the Commander-in-chief, once in
two years, to assemble the commissioned officers of his brigade, at some
convenient place within said brigade, to be encamped for five days, and in-
structed and exercised in the various schools of the soldier, company and
battalion, the manœuvres of the line, and the routine of the duties and dis-
cipline of the camp ; each officer to be in full uniform, and fully equipped,
besides his side arms, with a musket, bayonet, cartouch-box, twenty-four
rounds of blank cartridge, and a knapsack ; and each brigade shall be fur-
nished by the State with the requisite number of good tents.

Notice given
for parade.

XXVII. Whenever a brigadier-general, or officer commanding a brigade,
shall have issued orders for a brigade encampment, he shall notify the ma-
jor-general, or officer commanding the division, of the time and place at
which the officers of his brigade will be encamped ; and it shall be the duty
of the said major-general, or officer commanding the division, with his
staff, to attend such encampment.

Duty of adju-
tant and in-
spector-gene-
rals.

XXVIII. In addition to the duties now required by law of the adjutant
and inspector-general, it shall be his duty to attend all encampments of offi-
cers, and to drill, train, exercise and instruct them in the various branches
of military manœuvre and tactics.

Digitized by Google

Pl.0682

OF SOUTH CAROLINA.     573

*Acts relating to the Militia.*

A. D. 1833.

XXIX. Each colonel of a regiment shall have power to order courts-mar- Courts-martial, tial for the trial of all officers under his command, except field officers, to how ordered consist of not less than five, nor more than thirteen officers, one of whom and conducted. shall be a field officer; and it shall also be his duty to detail courts-martial, to consist of at least three commissioned officers, who shall meet at least once in every four months, in full uniform, at or near the regimental mus- ter-ground, or at such other place within the limits of the regiment as the colonel may deem proper, to try all defaulters at company, battalion or re- gimental musters, and all non-commissioned officers, privates or fatigue- men, for the non-performance or violation of any duty required by law, as well as for disobedience of orders, and for non-performance of patrol duty. The officers commanding companies in said regiment shall report all the de- faulters to this court, at each of its meetings, and shall cause them to be summoned to attend its sittings, and furnish the court with proof of the summons. Defaulters may send their excuse, if fairly written out and Defaulters sworn to before some person competent to administer an oath, unless spe- may send their cially summoned to attend in person by the court; and from this court there excuses in wri- shall be no appeal; but no sentence of any court-martial shall be put in force ting. until approved of by the officer ordering said court.

XXX. All penalties imposed by this Act may be recovered within twelve Fines, how to months after the party has made default; but no defaulter shall be liable to be collected. any penalty after the expiration of the time aforesaid.

XXXI. The president of every court-martial imposing a fine shall issue an execution, *fi. fa.* or *ca. sa.*, for the same, directed to all and singular Fi. Fa. may be the sheriffs of this State, who shall execute and return the same to the court issued. from which it issues, within four months, and pay the amount collected to the proper paymaster, under the same penalties as are now imposed by law for not returning process issued by any court of this State. The she- riff's fees for executing such process shall be fifty cents from the defendant, and ten per cent. on the fines collected.

XXXII. Each sheriff failing to collect and pay over fines, or to make re- turn of the execution, as above required, shall be subject to rule and at- Duties of the tachment from the court of common pleas of the district wherein he re- sheriff and pay- sides, upon motion of any attorney, president of a court-martial, the offi- masters. cer ordering the same, or any paymaster or other officer, whose duty it is to see that such process be duly executed.

XXXIII. The paymaster of the regiment shall receive all fines imposed by regimental courts-martial, which shall be disbursed by order of the field officers of the regiment, as now required by law.

XXXIV. Each major-general and brigadier-general is hereby authorized to appoint a paymaster for his division or brigade, respectively, who shall Paymasters, continue in office during the pleasure of the officer making his appoint- how appointed. ment, and who shall receive all fines imposed by division or brigade courts martial, which shall be disbursed by order of the major-general or briga- dier-general, for the use of the division or brigade in which they may have been imposed.

XXXV. It shall be the duty of each officer authorized to appoint a pay- master, to take from him a bond, with good security, in the penal sum of Paymaster to one thousand dollars, conditioned for the faithful performance of the duties give bond. of his office; which said bond shall be made payable to the State of South Carolina, and shall be lodged with the clerk of the court of the district in which the paymaster resides; and every paymaster shall be allowed to re- tain for his services, ten per cent. of the monies collected by him. And each

Digitized by Google

Pl.0683

A.D. 1833.

*Acts relating to the Militia.*

paymaster shall be compelled to account, once at least in twelve months, and oftener, if required, to the commanding officer of the regiment, brigade or division, respectively, of which he is paymaster; which account shall be subject to the inspection of the brigadier-general, major-general, and commander-in-chief, respectively.

**Penalties for neglect of duty.**

XXXVI. A major-general and each officer of his staff, a brigadier-general and each officer of his staff, each field officer, and each officer of the regimental staff, shall, for any neglect of duty, on or off parade, in addition to the other penalties provided by law, be liable to pay a fine of not less than twenty, nor more than one hundred dollars; to be imposed by courts martial authorized to try officers of their grades, respectively.

**Neglect or disobedience on parade.**

XXXVII. Every commissioned company officer for each neglect of duty or disobedience of orders, either on or off parade, shall be fined not less than five dollars, nor more than fifty dollars; to be imposed by courts martial authorized to try officers of their grade, besides being liable to the other penalties now imposed by law.

XXXVIII. Each non-commissioned officer or private for non-attendance at a company muster, shall be fined two dollars, and fifty per cent on his last general tax; *provided*, that such fines shall in no case exceed twenty dollars.

**Disorderly conduct, how punished.**

XXXIX. While on parade, the officer commanding shall have full power and authority to put under arrest any non-commissioned officer or private, who may disobey orders, or be guilty of disorderly conduct, or any other person who shall disturb the parade; and to inflict, forthwith, a fine of not less than two nor more than ten dollars on the offender; for the collection of which, he shall issue an execution forthwith, directed to the sheriffs of the State, as is hereinbefore provided for other fines; and shall also have power to cause the offender to be confined, not exceeding ten hours, under a guard.

XL. Each non-commissioned officer for disobedience of orders, or any neglect of duty off parade, shall be fined by a court martial, not less than three, nor more than twenty-five dollars.

**Returns.**

XLI. Any officer whose duty it is to make any returns required by law, or any paymaster whose duty it is to account, shall do so whenever ordered by the proper officer, under a fine, for neglecting so to do, of not less than ten, nor more than one hundred dollars; to be imposed by a court martial.

**Equipments.**

XLII. Instead of the fines now imposed by law, on a non-commissioned officer or private, who appears on parade without the proper equipments, he shall be fined one dollar, unless he appears at muster with a gun in good order for service, the officer commanding to issue execution therefor forthwith; *provided*, that no person shall be compelled to pay said fine, who shall make oath, before some magistrate, or the commanding officer of his company, who is hereby authorized to administer such oath, of his inability to purchase or procure such weapon.

**Persons to report themselves.**

XLIII. Every person removing from one beat to another, shall report himself within thirty days after his removal, to the officer commanding the beat from which he has removed, and to the officer commanding the beat to which he has removed, or be fined five dollars, besides being liable for default of duty in the beat from which he has removed.

**Fines for non-attendance.**

XLIV. For a non-attendance of brigade encampments, the following fines shall be imposed :—a major-general, one hundred dollars; a brigadier-general, eighty dollars; a colonel, sixty dollars; a lieutenant-colonel or major, fifty dollars; a captain or subaltern, twenty-five dollars; to be

Digitized by Google

Pl.0684

Case 3:19-cv-01226-L-AHG   Document 136-4   Filed 03/15/24   PageID.16988   Page 166 of 203

*Acts relating to the Militia.*

imposed by courts martial authorized to try officers of their grades, respectively.

XLV. The following persons, and none others, shall be exempt from the performance of ordinary militia duty, and those not in time of alarm or military invasion, to wit:—the lieutenant governor; judges; members of both branches of the Legislature, and their respective officers, fifteen days before the commencement, during, and fifteen days after the close of each session; regularly officiating clergymen; schoolmasters, having under their tuition not less than fifteen scholars; students at school, academies and colleges; clerks of courts; sheriffs and jailors; regularly admitted practicing physicians and surgeons; all branch pilots; one white man to each established ferry, toll-bridge and toll grain mill; one white man to each forge, and three white men to each furnace erected at any iron works in this State, who shall constantly reside and work at the same; the overseers, toll-keepers, and lock-keepers of the Santee Canal; the president, cashiers, and clerks, employed in keeping the books of the several banks of this State, the branches of the bank of the State, and the office of discount and deposite of the bank of the United States; the officers and men of the city guard of Charleston; the officers of the South Carolina Canal and Rail Road Company, as specified in the Act entitled "An Act concerning the South Carolina Canal and Rail Road Company," passed on the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-two; the superintendant and keepers of the Lunatic Asylum; and the several fire engine companies; the superintendant of public works, toll-collectors on the State road, and lock-keepers on the State canals; the keepers of the Arsenals at Charleston and Columbia, and the citadel and magazine guard in Charleston; all persons holding office under the United States, who are now exempt by law; and all persons under the age of eighteen, and over the age of forty-five years.

*Certain persons exempt from military duty.*

XLVI. From and after the eleventh day of April next, the uniform of all officers shall be the same as that prescribed in the army regulations adopted in 1815, except, that the uniform of all officers of the line, of and under the rank of captain, shall be a plain black hat with a white plume, common dress coat, of blue broad cloth, and pantaloons of white or blue cloth, with a sword and epaulette; *provided,* that the buttons worn upon the uniform of all general, staff and field officers, shall be convex; and those worn by officers of the line, shall be flat; having, in all cases, the palmetto emblem; *provided,* nothing herein contained shall apply to volunteer uniform companies.

*Uniform.*

XLVII. The Governor is hereby authorized to have the militia and patrol laws, and the decisions of the court thereon, properly digested and indexed, at the expence of the State, and a number of copies published, sufficient to furnish one to each officer; and every officer shall be required, on the vacation of his commission, to deliver over to his successor the said digest, or pay to such successor four dollars, to be by him recovered before any magistrate, and applied by said successor to the purchase of another copy of said digest.

*Militia laws to be published.*

XLVIII. The Act of the General Assembly, entitled "An Act further to alter and amend the militia laws of this State," passed on the twentieth day of December last, so far as relates to the organization of volunteers, and so far as it may be repugnant to this Act, shall be repealed from and after the first day of March next.

*An Act repealed.*

XLIX. A separate mode of organization shall be adopted for the militia

Digitized by Google

Pl.0685

A. D. 1833.                *Acts relating to the Militia.*

Separate
mode of organi-
zation for St.
Philip and St.
Michael.

of the parishes of Saint Philip and Saint Michael, and the militia of said parishes shall be arranged as heretofore, into one regiment of artillery, one squadron of cavalry, and two regiments of infantry.

L. The organization of the artillery and cavalry of said parishes shall be continued in precisely the same form as it now exists ; and the present organization of the sixteenth and seventeenth regiments of infantry, in the said parishes of Saint Philip and Saint Michael, be abolished.

LI. On the tenth day of April next, the commission of each and every officer of the said parishes, except those elected or appointed under the provisions of this Act, shall be, and the same is hereby, vacated and of non-effect ; and the brigadier-general of the fourth brigade, immediately after his election, shall appoint five commissioners to re-organize said regiments, in the manner following, to wit:—the artillery and cavalry of the said parishes, in the same form precisely as it now exists, in manner following, viz:—public notice shall be given for the re-organization of the several companies and troops composing the regiment of artillery and the squadron of cavalry of said parishes. Within twenty days from the date of said notice, report shall be made to said commissioners by the captains elect of all such companies or troops as may be re-organized, of the effective force of their respective corps ; and said commissioners are authorized and required to receive as a full company of artillery or troop of cavalry, [any company of artillery or troop of cavalry] so re-organized and reported, which shall consist of not less than thirty effective rank and file, with a proper compliment of commissioned and non-commissioned officers ; and the officers of the said corps shall be commissioned on the eleventh day of April next. After said re-organization of companies and troops, it shall be the duty of the said commissioners to organize said companies and troops into one regiment of artillery, and one squadron of cavalry, in the form as at present existing, and report such organization to the brigadier-general of the brigade, who shall be authorized and required to issue the necessary orders for the election, on the eleventh day of April next, of all officers within said parishes whose commissions shall be vacated under the provisions of this Act. And the said commissioners shall also reorganize the sixteenth and seventeenth regiments of infantry. Public notice shall be given for the re-organization of volunteer corps of infantry in the said parishes. Within twenty days from the date of said notice, report shall be made to the said commissioners, by the captains elect of all such volunteer corps as may be re-organized in the said parishes, of the effective force of their respective corps ; and the said commissioners are authorized and required to receive, as a full corps of infantry, any volunteer corps so re-organized and reported, which shall consist of not less than forty effective rank and file, with a proper compliment of commissioned and non-commissioned officers ; and the officers of the said corps shall be commissioned on the eleventh day of April next. As soon as the number of the said volunteer corps shall be ascertained, the said commissioners shall cause a census to be taken of all the male inhabitants of said parishes, not attached to the volunteer corps aforesaid, the cavalry or artillery, specifying the individual registered, and whether he be exempt or not from militia duty. After said census shall be taken, the said commissioners shall proceed to lay off the said parishes into as many beats as shall be required to make up, with the volunteer corps aforesaid, ten companies to each of the said sixteenth and seventeenth regiments. The said beats

Digitized by Google

Pl.0686

OF SOUTH CAROLINA. 577

shall be divided by certain territorial boundaries, and as far as may be practicable, the individuals registered in the census aforesaid, be equally distributed and classified among the several beats so laid off. After the said division and classification into beats shall have been effected, the said commissioners shall proceed to organize the whole number of volunteer and beat companies into two regiments, to be entitled, as heretofore, the sixteenth and seventeenth regiments of infantry, and report such organization to the brigadier-general of the said brigade, who shall be authorized and required to issue the necessary orders for the election, on the eleventh day of April next, of all officers within the said parishes, whose commissions shall be vacated under the provisions of this Act.

LII. No volunteer corps in the said parishes of Saint Philip and Saint Michael shall consist of more than sixty-four rank and file, with the usual compliment of commissioned and non-commissioned officers.

LIII. Each corps of artillery throughout the State shall be supplied, as heretofore, from the State magazine, with the requisite quantity of powder and ball for the usual parades ordered by law; and the necessary expenses incurred by said corps in providing cartridges, tubes, match-ropes, and other incidental charges, to be paid by the State; *provided*, the amount of said charges shall, in no event, exceed the sum of fifty dollars a year to each corps; and that each regiment of cavalry may be furnished with twenty pounds of powder for each regimental review; and each squadron, with ten pounds for each squadron muster or review; the said powder to be subject to the order of the colonel, lieutenant-colonel, or major commanding said regiment or squadron. *{marginal note: Artillery corps to be furnished with powder, &c.}*

LIV. Militia fines in the parishes of Saint Philip and Saint Michael, shall be collected and disbursed as provided for by this Act. The Governor is hereby authorized and required to cause military commissions to be prepared and issued in proper form. It shall be the duty of the Governor to commission the major-generals and the general staff. The major-general, or officer in command of a division, shall commission the division staff, and the brigadier-generals. The brigadier-general, or officer in command of a brigade, shall commission his own staff, and all the field officers of his brigade. Each colonel, or officer in command of a regiment or squadron, shall commission the company and staff of the regiment or squadron under his command. *{marginal note: Officers, how commissioned.}*

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and thirty-three, and in the fifty-eighth year of the Sovereignty and Independence of the United States of America.

H. DEAS, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*
VOL. VIII.—73.

Digitized by Google

Pl.0687

578　　　　　　　　　　STATUTES AT LARGE

　　　　　*Acts relating to the Militia.*

No. 2624. AN ACT TO AMEND AN ACT ENTITLED "AN ACT TO PROVIDE FOR
THE MILITARY ORGANIZATION OF THIS STATE," PASSED ON THE NINE-
TEENTH DAY OF DECEMBER, EIGHTEEN HUNDRED AND THIRTY-THREE;
AND FOR OTHER PURPOSES.

Appeals from
courts martial.
I. *Be it enacted*, by the Senate and House of Representatives, now met
and sitting in General Assembly, and by the authority of the same, That
from and after the passing of this Act, the right of appeal from the deci-
sion of courts martial, shall be the same as established by law, previous to
the passing of the Act entitled "An Act to provide for the military organi-
zation of this State," ratified on the nineteenth day of December, one
thousand eight hundred and thirty-three.

How to pro-
ceed against
defaulters.
II. That the commissioned officers of each company, upon the applica-
tion of any defaulter for militia or patrol duty, to render in his excuse in
writing, are hereby authorized and required to administer to such defaulter
the necessary oath, and the person making the affidavit shall sign the
same; and the officer administering the oath shall certify it, designating
his rank in the company; and for this service he shall receive no compen-
sation. And it shall be the duty of the captain or officer commanding the
company, when he sends up the names of defaulters to courts martial, to
send up also, such affidavits of excuse as have been rendered according to
the provisions of this section.

Oath to be ta-
ken.
III. That every officer of the militia hereafter to be elected or appoint-
ed, shall, before he enters upon the duties of his office, take and subscribe,
before some person authorized by law to administer oaths, the following
oath prescribed by the constitution, to wit:

"I do solemnly swear, (or affirm,) that I will be faithful, and true allegi-
ance bear, to the State of South Carolina, so long as I continue a citizen
thereof; and that I am duly qualified, according to the constitution of this
State, to exercise the office to which I have been appointed; and that I will,
to the best of my abilities, discharge the duties thereof; and preserve, pro-
tect and defend, the constitution of this State and of the United States.
So help me God."

Which oath shall be endorsed and certified upon his commission, as is
provided by the twelfth section of the Act aforesaid, in relation to the oath
thereby prescribed. And if any person elected or appointed to any office
in the militia of this State, shall accept the same, and shall neglect or re-
fuse to take the oath aforesaid, within sixty days after his election or ap-
pointment, he shall, for such neglect or refusal, be subject to all the penal-
ties provided by the Act aforesaid, entitled "An Act to provide for the mili-
tary organization of this State," for refusal or neglect to take the oath
therein required.

Elections made
under Act of
1833, declared
valid.
IV. That the elections or appointments of all officers made under the
provisions of the Act aforesaid, are hereby declared to be valid, except
where from the refusal or neglect of an officer to comply with the requisi-
tions of the law, a new election or appointment has been made to the same
office; *provided*, that every officer so elected or appointed, who has not
taken the oath of office and been commissioned, shall, within three months
after the passing of this Act, take the oath prescribed by the third section
of this Act.

V. That every officer of the militia, except such as are exempt by law,
shall, within three months after his election or appointment, uniform

Digitized by Google

Pl.0688

*Acts relating to the Militia.*     A.D. 1834.

himself according to law ; and in case any officer shall appear on parade, or at any court martial, of which he may be a member, without such uniform, after the time above specified, he shall be fined in a sum of not less than five nor more than fifty dollars ; to be imposed by courts martial authorized to try officers of his grade. *Time allowed officers to equip themselves.*

VI. That in addition to the volunteer companies now allowed by law in the several regiments, there may be raised in each regiment, two companies of riflemen or light infantry, as is provided by the Act aforesaid, entitled "An Act to provide for the military organization of this State ;" *provided,* that not more than two volunteer companies of riflemen or light infantry shall be raised in each battalion. *Number of volunteer companies that may be raised.*

VII. That the Governor is hereby authorized to require all the arms belonging to the State, not in the possession of some regularly organized company of militia, to be collected ; and such as are fit for use may be re-issued to any volunteer company applying for the same ; and those unfit for use shall be returned to the arsenal, either in Columbia or Charleston, and repaired or disposed of according to law. *Governor to collect arms belonging to the State.*

VIII. That the citizens of James Island, Wadmalaw, and John's Island, conjointly ; of Edisto Island, and of Port Royal and Lady's Island, conjointly ; of St. Helena Island, of Hilton Head, and Dawfusky Island, conjointly, are hereby authorized to form beat companies within their respective limits, without regard to numerical force ; and shall be attached to their respective regiments, and shall conform to the law in other particulars. *Citizens of James Island and others, to form beat companies.*

IX. That the major-general of the fifth division shall, within two months from the adjournment of the Legislature, cause the ninth brigade of said division to be divided into six regiments, as nearly equal in numbers as may be, in the following manner, to wit :—the district of York shall be divided into two regiments, and the districts of Spartanburgh and Union, into four regiments ; and when the said brigade shall be so divided, the regiments embracing a portion of the lower end of Spartanburgh and the upper end of Union districts, situate on the Enoree river, shall be attached to and form a part of the tenth brigade. *Division to be made in ninth brigade.*

X. That four of the regiments composing the said brigade, shall retain the rank now held by the four regiments in said brigade, to be determined by lot ; the rank of the fifth regiment of said brigade, and the regiment attached to the tenth brigade, shall also be determined by lot ; and they shall be denominated accordingly. *Regiments to retain their rank.*

XI. That to effect the above organization, the major-general shall have power to appoint five or more commissioners in each district, a majority of whom shall be a quorum to perform their duties, who shall proceed to divide said brigade according to the provisions of this Act, and report the same to the major-general within the time above specified, designating the boundaries and lines of each regiment ; and if either of the said commissioners shall wilfully neglect or refuse to perform the duty hereby assigned, he shall, upon indictment and conviction thereof, be fined not less than one hundred dollars. Within fifteen days after the report of the commissioners is received, the major-general shall issue an order, defining the boundaries and rank of each regiment, and shall furnish the brigadier-general of each brigade with a copy of such order ; and also, the adjutant and inspector-general of the State with a copy of the same, to be recorded in his office. *Maj. Gen. may appoint commissioners.*

XII. Each brigadier-general, upon receiving the order of the major-general, defining the boundaries of the regiments attached to his brigade,

Digitized by Google

Pl.0689

580    STATUTES AT LARGE

A.D. 1834.    *Acts relating to the Militia.*

Brigadier Gen. to cause regiments to be divided, &c. upon orders from Maj. General.

shall forthwith cause each regiment to be divided into two battalions, and each battalion into four beat companies, as nearly equal as may be, in respect to numbers and territory; to effect which, he shall appoint commisioners, five or more in number, receive their report, issue his order defining the boundaries and lines of the battalions and companies, and cause the same to be recorded, as is provided by the fourth and fifth sections of the Act aforesaid, entitled "An Act to provide for the military organization of this State;" and each commissioner appointed by the brigadier-general, shall, for wilful neglect or refusal to perform the duty assigned him, be subject to the penalty provided for like offence by the Act aforesaid; and the said commissioners shall complete the duties herein assigned them, within two months from the date of the order of the brigadier-general.

Twentieth regiment to be divided.

XIII.  That the regiment of militia in the district of Sumter, known as the twentieth regiment South Carolina Militia, be, and the same is hereby required to be, so divided as to form two regiments, as equal in strength as practicable.

How the above regiments shall be divided.

XIV.  The brigadier-general commanding the brigade in which the said twentieth regiment is included, shall forthwith cause the said regiment to be divided into two regiments; each of the two regiments into two battalions; and each of the said battalions into four beat companies, as nearly equal as may be, in respect to numbers and territory; to effect which, he shall appoint commissioners, five or more in number, receive their report, issue his order defining the boundaries and lines of the said regiments, battalions and companies, and cause the same to be recorded, as is provided by the fourth and fifth sections of the Act aforesaid, entitled "An Act to provide for the military organization of this State;" and each commissioner appointed by the brigadier-general, shall, for wilful neglect or refusal to perform the duties assigned him, be subject to the penalty provided for the like offence by the Act aforesaid; and the said commissioners shall complete the duties herein assigned them, within two months from the date of the order of the brigadier-general.

Officers to take rank, &c.

XV.  Each officer in commission when the organization of the brigade is completed, as is provided by this Act, in any regiment, battalion or company, shall retain his rank and command, except when two or more officers of the same rank shall reside within the limits of the same command; in which case, an election shall be ordered by the proper authority, for such officer or officers; and if either of the persons so in commission shall be elected to the same office held by him before, he shall retain his commission, and take rank from the date thereof.

Elections to be held to fill vacancies.

XVI.  If by this organization the offices of colonel, lieutenant-colonel, major, captain, or other subaltern officers, in any regiment, battalion or company, shall be vacant, elections shall be forthwith ordered, as is now provided by law, to fill such vacancy or vacancies.

XVII.  The same number and description of volunteer companies permitted by law to be raised in the regiments or battalions of infantry, may be organized and attached to each of the said regiments or battalions.

Fines, &c.

XVIII.  That the proviso contained in the thirty-ninth section of the Act aforesaid, entitled "An Act to provide for the military organization of this State," limiting the fines to be imposed on non-commissioned officers or privates for non-attendance at a company muster, to twenty dollars, be, and the same is hereby, repealed; and in lieu of the fine heretofore imposed for non-attendance at company musters, the fine shall be two dollars, and twenty per cent. on the last general tax of the defaulter.

Digitized by Google

Pl.0690

OF SOUTH CAROLINA. 581

*Acts relating to the Militia.*

XIX. That the recruiting limits of volunteer companies shall not here- after be confined to the boundaries of the regiments to which they are at- tached, respectively, but may extend to the boundaries of the brigades to which they belong, and not beyond them.

*Recruiting limits of volun- teer companies enlarged.*

XX. The buttons worn on the uniform of the general, staff and field officers, shall be convex: and those worn by officers of the line, shall be flat, having, in all cases, the palmetto crest, the emblem of the State; but nothing herein contained shall apply to the officers of uniform companies.

*What kind of buttons shall be worn.*

XXI. That courts martial shall be hereafter held upon all defaulters at the several parades now authorized by law, to mount and relieve guard, and in cases of alarm of fire in the parishes of Saint Philip and Saint Mi- chael, according to the provisions of the Act entitled "An Act to provide for the military organization of this State," passed on the nineteenth day of December, eighteen hundred and thirty three, with the right of appeal as provided for in the first section of this Act.

*Courts martial to be held.*

XXII. That all Acts and parts of Acts contrary to the provisions of this Act, be, and the same are hereby, repealed.

In the Senate House, the seventeenth day of December, in the year of our Lord one thousand eight hundred and thirty-four, and in the fifty-ninth year of the Sovereign- ty and Independence of the United States of America.

H. DEAS, *President of the Senate.*

PATRICK NOBLE, *Speaker of the House of Representatives.*

----

AN ACT FURTHER TO PROVIDE FOR THE MILITARY ORGANIZATION OF THIS STATE

*No. 2650.*

I. *Be it enacted,* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That for the purpose of effecting the immediate organization of the regi- ment situated on Broad River, in York District, in the ninth brigade South Carolina Militia, William C. Beatty, who has been duly elected and com- missioned colonel of said regiment, be confirmed in his said commission, and that he shall take rank from the date thereof; and that the ineligibili- ty to hold office, specified in the eighth section of an Act entitled "An Act to provide for the military organization of this State," passed on the nineteenth day of December, one thousand eight hundred and thirty-three, shall be, and the same is hereby declared to be, inoperative in the said regiment for the space of twelve months from and after the passing of this Act, and no longer. And if it shall appear to the satisfaction of any of the brigadier-generals of this State, that there are no commissioned officers in any one of the regiments under his command, who are, by law, eligible to the offices of colonel, lieutenant-colonel, and major, in said regiments, by reason of the provisions of the said eighth section of the Act aforesaid, it shall be lawful for the said brigadier-general to commission to such offi- ces aforesaid, any person who shall be duly elected to the same, notwith- standing the disqualification of such person by reason of the operation of

*Suspension of a former Act, to make per- sons eligible.*

Digitized by Google

Pl.0691

582 STATUTES AT LARGE

A. D. 1835.

*Acts relating to the Militia.*

the said eighth section of the Act aforesaid; *provided, however*, that such person be not otherwise disqualified from holding office; and *provided*, that this provision continue of force only for the time above specified.

*Power to order courts martial.* II. That the major-generals and brigadier-generals, respectively, shall have power to order courts martial for the trial of all commissioned and non-commissioned officers, musicians and privates, who may, at any time, disobey any orders issued by them, whether such orders be issued where the militia of this State be in actual service, or for ordinary musters, encampments or reviews; *provided*, this authority shall not be construed to invalidate the concurrent power of colonels to order regimental court martials, as now provided by law.

*Sentence of courts martial to be made public, &c.* III. That hereafter, it shall not be necessary for the members of a court martial, convened for the trial of defaulters, for neglect of militia or patrol duty, to keep secret the sentence of the court; but upon the final adjournment of the court martial, the same shall be made public, for which purpose, the president of the court martial shall post up, at the place where the court was held, a notice, containing the names of all persons fined by said court; and it shall, moreover, be the duty of the president of the court martial aforesaid, forthwith to transmit the proceedings of the court to the officer ordering the same, who shall retain in his possession the said proceedings for the space of thirty days from the adjournment of the court martial, during which time, any person who may conceive himself aggrieved by the decision of the court, shall have the right of appeal to the officer ordering said court; *provided*, he shall accompany such appeal by an affidavit, that he could not attend the court by which he was tried, nor render his excuse in writing to the same, and that he does not appeal for the purpose of delay merely; and it shall be the duty of the officer ordering the said court, at the expiration of the said thirty days, to issue an execution against all persons fined by the court, except such whose cases may be submitted for re-consideration, (as is hereinafter provided,) directed to the sheriff of the district in which they reside, in manner and form following, that is to say :—

### Form of Execution.

*Form of execution.* "THE STATE OF SOUTH CAROLINA:

To all and singular the Sheriffs of said State :—Whereas, the persons named in the schedule or list hereunto annexed, have been duly sentenced by a court-martial, convened at ——, on the —— day of—— 18—, to pay the sums to their names affixed, respectively : You, and each of you, are, therefore, hereby authorized and required to levy and sell of the goods and chattels of each person therein named, sufficient to pay the fine and costs which have been adjudged against him, and pay over the fines aforesaid to the proper officer ; and you are further authorized and required, in case any person named in the schedule or list aforesaid shall refuse to pay the fine and costs adjudged against him, or to shew property sufficient to pay the same, to take the body of the delinquent, and lodge him in the jail of your district, there to remain until discharged by due course of law.   Given under my hand and seal, this —— day of ——, 18—.   A B, (L. s.,)

Colonel of —— regiment, Brigadier-General of —— brigade, etc., (as the case may be.")

### Form of Schedule.

*Form of schedule.* "A B, two dollars, and 20 per cent. on his general tax for 18—.
C D, three dollars, and fifty (50) per cent. on his general tax for 18—.
E F, one hundred dollars.

Digitized by Google

Pl.0692

OF SOUTH CAROLINA.   583

*Acts relating to the Militia.*

A. D. 1835.

I certify the above schedule to be a true copy of the fines imposed on the persons therein named, respectively, by a court-martial convened under my orders, at ———, the ——— day of ———,18—.  (Signed.)  A B, (with the rank attached.")

Which said execution shall be lodged in the office of the sheriff aforesaid, within ten days after the expiration of the thirty days aforesaid, or as soon thereafter as practicable ; and the sheriff, for every fine paid to him previous to levy, shall be entitled to receive from the delinquent the sum of fifty cents ; and for every fine collected by the sheriff, after levy of the said execution, he shall be entitled to receive from the delinquent the sum of one dollar, and the usual fees for advertizing.

IV.  That in no case wherein courts-martial have proceeded according to law, and fined defaulters for neglect of militia or patrol duty, shall the officer ordering the same have power to remit such fines ; but if he conceives that the court has mistaken the law, or erred in judgment, in any case, whether by imposing a fine or excusing a defaulter, he may re-assemble the court to re-consider such case, and may assign his reasons to the court, which shall forthwith proceed to re-consider, and their decision shall be final and conclusive ; and the officer ordering said court shall forthwith carry such decision into effect. *(margin: Remittance of fines, and collection.)*

V.  That in case any delinquent shall neglect or refuse to pay the fine imposed upon him, as aforesaid, and the cost accruing, or shall fail to point out to the sheriff aforesaid sufficient property to pay the same, it shall be the duty of such delinquent, by virtue of the execution aforesaid, to arrest the body of such delinquent, and commit him to close confinement in the common jail of his district, there to remain until such fine and cost be paid ; *provided,* the person so committed shall, at the end of a certain time, to be computed at the rate of one day for every dollar he may be adjudged to pay, as aforesaid, be released, upon swearing, before some justice of the peace or quorum, that he is unable to pay the sum for which he stands committed ; and *provided, also,* that in no case shall any person so committed be confined in prison for a longer period than ten days, if at the end of such time he shall take the oath aforesaid. *(margin: Delinquents punished by imprisonment.)*

VI.  That each member of a court martial, convened for the trial of defaulters, for neglect of militia or patrol duty, shall hereafter, in lieu of the oath now prescribed, take the following oath, to wit :

"I do swear that I will well and truly try and determine the cases which shall be brought before me, according to the law and the evidence which shall be adduced, and that I will not divulge the vote or opinion of any particular member of the court martial, unless required to give evidence thereof in a court of justice, in due course of law.  So help me God " *(margin: Oath.)*

VII.  That hereafter courts martial for the trial of general and field officers, shall consist of not less than five nor more than thirteen officers ; that upon a court martial to try a major-general, a major-general and not less than two brigadier-generals, shall sit, and the other members of the court shall be field officers of and above the rank of major ; that a brigadier-general shall be tried by one or more brigadier-generals, and the other members of the court shall be field officers, not under the rank of major ; that a colonel shall be tried by one or more colonels, and the other members of the court shall be officers not under the rank of captain ; that a lieutenant-colonel and major, respectively, shall be tried by one or more lieutenant-colonels or majors, as the case may be, and the other members of the court shall be officers not under the rank of captain. *(margin: How many the court shall consist of.)*

VIII.  That in all cases of contested elections for brigadier-generals, the

Digitized by Google

Pl.0693

584    STATUTES AT LARGE

A.D. 1835.

*Acts relating to the Militia.*

**Contested elections.**

same shall be tried by a board of officers to consist of a major-general and four other officers, not under the rank of field officers, whose decision shall be final and conclusive; and in all cases of contested election for major-generals, the same shall be tried by a board to consist of one major-general, one brigadier general, and three colonels, whose decision shall be final and conclusive; the former board to be convened by the major-general, the latter by the commander-in-chief.

**Officers subject to serve on courts.**

IX. That commissioned officers who have been, or may hereafter be, appointed, according to the provisions of the existing law, and who are not required to uniform themselves, shall, notwithstanding, be subject to serve upon courts martial, and shall not be required to appear in uniform.

X. That when courts martial shall be convened for the trial of any officer within its jurisdiction, if any of the officers required by the order convening the court, to sit on the same as members, shall not appear, their places shall be filled from among the supernumerary officers ordered to attend the said court.

**How vacancies shall be filled.**

**Respecting cashiered officers.**

XI. That whenever an officer has been cashiered and disqualified from holding office, by the sentence of a court-martial, which sentence has been approved and carried into effect, and such officer shall be voted for and receive the highest vote at an election for militia officers, before the expiration of his term of disqualification, the officer authorized to commission to said office shall disregard such vote, and commission the person having the highest vote at such election, who, agreeable to law, may be eligible to said office.

**Time regiments, battalions and companies shall be kept on duty.**

XII. That whenever the commandants of regiments or battalions shall assemble their commands for drill or review, they shall be kept on duty at least three hours, and the commandants of companies shall, in like case, drill their commands at least two hours, excluding the necessary intervals of rest.

**How colonels and majors may order company drills.**

XIII. That for the purpose of enabling colonels or majors to attend the company drills within their command, as required by law, they shall have power, respectively, to order such drills as they shall attend, at such times as they may deem proper. *Provided,* such order be issued to the commanding officer of such company, at or previous to the preceding company muster.

**Judge Advocate, and duty.**

XIV. That the colonel of each regiment is hereby authorized and required to appoint and commission a regimental judge advocate, with the rank of lieutenant, who shall be attached to his staff, and who shall act as recorder to all courts martial which shall be ordered by the colonel or commanding officer of his regiment.

**No substitute allowed.**

XV. That it shall not be lawful for any officer commanding a company, battalion, or regiment, when his command shall be assembled for drill, inspection or review, to receive a substitute in the place of any person required by law to do militia duty, under a penalty of not less than five nor more than fifty dollars, to be imposed by a court martial.

**Clerk of company exempt from drill.**

XVI. That the captain or commanding officer of each company shall have power to appoint a clerk of the company, who shall be exempt from drill at company, battalion, or regimental musters, and whose duty it shall be, under the superintendance of the captain or commanding officer of the company, to take a census of the company when required, to make out and keep a regular roster of those who are liable to perform patrol duty, and to furnish orders and lists for such duty. And in consequence of the sergeants of companies being herein required to attend the brigade encampments of

Digitized by Google

Pl.0694

*Acts relating to the Militia.*   A.D. 1835.

officers, they shall be exempt from the duty of warning the men to attend musters and courts-martial, and such duty shall hereafter be performed by the corporals of each company, under the penalty of twenty dollars.

XVII. That the officer or other person whose duty it may be to summon defaulters for neglect of militia or patrol duty, to attend court-martial, may make his return upon oath, in writing, to the court; and any officer of the division, brigade, regiment, battalion, or company, under whose authority he shall be acting, is hereby authorized to administer to such officer or person the usual oath, certified as is now prescribed by law. *Return of defaulters to be on oath.*

XVIII. That it shall be lawful for all commissioned officers, when summoned to attend a court-martial for neglect of militia or patrol duty, to send their excuses, in writing, to the court, rendered upon oath, and certified by any officer or other person authorized by law to administer oaths; and all such excuses shall be received and acted on by the court-martial, unless, in the opinion of the court-martial, the personal attendance of such defaulter shall be necessary to a proper adjudication of the matter. *Excuses to be rendered on oath.*

XIX. That it shall be lawful for any person entitled to vote for field officers of any regiment or battalion in this State, to give his ballot at any election poll which shall be held agreeable to law, within the limits of such regiment or battalion; except in the parishes of St. Philip and St Michael, where such voter shall be required to vote at the election poll of the company to which he belongs. *Limits where persons may vote.*

XX. That the officers commanding divisions, brigades, regiments, battalions and companies, shall, respectively, have power to order out such persons as are by law liable to fatigue duty, to perform such duty as fatigue-men as shall be deemed necessary for military purposes; *provided,* they shall not be required to be on such duty for a greater number of days in each year than the officers of this State are required to be on militia duty. *Fatigue-duty.*

XXI. That when a brigadier-general shall receive and commission the officers of any company of artillery permitted to be raised within the limits of his command, except such as may be attached to a battalion of artillery, he shall have power to designate the regiment and battalion to which the said company shall be attached; *provided,* there shall in no case be more than one company attached to a regiment. *Power of brigadier, respecting artillery companies.*

XXII. That the quarter-master general shall, from and after the passing of this Act, receive an annual salary of five hundred dollars.

XXIII. That in all cases where the dividing line between regiments in any brigade in this State shall pass through the lands on which any officer holding a commission in either regiment shall reside, it shall be lawful for such officer to reside on either side of said line, without a forfeiture of his commission. *Where officers may lawfully reside.*

XXIV. That whenever, from any cause, any beat company in any district or parish in this State shall be without commissioned officers for the term of three months, it shall be the duty of the magistrates of the said beat, on the information of any of the inhabitants thereof, to issue patrol warrants to any competent persons to execute the patrol duties of said beat; and the said magistrate shall cause returns to be made to him, and impose the same fines and penalties for non-execution thereof as are now imposed by law. *Magistrate's duty where companies are without officers.*

XXV. That the division quarter-masters, respectively, shall, when required, take charge of the tents which may be furnished by the State, for the use of their divisions; and shall, when required, cause the said tents to *Quarter-master's duty.*

VOL. VIII.—74.

Digitized by Google

Pl.0695

586            STATUTES AT LARGE

A.D.1835.        *Acts relating to the Militia.*

be carried to the brigade encampments of officers within their divisions; and at the close of said encampments shall cause the said tents to be returned and deposited under their care; the expenses of transportation, and such other expenses as may be necessary to procure a suitable place of deposit for said tents, to be paid by the State; and the said quarter-masters shall return their accounts to the Governor, who is hereby authorized to pay the same out of the contingent fund.

**Sergeants and others, required to attend encampments.**   XXVI. That the encampments of officers, required by the twenty-seventh section of an Act entitled "An Act to provide for the military organization of this State," passed on the nineteenth day of December, in the year of our Lord one thousand eight hundred and thirty-three, shall continue for six days; and, in addition to the officers therein required to attend said encampments, the sergeants of each company, and the non-commissioned regimental staff officers, are hereby required to attend said encampments, for the purpose of receiving military instruction, and shall be equipped with a musket and bayonet, cartouch box, and twenty-four rounds of blank cartridges; and for non-attendance at the said brigade encampments, each of the aforesaid officers shall be liable to be fined in the sum of fifteen dollars; and in lieu of the fines now imposed by law on company officers for non-attendance of brigade encampments, they shall each be subject, for such neglect of duty, to pay a fine of thirty dollars.

**Captain's duty, and penalty.**   XXVII. That it shall be the duty of the captain or commanding officer of each company, under the penalty of fifty dollars, to be imposed by courts-martial, to keep constantly in office in his company the full number of non-commissioned officers required by law; and any person appointed a non-commissioned officer, who shall refuse to serve, shall be liable to a penalty of thirty dollars, to be imposed by a court martial.

**Penalty for disturbing a camp.**   XXVIII. That any person who shall disturb the camp, or violate the regulations thereof, of any portion of the militia of this State, who shall be encamped in obedience to requirements of law, or voluntarily, shall, for such offence, be liable to a penalty not exceeding fifty dollars, to be imposed by any court-martial ordered by the commandant of the camp to try such offender, in addition to being confined under guard, at the discretion of the commanding officer, not exceeding twelve hours. And whenever any portion of the militia shall be voluntarily encamped for the purpose of military instruction, they shall be subject to the same rules and government, whilst encamped, as are established for the government of encampments ordered by law.

**Superintendence of the encampment.**   XXIX. That when the Commander-in-chief or the major-general of a division, within his command, shall attend the brigade encampments prescribed by law, he shall superintend and regulate the duties of the encampment, in such manner as he shall deem proper and conformable to military usage.

**Governor to supply arms, powder, and hand to the officers in encampment.**   XXX. That the Governer, on the requisition of any brigadier-general, is hereby authorized to cause to be issued, from any of the arsenals of this State, such portion of the public arms as may be necessary and suitable, (in addition to those in possession of the volunteer companies within the brigade,) to supply the officers required to attend brigade encampments; and the officers of volunteer companies, in each brigade, having under their charge public arms, are hereby required to furnish the same, upon requisition of the said brigadier-general of the brigade; which arms the said brigadier-general shall cause to be returned to the said officers in good order, as soon as may be after the close of the encampment, and shall cause any damage done to the same to be repaired at the public expense;

Digitized by Google

Pl.0696

*Acts relating to the Militia.*

and the Governor is hereby authorized and required to furnish for each encampment such quantity of powder as he may deem necessary and proper, and likewise to furnish a band of military music, each at the public expense.

XXXI. That as soon as may be practicable, the Governor is hereby required to purchase and distribute for the use of the general and field officers of this State, sixty copies each of M'Comb on courts-martial, and the regulations for the army of the United States. *Books to be furnished.*

XXXII. That the Governor shall cause to be published, in pamphlet form, such number of copies of this Act as will supply each commissioned officer with one copy, and shall cause the same to be distributed as soon as practicable; and he shall also cause to be published, for the use of the infantry officers, a selection from Scott's infantry tactics, the column of attack, square against cavalry, and such other evolutions as he may deem necessary to perfect the drill book for infantry; and likewise cause to be published and distributed the sword exercise for cavalry. *Copies of this Act, and books.*

XXXIII. That so much of the Purysburg beat company, attached to the twelfth regiment South Carolina militia, as lies east of New river, be, and the same is hereby, attached to the Oakely beat company in the same regiment. *Purysburg beat company.*

XXXIV. That the colonel of the fifteenth regiment South Carolina militia, be authorized to commission the major elect of the upper battalion in that regiment, in virtue of the election heretofore held, to take date from said election. *Duty of colonel of 15th regiment.*

XXXV. All officers who have held, or shall hold, commissions in the militia of this State, for the term of ten years consecutively, shall be thereafter exempt from the performance of ordinary militia duty. *Exemption.*

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and thirty-five, and in the sixtieth year of the Sovereignty and Independence of the United States of America.

   H. DEAS, *President of the Senate.*
   PATRICK NOBLE, *Speaker of the House of Representatives.*

---

AN ACT TO ALTER AND AMEND THE FOURTEENTH SECTION OF AN ACT ENTITLED "AN ACT TO PROVIDE FOR THE MORE EFFECTUAL PERFORMANCE OF PATROL DUTY," PASSED ON THE EIGHTEENTH DAY OF DECEMBER, IN THE YEAR OF OUR LORD ONE THOUSAND EIGHT HUNDRED AND NINETEEN. No. 2656.

I. *Be it enacted,* by the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the fourteenth section of an Act entitled "An Act to provide for the more effectual performance of patrol duty," passed on the eighteenth day of December, in the year of our Lord one thousand eight hundred and nineteen, be, and the same is hereby, altered and amended so as to read as

Digitized by Google

Pl.0697

STATUTES AT LARGE

*Acts relating to the Militia.*

follows, to wit: every owner of any settled plantation shall employ and
keep on or in the immediate vicinity of such plantation, some white man,
capable of performing patrol duty, under the penalty of fifty cents per
head per month for each and every working slave which may be on such
plantation, to be recovered by indictment, one half to the informer, the
other half to the use of the State. *Provided, always,* that [nothing] herein
contained shall be construed to affect any person or persons who resides on
his, her or their plantation, for the space of six months in the year, or who
shall employ less than fifteen working slaves on such plantation.

> In the Senate House, the nineteenth day of December, in the year of our Lord one
> thousand eight hundred and thirty-five, and in the sixtieth year of the Sove-
> reignty and Independence of the United States of America.

>        H. DEAS, *President of the Senate.*
>        PATRICK NOBLE, *Speaker of the House of Representatives.*

----

No. 2660. AN ACT TO CONSOLIDATE THE FIRST COMPANY OF THE CHARLESTON
ANCIENT BATTALION OF ARTILLERY, AND THE JEFFERSON ARTILLERY,
INTO ONE COMPANY, AND TO INCORPORATE THE SAME ; AND FOR OTHER
PURPOSES.

I. *Be it enacted,* by the Senate and House of Representatives, now met
and sitting in General Assembly, and by the authority of the same, That
the first company of the Charleston Ancient Battalion of Artillery, and
the Jefferson Artillery, two companies of the battalion of artillery attached
to the fourth brigade of militia of this State, be, and the same are hereby,
consolidated into one company, by the name and title of "The Charleston
Ancient Artillery ;" and that such persons as have, by agreement between
the said two companies, been appointed to offices in the consolidated com-
pany, be commissioned by the commander-in-chief of this State accord-
ingly ; such of them as at present hold offices in either of the said com-
panies, to take rank from the dates of their present commissions, re-
spectively.

II. *And be it further enacted,* That those persons who now are, or here-
after may become, members of the said consolidated corps, be, and the same
are hereby, created and declared a body politic and corporate, during the
pleasure of the State, by the name and style of "The Charleston Ancient
Artillery ;" and that the said corporation shall be capable in law, to have
succession of officers and members, to be chosen and admitted according
to the rules and regulations made or to be made for its government and
direction ; to make all lawful by-laws ; to have a common seal, and to alter
the same ; and, by its said name, to sue and be sued, implead and be im-
pleaded, answer and be answered, in any court of law or equity in this
State.

III. *And be it further enacted,* That the companies composing the battalion
of artillery in the city of Charleston, be, and the same are hereby, exempt

Digitized by Google

Pl.0698

from mounting and relieving fire-guard, and from attendance, by companies, in cases of alarm of fire in the said city; and that in lieu thereof, it shall be the duty of the major, or other officer in command of the battalion, once in every three months, to detail an officer and a sufficient number of privates to man one piece, to attend at the arsenal at each alarm of fire, for the three months next succeeding; which officer and privates shall be subject to the same fines for default, and be tried by courts martial in the same manner, as now provided by law for defaults in the performance of fire-guard duty.

IV. *And be it further enacted,* That each corps of artillery throughout the State, shall be allowed the sum of twenty-five dollars per annum, for each piece of artillery fully manned and regularly exercised by the said corps, respectively, for the purpose of defraying the expenses of the same; to be drawn from the treasury by the order of the commanding officer of each corps, countersigned by the commanding officer of the regiment or battalion to which the said corps may be attached : *provided,* the sum so to be drawn shall in no case exceed one hundred dollars.

In the Senate House, the nineteenth day of December, in the year of our Lord one thousand eight hundred and thirty-five, and in the sixtieth year of the Sovereignty and Independence of the United States of America.

H. DEAS, *President of the Senate.*
PATRICK NOBLE, *Speaker of the House of Representatives.*

---

AN ACT FURTHER TO PROVIDE FOR THE MILITARY ORGANIZATION OF THIS STATE.   No. 2686.

I. *Be it enacted,* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That all persons residing on St. Helena Island, be, and they are hereby, authorized to organize a corps of mounted riflemen, to be attached to the twelfth regiment, to be called "The Saint Helena Mounted Riflemen," and subject to all the duties to which they have heretofore been liable as a beat company; and that the said company hereby authorized to be formed, shall attend the reviews of the said regiment, either on foot or horse, as the colonel shall direct; that the said company shall parade and muster once in every two months; and shall perform patrol duty as now required by law.   *Saint Helena Riflemen.*

II. That the persons composing the Charleston Fire Company of Axemen, and the city Constables of Charleston, provided the latter do not exceed twenty-four, be, and they are hereby, exempted from the performance of ordinary militia duty.   *Exemptions from militia duty.*

III. All officers who have held or shall hold commissions in the militia of this State, for the term of seven years consecutively, shall be, thereafter, exempt from the performance of ordinary militia duty.

IV. That the system of instruction and regulations, prepared and arranged under the superintendance of Major General McComb, and established for the government of the militia and volunteers of the United States, be observed in the instruction and exercise of the militia of this

Digitized by Google

Pl.0699

590                          STATUTES AT LARGE

A. D. 1836.                  *Acts relating to the Militia.*

Books of in-
struction.

State; and that all Acts and parts of Acts inconsistent with this Act, be, and the same are hereby, repealed. And that the Governor be, and he is hereby, authorized to purchase a sufficient number of copies of said book of instruction and exercise, and distribute one copy thereof to each officer, who shall, on his resignation or removal from office, deliver the same to his successor, or to the colonel of the regiment to which such officer belongs; and in case of the death of any officer, his legal representative shall deliver over the same to such successor or colonel of the regiment as aforesaid, under the penalty of four dollars, which shall be recoverable before any justice of the peace or quorum of this State, on information and proof of the said offence; which sum, when collected, shall be paid to the paymaster of the regiment in which the default was made, and shall be applied to replace the book or books, so withheld, lost or destroyed; and the sum of twenty-five hundred dollars, if so much be necessary, be, and the same is hereby, appropriated to purchase twenty-five hundred copies of said books of instruction and exercises.

Adjutant Gen.
to attend and
instruct regi-
ments.

V. *And be it further enacted,* That it shall hereafter be the duty of the adjutant and inspector general, and he is hereby required, in addition to his duties heretofore prescribed by law, to attend, once a year, the muster of each regiment in the State, and the drill of the officers of each the day previous; and whenever he shall deem it necessary to the correct instruction in military tactics of the officers or the regiment, he may act as instructor; *provided,* there shall be no superior officer present who may think proper to assume the direction of the drill; and he shall, with the consent of the commander-in-chief, have power, and he is hereby authorized, to order out for drill the said regiments, at such times as will best enable him to perform the duties hereby assigned.

To keep a mili-
tary Bureau,
&c.

VI. He shall keep a military Bureau, and shall keep a record of the number and rank of each division, brigade and regiment, in the State; procure and record, annually, a return of the strength, arms and equipments of the militia; the names, rank and date of the commissions of all the general, staff and field officers; record all military orders received or issued by him; and, generally, all matters which relate to the military strength, character and condition, of the military force and power of the State.

To inspect
arsenals and
magazines.

VII. He shall, once a year, visit and inspect the arsenals and magazines in the State, and report to the commander-in-chief, to be by him submitted to the Legislature; and record in his office their condition, the number and condition of the arms, equipments and public stores in each; the number and description of public arms and equipments distributed to the militia each year, and the disposition and conditions of such distribution; the strength of the guards at each, the duties performed by them, their general condition and efficiency to discharge the duties required of them. And to enable him to perform this duty, the quarter-master-general and other officers having charge of those departments, shall, when required, make to him full reports of the different matters committed to their charge.

VIII. It shall further be the duty of the adjutant-general, and he is hereby required, to deposite in the Executive office at Columbia, in a Bureau kept for the purpose, a true record of all matters relating to his office, as is hereinbefore enjoined.

IX. That hereafter, a regiment of cavalry may consist of eight troops

Digitized by Google

Pl.0700

OF SOUTH CAROLINA. 591

*Acts relating to the Militia.*

A.D. 1836.

of horse ; and that a squadron may consist of four troops of horse ; and the lieutenant colonel, major, or officer commanding a squadron of cavalry, may, and is hereby authorized to, order courts martial for the trial of all defaulters at troop or squadron musters, in the same way, as far as practicable, as is now done by the colonels of regiments of cavalry.

Cavalry.

X. That the annual salary of the Arsenal keeper in Charleston shall be, and is hereby, increased to the sum of one thousand dollars.

XI. That a small magazine shall be erected in the citadel in Charleston, and the sum of twelve hundred dollars, if so much be necessary, shall be, and is hereby, appropriated for that purpose.

XII. That the arsenal, magazine and guard houses, situated within the corporate limits of the town of Camden, be, and the same are hereby, transferred to and vested in the Town Council of Camden, to be used for corporate purposes.

XIII. *And be it further enacted,* That such persons residing in the town of Columbia, not exceeding thirty in number, as shall organize themselves into a Fire Engine Company, and train, exercise and do duty as such, whenever called on by the town council, shall be, and they are hereby, exempted from the performance of ordinary militia duty, so long as they continue members of said company, and faithfully discharge the duties hereby enjoined ; *provided,* that no person or persons hereby intended to be exempted from militia duty, shall be so excused, until the officer commanding the regiment in which they reside, shall be furnished by the town council with a statement, certifying the names of the persons enrolled in said company, its organization and readiness to perform the duties hereby required.

Columbia Fire Company.

XIV. That the ineligibility to hold office, specified in the eighth section of an Act entitled "An Act to provide for the military organization of this State," passed the nineteenth day of December, one thousand eight hundred and thirty-three, shall be, and the same is hereby declared to be, inoperative in the two regiments of infantry in Greenville district, for the space of twelve months from and after the passing of this Act, and no longer.

Regiments in Greenville.

XV. That in all cases of appeal heretofore allowed by law for default of militia or patrol duty, the officer ordering the court shall hear the case, and his decision shall be final and conclusive, and he shall issue executions as is in other cases provided by law.

In the Senate House, the twenty-first day of December, in the year of our Lord one thousand eight hundred and thirty-six, and in the sixty-first year of the Sovereignty and Independence of the United States of America.

PATRICK NOBLE, *President of the Senate.*

D. L. WARDLAW, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0701

592                    STATUTES AT LARGE

No. 2714. AN ACT FURTHER TO PROVIDE FOR THE MILITARY ORGANIZATION OF THIS STATE; AND FOR OTHER PURPOSES.

I. *Be it enacted*, by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That from and after the passing of this Act, it shall be the duty of the colonels or officers commanding regiments to order out their regiments, by battalion, for drill, exercise and inspection, once in each year; the commissioned and non-commissioned officers to assemble the day previous for drill; and courts martial upon defaulters for such musters, shall be ordered and holden as is now provided by law.

*Battalions to drill once a year.*

II. *And be it further enacted*, That whenever the number of volunteer corps of light infantry or riflemen, now existing in any regiment of infantry in this State, shall be reduced to two in number, that it shall not be lawful to permit the raising of more than two of such corps in each regiment, one of which, if practicable, shall be raised in and attached to each battalion, and shall consist of sixty-four rank and file, with the compliment of commissioned and non-commissioned officers, now or hereafter to be required by law, in full uniform.

*Two companies of volunteers to each regiment.*

III. *And be it further enacted*, That the artillery corps now allowed by law, shall consist of sixty-four rank and file, with the compliment of commissioned and non commissioned officers, now or hereafter to be required by law, in full uniform; and all such corps that are now in existence which shall not, within twelve months from the passing of this Act, be organized as above specified, shall be dissolved.

*Rank and file of artillery corps.*

IV. *And be it further enacted*, That it shall be the duty of the colonel or officer commanding the regiment, to cause the volunteer light corps above specified, to be inspected once in each year, and if, at any such inspection, it shall appear that the number of rank and file of any corps in complete uniform, is below the number required by law, he shall notify such corps of the fact; and *provided*, that it shall not recruit its numbers to the compliment required for its organization, within twelve months from the date of the notice, it shall be dissolved.

*Inspections.*

V. *And be it further enacted*, That the artillery corps attached to the regiments of infantry, may be armed with muskets and bayonets, or field pieces, (to be furnished by the State,) at the discretion of the commander-in-chief.

*Artillery may be armed as infantry.*

VI. *And be it further enacted*, That the non-commissioned staff of each regiment, and the sergeants of companies, shall each be furnished with a drill book similar to that used by the company officers, and upon the same conditions; and that the sergeants hereafter appointed, shall be exempt from road duty, during the year in which they are required to attend the brigade encampments, except in the parishes of St. Philip and St. Michael, and in lieu thereof, any person who shall serve as a sergeant in said parishes for ten years consecutively, shall, thereafter, be exempt from ordinary militia duty.

*Drill Books.*

*Sergeants.*

VII. *And be it further enacted*, That hereafter, corporals shall serve for one year, and be subjected to a fine of thirty dollars for refusing to accept the appointment and discharge the duties thereof.

*Corporals.*

VIII. *And be it further enacted*, That hereafter, for non-attendance of brigade encampments authorized by law, the following fines shall be imposed :—a major-general, one hundred and fifty dollars ; brigadier-general, one hundred dollars ; colonels, lieutenant-colonels, and majors, each,

Digitized by Google

Pl.0702

*Acts relating to the Militia.* A. D. 1837.

seventy-five dollars; captains and subaltern officers, each, fifty dollars; and similar fines shall be imposed upon all staff officers, according to their respective grades; and upon the non-commissioned regimental staff officers and sergeants, thirty dollars; and upon sergeants for refusing to accept their appointments, each, thirty dollars; and upon company officers, who shall be elected or appointed as now provided by law, for refusing to accept and perform the duties of their office, each fifty dollars. *Penalty for non-attendance at encampments.*

IX. *Be it enacted,* That any person or persons who now are, or hereafter may be, exempt from the performance of militia duty, shall attach himself or themselves to any volunteer corps of militia, and have accepted, or shall accept any office, whether held by commission or warrant, he or they, shall be subject to the same fines and forfeitures, respectively, that officers of their rank now are or shall be liable to by law. *Volunteers.*

X. *And be it further enacted,* That any captain or commanding officer of a company, or leader of a patrol, who shall neglect to perform the duty assigned him by the laws regulating the performance of patrol duty, shall be tried by courts martial, in the same manner as the officers of the militia are, and subjected to the same fine as now provided by law. *Patrol duty.*

XI. *And be it further enated,* That all penalties incurred for the neglect of militia or patrol duty, may be imposed by courts martial, within twelve months from the time of making default, and not thereafter; but upon judgment being had, the party shall be liable to execution and collection as in civil cases; *provided,* that nothing herein contained shall release the collecting officers from the performance of their duty as now required by law. *Penalty for neglect.*

XII. *And be it further enacted,* That the colonels or commanding officers of regiments, shall order courts martial for the trial of defaulters of militia or patrol duty, to sit at each battalion muster-ground, or at such other place or places, within the limits of his regiment, as he may deem expedient; and it shall be the duty of the officers aforesaid, to issue an order to the commanding officers of companies, notifying them of the times and places at which the court or courts shall be convened for the trial of their respective defaulters; and (if practicable,) all persons who have made default previous thereto, shall be reported to and tried by such court or courts, as now provided by law; *provided,* any person [who] shall be fined by default, and conceive himself aggrieved by the sentence of the court, and shall make affidavit that he could not attend the court by which he was tried, or render his excuse in writing to the same, or that it was out of his power to sue out an appeal before the issuing of execution, and that he does not appeal for the purpose of delay, the colonel or officer in command of the regiment, shall have power to hear and determine the case; and if he shall decide in favor of the party, he shall notify the sheriff in writing to that effect, upon which the sheriff shall enter satisfaction in the case, stating the manner in which it was settled; and *provided,* the colonels or commanding officers of regiments shall wilfully fail or neglect to perform any of the duties herein specified, they shall be liable to a fine of twenty-five dollars, to be recovered by courts martial. *Courts martial.*

XIII. *And be it further enacted,* That beat companies shall have the privilege of passing by-laws for their government to uniform themselves, and impose such penalties for a violation of their laws, as may be agreed upon by the company; *provided,* that no member of a company shall be compelled to uniform, or be subjected to any penalty imposed by the by-laws, unless he shall have assented to and subscribed the same; and *Beat companies may pass by-laws.*

VOL. VIII.—75

Digitized by Google

Pl.0703

594                          STATUTES AT LARGE

whenever any beat company shall be uniformed as above provided, the commissioned officers thereof shall be permitted to adopt and wear the same.

When companies shall be received.
XIV. *And be it further enacted*, That from and after the passing of this Act, no volunteer corps of cavalry, artillery, light infantry or riflemen, shall be inspected or received, and the officers thereof commissioned, until the said corps shall have the compliment of men rank and file, and officers in full uniform, required for its organization; and any officer permitted by law to authorize the raising of such corps, shall, for a violation of this provision, be liable to a fine of twenty-five dollars, to be recovered by courts martial.

Beaufort Troop.
XV. *And be it further enacted*, That the Beaufort District Troop of Horse shall be exempted from attendance at regimental reviews and parades, as soon as it shall conform to the organization of cavalry corps to be adopted by the provisions of this Act; *provided*, it shall hold itself in readiness to move at a moment's notice to any part of the district, where the public safety may require its service, and be liable to such inspection and drill on its company parade ground, as is now required by law.

Adjutant Gen. salary.
XVI. *And be it further enacted*, That hereafter, the salary of the adjutant and inspector-general shall be twenty-five hundred dollars.

Furloughs.
XVII. *And be it further enacted*, That hereafter, no officer of the militia of this State shall have authority, except when in actual service, to grant a furlough or leave of absence to relieve the party from the performance of militia duty required by law; but all defaulters of such duty shall be tried by courts martial as the law directs; *provided*, that nothing herein contained shall be construed to prevent the commander-in-chief, or senior officer on duty, when the troops shall have assembled for drill, exercise, inspection or review, to grant leave of absence from that special duty, upon good and lawful cause being shown.

Companies in Christ Church parish.
XVIII. *And be it further enacted*, That the two beat companies now existing in Christ Church Parish, shall be united and form one beat company, and the commissions of the officers of said companies are hereby vacated. And it shall be the duty of the colonel of the 19th regiment to order an election for a captain, first and second lieutenants and ensign, to command said company, within two months from the passing of this Act, and the persons having the greatest number of votes for each commission, shall be commissioned as the officers to command the said company; and hereafter the muster-ground of said company shall be at or near the thirteen mile-post on the State road.

Thirtieth regiment.
XIX. *And be it further enacted*, That to equalize the battalions and beat companies of the 30th regiment in the seventh brigade of the militia of this State, the brigadier general of the said brigade is hereby authorized to cause the said regiment to be re-divided into two battalions and eight beat companies, according to the principles prescribed in the fourteenth, fifteenth and sixteenth sections of an Act, passed the seventeenth day of December, 1834, entitled "An Act to amend An Act entitled An Act to provide for the military organization of this State, passed the nineteenth day of December, 1833, and for other purposes;" and the same penalties shall attach for neglect of duty and forfeitures of commissions in the said regiment as is provided by the Act aforesaid.

XX. *And be it further enacted*, That the regiments of cavalry in this State, now raised or hereafter to be raised, shall take and have the number,

Digitized by Google

Pl.0704

*Acts relating to the Militia.*

A. D. 1837.

designation and rank, of the brigade of infantry within which such regiment of cavalry is raised, that is to say :—the regiment of cavalry now attached to the first brigade, shall be the first regiment; the regiment of cavalry now attached to the second brigade, shall be the second regiment; the regiment of cavalry now attached to the third brigade, shall be the third regiment; the regiment of cavalry now attached to the fifth brigade, shall be the fifth regiment; the regiment of cavalry now attached to the sixth brigade, shall be the sixth regiment; the regiment of cavalry now attached to the ninth brigade, shall be the ninth regiment; the regiment of cavalry now attached to the tenth brigade, shall be the tenth regiment; and that whenever a sufficient number of troops shall have been raised in the fourth brigade, to constitute, according to law, a regiment of cavalry, such regiment shall be the fourth regiment; whenever a sufficient number of troops shall have been raised in the seventh brigade, to constitute a regiment according to law, such regiment shall be the seventh regiment; and whenever a sufficient number of troops shall have been raised in the eighth brigade, to constitute a regiment according to law, such regiment shall be the eighth regiment. *(margin: Arrangement of cavalry regiments.)*

XXI. *And be it further enacted,* That the number, designation and rank of the cavalry regiments aforesaid, shall be and remain permanent; and whenever either of the regiments aforesaid shall be dissolved, and a new regiment raised in its stead, such new regiment shall take and have the number, designation and rank of the regiment so dissolved. *(margin: Their rank.)*

XXII. *And be it further enacted,* That the regiments of cavalry in this State, be, and they are hereby, arranged and constituted into brigades of cavalry, in the manner following, that is to say :—the first and second regiments, shall constitute the first brigade; the fifth and sixth regiments, shall constitute the third brigade; the ninth and tenth regiments, shall constitute the fifth brigade; and whenever the fourth regiment shall have been organized according to law, the third and fourth regiments shall constitute the second brigade; and whenever the seventh and eighth regiments shall have been organized, according to law, the said seventh and eighth regiments shall constitute the fourth brigade. *(margin: Brigades of cavalry.)*

XXIII. That the third regiment of cavalry, and the troops now organized in the fourth, seventh and eighth infantry brigades, remain attached to said infantry brigade, as now provided by law, until fully organized, as required by the twentieth section of this Act.

XXIV. *And be it further enacted,* That it shall be the duty of the major-generals, commanding the first, third and fifth divisions of the militia of this State, within three months after the passing of this Act, to issue their orders to the colonels of the cavalry regiments, within their respective divisions, to advertise and hold an election for a brigadier-general of cavalry, to command the brigade of cavalry within their respective divisions; and whenever either the second and fourth brigades of cavalry shall have been organized, as required by the twenty second section of this Act, the major-general commanding the division in which such brigade may be organized, shall, forthwith, order an election for a brigadier-general to command such brigade. *(margin: Election of Brigadier Gen. of cavalry.)*

XXV. *And be it further enacted,* That all elections of brigadier-generals of cavalry shall be ordered, advertised, held and conducted, and the brigadier-generals elected receive their commissions, in the same manner as now provided for the electing and commissioning of brigadier-generals of infantry. *(margin: Elections, how to be conducted.)*

Digitized by Google

Pl.0705

590 'STATUTES AT LARGE

A. D. 1837.

*Acts relating to the Militia.*

**Ineligibility and voters.**

XXVI. *And be it further enacted,* That the same ineligibility to the office of brigadier-general of cavalry, and the same qualification in the voters for such office, shall be required, as now provided by law for the office of brigadier-general of infantry; *provided,* that no officer of the infantry or artillery shall be eligible to the office or entitled to a vote for brigadier-general of cavalry; and no officer of cavalry in any organized brigade of cavalry, shall be eligible to the office or entitled to a vote for brigadier-general of infantry.

**When cavalry brigades shall be dissolved.**

XXVII. *And be it further enacted,* That hereafter, when either of the regiments composing a brigade of cavalry shall be reduced below the number of troops required by law to constitute a regiment, and shall not recruit to such number within twelve months after notice to the commanding officer of such regiment, from the major-general of the division in which such regiment was raised, or from the commander-in-chief, then, and in that case, such brigade shall be dissolved, the commission of the brigadier-general of such brigade of cavalry vacated, and the regiment, squadron or troops, still in existence within the limits of such brigade, be attached to the infantry brigades, as now provided by law.

**Quota of men for cavalry corps.**

XXVIII. That a troop of cavalry shall hereafter consist of thirty-six men rank and file, four sergeants, one captain, two lieutenants and one cornet; and if any troop now raised shall not, within twelve months after the passing of this Act, contain the number of rank and file and the sergeants and officers herein required, such troop shall be dissolved by the major-general of the division to which such troop is attached; and if, at any subsequent inspection, any troop of cavalry now raised or hereafter to be raised, shall not contain twenty-eight rank and file, and the sergeants and officers required by law, and shall not recruit the same within six months after notice to fill up its ranks, given to the commander of such troop, then such troop shall be dissolved.

**Cavalry to encamp with infantry.**

XXIX. *And be it further enacted,* That the cavalry shall continue to encamp with the brigades of infantry, as now required by law; and it shall be the duty of the brigadier-generals of cavalry to attend the encampments of the cavalry of their respective brigades, and superintend and instruct them in the drill, exercise, and manœuvres of cavalry; *provided,* that no brigadier-general of cavalry shall assume or exercise any command or authority over the infantry or artillery of such encampment.

**Duty of Colonels and Majors.**

XXX. *And be it further enacted,* That colonels of cavalry shall, after the passing of this Act, drill each troop in their respective regiments, once in every two years; and that lieutenant-colonels and majors of cavalry, shall also drill each troop in their respective squadrons, once in every twelve months.

**How disputes shall be settled between cavalry and infantry.**

XXXI. *And be it further enacted,* That if any collision or dispute shall arise between the cavalry and infantry arms of service, within any division of this State in which shall be organized a brigade of cavalry, it shall be the duty of the major-general of such division to hear and determine the cause, and his decision shall be conclusive; and *provided,* any such collision or dispute shall occur in a brigade of infantry, in which the cavalry shall not be organized into a brigade, the same shall be heard and determined by the brigadier-general of such brigade, and his decision shall be conclusive; reserving to the parties the right of appeal, in the former case, to the commander-in-chief, and in the latter case, to the major-general of the division.

Digitized by Google

Pl.0706

OF SOUTH CAROLINA. 597

*Acts relating to the Militia.*

XXXII. *Be it further enacted,* That the Hilton Head company, in the twelfth regiment, be exempted from attending battalion and regimental musters. <span>Hilton Head company.</span>

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-seven, and in the sixty-second year of the Sovereignty and Independence of the United States of America.

> PATRICK NOBLE, *President of the Senate.*
> D. L. WARDLAW, *Speaker of the House of Representatives.*

---

AN ACT TO AMEND AN ACT ENTITLED "AN ACT TO REGULATE THE PERFORMANCE OF PATROL DUTY ON CHARLESTON NECK;" AND FOR OTHER PURPOSES.  No. 2724.

I. *Be it enacted* by the Honorable the Senate and House of Representatives, now met and sitting in General Assembly, and by the authority of the same, That the eleventh section of the Act entitled "An Act to regulate the performance of Patrol Duty on Charleston Neck," be, and is hereby, repealed. <span>Former Act repealed.</span>

II. *Be it further enacted,* That it shall not be lawful for any owner or occupyer of a grocery store or retail shop within the limits of Charleston Neck, or any store, shop or place, within the limits aforesaid, wherein are vended spirituous liquors, to keep open the said stores, shops or places, or to trade, traffick or barter therein, with negroes or persons of color, at any time on the Sabbath day, or on any other day, after the hours of nine o'clock, P. M., from the twentieth day of September to the twentieth day of March, and ten o'clock, P. M., from the twentieth day of March to the twentieth day of September, in each and every year; and in case any owner or occupant of any such store, shop or place, shall transgress or violate this Act, by keeping open the said stores, shops or places, or by trading, trafficking or bartering therein, with any negroes or persons of color, at any time on the Sabbath day, or on any other day, after the hours of nine o'clock, P. M., from the twentieth day of September to the twentieth day of March, and ten o'clock, P. M., from the twentieth day of March to the twentieth day of September, in each and every year, he, she or they, shall forfeit and pay the sum of one hundred dollars, to be recovered in any court having competent jurisdiction ; to be paid to the commissioners of Cross Roads of Charleston Neck, for the use of said roads. <span>Provision respecting Grocery stores on Charleston Neck.</span>

III. *And be it further enacted,* That it shall not be lawful for the owner or keeper of any retail shop within the limits of Charleston Neck, or the owner or occupant of any place within the limits aforesaid, wherein are vended spirituous liquors, to erect or keep in such shop or place, any blind, screen, or other obstruction whatever, to the view from the front door or other opening, behind which any article might be secretly sold, nor shall he or she have recourse to any private room, closet or other enclosure on the said premises, to effect such object with greater privacy ; and every person violating the provisions of this Act, shall forfeit and pay, not less <span>Retail shops on Charleston Neck, not to have screens and blinds.</span>

Digitized by Google

Pl.0707

598                     STATUTES AT LARGE

A.D.1837.                *Acts relating to the Militia.*

than fifty, nor more than two hundred dollars, according to the discretion of the presiding judge; to be recovered in any court having competent jurisdiction; to be paid to the commissioners of Cross Roads, for the use of said roads.

Hogs running at large on Charleston Neck, prohibited.

IV. And *whereas*, the going at large of hogs on Charleston Neck, is a great inconvenience to the citizens thereof: *Be it therefore enacted*, That the clerk of the board of commissioners of Cross Roads for Charleston Neck, or his deputy or deputies, shall, on and after the first day of February next, be authorized and required to seize or kill any hog or hogs going at large any where on that part of Charleston Neck which lies between Cooper and Ashley Rivers, and extending from Boundary to Line street; and that every hog or hogs so taken or killed, shall be forfeited by law; and the said clerk of the said board of commissioners of Cross Roads, or his deputy or deputies, shall take and keep the said hog or hogs, or the same sell and dispose of, applying the proceeds thereof to his own or their use, benefit and behoof, as a perquisite of his or their office, without question or claim from any person or persons whatever; *provided*, this law shall not be construed to extend to any hog or hogs driven through the streets within the limits aforesaid, for market or any such purpose; and it shall be the duty of the said clerk to give one month's notice in one or more of the gazettes of the city of Charleston, and of this law, previous to his proceeding to execute the same.

In the Senate House, the twentieth day of December, in the year of our Lord one thousand eight hundred and thirty-seven, and in the sixty-second year of the Sovereignty and Independence of the United States of America.

PATRICK NOBLE, *President of the Senate.*
D. L. WARDLAW, *Speaker of the House of Representatives.*

Digitized by Google

Pl.0708

**Plaintiffs' Exhibit AD**

Pl.0709

[ 6 ]

by this commonwealth, and with all fums of money directed to be paid by the prefent General Affembly, for which no other provifion has been made, and all warrants and other facilities which have been heretofore receivable in difcharge of the refpective taxes, which conftitute the aggregate fund, and all warrants, with the payment of which the aggregate fund is charged by this act, may be paid in difcharge of the taxes which conftitute the faid fund; and the sherifs or collectors of the revenue taxes which conftitute the faid fund, fhall on payment thereof into the public treafury, have credit for the fame accordingly; the monies which may be paid into the treafury, in difcharge of the taxes which conftitute the faid fund, and alfo the money which may be received on fales of tobacco, paid in difcharge of the fame, or fo much thereof as fhall be neceffary, fhall be paid by the treafurer to the holders of warrants on the faid fund at certain periods, fhall be paid by the treafurer to the holders of warrants on the faid fund at certain periods, may receive in proportion to their refpective claims, the treafurer fhall give in the Virginia Gazette, fix weeks previous notice of the time, when payment is to be made, in order that fuch warrants may be previoufly regiftered, and the money belonging to the faid fund duly apportioned amongft them.

<div style="margin-left:2em">Former appropriations continued.<br>Charges on the revenue of 1791.</div>

SEC. II. *AND be it further enacted*, That all taxes and arrearages of taxes, except thofe conftituting the aggregate fund, fhall continue as appropriated by the aforefaid act of the laft feffion of Affembly, intituled, " An act for appropriating the public revenue;" and that all branches of revenue which fhall arife to the commonwealth, between the laft day of December, one thoufand feven hundred and ninety-two, and the firft day of January, one thoufand feven hundred and ninety-four, fhall be appropriated to the fupport of civil government, and for the contingent charges thereof; and fhall alfo be charged with the payment of all unfatisfied warrants charged on the faid taxes and arrearages of taxes by the aforefaid act of laft feffion of Affembly, of warrants which fhall be hereafter iffued for expences attending criminal profecutions; for the ftate's fhares in the Patowmac, James River, and Difmal Swamp Canal companies; for the hofpital for the reception of perfons of unfound mind; to the directors of the public buildings; for erecting public buildings at the federal feat of government on the Patowmac; for the expences attending the arfenal at the Point of Fork; for all penfions allowed by this commonwealth; and for expences which may accrue, by order of the Executive, in defence of the weftern frontier. And if the funds herein appropriated to the payment of the officers of civil government, and of warrants iffued by direction of the Executive for the contingent purpofes thereof; on account the of ftate's fhares in the Patowmac, James River, and Difmal Swamp Canal companies; for the hofpital for the reception of perfons of unfound mind; for erecting the public buildings at the federal feat of government on Patowmac; for all penfions due by this commonwealth, and for expences which may accrue, by order of the Executive, in defence of the weftern frontier, fhould not be productive early enough for thofe purpofes, it fhall be lawful for the Executive to direct the treafurer to borrow as much money as fhall be deficient, out of any other funds, and to replace the fame as foon as poffible.

<div style="margin-left:2em">Deficiency in certain funds to be fupplied by borrowing from others.</div>

<div style="margin-left:2em">Repealing claufe.</div>

SEC. III. SO much of every act of Affembly as comes within the purview of this act, fhall be, and the fame is hereby repealed.

<div style="margin-left:2em">Certificates in the finking fund to be exchanged for others in the hands of certain creditors.</div>

SEC. IV. *AND be it further enacted*, That it fhall be lawful for the treafurer to pay to the agent of Caron de Beaumarchais, on warrant or warrants from the auditor, military, or other certificates of the finking fund dated prior to the firft day of January, one thoufand feven hundred and ninety, to the amount of the liquidated claim of the faid De Beaumarchais, and in like manner to any other public foreign creditor willing to accept of fuch payment; and alfo to exchange certificates of the finking fund of a prior date to the faid period, for any of the certificates of this commonwealth, dated fubfequent to the firft day of January one thoufand feven hundred and ninety, and bearing an intereft of fix per centum.

<div style="margin-left:2em">Commencement of the act</div>

SEC. V. THIS act fhall commence in force from and after the paffing thereof.

---

## C H A P.   IV.

### *An ACT for regulating the Militia of this Commonwealth.*

[Paffed December the 22d, 1792.]

<div style="margin-left:2em">Preamble.</div>

SECTION I. WHEREAS the Congrefs of the United States did at their laft feffion pafs an act, intituled, " An act more effectually to provide for the national " defence, by eftablifhing an uniform militia throughout the United States;" and it is expedient for this Legiflature to carry the fame into effect, fo far as it refpects this ftate:

<div style="margin-left:2em">Arrangement of the militia in brigades and divifions;</div>

SEC. II. BE it therefore *enacted*, That the counties of Accomack, Northampton, Princefs-Anne, and Norfolk, fhall compofe one brigade; the counties of Nanfemond, Ifle of Wight, Southampton, Surry, Suffex, and Prince-George, one brigade; the counties of Elizabeth City, Warwick, York, James City, Charles City, New-Kent, Henrico, and Hanover, one brigade; the counties of Gloucefter, Mathews, Middlefex, Effex, King William, King & Queen, Lancafter, Northumberland, Richmond, and Weftmoreland, one brigade; and the faid brigades fhall compofe one divifion. That the counties of Loudon and Fairfax fhall compofe one brigade; the counties of Fauquier, Prince William, Stafford, and King George, one brigade; the counties of Culpeper, Orange, Spotfylvania, and Caroline, one brigade; the counties of Louifa, Goochland, Fluvanna, Albemarle, and Amherft, one bri-

Pl.0710

[ 7 ]

gade; and the faid brigades fhall compofe another divifion. The counties of Frederick and Berkeley, fhall compofe one brigade; the counties of Rockingham, Augufta, and Shenandoah, one brigade; the counties of Wythe, Ruffell, Wafhington, Lee, Grayfon, and Montgomery, one brigade; the counties of Botetourt, Rockbridge, Greenbrier, Bath, and Kanawha, one brigade; the counties of Hampfhire, Hardy, Pendleton, Randolph, Harrifon, Monongalia, and Ohio, one brigade; and the faid brigades fhall compofe another divifion. The counties of Henry, Patrick, Franklin, Campbell, and Bedford, fhall compofe one brigade; the counties of Pittfylvania, Halifax, Charlotte, and Prince Edward, one brigade; the counties of Din-widdie, Greenfville, Brunfwick, Lunenburg, and Mecklenburg, one brigade; the counties of Chefterfield, Amelia, Nottoway, Powhatan, Cumberland, and Buckingham, one brigade; and the faid brigades fhall compofe another divifion.

Sec. III. *AND be it further enacted,* That the counties of Berkeley, Culpeper, Loudoun, and Frederick, fhall compofe two regiments, and four battalions each; that the counties of Middlefex and Effex, fhall each compofe one battalion, which two battalions fhall compofe one regiment; that the counties of King & Queen and King William, fhall each compofe one battalion, which two battalions fhall compofe one regiment; that the counties of Northum-berland and Lancafter, fhall each compofe one battalion, which two battalions fhall compofe one regiment; that the counties of Richmond and Weftmoreland, fhall each compofe one battalion, which two battalions fhall compofe one regiment; that the counties of Powhatan and Cumberland, fhall each compofe one battalion, which two battalions fhall compofe one regiment; that the counties of Harrifon and Randolph, fhall each compofe one battalion, which two battalions fhall compofe one regiment; that the counties of Ruffell and Lee, fhall each compofe one battalion, which two battalions fhall compofe one regiment; and the counties of Charles City and New-Kent, fhall compofe each one battalion, which two battalions fhall conftitute one regiment; the counties of Elizabeth City and Warwick, one battalion, and the counties of York and James City, one battalion, which two battalions fhall compofe one regiment; and each of the other counties in this commonwealth, and alfo the city of Rich-mond and borough of Norfolk, fhall compofe each one regiment and two battalions. *In regiments and battalions.*

Sec. IV. *AND be it further enacted,* That the General Affembly fhall by joint ballot of both houfes, appoint an Adjutant-General for the militia of this ftate, and alfo a Major-Ge-neral to each divifion, and a Brigadier-General to each brigade; which Major-Generals and Brigadiers, fhall refide within the limits of their refpective commands. Each Major-General fhall appoint his own aids de camp, and each Brigadier-General his own brigade infpector, who fhall alfo refide within the limits of their refpective divifions and brigades. *Officers, how to be appoint-ed.*

Sec. V. *AND be it enacted,* That the courts of the feveral counties and corporations, fhall from the field and other officers who at prefent hold commiffions in the militia of the re-fpective counties and corporations, proceed to recommend to the Executive, the officers ne-ceffary to complete the regiments and battalions and companies, purfuant to this act, by grades and feniority; and the perfons fo recommended, fhall be commiffioned by the Governor, agree-able to the conftitution of this ftate.

Sec. VI. ALL perfons holding commiffions under the late militia laws of this ftate, and who fhall not be recommended by their refpective courts, fhall be confidered as fupernumerary officers, and may be recommended by the refpective county and corporation courts to fupply vacancies hereafter happening in the officers of the militia. *Officers not re-commended by the county court to be-come fupernu-meraries.*

Sec. VII. AND whereas it will be productive of confiderable advantages to the difci-plining the militia, to have frequent meetings of the commiffioned officers of the feveral regi-ments and battalions: *Be it enacted,* That the commiffioned officers of the feveral regiments and battalions fhall meet twice in every year, for the purpofe of being trained and inftructed by the Brigade Infpector. The days and places of meeting to be fixed on by the commanding officer of the brigade to which the regiments and battalions belong. The officers thus affem-bled, fhall each continue two days and no longer, for every time they fhall be called out. Every officer failing to attend fuch meeting on being fummoned (not having a reafonable ex-cufe, to be adjudged of by a court-martial) fhall forfeit and pay five dollars, to be appropri-ed as the other fines are by this act directed. *Commiffioned officers to meet twice in every year to be trained.*

Sec. VIII. IT fhall be the duty of the Executive to number by ballot the feveral divifi-ons, brigades, and regiments, and caufe the fame to be regiftered in the office of the Adju-tant-General; and every commiffion hereafter iffued by the Executive, fhall exprefs the num-ber of the divifion, brigade or regiment refpectively, to which the perfon to whom the fame is directed fhall belong. *Divifions, bri-gades and re-giments to be numbered and regiftered in the adjutant general's office*

Sec. IX. *AND be it further enacted,* That the commanding officers of regiments, batta-lions, and companies, to be appointed and commiffioned by virtue of this act, fhall meet at their refpective courthoufes on fome day in the month of March or April next, to be appoint-ed by the commanding officers of regiments, then and there to divide their refpective coun-ties into diftricts for the purpofe of forming the regiments, battalions, and companies, by this act eftablifhed; which diftricts fo laid off fhall be defignated by certain lines and bounds to be eftablifhed by them, and recorded by the clerks of the courts-martial refpectively, herein-af-ter to be appointed. *Counties to be divided into diftricts for form ing regi-ments and com-panies.*

Pl.0711

[ 8 ]

**Companies to be divided into divisions.**

SEC. X.  *AND be it further enacted,* That it shall be the duty of the commanding officers of each company so inrolled, to proceed forthwith to divide his company into divisions by ballot from one to ten, for the purpose of a regular roster of duty when called into actual service, and shall return a roster of each division and its number in rotation, within fifteen days, to the commanding officer of his battalion, who shall forthwith transmit the same to the commanding officer of the regiment, who shall order the same to be recorded by the clerk of the court-martial.  The same regulations shall be observed by every commanding officer of a company, battalion, and regiment on the subsequent inlistment of any person therein, unless such person shall produce a certificate of his having been before drafted for the above purpose, in which case he shall be inrolled accordingly.

**Persons exempted from militia duty.**

SEC. XI.  *AND be it further enacted,* That the members of the council of state; judges of the superior courts; speakers and clerks of both houses of the general assembly; the clerks of the superior and inferior courts; the attorney-general; the treasurer and his clerks; the auditor of public accounts and his clerks; clerks of the council of state; the register of the land-office and his clerks; all inspectors of tobacco; all professors and tutors and students at the college of William & Mary, and other public seminaries of learning; all ministers of the gospel licensed to preach according to the rules of their sect, who shall have previously taken before the court of their county an oath of fidelity to the commonwealth; keepers of the public, district, and county jails, and of the public hospital; millers; and all quakers and menonists religiously scrupulous of bearing arms, and having a certificate from their respective societies, according to the rules thereof, of their being members of such society, shall be, and they are hereby exempted from the duties required by this act.

SEC. XII.  AND whereas it will be of great utility and advantage in establishing a well disciplined militia, to annex to each battalion a light company to be formed of young men from eighteen to twenty-five years of age, whose activity and domestic circumstances will admit of a frequency of training, not practicable or convenient for the militia in general, and returning to the main body on their arrival at the latter period, will be constantly giving thereto a military pride and experience, from which the best of consequences will result.

**A company of grenadiers, light infantry, or riflemen, to be annexed to each battalion.**

SEC. XIII.  *BE it enacted,* That the Governor with the advice of Council, shall issue commissions for a captain, lieutenant and ensign to each battalion out of the present commissioned officers therein; and the said companies shall be distinguished by the denomination of grenadiers, light-infantry or riflemen, at the discretion of the commanding officer of the battalion.  Every person belonging to the said light companies, shall wear while on duty, such caps and uniforms as the Executive shall direct, to be purchased by the commanding officer of the battalion, out of the monies arising on delinquents.  The captain thereof shall after qualifying as is directed for other officers, proceed to enlist by voluntary enlistments in his company, a sufficient number of young men as before described.  And as the men of such light company shall from time to time arrive at the age of twenty-five years, the captain shall make report thereof to the commanding officer of the battalion, who shall order them to be inrolled in the company, whose districts they may respectively live in, and deficiencies shall be supplied by new enlistments, and the said companies shall in all respects be subject to the same regulations and orders as the rest of the militia.

**A company of cavalry, and a company of artillery, to be annexed to each division.**

**Proviso.**

SEC. XIV.  *AND be it further enacted,* That the Governor with the advice of Council, shall and he is hereby empowered, to appoint and commission at their own discretion, at least one captain and two lieutenants in each division, who are hereby authorized and empowered to enlist by voluntary enlistment, and in such proportion to each officer respectively so appointed as the Executive shall direct, to be denominated the company of artillery.  In like manner commissions shall issue for at least one captain, two lieutenants, and one cornet, who shall also by voluntary enlistments, and in the same proportions to their respective ranks, enlist a company, to be denominated the company of cavalry.  *Provided,* that the number of companies of artillery and of cavalry, shall not exceed one for each brigade.

**Oaths of officers.**

SEC. XV.  *AND be it further enacted,* That each and every officer appointed and commissioned by virtue of this act, shall previous to their entering on the execution of their respective offices, take the following oath :—" I— do swear that I will be faithful and true to the " commonwealth of Virginia, of which I profess myself to be a citizen, and that I will faith- " fully and justly execute the office of a          in the          regiment of the " militia of Virginia, according to the best of my skill and judgment:  So " help me God."

**Adjutant-general may convene brigade-majors and inspectors.**

SEC. XVI.  THE adjutant-general shall have full power and authority to convene the brigade majors and inspectors, at such times and places as the good of the service may require, and he shall think proper, and generally to establish such rules and regulations for conducting the business of his department, as he may think expedient and necessary.  Any brigade major or inspector, failing to attend such meeting, when duly notified thereof, not having a reasonable excuse for such failure, shall forfeit and pay fifty dollars, to be appropriated as the other fines are directed by this act.

Pl.0712

# [ 9 ]

**Sec. XVII.** THERE shall be a private muster of each company of grenadiers, light-infantry, riflemen, artillery, and cavalry, once in every two months, except in the months of December, January and February, in every year, and every other company, formed by virtue of this act, once in three months, (except as before is herein excepted) to be appointed by the commanding officer thereof, at or as near as may be to his company district. There shall be a muster of each battalion in the month of May, in every year, to be appointed by the commanding officers of the regiments to which such battalions respectively belong, at, or as near as may be to the centre of the battalion, and a muster of each regiment in the month of October in every year, to be appointed by the brigadier general or commanding officer of the brigade, to which such regiment belongs, at, or as near as may be, to the centre of the regimental district; which said company, battalion, and regimental musters shall continue one day each, and no longer. Of the times and places of the said musters the brigadier generals or commanding officers of brigades for the time being, shall cause notice to be given to the commanding officers of regiments; the commanding officers of regiments shall give notice of the regimental and battalion musters to the commanding officers of battalions; the commanding officers of battalions to the commanding officers of companies, and the captains or commanding officers of companies shall give notice of the regimental battalion and private musters, to every person of their respective companies; and to that end the commanding officers of companies shall have power to order so many of their serjeants as they shall think fit to give such notice, which may be done by personal summons by the said commanding officer, or serjeant so ordered, or by either of them leaving notice in writing at the usual place of abode of the person to be notified. The notice to be given by the commanding officers of brigades, regiments and battalions, shall be in writing delivered in person, or left at the usual place of abode of each person to be notified, either by such commanding officers themselves, or by such officer or officers of their respective commands, as they may think fit to order. The said notices shall be given by the commanding officers of the brigade, to the commanding officers of regiments at least thirty days; by the commanding officers of regiments to the commanding officers of battalions, at least fifteen days; by the commanding officers of battalions to the commanding officers of companies, at least ten days; and by the commanding officers of companies to each person in their companies at least five days before such regimental, battalion, or private musters, (as the case may be) shall be appointed to be had. Any officer ordered as aforesaid to give such notices, and failing therein, shall for every offence forfeit and pay twenty dollars: And every serjeant so failing shall forfeit and pay three dollars for every such failure, to be recovered as other fines hereafter to be established. Every officer and soldier shall appear at his respective muster, field on the day appointed by eleven o'clock in the forenoon. At every muster, each captain or commanding officer of a company shall call his roll, examine every person belonging thereto, and note down all delinquencies occurring therein, and make return thereof at the next regimental or battalion muster to the commanding officer of his battalion, including those which may occur on that day. And every commanding officer of a battalion, shall at their regimental or battalion musters (as the case may be) in like manner call his roll, examine and note down all delinquencies in his battalion, and make return thereof, together with those reported from commanding officers of companies, to the commanding officer of the regiment to which he belongs, on the day next succeeding such regimental or battalion musters, (as the case may be) who shall lay the whole before the court hereafter appointed to take cognizance of, and determine on them; *Provided*, that the commanding officer of a battalion shall not be obliged to attend his roll-call, or individual examination, beyond the officers, unless he shall observe some apparent necessity therefor; and to each of the said returns shall be annexed the following certificate, to wit:

"I do certify that no returns hereunto annexed, contain all the "delinquencies which have occurred in my company since my last return, having examined "the same as the law directs." And as to the battalion returns shall be added, "and that the "reports which accompany them, are all which have been made by the commanding officers "of battalions."

**Sec. XVIII.** EVERY captain or commanding officer of a company, shall within ten days after every regimental and battalion muster, make up and report to the commanding officer of his battalion, a return of his company, in such manner and form as shall be furnished by the proper officer from time to time. It shall be the duty of the commanding officers of battalions to make like returns to the commanding officers of regiments in ten days after such regimental or battalion musters, who shall cause the adjutant of his regiment to make like returns thereof to their respective brigade inspectors within thirty days thereafter.

**Sec. XIX.** EACH captain or commanding officer of a company, shall appoint to his company four serjeants, four corporals, a drummer and fifer, to be approved of by the commanding officer of his battalion, and all vacancies, which may thereafter happen, shall be filled up by appointments in like manner.

**Sec. XX.** IN all cases of death, absence or resignation, of any lieutenant colonel commandant, major, or captain, the next officer in rank in his respective command, shall be considered as the commanding officer during such vacancy, and shall to perform the duties required by this act, and for neglect thereof, shall incur the penalties annexed thereto.

**Sec. XXI.** IT shall be the duty of every commander of a regiment, battalion, or company, at every of their respective musters, to cause the militia to be exercised and trained agreeable to the mode of discipline prescribed by Congress, under pain of being arrested and

C

---

*Marginal notes:*

Musters of the companies.

Of the battalions.

Of the regiments.

Notices of musters, by whom & how to be given.

Penalties on officers, and serjeants failing to give the notices.

Rolls to be called, and delinquencies noted.

Form of returns of delinquencies.

Returns of companies.

Of battalions.

Of regiments.

Drummer and fifer to be appointed to each company.

The officer next in rank to take command, in the absence of his superior.

Militia to be exercised.

Pl.0713

[ 10 ]

tried for breach of their duty, and for this purpose the faid officers are hereby authorifed to order the moft expert and fit officer in their refpective commands, to perform that duty.

**Officers to be furnifhed with printed copies of the rules of difcipline.**

SEC. XXII.   AND to the end that a general knowledge of the rules of difcipline eftablifhed by Congrefs in their refolution of the twenty-ninth day of March, one thoufand feven hundred and feventy-nine, may be diffufed, the Executive is hereby authorifed and required, to procure and have a fufficient number of copies of the faid rules printed and bound in boards, to afford to every commiffioned officer of the militia, one ; and to caufe them to be delivered to the commanding officers of brigades, to be by them duly diftributed without delay; and upon the death, refignation, or removal of any officer, as aforefaid, the plan delivered him fhall revert to the public, and the commanding officer of the battalion in which fuch vacancy fhall occur, fhall deliver the fame to a new appointed officer, who may not have received one, and for defraying the neceffary expenfe thereof, the Executive fhall draw on the contingent fund.

**Officers may be arrefted for mifbehaviour. Non commiffioned officers & foldiers may be confined or bound neck & heels for difobedience or mutiny.**

SEC. XXIII.   ANY officer who fhall be guilty of difobedience, or other mifbehaviour when on duty, or fhall at any time be guilty of any conduct unbecoming the character of an officer, fhall be put under arreft by his commanding officer, and tried as hereafter fhall be directed.

SEC. XXIV.   IF any non-commiffioned officer, or foldier, fhall behave himfelf difobediently or mutinoufly, when on duty, or before any court, or board directed by this act to be held, the commanding officer, court, or board, may confine him for the day, or caufe him to be bound neck and heels for any time not exceeding five minutes.

**Byftanders may be confined for molefting any officer or foldier on duty.**

SEC. XXV.   IF any byftander fhall interrupt, moleft, or infult any officer or foldier while on duty at any mufter, or fhall be guilty of like conduct before any court or board as aforefaid, the commanding officer, or fuch court or board, may caufe him to be confined for the day.

**Colours to be procured;**

SEC. XXVI.   THE commanding officers of regiments fhall caufe to be purchafed, out of the money arifing from the fines, a fet of colours for his regiment, and alfo a fet of colours for each battalion in his regiment.   He fhall alfo procure in like manner, for each company in his regiment, a drum and fife, or bugle-horn, and on the colours and drums fhall be marked the number of the regiment and battalion, together with the name of the county to which they belong.

**Drums & fifes, or bugle-horns**

**Militia to be called forth in cafe of invafion or infurrection.**

SEC. XXVII.   AND be it further enacted, That the Governor, with the advice of Council, be authorifed and empowered, on any invafion or infurrection, or probable profpect thereof, to call forth fuch a number of militia, and from fuch counties as they may deem proper ; and for the accommodation, equipment, and fupport of the militia, fo at any time to be called forth, the Governor, with the advice aforefaid, may appoint fuch quarter-mafters, commiffaries, and other ftaff, as to them fhall feem proper, and to fix their pay and allowances, and fhall alfo take fuch meafures for procuring, tranfporting, and iffuing all ftores which may be neceffary, as to them fhall feem beft.   Orders for the militia to be called forth, as aforefaid, fhall be fent to the commanding officers of brigades, with a notification of the place or places of rendezvous, who fhall immediately take meafures for detaching the fame, with the neceffary number, and ranks of officers by detail and rotation of duty.

**Each company to be furnifhed with a waggon, team, &c. by impreffment or otherwife.**

SEC. XXVIII. THE lieutenant colonel commandant, or commanding officers of regiments from which fuch detachments are drawn, fhall caufe to be procured by impreffment or otherwife, for each company, a waggon, team, and driver, fix oxes, and fix camp-kettles, or pots of convenient fize, all which fhall be delivered to the commanding officer of the company, who fhall be accountable for returning the fame when his tour is over, and the articles aforefaid fhall be returned to the owners, who fhall be allowed for the ufe of the fame, whatever fhall be adjudged by the court herein-after appointed for enquiring into delinquencies :  And to the end that if any article impreffed, be loft, the owner may be paid for the fame, the lieutenant colonel commandant, or commanding officer, fhall caufe all property by him impreffed by virtue of this act, to be valued by two or more freeholders on oath, before the fame fhall be fent away ; and upon proof being made of any article being loft, the valuation thereof fhall be allowed, without any allowance for the ufe, and the faid allowance fhall be certified to the auditor of public accounts.   The faid court fhall make enquiry into the caufe of fuch lofs, and if it fhall appear that the faid lofs was occafioned by the mifconduct or inattention of any officer, the lieutenant colonel commandant, or commanding officer, is hereby authorifed and required to profecute a fuit againft fuch officer for the recovery of damages for the ufe of the commonwealth.

**Articles impreffed to be valued,**

**and the owners paid therefor if loft;**

**Officers anfwerable to the public, if loft thro' neglect.**

**Executive to appoint officers when neceffary**

SEC. XXIX.   IF it fhall appear to the Executive, upon calling forth the militia as aforefaid, that the neceffary number and ranks of officers will not attend the detachments for officering them at the places of rendezvous, the Governor, with the advice of Council, is hereby authorifed to appoint fuch officers as may be neceffary from the counties called upon, as they may think proper, to join the detachment fo raifed.

**Commanding officer in a county may order out militia in invafions or infurrections.**

SEC. XXX.   IF a fudden invafion fhall be made into any county in this commonwealth, or in cafe of an infurrection in any county, the commanding officer in fuch county is hereby authorifed and required, to order out the whole or fuch part of his militia as he may think neceffary, and in fuch manner as he may think beft, for repelling or fuppreffing fuch infurrection, and fhall call on the commanding officers of regiments in the adjacent counties, for fuch aid as he

Pl.0714

[  11  ]

may think neceſſary, who ſhall forthwith in like manner furniſh the ſame; and for aſſembling the militia required upon ſuch occaſions, or by orders of the Executive, the ſame meaſures ſhall be taken to ſummon them as is directed in the caſe of muſters.

Sec. XXXI. WHENEVER any militia ſhall be called forth into actual ſervice as aforeſaid, they ſhall be governed by the articles of war which govern the troops of the United States. And courts-martial ſhall be held as are therein directed, to be compoſed of militia officers only, for the trial of any perſon in the militia; but to the caſhiering of any officer, or capital puniſhment of any perſon, the approbation of the Executive ſhall be neceſſary; and when any militia ſhall be in actual ſervice, they ſhall be allowed the ſame pay and rations as are allowed by the Congreſs of the United States to the troops in the ſervice of the United States. *Militia in ſervice to be governed by the articles of war of the United States.* *Their pay and rations;*

Sec. XXXII. AND be it further enacted, That the commanding officer of every battalion of militia, ſhall from time to time, as he ſhall deem it neceſſary, appoint an officer, and ſo many men of the militia as to him ſhall ſeem neceſſary, not exceeding four, once in every month, or oftener if thereto required by ſuch officer, to patrole and viſit all negro quarters and other places ſuſpected of entertaining unlawful aſſemblies of ſlaves, ſervants, or other diſorderly perſons, as aforeſaid, unlawfully aſſembled, or any others ſtrolling about from one plantation to another, without a paſs from his or her maſter, miſtreſs, or owner, and carry them before the next juſtice of the peace, who, if he ſhall ſee cauſe, is hereby required to order every ſuch ſlave, ſervant, ſtroller, or other diſorderly perſon as aforeſaid, to receive any number of laſhes, not exceeding twenty, on his or her bare back; and in caſe one company of patrollers ſhall not be ſufficient, more companies may in like manner be ordered for the ſame ſervice. And after every patrole, the officer of every party ſhall return to the captain of the company to which he belongs, a report in writing upon oath (which oath ſuch captain is hereby empowered to adminiſter) of the names of thoſe of his party who were upon duty, and of the proceedings of ſuch patrole; and ſuch captain ſhall once in every month deliver ſuch patrole returns to the commanding officer of his battalion, by whom they ſhall be certified and laid before the next court-martial; and if they ſhall adjudge the patrollers to have performed their duty according to law, the ſaid court ſhall certify the ſame to the county court, who are thereupon empowered and required to levy fifty cents for every twelve hours each of them ſhall ſo patrole; and every commanding officer failing to appoint patrollers according to the directions of this act, ſhall forfeit and pay thirty dollars; and every perſon appointed to patrole, failing to do his duty, ſhall forfeit and pay three dollars for every ſuch failure; which fines, ſhall be laid, collected, accounted for, and appropriated as is herein directed for laying, accounting for, and appropriating the ſeveral fines and penalties by this act directed. *Patrollers to be appointed;* *Their duty;* *Their pay;* *Penalty for failing to do their duty;*

Sec. XXXIII. AND WHEREAS it is neceſſary that certain tribunals be inſtituted for the trial of offences as they are to be viewed in a military light, as well as for enquiring into delinquencies and aſſeſſing fines thereon: Be it therefore enacted, That the Governor ſhall have power to arreſt the major generals and all other officers for any miſconduct whatever, and upon trial and conviction, may cenſure or caſhier them; a lieutenant colonel commandant may arreſt any officer under his command, and report him to the Governor for trial, or at the option of ſuch lieutenant colonel commandant, a general court-martial, to conſiſt of thirteen officers, may by his order be held within the limits of his regimental diſtrict, for trial of ſuch as ſhall be under the rank of a field officer. The preſident of the ſaid court ſhall be a field officer, and fix at leaſt of the members ſhall be captains, and where there is not a ſufficient number of officers in any regiment to conſtitute a court where the arreſt is made, the commanding officer of the regiment may call upon the commanding officer of any adjacent regiment, to order as many officers from ſuch regiment as will be ſufficient to make a court, and ſuch court may, on conviction, cenſure or caſhier any officer ſo tried, and their ſentence ſhall be final; ſaving to ſuch officer an appeal to the executive, if he ſhall think proper, in which caſe the commanding officer ſhall furniſh him with a copy of the proceedings of the ſaid court. Any non-commiſſioned officer, or ſoldier, offending, ſhall be tried by a like general court martial, and may, on conviction, be cenſured or fined at the diſcretion of the court. For obtaining the neceſſary evidence for the trials aforeſaid, the governor, or the commanding officer of the regiment (as the caſe may be) ſhall iſſue his ſummons, and any perſon ſo ſummoned failing to attend, ſhall forfeit and pay, upon a ſummons from the governor, thirty dollars, and upon a ſummons from the commanding officer of a regiment, fifteen dollars; to be reported by the commanding officer, amongſt other delinquencies, to the court aforeſaid. *Courts-martial to be held for the trial of officers;* *Officers, by whom to be arreſted.* *Appeals may be made from the ſentence of a court-martial to the Executive;* *Evidence, how to be procured.*

Sec. XXXIV. AND be it further enacted, That the commanding officers of regiments ſhall, on ſome day in the months of May and October, not exceeding fifteen, nor leſs than ten days after their regimental and battalion muſters, order the commanding officers of battalions and of companies, to meet at the places where their laſt battalion muſters reſpectively were held, a majority of whom ſhall form a court of enquiry and aſſeſſment of fines, and it ſhall be the duty of the lieutenant colonel commandant to preſide at ſuch boards, and in caſe of his abſence by ſickneſs or otherwiſe, the next officer in rank ſhall preſide. The ſaid court ſhall take the following oath, to be adminiſtered by the ſenior officer preſent, and afterwards by any other officer of the ſaid board to him, to wit: " I                do ſwear, that I will truly and " faithfully, enquire into all delinquencies which appear on the returns to be laid before me, " and will aſſeſs the fines thereon as ſhall ſeem juſt, without favor, partiality, or affection, " So help me GOD." The lieutenant colonel commandant ſhall then lay before the ſaid court *Courts for aſſeſſment of fines, when & where to be held;*

Pl.0715

[ 12 ]

all delinquencies, as directed by this act, whereupon they shall proceed to hear and determine on them.

Fines to be collected by the sheriffs ; Sec. XXXV.  ALL fines to be assessed by virtue of this act, shall be collected by the sheriff of the county, upon a list thereof certified by the clerk of the said court, and delivered to the sheriff, on or before the first day of January, in every year, who shall give his receipt therefor, and account for the same to the lieutenant colonel commandant, or his successor, and be allowed the same commissions as for other public monies, on or before the first day of November in the same year ; and on failure, the commanding officer, or his successor, shall, on ten days previous notice, obtain judgment for the same in the county or corporation court with costs ;

by distress, when necessary ; and should any person so charged with fines, fail to make payment on or before the first day of May, in any year, the sheriff is hereby authorized to make distress and sale therefor, in the same manner as is directed in the collection of the taxes.

Officer to render accounts of fines received, Sec. XXXVI.  THE commanding officer of every regiment shall on or before the thirty first day of December, in every year, render to the Executive an account upon oath of all monies which have come into his hands by virtue of his office, and of his disbursements ; and if there shall remain any money in his hands, the same shall be paid into the treasury in aid of the contingent fund.

Fines to be paid for delinquencies ; By a commanding officer of a regiment ; Sec. XXXVII.  AND for enforcing obedience to this act, Be it enacted, That the following forfeitures and penalties shall be incurred for delinquencies, viz. By a lieutenant-colonel commandant, or commanding officer of a regiment, for failing to take any oath, to summon any court or board, to attend any court or board, to transmit any recommendation of an officer or officers to the governor, to deliver any commission or commissions, to appoint a regimental or battalion muster, to report delinquencies, to make returns of his regiment as by this act directed, shall for each and every such offence or neglect, forfeit and pay seventy dollars ; failing to send into actual service any militia legally called far, or to turn out his militia upon any invasion or insurrection in his county, two hundred dollars.

By a major ; By a major for failing to take any oath, to attend any court or board, to give notice of any regimental or battalion muster, to examine his battalion, to report delinquencies, or to make any return as directed by this act, he shall forfeit and pay for each and every offence or neglect, thirty dollars ; failing to call forth from his battalion with due dispatch, any detachment of men and officers, as shall be required from time to time by the commanding officer, or any call from the governor, invasion of or insurrection in his county, or requisition from any neighbouring county, eighty dollars.

By a captain ; By a captain for failing to take an oath, to attend any court, to inroll his company, to appoint private musters, to give notice of a regimental or battalion muster, to attend any muster armed, to call his roll, examine his company and report delinquencies, to make any return as directed by this act, he shall forfeit and pay for each and every such offence and neglect, twenty dollars ; failing to call forth such officers and men as shall from time to time be legally called from his company, upon any call from the Governor, invasion of, or insurrection in the county, or requisition from an adjacent county, or failing on any such occasion to repair to the place of rendezvous, he shall forfeit and pay forty dollars.

By a subaltern ; By a subaltern officer for failing to take any oath, to attend any court, or muster armed as directed, for each and every such offence he shall forfeit and pay ten dollars ; failing to repair to the place of rendezvous, armed as required, when ordered upon any call from the Governor, invasion of, or insurrection in the county, or requisition from a neighbouring county, he shall forfeit and pay twenty dollars : And moreover the said officers, for any of the said offences, shall be liable to be arrested and tried for the

By a non commissioned officer or private. same as military offenders.  By a non-commissioned officer or soldier, for failing to attend at any muster, armed and equipped as directed by law, fifty cents ; failing to repair to his rendezvous when ordered, upon any call from the Governor, invasion of, or insurrection in the county, or requisition from a neighbouring county, he shall forfeit and pay ten dollars.

Arms, &c. of militia exempted from executions, distresses, &c. and their persons from arrests at musters and in service. Sec. XXXVIII.  ALL arms, ammunition, and equipments of the militia, shall be exempted from executions and distresses at all times, and their persons from arrests in civil cases, while going to, continuing at, or returning from musters, and while in actual service.

Sec. XXXIX.  THE commanding officers of regiments shall on the day of his regimental muster first to be held under this act, his muster being over, order the majors and captains of his regiment to assemble at some convenient place, at or near the muster-ground, and then and there appoint by ballot a clerk and provost martial, who shall attend the courts or boards hereinbefore directed to be held; such clerk shall keep a fair record of the proceedings of such courts or boards, as also of the roster returned by the several captains or commanding officers of companies for regular rotine of duty, and all other duties required by this act ; and together with the provost martial, receive such allowance, to be paid out of the fines arising from delinquencies, as the court or board shall think reasonable.

Richmond, Williamsburg, and Norfolk militia to be under the like regulations as the militia of the counties, Sec. XL.  THE militia of the city of Williamsburg, city of Richmond, and borough of Norfolk, shall have their officers appointed, and be under the same rules and regulations as the different counties.

Sec. XLI.  THE commanding officers of regiments are hereby empowered to, receive the commission of any officer in his regiment, who may think proper to resign, and shall notify such resignation to the next succeeding court, in order that such vacancy may be supplied.

Pl.0716

[ 13 ]

Sec. XLII. ANY court martial may for good caufe fhewn, remit any fines impofed by a former court martial, provided that not more than two courts martial fhall have intervened between fuch impofition and application for remiffion.

*Courts martial may remit fines;*

Sec. LXIII. COURTS martial may exempt any militia man from duty on account of bodily infirmity, and may again direct fuch perfons to be inrolled when able to do duty.

*And exempt perfons from militia duty for bodily infirmities.*

Sec. LXIV. FOR the trial and punifhment of the adjutant general, major generals, and brigadier generals, *Be it enacted,* that any major general or brigadier general offending under this act, fhall be arrefted and tried in the following manner, viz. A major general fhall be arrefted by the commander in chief of the ftate upon any mifconduct of his own knowledge, or upon complaint lodged in writing by any commiffioned officer, who fhall thereupon order a general court martial, to confift if convenient of the remaining major generals, the brigadier generals of the divifion, over which fuch major general is appointed, or as many of them as can conveniently attend, and as many lieutenant colonel commandants and majors as fhall make up the number of thirteen in the whole, who fhall conftitute a court martial for the trial of fuch offenders. Any brigadier general may in like manner be arrefted for any offence committed under this act, by the commander in chief of the ftate, or by the major general of the divifion to which he belongs, and tried by a court martial, to confift of one major general, and not more than four brigadiers, and as many lieutenant colonel commandants, majors, and captains, as will be fufficient to conftitute a court, to confift of thirteen members in the whole, which courts fhall proceed to hear and determine all fuch offences, and give judgment according to the right of the cafe, to be approved or difapproved by the commanding officer of the ftate.

*Courts martial for the trial of general officers.*

*By whom they may be arrefted.*

Sec. LXV. *AND be it further enacted,* That the adjutant general fhall be allowed four hundred dollars per year; and that each brigade infpector fhall be allowed one hundred and fifty dollars per year, for the duties herein required of them, to be paid by the treafurer, on warrant from the auditor, who is hereby authorifed and required to grant the fame quarter yearly, on proper application being made.

*Salaries of the adjutant general and brigade infpectors.*

Sec. LXVI. THIS act fhall commence and be in force from and after the paffing thereof.

*Commencement of this act.*

---

## C H A P. V.

*An ACT for reducing into one, the feveral Acts concerning Executions, and for the relief of Infolvent Debtors.*

[Paffed December the 13th, 1792.]

Section I. BE it enacted by the General Affembly, That all perfons recovering any debt, damages or cofts, by the judgment of any court of record within this commonwealth, may, at their election, profecute writs of *fieri facias, elegit,* and *capias ad fatisfaciendum,* within the year, for the taking the goods, lands, or body of the perfon or perfons againft whom fuch judgment is obtained, in manner following: All fuch writs fhall run in the name of the commonwealth, and bear tefte by the clerks of the faid courts refpectively, fhall be returnable to the firft day of the next fucceeding court, fo that there be always at leaft fifteen days between the tefte and return of each of the faid writs: *Provided,* that executions may be iffued from the General Court returnable to the fecond term of the faid court, following the day of iffuing the fame; and that executions fhall iffue to any fheriff or coroner from the clerks of the Diftrict Courts, and be returnable to the firft day thereof, *And provided alfo,* that if the plaintiff in any county or other inferior court, fhall defire an execution to iffue, returnable, at a further day, the clerk fhall iffue the fame accordingly, fo as the day of fuch return be upon a court day within ninety days next after the tefte thereof, and that the forms of the faid feveral writs fhall be as follows, *mutatis, mutandis,* to wit;

*Writs of execution.*

*How to be iffued and returned.*

*Fifteen days at leaft between tefte & return.*

*From the general and diftrict courts, when returnable.*

*Forms of the writs.*

" A FIERI FACIAS IN DEBT.

" THE commonwealth of Virginia, to the fheriff of                county, greet-
" ing: WE command you, that of the goods and chattels of A. B. late in your bailiwick,
" you caufe to be made the fum of          , which C. D. lately in our
" court hath recovered againft him for debt; alfo the fum of          , which to the
" faid C. D. in the fame court were adjudged for his damages, as well by reafon of detaining
" the faid debt, as for his cofts in that fuit expended, whereof he is convicted, as appears to us of
" record, and that you have the faid          before the judges or juftices (as the cafe
" may be) of our faid court, the          day of          , to render to the faid C. D.
" of the debt and damages aforefaid. And have then there this writ. Witnefs, &c."

*Againft goods and chattels.*

*Debt.*

The fame in cafe, upon a Promife;

AS before unto          " for his damages, which he fuftained, as well by reafon of his
" not performing a certain promife and affumption to the faid C. D. by the faid A. B. lately
" made, as for his cofts by him about his fuit in this behalf expended, &c."

*Cafe, affumpfit.*

D

Pl.0717

**Plaintiffs' Exhibit AE**

Pl.0718

# Founders Online

[Back to normal view]

## FROM THOMAS JEFFERSON TO GIOVANNI FABBRONI, 8 JUNE 1778

**To Giovanni Fabbroni**

SIR                                                                              Williamsburgh in Virginia June. 8. 1778

Your letter of Sep. 15. 1776 from Paris came safe to hand. We have not however had the pleasure of seeing Mr. De Crenis, the bearer of it in this country, as he joined the army in Pennsylvania as soon as he arrived. I should have taken particular pleasure in serving him on your recommendation. From the kind anxiety expressed in your letters as well as from other sources of information we discover that our enemies have filled Europe with Thrasonic accounts of victories they had never won and conquests they were fated never to make. While these accounts alarmed our friends in Europe they afforded us diversion. We have long been out of all fear for the event of the war.[1] I inclose you a list of the killed, wounded, and captives of the enemy from the Commencement of hostilities at Lexington in April 1775, till November 1777. since which there has been no event of any consequence. This is the best history of the war which can be brought within the compass of a letter. I believe the account to be near the truth, tho' it is difficult to get at the numbers lost by an enemy with absolute precision. Many of the articles have been communicated to us from England as taken from the official returns made by their General. I wish it were in my power to send you as just an account of our [losses] but this cannot be done without an application to the war office which being in another country is at this time out of my reach. I think that upon the whole it has been about one half the number lost by them. In some instances more, but in others less. This difference is ascribed to our superiority in taking aim when we fire; every soldier in our army having been intimate with his gun from his infancy. If there could have been a doubt before as to the event of the war, it is now totally removed by the interposition of France; and the generous alliance she has entered into with us.

Tho' much of my time is employed in the councils of America I have yet a little leisure to indulge my fondness for philosophical studies. I could wish to correspond with you on subjects of that kind. It might not be unacceptable to you to be informed for instance of the true power of our climate as discoverable from the Thermometer, from the force and direction of the winds, the quantity of rain, the plants which grow without shelter in the winter &c. On the other hand we should be much pleased with cotemporary observations on the same particulars in your country, which will give us a comparative view of the two climates.[2] Farenheit's thermometer is the only one in use with us. I make my daily observations as early as possible in the morning and again about 4. o'clock in the afternoon, these generally showing the maxima of cold and heat in the course of 24 hours. I wish I could gratify your Botanical taste; but I am acquainted with nothing more than the first principles of that science, yet myself and my friends may furnish you with any Botanical subjects which this country affords, and are not to be had with you: and I shall take pleasure in procuring them when pointed out by you. The greatest difficulty will be the means of conveyance during the continuance of the war.

If there is a gratification which I envy any people in this world it is to your country its music. This is the favorite passion of my soul, and fortune has cast my lot in a country where it is in a state of deplorable barbarism. From the [line] of life in which we conjecture you to be, I have for some time lost the hope of seeing you here. Should the event prove so, I shall ask your assistance in procuring a substitute who may be a proficient in singing and on the harpsichord. I should be contented to receive such an one two or three years hence, when it is hoped he may come more safely, and find here a greater plenty of those useful things which commerce alone can furnish. The bounds of an American fortune will not admit the indulgence of a domestic band of musicians. Yet I have thought that a passion for music might be reconciled with that oeconomy which we are obliged to observe. I retain for instance among my domestic servants a gardener (Ortolano), weaver (Tessitore di lino e lan[a),] a cabinet maker (Stipettaio) and a stonecutter (scalpellino lavorante in piano) to which I would add a Vigneron. In a country where, like yours, music is cultivated and practised by every class of men I suppose there might be found persons of those trades who could perform on the French horn, clarinet or hautboy and bassoon, so that one might have a band of two French horns, two clarinets and hautboys and a bassoon, without enlarging their domest[ic] expences. A certainty of employment for a half dozen years, and at [the] end of that time to find them if they chose it a conveyance to their own country might induce [them] to come here on reasonable wages. Without meaning to give you trouble, perhaps it mig[ht] be practicable for you in your ordinary intercourse with your pe[ople] to find out such men disposed to come to America. Sobriety and good nature would be desireable parts of their characters. If you think such a plan practicable, and will be so kind[3] as to inform me what will be necessary to be done on my part, I will take care that it shall be done. The necessary expences, when informed of them, I can remit before they are wanting, to any port in France with which country alone we have safe correspondence.

I am Sir with much esteem your humble servt., T. J.[4]

### ENCLOSURE

Number of the Killed, Wounded, and Captives of the British Army in the Course of the American War.

| 1775 | KILLED | WOUNDED | PRISONERS |
|---|---|---|---|
| At Lexington & Concord | | 43 | 70 |
| Bunker's hill | 746 | 1,150 | |

**Pl.0719**

| | | | |
|---|---|---|---|
| Ticonderoga, St. John, & Quebeck | 81 | 110 | 340 |
| **1776** | | | |
| on the Lakes by general Arnold | 53 | 64 | |
| at Fort Sulivan in South Carolina | 197 | 260 | |
| at the Cedars in Canada | 40 | 70 | |
| at Norfolk, & the great bridge in Virginia | 129 | 175 | 40 |
| in Long Island | 840 | 1600 | 65 |
| at Harlem & Hellgate near New York | 136 | 157 | 49 |
| at New York on Landing | 57 | 100 | |
| at Fort Washington near New York | 900 | 1,500 | |
| at Fort Lee | 20 | 35 | |
| at Trenton the 26 of Decber. | 35 | 60 | 948 |
| at Princeton in New Jersey | 74 | 100 | |
| **1777** | | | |
| in Boston road by Commodore Harding | 52 | 90 | 750 |
| in Sundry transports | | | 390 |
| at Danbury | 260 | 350 | |
| at Iron hill in Delaware State | 59 | 80 | 20 |
| at Brandwine in Pensylvania the 11th. Sepber. | 800 | 1,176 | |
| on Reading road by Genal. Maxwell | 40 | 60 | |
| at german Town near Philadelphia the 4th. Octber. | 180 | 975 | 20 |
| on Staten Island by Genal. Sulivan | 94 | 150 | 278 |
| at Bennington near the Lakes the 4th. Octber. | 900 | 1,300 | 30 |
| at Forts Montgomery & Clinton Hudsons River | 580 | 700 | |
| at Forts Mifflin & Red-Bank near Philada. | 328 | 70 | 84 |
| Genal. Burgoin's Army at Saratoga | 2,100 | 1,126 | 5,752 |
| Prisoners, & deserters before the Surrender | | | 1,100 |
| Total | 8,844 | 11,528 | 9,866. |
| | | | |
| In all Wounded, Killed, and Prisoners, | | | 30,238 |
| Men already Lost to England | | | 18,710 |

Dft (DLC); heavily corrected; the more important excisions are given in the textual notes. Tr (MiU-C) of the recipient's copy, which was evidently intercepted and is now missing; endorsed: "Copy of a private Letter from Williamsburgh in Virginia dated June 8-1778. Sent by the way of Spain, to a foreign gentleman abroad." Tr is incomplete, omitting more than half the text. It includes, however, the table of British losses which was enclosed by TJ and which is not found with the draft. That table is therefore printed here from the transcript.

**YOUR LETTER OF SEP. 15 1776**: TJ corrected the year, apparently from 1777 to 1776, for Tr reads 1776; see Fabbroni's letter of that date. On the cover of Fabbroni's letter TJ made memoranda for his reply. These read as follows:

"state of killed & [. . . .]

alliance

lies in Engld. diversion

musician harpsichd. singer. organ.

band. viz



2 horns &c            Cab. makr.
<clarinet> &c         Gardener.
bassoon.              Stone cutter
                     weaver
                     vigneron

wines. Vendée

Thermometer &c

a gardener. Ortolano

a stone-cutter. Scalpellino lavorante in piano.

a cabinet-maker. Stipettaio.

weaver. Tessitore di lino e lana."

Pl.0720

Intercepted with TJ's letter was a letter from his friend Charles (Carlo) Bellini to Fabbroni; an undated translation of it is also in MiU-C. It provides an illuminating account of Bellini's life in Virginia: he describes himself as "Secretary to the State of Virginia for foreign affairs [he was actually a translator, see notes to Bill Establishing a Clerkship of Foreign Correspondence, 18 May 1778], and Professor of Modern Languages in this University [College of William and Mary]." The substance of his letter is repeated in one he afterward addressed to Mazzei, 12 Aug. 1778, printed in two Florentine journals later that year and reprinted in English by A. Pace, WMQ, 3d ser., ɪv (1947), 350–5.

1. Deleted in draft: "since the battle of Bunker's hill, which proved to us experimentally that the want of discipline might be supplied by native courage and a cordial tho' governable animation in the cause for which we are contending. Our enemies indeed obtained the feild on that day by superiority of numbers, but their loss was five times greater than ours."

2. Text of transcript of the intercepted letter (except for complimentary close and signature) ends at this point. The British high command was not interested in TJ's musical plans.

3. Deleted in draft: "as to write me a line, with advice what money may be necessary to remit, I will take care to do it for their transportation hither; I would remit it according to your advice to any port of France, with which country only we have safe correspondence. I shall always be glad to receive your letters and to do any friendly offices which you or your friends may require hence."

4. Supplied from transcript. Draft is unsigned.

PERMALINK https://founders.archives.gov/documents/Jefferson/01-02-02-0066
  What's this?

*Note:* The annotations to this document, and any other modern editorial content, are copyright © Princeton University Press. All rights reserved.

| | |
|---|---|
| SOURCE PROJECT | Jefferson Papers |
| TITLE | From Thomas Jefferson to Giovanni Fabbroni, 8 June 1778 |
| AUTHOR | Jefferson, Thomas |
| RECIPIENT | Fabbroni, Giovanni |
| DATE | 8 June 1778 |
| CITE AS | "From Thomas Jefferson to Giovanni Fabbroni, 8 June 1778," *Founders Online*, National Archives, accessed April 11, 2019, https://founders.archives.gov/documents/Jefferson/01-02-02-0066. [Original source: *The Papers of Thomas Jefferson*, vol. 2, *1777–18 June 1779*, ed. Julian P. Boyd. Princeton: Princeton University Press, 1950, pp. 195–198.] |

The National Historical Publications and Records Commission (NHPRC) is part of the National Archives. Through its grants program, the NHPRC supports a wide range of activities to preserve, publish, and encourage the use of documentary sources, relating to the history of the United States, and research and development projects to bring historical records to the public.

Pl.0721

Pl.0722