ROB BONTA
Attorney General of California
ANYA BINSACCA
Supervising Deputy Attorney General
TODD GRABARSKY
STEPHANIE ALBRECHT
CAROLYN DOWNS
Deputy Attorneys General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in*
*his official capacity as Attorney General of*
*the State of California, and Allison Mendoza,*
*in her official capacity as Director of*
*the Department of Justice Bureau of*
*Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ, *et al.*,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>Defendants. | 3:19-cv-01226-L-AHG<br><br>**JOINT MOTION FOR EXCUSAL FROM MANDATORY SETTLEMENT CONFERENCE AND RELATED REQUIREMENTS**<br><br>*(Declaration of Jennifer E. Rosenberg filed concurrently herewith)*<br><br>Mandatory Settlement Conference Scheduled:  May 3, 2024, 9:30 a.m.<br><br>Dept:          5B<br><br>Judge:       The Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>Action Filed:       July 1, 2019<br><br>Third Amended Complaint Filed:       March 22, 2023 |

Plaintiffs Jose Chavez, et al., and Defendants Rob Bonta (in his official capacity as Attorney General of the State of California) and Allison Mendoza (in her official capacity as Director of the Department of Justice Bureau of Firearms), through their respective counsel of record and pursuant to Civil Local Rules 7.1 and 7.2, hereby jointly move the Court to excuse them from their obligations to appear at the Mandatory Settlement Conference currently scheduled for May 3, 2024, as well as all requirements related to the Mandatory Settlement Conference. *See* ECF Nos. 129 & 131. As set forth below, good cause exists to forego the Mandatory Settlement Conference requirement in this case. This joint motion is supported by the concurrently filed declaration of Jennifer E. Rosenberg (counsel for Defendants).

In this action, Plaintiffs claim that provisions of California Penal Code Section 27510 violate the Second Amendment rights of 18-20-year-old persons. Counsel for the Parties conferred via e-mail on March 21 and 22, 2024, regarding whether there were any grounds for settlement of this matter. *See* Rosenberg Dec., ¶ 5. Counsel for the parties agreed that, due to the nature of this constitutional challenge, there is no potential for settlement of Plaintiffs' claim. *Id.*

Plaintiffs believe that the challenged statutory provisions violate their constitutional rights set forth in the Second Amendment to the U.S. Constitution. *Id.* ¶ 6. Plaintiffs allege no claims for monetary damages; they seek injunctive and declaratory relief. *See* ECF No. 114 (Third Amended Complaint). Plaintiffs will not dismiss the lawsuit unless Defendants cease enforcement of the challenged provisions. Rosenberg Dec., ¶ 6.

It is Defendants' position that the challenged provisions are constitutional and duly enacted. Rosenberg Dec., ¶ 7. In light of this position and the Attorney General's duty to enforce the laws of the State, the Attorney General will not excuse Plaintiffs from compliance with or application of the challenged provisions, or otherwise refuse to enforce the challenged provisions. *See id.*; Cal. Const., art. III, § 3.5.

1

All parties agree that in light of the parties' positions on the constitutionality of the challenged provisions, there is no ground on which the parties can reach settlement, and neither further discussion nor participation in a Mandatory Settlement Conference will lead to a settlement of the sole claim in this action. Rosenberg Dec., ¶ 8.

The Court previously granted the parties excusal from participation in the Early Neutral Evaluation Conference and its related requirements on these same grounds, concluding that "[b]ecause Plaintiffs challenge the constitutionality of a State law and are seeking solely declaratory and injunctive relief, the parties' shared position that there is no possibility of settlement is well-founded." ECF No. 10.

WHEREFORE:

The parties hereby jointly request that the Court issue an order excusing them from the requirement to participate in the Mandatory Settlement Conference and its related requirements, including submission of mandatory settlement conference statements.

A proposed order will be lodged with the Court concurrently with this motion.

1    Dated:  March 28, 2024                              Respectfully Submitted,

2                                                         ROB BONTA
                                                          Attorney General of California
3                                                         ANYA BINSACCA
                                                          Supervising Deputy Attorney General
4                                                         TODD GRABARSKY
                                                          STEPHANIE ALBRECHT
5                                                         CAROLYN DOWNS
                                                          Deputy Attorneys General
6
7                                                          /s/ Jennifer E. Rosenberg_____
                                                          JENNIFER E. ROSENBERG
8                                                         Deputy Attorney General
                                                          *Attorneys for Defendants*
9
10                                                        DILLON LAW GROUP, APC

11                                                         /s/ John Dillon_____
                                                          JOHN DILLON
12                                                        *Attorney for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**Certification re: Electronic Signatures Pursuant to Electronic Case Filing Administrative Policies and Procedures Manual, Section 2(f)(4)**

I, Jennifer E. Rosenberg, hereby certify and attest that the content of this document is acceptable to all persons required to sign the document and that I have obtained authorization for use of the electronic signatures of all parties on the document, including Mr. John Dillon, Attorney for Plaintiffs.

Dated:  March 28, 2024

　　　　　　　　　　　　　　　　　　　　　 */s/ Jennifer E. Rosenberg*
　　　　　　　　　　　　　　　　　　　　　 JENNIFER E. ROSENBERG
　　　　　　　　　　　　　　　　　　　　　 Deputy Attorney General

4