```
 1  ROB BONTA
    Attorney General of California
 2  ANYA BINSACCA
    Supervising Deputy Attorney General
 3  TODD GRABARSKY
    STEPHANIE ALBRECHT
 4  CAROLYN DOWNS
    Deputy Attorneys General
 5  JENNIFER E. ROSENBERG
    Deputy Attorney General
 6  State Bar No. 275496
      300 South Spring Street, Suite 1702
 7    Los Angeles, CA  90013
      Telephone:  (213) 269-6617
 8    Fax:  (916) 731-2124
      E-mail:  Jennifer.Rosenberg@doj.ca.gov
 9  Attorneys for Defendants Rob Bonta, in
    his official capacity as Attorney General of
10  the State of California, and Allison Mendoza,
    in her official capacity as Director of
11  the Department of Justice Bureau of
    Firearms
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Chavez, *et al*.,**<br><br>                      Plaintiffs,<br><br>      v.<br><br>**Rob Bonta, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>                      Defendants. | 3:19-cv-01226-L-AHG<br><br>**DECLARATION OF JENNIFER E. ROSENBERG IN SUPPORT OF JOINT MOTION FOR EXCUSAL FROM MANDATORY SETTLEMENT CONFERENCE AND RELATED REQUIREMENTS**<br><br>Mandatory Settlement Conference Scheduled:  May 3, 2024, 9:30 a.m.<br><br>Dept:           5B<br><br>Judge:         The Honorable  M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>Action Filed:  July 1, 2019<br><br>Third Amended Complaint Filed: March 22, 2023 |

I, Jennifer E. Rosenberg, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am authorized to appear before the above-entitled Court. I am employed as a Deputy Attorney General for the California Attorney General's Office within the California Department of Justice. I am assigned to represent Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, and Defendant Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms (collectively, "Defendants"), in this action.

2. Good cause exists to grant the parties' Joint Motion for Excusal from Mandatory Settlement Conference and Related Requirements.

3. The currently-operative scheduling orders in this matter set a Mandatory Settlement Conference for May 3, 2024, at 9:30 a.m., and set forth related deadlines for submission of, among other things, mandatory settlement conference statements. *See* ECF Nos. 129 & 131.

4. In this action, Plaintiffs claim that provisions of California Penal Code Section 27510 violate the Second Amendment rights of 18-20-year-old persons. Plaintiffs allege no claims for monetary damages; they seek injunctive and declaratory relief. *See* ECF No. 114 (Third Amended Complaint).

5. Counsel for the parties conferred via e-mail on March 21 and 22, 2024, regarding whether there were any grounds for settlement of this matter. Counsel for the parties agreed that, due to the nature of this constitutional challenge, there is no potential for settlement of Plaintiffs' claim.

6. During their e-mail discussions, Plaintiffs' counsel confirmed that Plaintiffs believe that the challenged statutory provisions violate their constitutional rights set forth in the Second Amendment to the U.S. Constitution, and that

1

Declaration of Jennifer E. Rosenberg ISO Joint Motion for Excusal from Mandatory Settlement Conference and Related Requirements (3:19-cv-01226-L-AHG)

Plaintiffs will not dismiss the lawsuit unless Defendants cease enforcement of the challenged provisions.

7. It is Defendants' position that the challenged provisions are constitutional and duly enacted. In light of this position and the Attorney General's duty to enforce the laws of the State, the Attorney General will not excuse Plaintiffs from compliance with or application of the challenged provisions, or otherwise refuse to enforce the challenged provisions. *See* Cal. Const., art. III, § 3.5.

8. All parties agree that in light of the parties' positions on the constitutionality of the challenged provisions, there is no ground on which the parties can reach settlement, and neither further discussion nor participation in a Mandatory Settlement Conference will lead to a settlement of the sole claim in this action.

9. For these reasons, the parties jointly request that the Court issue an order excusing them from the requirement to participate in the Mandatory Settlement Conference and all of its related requirements, including submission of mandatory settlement conference statements.

I, Jennifer E. Rosenberg, affirm under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct of my own knowledge, and that this declaration is executed on this 28th day of March, 2024 at Los Angeles, California.

_____
JENNIFER E. ROSENBERG
Deputy Attorney General