UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No.: 3:19-cv-01226-L-AHG<br><br>**ORDER GRANTING JOINT MOTION TO VACATE MANDATORY SETTLEMENT CONFERENCE**<br><br>**[ECF No. 137]** |

　　　Before the Court is the parties' Joint Motion for Excusal from Mandatory Settlement Conference and Related Requirements. ECF No. 137. In the Joint Motion, the parties explain that counsel for the parties met and conferred via email on March 21 and 22, 2024 to discuss whether there were any grounds for settlement in this matter. *Id.* at 2. However, due to the nature of Plaintiffs' constitutional challenge to California Penal Code Section 27510 and the declaratory and injunctive nature of the relief sought, the parties agree there is no potential for settlement. *Id.* That is, Plaintiffs will not dismiss the lawsuit unless Defendants cease enforcement of the challenged provisions, and Defendants will not excuse Plaintiffs from compliance with or application of the challenged provisions, or otherwise refuse to enforce the challenged provisions. *Id.* Therefore, there is no possibility that settlement negotiations will be fruitful.

As the Court stated in its previous Order excusing the parties from an Early Neutral Evaluation Conference in this matter, for the reasons outlined in the Joint Motion, "the parties' shared position that there is no possibility of settlement is well-founded." *See* ECF No. 10. The parties' impasse regarding whether the challenged provisions are constitutional and enforceable is at the heart of the case and cannot be resolved through compromise. Accordingly, the Court finds good cause to **GRANT** the Joint Motion. The Mandatory Settlement Conference set for May 3, 2024 and all related deadlines are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: March 29, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge