ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
TODD GRABARSKY
STEPHANIE ALBRECHT
CAROLYN DOWNS
Deputy Attorneys General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>                    Defendants. | 3:19-cv-01226-L-AHG<br><br>**SUPPLEMENTAL DECLARATION OF DEPUTY ATTORNEY GENERAL STEPHANIE ALBRECHT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     May 13, 2024<br>Time:    10:30 a.m.<br>Dept:    5B<br>Judge:   The Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>Action Filed:   July 1, 2019<br><br>Third Amended Complaint Filed: March 22, 2023 |

1

Suppl. Albrecht Decl. (3:19-cv-01226-L-AHG)

I, Stephanie Albrecht, hereby declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice and serve as counsel in this action for Defendants Attorney General Rob Bonta, in his official capacity, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms.  I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment. I have personal, first-hand knowledge of the matters set forth below and, if called as a witness, I could and would testify competently thereto.

2. The Court's Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (ECF No. 105) set September 15, 2023 as the deadline for expert witness designations and disclosures.

3. On September 15, 2023, my office served Defendants' Disclosure of Expert Witnesses on Plaintiffs.

4. On September 15, 2023, my office received Plaintiffs' Designation of Experts and Disclosure of Expert Testimony Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, which stated, "Plaintiffs do not designate any expert witnesses at this time."  A true and correct copy Plaintiffs' Designation of Experts and Disclosure of Expert Testimony Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure is attached hereto as Exhibit 1.

5. The Court's Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (ECF No. 105) set the deadline for the exchange of rebuttal expert disclosures as October 16, 2023.

6. After my office did not receive any rebuttal expert witness disclosures from Plaintiffs on October 16, 2023, my colleague Jennifer Rosenberg emailed counsel for Plaintiffs on October 17, 2023 to confirm that Plaintiffs did not designate any rebuttal experts.  Counsel for Plaintiffs responded on October 17,

2

Suppl. Albrecht Decl. (3:19-cv-01226-L-AHG)

2023, "Confirmed, Plaintiffs did not designate rebuttal experts." Attached hereto as Exhibit 2 is a true and correct copy of this email exchange.

7. Plaintiffs did not then or at any time thereafter designate any expert witnesses for use at trial or serve expert witness disclosures.

8. Relying on Plaintiffs' representation that they would not designate any expert witnesses for use at trial, Defendants did not depose the experts who submitted declarations in support of Plaintiffs' motion for preliminary injunction, and have not otherwise had the opportunity to test the veracity of the statements in their declarations.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 29, 2024, in Los Angeles, California.

_____
Stephanie Albrecht

3

Suppl. Albrecht Decl. (3:19-cv-01226-L-AHG)

# EXHIBIT 1

John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>        Defendants. | Case No.: 3:19-cv-01226-L-BLM<br><br>Hon. M. James Lorenz and Magistrate Judge Barbara Lynn Major<br><br>**PLAINTIFFS' DESIGNATION OF EXPERTS AND DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO RULE 26(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Complaint Filed: July 1, 2019<br>Amended Complaint Filed: July 30, 2019<br>Third Amended Complaint Filed: March 22, 2023 |

Plaintiffs, through their undersigned counsel, submits their expert witness designation and disclosure in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Court's Scheduling Order (ECF No. 105).

## I.    RETAINED EXPERTS

Plaintiffs do not designate any expert witnesses at this time. Plaintiffs reserve the right to designate retained experts in response/rebuttal to Defendants' expert witness designation.

Plaintiffs further reserve the right to solicit testimony from persons that are non-retained experts under Rule 26(a)(2)(C). Such persons are not required to produce reports and may be called upon to present rebuttal testimony under Federal Rules of Evidence 702, 703, and 705 on areas that reflect specialized training and experience, observations, conduct, and analysis as it may pertain to Plaintiffs' claims and Defendants' defenses, if any.

September 15, 2023               Dillon Law Group APC

                                 Attorney for Plaintiffs

                                 By:  __/s/ John W. Dillon_____
                                            John W. Dillon

# **DECLARATION OF SERVICE BY ELECTRONIC MAIL**

**Case Name:**     Jose Chavez, et al. v. Rob Bonta, et al.
**Case No.:**       3:19-cv-01226-L-AHG

I, John W. Dillon, am a member of the California State Bar. I am over the age of 18 years of age and counsel for Plaintiffs in this matter. On September 15, 2023, I served the documents listed below by transmitting a true copy via electronic mail addressed as follows:

Jennifer Rosenberg
Office of the Attorney General                        E-mail Address:
300 South Spring Street, Suite 1702           Jennifer.Rosenberg@doj.ca.gov
Los Angeles, CA 90013-1230

1. PLAINTIFFS' DESIGNATION OF EXPERTS AND DISCLOSURE OF EXPERT TESTIMONY PURSUANT TO RULE 26(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE
2. PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 15, 2023, in Carlsbad, California.

_____
John W. Dillon

# EXHIBIT 2

**Stephanie Albrecht**

| | |
|---|---|
| **From:** | John Dillon <jdillon@dillonlawgp.com> |
| **Sent:** | Tuesday, October 17, 2023 3:12 PM |
| **To:** | Jennifer Rosenberg |
| **Subject:** | Re: Chavez--Experts and Depositions |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Jenni:

Confirmed, Plaintiffs did not designate rebuttal experts. Let me know when you have available dates for your experts.

- John

On Tue, Oct 17, 2023 at 12:11 PM Jennifer Rosenberg <Jennifer.Rosenberg@doj.ca.gov> wrote:

> Hi John,
>
> I wanted to check to make sure—we did not receive anything from you disclosing an rebuttal experts or serving any rebuttal reports yesterday, which was the final deadline for exchange of rebuttal expert reports and designations. Could you please confirm that you did not serve anything and did not designate rebuttal experts?
>
> I am still working to nail down available dates with several of our experts; I will send some of them later today or tomorrow even if I don't have all of them. Many of them have quite a lot of travel (domestic and international) coming up, so their availability is patchy. They have all requested that depositions be conducted remotely because of their travel schedules; please confirm that we will be able to conduct any depositions remotely.
>
> Best,
>
> Jenni
>
> Jenni Rosenberg
>
> Deputy Attorney General

1

Department of Justice

Office of the Attorney General

300 South Spring Street, Suite 1702

Los Angeles, California  90013-1230

Tel:  (213) 269-6617

Fax:  (916) 731-2124

E-mail: jennifer.rosenberg@doj.ca.gov


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


--

*John W. Dillon*

760.642.7150

Dillonlawgp.com




*For updates and news on California firearms laws and regulations, listen to me on* ***"Gun Sports Radio"*** *every Sunday on* ***AM 1170 The Answer - KCBQ***


**NOTICE:** This communication and any attached document(s) are privileged and confidential. In addition, any disclosure of this transmission does not compromise or waive the attorney-client privilege or the work product doctrine. If you have received this communication in error, please delete it and contact me at jdillon@dillonlawgp.com