ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
TODD GRABARSKY
STEPHANIE ALBRECHT
CAROLYN DOWNS
Deputy Attorneys General
JENNIFER E. ROSENBERG
Deputy Attorney General
State Bar No. 275496
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6617
  Fax:  (916) 731-2124
  E-mail:  Jennifer.Rosenberg@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ, *et al.*,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,**<br><br>　　　　　　　　　　　Defendants. | 3:19-cv-01226-L-AHG<br><br>**DECLARATION OF ARIAM GRIFFIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　May 13, 2024<br>Time:　　10:30 a.m.<br>Dept:　　5B<br>Judge:　　The Honorable M. James Lorenz and Magistrate Judge Allison H. Goddard<br><br>Action Filed:　　July 1, 2019<br><br>Third Amended Complaint Filed: March 22, 2023<br><br>***NO ORAL ARGUMENT PURSUANT TO LOCAL RULE UNLESS ORDERED BY THE COURT*** |

**DECLARATION OF ARIAM GRIFFIN**

I, Ariam Griffin, declare under penalty of perjury that the following is true and correct:

1. Except as otherwise stated, I have personal knowledge of the facts set forth in this declaration, and if called upon as a witness I could testify competently as to the truth of the matters set forth herein.

2. I have been employed with the State of California, Department of Justice, Bureau of Firearms ("BOF") Firearm Applicant Release Unit as a Staff Services Manager I since October 2019. I began working for the BOF in 2012 as a Criminal Identification Specialist. In 2015, I was promoted to Criminal Identification and Intelligence Supervisor.

3. As a Criminal Identification Specialist, I conducted background checks to determine firearms ownership eligibility. As a Criminal Identification and Intelligence Supervisor, I supervised a team of analysts who conducted background checks to determine firearms ownership eligibility.

4. In my current role as a Staff Services Manager I in the Firearm Applicant Release Unit, it is my responsibility to manage the Unit's daily functions, which include activities associated with the processing of applications for release of firearms in the custody or control of a court or law enforcement agency, firearm ownership reporting, and providing information to law enforcement to assist in the investigation of crimes, recovery of lost or stolen firearms, or release of confiscated firearms, ammunition and/or ammunition feeding devices.

5. Under California law, a person who is at least 18 years of age and not prohibited from possessing, receiving, owning, or purchasing firearms and who has a valid Firearm Safety Certificate ("FSC") may take title or possession of a firearm by "Operation of Law" in lieu of completing the transfer through a licensed firearms dealer. Cal. Pen. Code § 27920. Examples of when a person may take

possession of a firearm by Operation of Law include instances in which the person receiving title to or possession of a firearm is the executor or administrator of an estate and the estate includes a firearm, or a surviving spouse, or a trustee in bankruptcy and the bankruptcy estate includes a firearm. Cal. Pen. Code § 16990.

6. A person who is at least 18 years of age and not prohibited from possessing, receiving, owning, or purchasing firearms and who has a valid FSC may also take title or possession of a firearm by gift, bequest, intestate succession, or by other means from an immediate family member, in lieu of completing the transfer through a licensed firearms dealer provided that the transfer is infrequent. Cal. Pen. Code § 27875. Immediate family members include parent and child, or grandparent and grandchild. Cal. Pen. Code § 16720.

7. When a person takes possession of a firearm by Operation of Law or Intrafamilial transfer instead of completing a firearms transfer through a licensed firearms dealer, that person must submit to BOF a "Report of Operation of Law or Intra-Familial Firearm Transaction" within 30 days of taking possession of the firearm. Cal. Pen. Code §§ 27920(a), 27875(a). The report may be submitted in paper form or electronically via the California Firearms Application Reporting System ("CFARS") and includes information regarding the person taking possession of the firearm ("transferee"), including date of birth, information on how title or possession was obtained and from whom, and a description of the firearm being transferred. If submitted in paper format, BOF enters information from paper submissions of the Report of Operation of Law or Intra-Familial Firearm Transaction into CFARS. Once BOF analysts have reviewed a Report of Operation of Law or Intra-Familial Firearm Transaction in CFARS to ensure it is complete and that the processing fee has been paid, a background check is performed to verify that the transferee is not prohibited from possessing, receiving, owning, or purchasing firearms. If the transferee is determined to not be prohibited, BOF approves the transfer and notifies the transferee of the approval.

1    8.  As part of my job duties, I may request data from the California Justice Information Services (CJIS) Division, Application Development Bureau regarding statistical information about the transfers of firearms in California. On April 10, 2023, I submitted a request to CJIS's Application Development Bureau for data on the number of Operation of Law or Intrafamilial Transfers that were approved for firearm transfers during calendar year 2023 where the transferees were ages 18, 19, or 20 at the time of transfer. I requested that the data only include transfer applications that were approved after completion of a background check on the transferee.

9.  Upon information and belief, a CJIS Application Development Bureau Information Technology Specialist compiled the data I requested by performing a search in CFARS for paid applications for Operation of Law and Intrafamilial Transfers.[1] Upon information and belief, the Specialist limited the search to Operation of Law and Intrafamilial Transfers that occurred in calendar year 2023 and were made to transferees who were 18-20 years old at the time of transfer by entering a search query that did the following: (1) filtered the "date acquired" field to 2023; and (2) filtered the difference between the "date acquired" and "date of birth" fields to a number equal to the number of months for 18, 19, and 20 years.

10. Upon information and belief, the Specialist then cross-referenced the processed[2] Operation of Law and Intrafamilial Transfers that occurred in 2023 and were made to transferees who were 18-20 years old at the time of transfer against the Department's internal Consolidated Firearms Information System (CFIS)

---

[1] This includes applications that were submitted in paper copy because, as mentioned, BOF enters paper submissions into CFARS.

[2] Processed applications includes applications that have been paid for, reviewed by BOF for completeness, and are ready for a background check. Some applications are rejected or placed on hold for incompleteness or other reasons; only processed applications were included as part of this analysis.

database to determine how many of these transfers were approved after completion of the background check. This returned the following results:

| Transfers to 18-20 Year Olds in 2023 by Transfer Type | Approved |
|---|---|
| Operation of Law | 4 |
| Intrafamilial Transfer | 338 |

11. Upon information and belief, these numbers reflect the number of firearms that were approved as Intrafamilial or Operation of Law transfers, as each such transfer involved only a single firearm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26, 2024, at Sacramento, CA.

_____
Ariam Griffin