ROB BONTA
Attorney General of California
ANYA BINSACCA
Supervising Deputy Attorney General
STEPHANIE ALBRECHT
Deputy Attorney General
CAROLYN DOWNS
Deputy Attorney General
TODD GRABARSKY
Deputy Attorney General
State Bar No. 286999
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6044
  Fax:  (916) 731-2124
  E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his
official capacity as Attorney General of the
State of California, and Allison Mendoza, in
her official capacity as Director of the
Department of Justice Bureau of Firearms*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ, *et al.*,** | 3:19-cv-01226-L-AHG |
| Plaintiffs, | **JOINT MOTION REQUESTING EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT REPLY BRIEFS AND FOR THE COURT TO HOLD IN ABEYANCE PRETRIAL DATES AND DEADLINES** |
| **v.** | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,** | |
| Defendants. | Judge:        The Honorable M. James Lorenz<br>Action Filed:      July 1, 2019 |

1

Plaintiffs Jose Chavez, et al., and Defendants Rob Bonta (in his official capacity as Attorney General of the State of California) and Allison Mendoza (in her official capacity as Director of the Department of Justice Bureau of Firearms), through their respective counsel of record and pursuant to Civil Local Rules 7.1 and 7.2, hereby jointly move the Court to (1) extend the deadline for the filing of the parties' reply briefs in support of their motions for summary judgment and joint statement of undisputed facts by two weeks until May 20, 2024; and (2) hold in abeyance the Final Pretrial Conference and related dates and deadlines until after the Court rules on the parties' motions for summary judgment.  Good cause exists to grant this joint motion, which is made on the following grounds:

1.   This Court issued a new scheduling order on January 18, 2023, following the Ninth Circuit's remand of this matter for further proceedings consistent with the Supreme Court's decision in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S.Ct. 2111 (2022).  ECF No. 105.  The January 18, 2023 scheduling order provided new dates for the completion of fact discovery, the exchange of new expert reports and related expert discovery, and motion practice and other pretrial matters.  *Id.*  On October 26, 2023, this Court granted the parties' joint request to extend the deadline to complete expert discovery by three weeks, and all other case deadlines by approximately six weeks, in order to accommodate the conflicting schedules of the parties' experts and counsel.  ECF Nos. 125, 126.

2.   On February 8, 2024, the Court granted the parties' joint request to extend the deadline to file motions for summary judgment by three weeks.  ECF No. 131.  In addition, the Court re-scheduled the Final Pretrial Conference to July 15, 2024, and set out various pre-trial dates and deadlines.  *Id.*

3.   On March 13, 2024, the parties each filed motions for summary judgment, setting May 13, 2024 as the hearing date on the motions.  ECF Nos. 132–135 (Defendants' motion for summary judgment and supporting documents); ECF No. 136 (Plaintiffs' motion for summary judgment and supporting documents).

2

The parties each request summary judgment of this case in its entirety, which, if either were to be granted by the Court, would dispose of this case in its entirety. *See id.*

4.   On April 29, 2024, the parties each filed briefs in opposition to the opposing party's motion for summary judgment.  ECF No. 139 (Plaintiffs' opposition and supporting documents); ECF No. 140 (Defendants' opposition and supporting documents).

5.   The parties' reply briefs in support of their motions for summary judgment are presently due on May 6, 2024.  *See* L.R. 7.1(e)(3) (reply brief due no later than seven (7) days prior to May 13, 2024 hearing date).  The joint statement of undisputed facts is also presently due on May 6, 2024.  *See* Hon. M. James Lorenz, Standing Order for Civil Cases p. 3 ("Ten days before the hearing date, the parties shall meet and confer in person to arrive at a joint statement of undisputed facts, which shall be filed no later than the reply brief.").

6.   The parties jointly request a two-week extension on the parties' reply briefs and the joint statement of undisputed facts until May 20, 2024.  Good cause exists for this brief extension.  Personal and professional circumstances require that former lead counsel of record for Defendants in this matter, Deputy Attorney General Jennifer E. Rosenberg, no longer serve as lead counsel of record, necessitating reassignment.  It would take this additional time for newly assigned lead counsel to come up to speed with this matter and prepare the reply brief for filing.

7.   In addition, the parties jointly request that the Court hold in abeyance the Final Pretrial Conference and related dates and deadlines until after the Court rules on the parties' motions for summary judgment, which, if either is granted, could dispose of this case in its entirety without the need for trial or pretrial procedures.  Good cause exists for this request, which would promote judicial efficiency and economy and save resources of the parties and the Court.

1      8.   If the Court's ruling on the parties' cross motions for summary judgment

2  does not resolve this case in its entirety, the parties request 30 days after that ruling

3  to meet and confer and submit a case status update with proposed dates and

4  deadlines related to the Final Pretrial Conference for the Court's consideration.

5      9.   A proposed order will be lodged with the Court concurrently with this

6  motion.

7                              **REQUESTED RELIEF**

8      The parties hereby jointly and respectfully request that the Court order the

9  following relief:

10     (1)   The deadline for the parties to file reply briefs in support of their motions

11  for summary judgment and to file the joint statement of undisputed facts is

12  extended to May 20, 2024; and

13     (2)   The Court hold in abeyance the Final Pretrial Conference and related

14  dates and deadlines until after the Court rules on the parties' motions for summary

15  judgment.  If the Court's ruling on the parties' cross motions for summary

16  judgment does not resolve this case in its entirety, the parties shall have 30 days

17  after that ruling to meet and confer and submit a case status update with proposed

18  dates and deadlines related to the Final Pretrial Conference for the Court's

19  consideration.

20  / /

21  / /

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

1

2      Dated:  May 1, 2024                              Respectfully submitted,

3                                                       ROB BONTA
                                                        Attorney General of California
4                                                       ANYA BINSACCA
                                                        Supervising Deputy Attorney General
5                                                       STEPHANIE ALBRECHT
                                                        CAROLYN DOWNS
6                                                       Deputy Attorneys General

7                                                       /s/ Todd Grabarsky
                                                        TODD GRABARSKY
8                                                       Deputy Attorney General
                                                        Attorneys for Defendants Rob Bonta,
9                                                       in his official capacity as Attorney
                                                        General of the State of California,
10                                                      and Allison Mendoza, in her official
                                                        capacity as Director of the
11                                                      Department of Justice Bureau of
                                                        Firearms
12

13     Dated:  May 1, 2024                              DILLON LAW GROUP, APC
14
                                                        /s/ John Dillon
15                                                      JOHN DILLON
                                                        Attorneys for Plaintiffs
16

17

18

19

20

21

22

23

24

25

26

27

28

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2024, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  May 1, 2024                    */s/ Todd Grabarsky*
                                       TODD GRABARSKY

Joint Motion (3:19-cv-01226-L-AHG)