IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **ROB BONTA, in his official capacity as Attorney General of the State of California,** *et al.*, <br><br> Defendants. | 3:19-cv-01226-L-AHG <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS AND FOR THE COURT TO HOLD IN ABEYANCE PRETRIAL DATES AND DEADLINES** |

Pending before the Court is a Joint Motion filed by Plaintiffs Jose Chavez, et al., and Defendants Rob Bonta (in his official capacity as Attorney General of the State of California) and Allison Mendoza (in her official capacity as Director of the Department of Justice Bureau of Firearms), through their respective counsel of record and pursuant to Civil Local Rules 7.1 and 7.2, requesting that the Court (1) extend the deadline for the filing of the parties' reply briefs in support of their motions for summary judgment and joint statement of undisputed facts by two weeks until May 20, 2024; and (2) hold in abeyance the Final Pretrial Conference

and related dates and deadlines until after the Court rules on the parties' motions for summary judgment.

Good cause appearing, the Joint Motion is GRANTED and the Court orders as follows:

(1) The deadline for the parties to file reply briefs in support of their motions for summary judgment and to file the joint statement of undisputed facts is extended to May 20, 2024; and

(2) The Court holds in abeyance the Final Pretrial Conference and related dates and deadlines until after the Court rules on the parties' motions for summary judgment. If the Court's ruling on the parties' motions for summary judgment does not resolve this case in its entirety, the parties shall have 30 days after that ruling to meet and confer and submit a case status update with proposed dates and deadlines related to the Final Pretrial Conference for the Court's consideration.

**IT IS SO ORDERED.**

Dated: May 1, 2024

_____
Hon. M. James Lorenz
United States District Judge