John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 431-9501
Facsimile: (760) 431-9512
E-mail: jdillon@gdandb.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, et al., <br><br> Defendants. | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Complaint Filed: July 1, 2019 <br> Third Amended Complaint Filed: March 22, 2019 |

PLEASE TAKE NOTICE Plaintiffs Jose Chavez, et al., through their respective counsel of record, hereby withdraws Plaintiffs' Notice of Supplemental Authority filed May 16, 2024 (ECF No. 143). The recent decision in *United States v. Duarte,* 2024 WL2068016 (9th Cir. May 9, 2024) will be addressed in Plaintiffs' forthcoming reply in support of Plaintiffs' Motion for Summary Judgment.

May 17, 2024            Respectfully submitted,

Dillon Law Group APC

By:    */s/ John W. Dillon*

       John Dillon