Rob Bonta
Attorney General of California
Anya Binsacca
Supervising Deputy Attorney General
Jennifer E. Rosenberg
Stephanie Albrecht
Carolyn Downs
Deputy Attorneys General
Todd Grabarsky
Deputy Attorney General
State Bar No. 286999
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6044
 Fax:  (916) 731-2124
 E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ; et al.,** | 3:19-cv-01226-L-AHG |
| Plaintiffs, | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California; et al.,** | Judge:    The Honorable M. James Lorenz
Action Filed:    July 1, 2019 |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms, submit the following notice of supplemental authority in support of Defendants' pending motion for summary judgment and in opposition to Plaintiffs' pending motion for summary judgment: *B&L Productions, Inc. v. Newsom*, __ F.4th __, 2024 WL 2927734 (9th Cir. June 11, 2024).

In *B&L Productions*, the Ninth Circuit upheld various California statutes that bar the sale of firearms on state property because the conduct regulated by those laws falls outside the plain text of the Second Amendment at the threshold stage of analysis prescribed in *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022). *Id.* at *7-9. The court reaffirmed and applied the standard set forth in *Teixeira v. County of Alameda*, 873 F.3d 670, 677 (9th Cir. 2017) (en banc), whereby laws imposing conditions and qualifications on the commercial sale of arms implicate the Second Amendment's plain text only if they "meaningfully constrain" an individual's ability to acquire or possess firearms. *B&L Prods.*, 2024 WL 2927734, at *7-8 & n.18. In addition, *B&L Productions* cautioned that when analyzing whether a plaintiff's proposed course of conduct is covered by the Second Amendment's plain text, courts should consider only the "actual activity that the [laws at issue] regulate." *Id.* at *7 n.17.

This new authority is relevant to Defendants' arguments that Plaintiffs' Second Amendment challenge fails at step one of the *Bruen* analysis because California Penal Code section 27510 is a presumptively lawful regulation on the commercial sale or transfer of arms that falls outside the Second Amendment's plain text. *See* Defs.' Mem. ISO MSJ 4-5, 11-3 (ECF No. 132-1); Defs.' Opp'n to Pls.' MSJ 2-3 (ECF No. 140); Defs.' MSJ Reply 3-5 (ECF No. 146). As

1

Defendants' evidence demonstrates, section 27510 and the related statutory scheme regulate only the commercial sale or transfer of arms via licensed firearm dealers, and they provide a multitude of channels by which 18-20-year-olds can purchase, acquire, possess, or use firearms, including semiautomatic centerfire rifles and other long guns.  *Id.*  Plaintiffs have presented no evidence demonstrating that these laws have prevented even a single 18-20-year-old from acquiring a firearm for lawful purposes, let alone meaningfully constrain the general ability of individuals of that age group to acquire or possess arms.  *Id.*

Dated:  June 17, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA BINSACCA
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
STEPHANIE ALBRECHT
CAROLYN DOWNS
Deputy Attorneys General

/s/ *Todd Grabarsky*
TODD GRABARSKY
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2024, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: June 17, 2024                    */s/ Todd Grabarsky*
                                        TODD GRABARSKY