Rob Bonta
Attorney General of California
Mark Beckington
Supervising Deputy Attorney General
Jennifer E. Rosenberg
Stephanie Albrecht
Carolyn Downs
Deputy Attorneys General
Todd Grabarsky
Deputy Attorney General
State Bar No. 286999
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6044
 Fax:  (916) 731-2124
 E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ; et al.,** | 3:19-cv-01226-L-AHG |
| Plaintiffs, | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California; et al.,** | Judge: The Honorable M. James Lorenz |
| | Action Filed: July 1, 2019 |
| Defendants. | |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE that Defendants Rob Bonta, in his official capacity
4  as Attorney General of the State of California, and Allison Mendoza, in her official
5  capacity as Director of the Department of Justice Bureau of Firearms, submit the
6  following notice of supplemental authority in support of Defendants' pending
7  motion for summary judgment and in opposition to Plaintiffs' pending motion for
8  summary judgment.  On June 17, 2024, Defendants notified the Court of the
9  opinion in *B&L Productions, Inc. v. Newsom*, 104 F.4th 108 (9th Cir. 2024), in
10 which the Ninth Circuit upheld various California statutes that bar the sale of
11 firearms on state property because the conduct regulated by those laws falls outside
12 the plain text of the Second Amendment at the threshold stage of analysis
13 prescribed in *New York State Rifle & Pistol Ass'n v. Bruen*, 597 U.S. 1 (2022).
14 ECF No. 148.  The Ninth Circuit has now denied the petition for rehearing en banc
15 in that case.  *See* attached.

16 Dated:  September 4, 2024        Respectfully submitted,

17                                             ROB BONTA
18                                             Attorney General of California
                                            MARK BECKINGTON
19                                             Supervising Deputy Attorney General
                                            JENNIFER E. ROSENBERG
20                                             STEPHANIE ALBRECHT
                                            CAROLYN DOWNS
21                                             Deputy Attorneys General

22                                             */s/ Todd Grabarsky*
                                            TODD GRABARSKY
23                                             Deputy Attorney General
                                            *Attorneys for Defendants Rob Bonta,*
24                                             *in his official capacity as Attorney*
                                            *General of the State of California,*
25                                             *and Allison Mendoza, in her official*
                                            *capacity as Director of the*
26                                             *Department of Justice Bureau of*
                                            *Firearms*
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2024, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  September 4, 2024        */s/ Todd Grabarsky*
                                 TODD GRABARSKY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| B & L PRODUCTIONS, INC., DBA Crossroads of the West; BARRY BARDACK; RONALD J. DIAZ, Sr.; JOHN DUPREE; CHRISTOPHER IRICK; ROBERT SOLIS; LAWRENCE MICHAEL WALSH; CAPTAIN JON'S LOCKERS, LLC; L.A.X. FIRING RANGE, INC., DBA LAX AMMO; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INC.; SOUTH BAY ROD AND GUN CLUB, INC.; SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs-Appellants,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California and in his personal capacity; ROB BONTA, in his official capacity as Attorney General of the State of California and in his personal capacity; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in his personal capacity; 22ND DISTRICT AGRICULTURAL ASSOCIATION; SUMMER STEPHAN, in her official capacity as District Attorney of San Diego County; LONNIE J. ELDRIDGE, in his official capacity as County Counsel of San Diego County; DOES, 1-50,<br><br>Defendants-Appellees. | No.  23-55431<br><br>D.C. No. 3:21-cv-01718-AJB-DDL Southern District of California, San Diego<br><br>ORDER |

| | |
|---|---|
| B & L PRODUCTIONS, INC., DBA Crossroads of the West; CALIFORNIA RIFLE & PISTOL ASSOCIATION; GERALD CLARK; ERIC JOHNSON; CHAD LITTRELL; JAN STEVEN MERSON; ASIAN PACIFIC AMERICAN GUN OWNER ASSOCIATION; SECOND AMENDMENT LAW CENTER, INC.; SECOND AMENDMENT FOUNDATION, <br><br>       Plaintiffs-Appellees, <br><br> v. <br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; KAREN ROSS, in her official capacity as Secretary of California Department of Food & Agriculture and in her personal capacity; 32ND DISTRICT AGRICULTURAL ASSOCIATION, <br><br>       Defendants-Appellants, <br><br>TODD SPITZER, in his official capacity as District Attorney of Orange County, DOES, 1-10, <br><br>       Defendants. | No. 23-3793 <br><br> D.C. No. 8:22-cv-01518-JWH-JDE Central District of California, Santa Ana |

Before: CLIFTON, H.A. THOMAS, and DESAI, Circuit Judges.

      Judge H.A. Thomas and Judge Desai vote to deny the petition for rehearing en banc, and Judge Clifton so recommends. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on it.

2

3

Fed. R. App. P. 35. The petition for rehearing en banc (Docket Entry No. 49) is therefore DENIED.