Rob Bonta
Attorney General of California
Mark Beckington
Supervising Deputy Attorney General
Jennifer E. Rosenberg
Stephanie Albrecht
Carolyn Downs
Deputy Attorneys General
Todd Grabarsky
Deputy Attorney General
State Bar No. 286999
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6044
 Fax:  (916) 731-2124
 E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ; et al.,** | 3:19-cv-01226-L-AHG |
| Plaintiffs, | **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California; et al.,** | Judge:   The Honorable M. James Lorenz<br>Action Filed:   July 1, 2019 |
| Defendants. | |

|   |   |
|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: |

PLEASE TAKE NOTICE that Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms, submit the following notice of supplemental authority in support of Defendants' pending motion for summary judgment and in opposition to Plaintiffs' pending motion for summary judgment. In their briefings related to the summary judgment motions, Defendants referenced *United States v. Perez-Garcia*, 96 F.4th 1166 (9th Cir. 2024). *E.g.*, Defs.' Opp'n to Pls.' MSJ 6, 19 (ECF No. 140); Defs.' Reply ISO MSJ 7, 8 (ECF No. 145). On September 4, 2024, the Ninth Circuit denied the petition for panel rehearing and rehearing en banc in that case. *United States v. Perez-Garcia*, __ F.4th __, Nos. 22-50314, 22-50316, 2024 WL 4033086 (9th Cir. Sept. 4, 2024).

Dated: September 5, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
STEPHANIE ALBRECHT
CAROLYN DOWNS
Deputy Attorneys General

/s/ *Todd Grabarsky*
TODD GRABARSKY
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2024, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 5, 2024         /s/ *Todd Grabarsky*
                                 TODD GRABARSKY