ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
STEPHANIE ALBRECHT
CAROLYN DOWNS
Deputy Attorneys General
TODD GRABARSKY
Deputy Attorney General
State Bar No. 286999
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013-1230
  Telephone:  (213) 269-6044
  Fax:  (916) 731-2124
  E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ; et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; et al.,**<br><br>Defendants. | 3:19-cv-01226-L-AHG<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  The Honorable M. James Lorenz<br>Action Filed:  July 1, 2019 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms, submit the following notice of supplemental authority in support of Defendants' pending motion for summary judgment and in opposition to Plaintiffs' pending motion for summary judgment. In their briefings related to the summary judgment motions, Plaintiffs referenced *Lara v. Commissioner Pennsylvania State Police*, 91 F.4th 122 (3rd Cir. 2024). *E.g.*, Pls.' Opp'n to Defs.' MSJ 1, 3, 5, 6, 15, 17 (ECF No. 139); Pls.' Reply ISO MSJ 5 (ECF No. 146). On October 15, 2024, the United States Supreme Court vacated that decision and remanded to the Third Circuit for "further consideration in light of *United States* v. *Rahimi*, 602 U. S. ___ (2024)." *Comm'r Pa. State Police v. Lara*, __ S. Ct. __, No. 24-93, 2024 WL 4486348 (U.S. Oct. 15, 2024).

Dated: October 16, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
STEPHANIE ALBRECHT
CAROLYN DOWNS
Deputy Attorneys General

/s/ Todd Grabarsky
TODD GRABARSKY
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

# CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2024, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 16, 2024  /s/ *Todd Grabarsky*
TODD GRABARSKY