ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
CAROLYN DOWNS
Deputy Attorneys General
TODD GRABARSKY
Deputy Attorney General
State Bar No. 286999
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6044
 Fax: (916) 731-2124
 E-mail: Todd.Grabarsky@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ; et al.,**<br><br>          Plaintiffs,<br><br>     v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California; et al.,**<br><br>          Defendants. | 3:19-cv-01226-L-AHG<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:     The Honorable M. James Lorenz<br>Action Filed:     July 1, 2019 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms, submit this notice of supplemental authority in support of Defendants' pending motion for summary judgment and in opposition to Plaintiffs' pending motion for summary judgment.  In *Rocky Mountain Gun Owners v. Polis*, __ F.4th __, No. 23-1251, 2024 WL 4677573 (10th Cir. Nov. 5, 2024), the Tenth Circuit reversed the district court's issuance of a preliminary injunction that had enjoined enforcement of Colorado's law establishing twenty-one (21) as the minimum age for the sale and purchase of firearms in Colorado.  The court ruled that the challengers were not likely to succeed on their Second Amendment claim at the first step of the analysis prescribed by *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), because the law is "presumptively lawful as a law that imposes conditions or qualifications upon the sale and purchase of arms and thus does not fall within the protections of the plain text of the Second Amendment."  *Rocky Mountain Gun Owners*, 2024 WL 4677573 at *23; *see id.* at *15-*24.

Dated:  November 8, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK BECKINGTON
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
CAROLYN DOWNS
Deputy Attorneys General

/s/ Todd Grabarsky
TODD GRABARSKY
Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, I electronically filed the foregoing document and any attachments thereto with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  November 8, 2024          */s/ Todd Grabarsky*
                                  TODD GRABARSKY