ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
JENNIFER E. ROSENBERG
CAROLYN DOWNS
TODD GRABARSKY
Deputies Attorney General
MICHAEL S. COHEN
Deputy Attorney General
State Bar No. 339846
  1300 I Street, Suite 124
  Sacramento, CA  94244-2550
  Telephone:  (916) 210-6090
  Fax:  (916) 324-8835
  E-mail:  Michael.Cohen@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his*
*official capacity as Attorney General of the*
*State of California, and Allison Mendoza, in*
*her official capacity as Director of the*
*Department of Justice Bureau of Firearms*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ, *et al.*,** | 3:19-cv-01226-L-AHG |
| Plaintiffs, | **NOTICE OF APPEARANCE OF DEPUTY ATTORNEY GENERAL MICHAEL S. COHEN AS ADDITIONAL COUNSEL FOR DEFENDANTS** |
| **v.** | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*,** | |
| Defendants. | |

1

1     **PLEASE TAKE NOTICE** that Michael S. Cohen, Deputy Attorney General,

2     hereby enters his appearance as additional counsel for Defendants Rob Bonta, in his

3     official capacity as Attorney General of the State of California, and Allison

4     Mendoza, in her official capacity as Director of the Department of Justice Bureau

5     of Firearms.  Mr. Cohen is a member of the State Bar of California and is admitted

6     to practice before this Court.  Mr. Cohen's contact information is as

7     follows:

8          Michael S. Cohen
           Deputy Attorney General
9          State Bar No. 339846
           1300 I Street, Suite 124
10         Sacramento, CA  94244-2550
           Telephone:  (916) 210-6090
11         Fax:  (916) 324-8835
           E-mail:  Michael.Cohen@doj.ca.gov

12

13

14    Dated:  January 30, 2025                    Respectfully submitted,

15                                                ROB BONTA

16                                                Attorney General of California

17                                                MARK R. BECKINGTON
                                                  Supervising Deputy Attorney General

18

19                                                */s/ Michael S. Cohen*

20                                                MICHAEL S. COHEN
                                                  Deputy Attorney General

21                                                *Attorneys for Defendants Rob Bonta, in*
                                                  *his official capacity as Attorney General*

22                                                *of the State of California, and Allison*

23                                                *Mendoza, in her official capacity as*
                                                  *Director of the Department of Justice*

24                                                *Bureau of Firearms*

25

26

27

28

2

Notice of Appearance of Michael S. Cohen as Additional Counsel for Defendants
(3:19-cv-01226-L-AHG)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2025, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.


Dated:  January 30, 2025            */s/ Michael S. Cohen*

MICHAEL S. COHEN

Notice of Appearance of Michael S. Cohen as Additional Counsel for Defendants
(3:19-cv-01226-L-AHG)