

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Chavez, Firearms Policy Coalition, Inc., Firearms Policy Foundation, Andrew Morris, North County Shooting Center, Inc., PWGG, L.P., Second Amendment Foundation, The California Gun Rights Foundation **Plaintiff,** V. Rob Bonta, Allison Mendoza **Defendant.** | Civil Action No.   19cv1226-L(AHG) **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs' motion for summary judgment is denied and Defendants' motion is granted at the first step of the Bruen test because Plaintiffs have not met their burden to raise a genuine issue of material fact that Section 27510 meaningfully impairs 18-to-20-year-olds' ability to commercially acquire firearms so as to fall within the plain text of the Second Amendment. Alternatively, Plaintiffs' motion for summary judgment is denied and Defendants' motion is granted at the second step of the Bruen test because Defendants met their burden to show that Section 27510 fits within the historical tradition of firearm regulation and therefore does not violate the Second Amendment.

Date:   3/26/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy