# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF Southern California

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:19-cv-01226-L-AHG

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: July 1, 2019

Date of judgment or order you are appealing: March 26, 2025

Docket entry number of judgment or order you are appealing: 159

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Jose Chavez; Andrew Morris; PWGG L.P. (D.B.A. Poway Weapons And Gear and PWG Range); North County Shooting Center, Inc.; Firearms Policy Coalition, Inc.; Firearms Policy Foundation; The California Gun Rights Foundation; and Second Amendment

Is this a cross-appeal?  ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◉ Yes   ○ No

If yes, what is the prior appeal case number?   20-56174

Your mailing address (if pro se):

City:              State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**  /s/ John W. Dillon    **Date**  April 11,2025

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

---

Form 1                                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jose Chavez; Andrew Morris; PWGG L.P. (D.B.A. Poway Weapons And Gear and PWG Range); North County Shooting Center, Inc.; Firearms Policy Coalition, Inc.; Firearms Policy Foundation; The California Gun Rights

Name(s) of counsel (if any):

John W. Dillon (SBN: 296788)

Address: 2647 Gateway Road Suite 105, No. 255 Carlsbad, CA 92009

Telephone number(s): 760-642-7150

Email(s): Jdillon@dillonlawgp.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Rob Bonta, in his official capacity as Attorney General of the State of California; Allison Mendoza, in her official capacity as Acting Director of the Department of Justice Bureau of Firearms; and DOES 1-20

Name(s) of counsel (if any):

Deputy Attorney General Jennifer E. Rosenberg

Address: 300 South Spring Street, Suite 1702, Los Angeles, CA 90013

Telephone number(s): 213-269-6617

Email(s): jennifer.rosenberg@doj.ca.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## **Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Peter A. Patterson
David H. Thompson

Address: 1523 New Hampshire Ave., N.W. Washington, DC 20036

Telephone number(s): (202) 220-9600

Email(s): ppatterson@cooperkirk.com; dthompson@cooperkirk.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ◉ Yes   ○ No

## **Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*