John W. Dillon (Bar No. 296788)
Dillon Law Group APC
2647 Gateway Road
Suite 105, No. 255
Carlsbad, California 92009
Telephone: (760) 642-7150
Facsimile: (760) 642-7151
E-mail: jdillon@dillonlawgp.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CHAVEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California, *et al.*, <br><br> Defendants. | Case No.: 3:19-cv-01226-L-AHG <br><br> Hon. M. James Lorenz and Magistrate Judge Allison H. Goddard <br><br> **Amended Notice of Appeal From a Judgment or Order of United States District Court** <br><br> Third Amended Complaint Filed: March 22, 2023 |

**TO THE COURT, THE PARTIES, and COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** Plaintiffs/Appellants PWGG L.P. (D.B.A. Poway Weapons And Gear and PWG Range); North County Shooting Center, Inc.; Firearms Policy Coalition, Inc.; The California Gun Rights Foundation; and Second Amendment Foundation hereby submit this Amended Notice of Appeal From a Judgment or Order of the United States District Court to correct inadvertent inclusion of certain plaintiffs as appellants and to correct clerical errors within the original Notice of Appeal filed on April 14, 2025.

      The corrected "Form 1 Notice of Appeal From a Judgment or Order of the United States District Court" and "Form 6 Representation Statement" are attached hereto as **Attachment A**.

April 15, 2025                             Respectfully submitted,

                                           DILLON LAW GROUP APC

                            By:   */s/ John W. Dillon*
                                      John W. Dillon
                                      Attorneys for Plaintiffs