# CERTIFICATE OF SERVICE

**Case Name:** *Jose Chavez, et al v. Rob Bonta, California Attorney General*    **No.** 3:19-cv-01226-L-AHG

    I hereby certify that on April 15, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**AMENDED NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF THE UNITED STATES DISTRICT COURT**

**ATTACHEMENT A – CORRECTED FORM 1 AND FORM 6**

    I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 15, 2025, in Carlsbad, California.

| | |
|---|---|
| <u>John W. Dillon</u> | <u>*/s/ John W. Dillon*</u> |
| Declarant | Signature |