

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## TIME SCHEDULE ORDER

Docket Number:              25-2509
Originating Case Number:    3:19-cv-01226-L-AHG

Case Title:                 Pwgg, Lp, et al. v. Bonta, et al.

**Wednesday, April 23, 2025**

| | |
|---|---|
| Pwgg, Lp | Mediation Questionnaire due |
| North County Shooting Center, Inc. | Mediation Questionnaire due |
| Firearms Policy Coalition, Inc. | Mediation Questionnaire due |
| California Gun Rights Foundation | Mediation Questionnaire due |
| Second Amendment Foundation | Mediation Questionnaire due |

**Thursday, May 29, 2025**

| | |
|---|---|
| Pwgg, Lp | Appeal Opening Brief (No Transcript Due) |
| North County Shooting Center, Inc. | Appeal Opening Brief (No Transcript Due) |
| Firearms Policy Coalition, Inc. | Appeal Opening Brief (No Transcript Due) |
| California Gun Rights Foundation | Appeal Opening Brief (No Transcript Due) |
| Second Amendment Foundation | Appeal Opening Brief (No Transcript Due) |

**Monday, June 30, 2025**

Rob Bonta                                    Appeal Answering Brief (No
                                             Transcript Due)

Allison Mendoza                              Appeal Answering Brief (No
                                             Transcript Due)

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**