Rob Bonta
Attorney General of California
Mark R. Beckington
Todd Grabarsky
Supervising Deputy Attorneys General
Carolyn Downs
Jennifer E. Rosenberg
Michael S. Cohen
Deputy Attorneys General
John D. Echeverria
Supervising Deputy Attorney General
State Bar No. 268843
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3479
  Fax:  (415) 703-1234
  E-mail:  John.Echeverria@doj.ca.gov
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE CHAVEZ, et al.,**<br><br>                     Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California, et al.**<br><br>                     Defendants. | Case No. 3:19-cv-01226-L-AHG<br><br>**NOTICE OF WITHDRAWAL OF JOHN D. ECHEVERRIA**<br><br>Judge:      Hon. M. James Lorenz<br>Action Filed: July 1, 2019 |

1

1 **PLEASE TAKE NOTICE** that John D. Echeverria, Supervising Deputy Attorney General, hereby withdraws his appearance as counsel for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms. Defendants Rob Bonta and Allison Mendoza will continue to be represented by the other additional counsel of record in this action. The undersigned respectfully requests to be removed from the docket of this case and that your records be updated to reflect his withdrawal.

Dated: July 10, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
TODD GRABARSKY
Supervising Deputy Attorneys General
CAROLYN DOWNS
JENNIFER E. ROSENBERG
MICHAEL S. COHEN
Deputy Attorneys General

*s/ John D. Echeverria*

JOHN D. ECHEVERRIA
Supervising Deputy Attorney General
*Attorneys for Defendants Rob Bonta, in his official capacity as Attorney General of the State of California, and Allison Mendoza, in her official capacity as Director of the Department of Justice Bureau of Firearms*